IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | No. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Maricopa County Community College District, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 6) setting a Rule 16 Case Management Conference, the parties were required to jointly develop and file a Joint Rule 26(f) Case Management Report and a Joint Proposed Rule 16 Case Management Order no later than November 23, 2015. To date, no such joint filings have been submitted. Rather, Defendants have unilaterally submitted these filings and noticed the Court that Plaintiff failed to confer and participate as ordered. (Docs. 7, 8.)

Consequently, the Court will strike Defendants' filings and require Plaintiff to show cause why this action should not be dismissed due to her failure to comply with this Court's Order and prosecute this action as directed.[1] Accordingly,

---

[1] Rule 41(b) of the Federal Rules of Civil Procedure provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." The district court also has the inherent power to dismiss a case *sua sponte* for failure to prosecute, for failure to comply with court orders, or for failure to follow the local rules. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-31 (1962) (recognizing that even though the language of Rule 41(b) requires a motion, the district court has *sua sponte* power to dismiss for failure to prosecute);

**IT IS ORDERED:**

1. That the Proposed Rule 16 Case Management Order (Doc. 7) and Rule 26(f) Case Management Report (Doc. 8) are **stricken**;

2. That the Case Management Conference currently scheduled for **December 3, 2015** is **vacated**; and

3. That Plaintiff must show cause in writing why this action should not be dismissed for failure to comply with this Court's Order and prosecute this action no later than **December 9, 2015**. Plaintiff is warned that failure to timely comply with this order will result in the dismissal of this case.

Dated this 30th day of November, 2015.

Honorable Steven P. Logan
United States District Judge

---

*Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (failure to comply with local rules is a proper ground for dismissal); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (1992) (a district court may dismiss an action for failure to comply with an order of the court); *Wanderer v. Johnson,* 910 F.2d 652, 656 (9th Cir. 1990).