Schaun Owens
7701 West St. Johns Road Apt. #1056
Glendale, Arizona 85308
Telephone: (602) 505-4700
Plaintiff Pro Per

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Schaun Owens, | No. CV-1501769-SPL |
|---|---|
| Plaintiff, | |
| v. | **MOTION REQUESTING TO ALLOW CASE TO CONTINUE** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

Schaun Owens, Plaintiff is unable to lean on the understanding of counsel respectfully request that this court allow this case to continue.

Plaintiff states the following as for the reason this Court should not dismiss this complaint for failure to comply:

Please consider the following:

On December 3, 2015, Plaintiff received a ride to the Case Management Conference to be held at 4:30 p.m., located in Courtroom 501, Sandra Day O' Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. However, when Plaintiff arrived at the Courthouse Room 501 was locked. Plaintiff had no prior knowledge that the Case Management Conference scheduled for December 3, 2015, had been dismissed for failure to comply with the Court's Order. Plaintiff via telephone on November 18, 2015, informed defendant's attorney that she was seeking assistance from the NAACP to get an attorney.

1

Plaintiff then learned on December 3, 2015, that Attorney, Stephen G. Montoya, Attorney, had not prepared a Joint Rule Case 26 (f) Case Management Report which was due November 23, 2015. Stephen G. Montoya's address is 3200 North Central Avenue, Suite 2550 Phoenix, Arizona 85012.

## BACKGROUND:

Plaintiff after filing her lawsuit on September 4, 2015 contacted the NAACP Maricopa Branch for help in seeking an attorney to represent her in the lawsuit. Plaintiff made copies of the lawsuit and gave them to the NAACP Maricopa County Branch. The NAACP then made contact with Stephen G. Montoya and gave him a copy of the lawsuit including a copy of the Joint Proposed Rule 16 Case Management Order. Mr. John Treadwell, a NAACP Representative, gave the documents to Mr. Montoya.

Mr. Montoya after reviewing the documents stated there should be no problem in meeting the deadline on November 23, 2015. Mr. Montoya since November 4, 2015, has had in his possession a copy of the Joint Proposed Rule 16 Case Management Order. The NAACP told plaintiff what Mr. Montoya had said about meeting the deadline. Therefore, plaintiff and the NAACP were left with the understanding that Mr. Montoya would take the case. Mr. Treadwell on several occasions called Mr. Montoya to get a status report about the case, but he failed to respond.

For these reasons, I am requesting that this Court to allow me to continue with this case.

Respectfully Submitted,

_[signature]_
Schaun Owens

Dated: December 9, 2015

## CERTIFICATE OF SERVICE

I hereby certify that I submitted the attached document to the Clerk's office and mailed a copy of the same on this day 9th day of December 2015, to the following:

David R. Schwartz
Kimberly R. Davis
UDALL & SHUMWAY
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Attorneys for Defendants

*Schaun Owens* [signature]
Schaun Owens

Dated: December 9, 2015