Schaun Owens
7701 West St. Johns Road, Apt. # 1056
Glendale, Arizona 85308
Telephone: (602) 505-4700
Pro per

# IN THE UNITED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SCHAUN OWNES,

   Plaintiff,

vs.

MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, MARICOPA SKILL CENTER, AND LISA HEMMING,

   Defendants.

Case No.: CV-15-01769-SPL

1. My name is John H. Treadwell and my mailing address is P.O. Box 2687 Phoenix, Arizona 85002-2687.

2. I am a member Legal Redress Committee of the NAACP Maricopa County Branch. Since its inception in 1909, the NAACP has been steadfast in the belief that racial segregation and discrimination limit and diminish human potential, ultimately denying the full benefits of freedom to African Americans. Thus, the NAACP has been at the forefront of legal struggles to secure full civil rights for African-Americans and others. Today the struggle continues and the NAACP must remain vigilant. Racism has changed its face, having often become more subtle and sophisticated, but it is as pervasive and invidious as in the past.

3. The NAACP believes that every individual has a fundamental right to secure a job for which he or she is qualified with discrimination because of race, color, religion, sex, age, national origin or disability. Pervasive racial discrimination in employment functions as a barrier that

DECLARATION OF JOHN H. TREADWELL PURSUANT TO 28 U.S.C. SECTION 1746 IN SUPPORT OF SCHAUN OWNES - 1



prohibits an entire racial group from making social and political progress. Historically, the NAACP has viewed cases of employment discrimination as matters of the highest priority, deserving of full support by all units. Hence, every unit must be prepared to assist potential complainants in challenging those government and private employers who engaged in discrimination.

4. I retired from the United States Equal Employment Opportunity Commission (EEOC) after 27 years of service in 1997, and I continue to be a civil rights advocate against discrimination.

5. Schaun Owens requested assistance of the NAACP. I referred Schaun Owens district court complaint to Attorney Steven G. Montoya. I personally took a copy her complaint, including the Joint Proposed Rule 16 Case Management Order so that the parties could jointly develop a Joint Proposed Case Management Report pursuant to Rule 26(f) and file it with the Clerk of Court no later than November 23, 2015. Our office has referred cases to Mr. Montoya in the past. Mr. Montoya information is also listed with the Phoenix District EEOC Office. However, the EEOC does not recommend any attorneys that appear on the list. Mr. Montoya told me that he would review the case; and that he didn't see any problem in meeting the November 23, 2015 deadline. Therefore, based on our conversation I believed that he would call Schaun Owens or me about the case.

6. On December 3, 2015, I drove Schaun Owens to the Court house for a Case Management Conference meeting to be held in room 501 at 4:30 p.m., before the Honorable Judge Steven P. Logan, United States District Judge, but the door was locked. Schaun Owens had no prior knowledge that the Case Management Conference Meeting scheduled for December 3, 2015, at 4:30 p.m. had been vacated. The Court's information was sent to her former address, but she had moved to be closer to her job. I drove Schaun Owens to her sister's house to get the Order signed on November 30, 2015, by the Honorable Steven P. Logan, United States District Judge.

7. I declare under the penalty of perjury, that the foregoing is true and correct.

DECLARATION OF JOHN H. TREADWELL PURSUANT TO 28 U.S.C. SECTION 1746 IN SUPPORT OF SCHAUN OWNES - 2

1
2
3   Executed on this 8th day of December 2015.
4
5
                                                John H. Treadwell
6
7
...
26

DECLARATION OF JOHN H. TREADWELL PURSUANT TO 28 U.S.C. SECTION 1746 IN SUPPORT OF SCHAUN OWNES - 3