**Udall | Shumway**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Schaun Owens, | NO. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING TO ALLOW CASE TO CONTINUE** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

Defendants Maricopa County Community College District ("District"), Maricopa Skill Center, and Lisa Hemming ("Hemming"), collectively "Defendants", submit this response to Plaintiff's Motion Requesting to Allow Case to Continue (Dkt 10). Plaintiff simply chose not do anything to comply with this Court's order. Her paperwork submitted to this Court is incomplete and wholly inadequate to show reasonable efforts. In fact, the motion reflects that Plaintiff remains unrepresented even now and she still has done nothing to move forward with the meet and confer required by this Court. (Dkt 6)

On October 20, 2015, this Court entered its order regarding the Joint Case Management Report and Joint Proposed Case Management Order with a copy being mailed to the only address listed by Plaintiff with this Court. (Dkt 6)  On October 26, Defense counsel communicated via email with Plaintiff regarding the obligation to meet and confer. (Ex. 1, Schwartz affidavit ¶ 3 and ex. A)  On November 4, 2015, a draft of the required documents were mailed and sent via email to Plaintiff with a request for Plaintiff to contact Defense Counsel by November 10 about the meet and confer regarding the drafts. (Ex. 1, Schwartz affidavit ¶ 4 and ex. B)   The letter was sent to the Buchanan address listed by the Plaintiff with this Court. (Ex. 1, Schwartz affidavit ¶ 4 and ex. B)  Plaintiff did not respond to these efforts, so on November 13 a follow up letter was sent via email and regular mail (again to the same Buchanan address). (Ex. 1, Schwartz affidavit ¶ 5 and ex. C)  Finally, after hours on November 18 Plaintiff called and left a message that she was not ignoring my emails and letters, but was trying to find a lawyer to represent her. (Ex. 1, Schwartz affidavit ¶ 6)   No name of any lawyer was mentioned in the voicemail. (Ex. 1, Schwartz affidavit ¶ 6)  No mention was made in the voicemail that the letters should be sent to any other address other than the Buchanan address. (Ex. 1, Schwartz affidavit ¶ 6)  Given the voicemail, Defense Counsel sent on November 19 an email to Plaintiff advising her that she was responsible for complying with the Court's order and suggested that if she needed more time that she should file a motion with this Court. (Ex. 1, Schwartz affidavit ¶ 7 and ex. D)  Plaintiff did not contact Defense Counsel thereafter nor has Defense Counsel been contacted by any lawyer even considering representing Plaintiff. (Ex. 1, Schwartz affidavit ¶ 8)

2

Something smells fishy.  There is no date provided for any alleged contact with attorney Montoya and no corroboration from attorney Montoya.  Plaintiff filed this lawsuit in early September and apparently waited until mid-November before beginning a search for counsel with a November 23 deadline looming.  According to Plaintiff Attorney Montoya never communicated with her suggesting no lawyer-client relationship was ever established.  Mr. Treadwell assumed that if Montoya took the case he would contact either Treadwell or Plaintiff.  (Dkt 11, p. 2, ¶ 5)  If such a relationship existed, then attorney Montoya's acts and omissions are those of Plaintiff.  Plaintiff simply ignored this Court's order for her to meet and confer and has continued to do so through today.

This case should be dismissed.

DATED: December 11, 2015.

                UDALL SHUMWAY PLC


                   /s/ David R. Schwartz
                David R. Schwartz
                1138 North Alma School Road
                Suite 101
                Mesa, AZ  85201
                Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By mail to:

Schaun Owens
7701 W. St. Johns Rd., Apt. 1056
Glendale, AZ  85308
Plaintiff

    /s/ Kimberly Kershner

4514826.1\109883-5\