# UDALL|SHUMWAY
### COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorney for Defendants Maricopa County Community College District, Maricopa Skill Center and Lisa Hemming

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>              Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming,<br><br>              Defendants. | NO. CV-15-01769-PHX-SPL<br><br>**AFFIDAVIT** |

State of Arizona    )
                    ) s s
Maricopa County     )

    David R. Schwartz, having been duly sworn, states

    1. I state the matters herein of my own personal knowledge, except where indicated.

    2. I am the attorney representing Defendants Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming in this action.

    3. On October 26, 2015, I communicated via email with Plaintiff regarding the obligation to meet and confer. A true and accurate copy of my email sent to

Plaintiff is attached hereto as Exhibit A. The email was sent to the email address listed by Plaintiff in her Complaint filed in this action.

4. On November 4, 2015, a draft of the required documents (joint submission of the Case Management Report and Proposed Case Management Order) were mailed and sent via email to Plaintiff with a request for Plaintiff to contact Defense Counsel by November 10 about the meet and confer regarding the drafts. The letter was mailed to the Buchanan address listed by the Plaintiff with this Court in Plaintiff's Complaint. A true and accurate copy of my email and the letter, without the drafts included with the email and letter, sent to Plaintiff is attached hereto as Exhibit B.

5. Plaintiff did not respond to these efforts, so on November 13 a follow up letter was sent via email and regular mail (again to the same Buchanan address) seeking to get Plaintiff to comply with the Court's order to meet and confer regarding joint submission of the Case Management Report and Proposed Case Management Order. A true and accurate copy of my email and the letter sent to Plaintiff is attached hereto as Exhibit C.

6. Finally, I was informed on the morning of November 19 that after hours on November 18 Plaintiff called and left a message that she was not ignoring my emails and letters, but was trying with the NAACP's assistance to find a lawyer to represent her. No name of any lawyer was mentioned in the voicemail. No mention was made in the voicemail that any correspondence,

pleadings or other mailed communication should be sent to any other address other than the Buchanan address.

7. Given the voicemail, I sent on November 19 an email to Plaintiff advising her that she was responsible for complying with the Court's order and suggested that if she needed more time that she should file a motion with this Court. A true and accurate copy of my email sent to Plaintiff is attached hereto as Exhibit D.

8. Plaintiff did not contact me or my office after her November 18 voicemail. Neither I nor my office was ever contacted by any lawyer even considering representing Plaintiff or in any way about Plaintiff.

9. I swear subject to the laws of perjury that above statements are true and accurate.

DATED: December 11, 2015.

_David R. Schwartz_

Subscribed and sworn before me on December 11, 2015 by David R. Schwartz.

_Notary Public_



OFFICIAL SEAL
KIMBERLY KERSHNER
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 10, 2018

4515384.1\109883-5\

3

# EXHIBIT A

**David Schwartz**

| | |
|---|---|
| **From:** | David Schwartz |
| **Sent:** | Monday, October 26, 2015 3:05 PM |
| **To:** | Schaun Owens (schaunowens@yahoo.com) |
| **Subject:** | owens v mcccd - (Dkt 4) notice of appearance.PDF;(Dkt 5) DEfendants_ answer.PDF |
| **Attachments:** | (Dkt 4) notice of appearance.PDF; (Dkt 5) DEfendants_ answer.PDF |

Ms. Owens – I am sorry you did not return my voicemail message or previous email about an extension of time. I am attaching a copy of the notice of appearance and the answer we recently filed. The notice of appearance was incorrectly addressed to you and the envelope was returned. I am sending the answer in an abundance of caution in case you have not received it. The judge has ordered that we prepare a joint Rule 16 report and joint proposed scheduling order. I should have a draft to you within the next week or so. When lawyers are on both sides, this is typically done without an in person meeting. If you want such a meeting, we can meet at my office if you will tell when you wish to meet and if we can agree on the date and time. If you have any question or comment, please feel free to contact me via email, phone, fax or through the mail.

**David R. Schwartz**
Attorney At Law



UDALL | SHUMWAY 50th ANNIVERSARY 1965-2015
COUNSELORS AT LAW SINCE 1965

480.461.5325 Direct | 480.461.5300 Main | 480.833.9392 Fax
1138 North Alma School Road, Suite 101 | Mesa, Arizona 85201
das@udallshumway.com | www.udallshumway.com

Our offices are conveniently located just south of the Loop 202 (Red Mountain Freeway) between Dobson and Alma School. You can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).

1

# EXHIBIT B

# David Schwartz

| | |
|---|---|
| **From:** | Kim Kershner |
| **Sent:** | Wednesday, November 04, 2015 2:25 PM |
| **To:** | schaunowens@yahoo.com |
| **Cc:** | Kim Kershner; David Schwartz |
| **Subject:** | Owens v. MCCCD - 11-4-15 ltr reg joint report |
| **Attachments:** | 11-4-15 - ltr to owens reg joint report and order.PDF |

Ms. Owens, attached is a letter dated November 4,. 2015 from David Schwartz in the above matter.

**Kimberly A. Kershner**
Legal Assistant to Clark R. Richter & David R. Schwartz



UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965
50th ANNIVERSARY 1965-2015

480.461.5322 Direct | 480.461.5300 Main | 480.833.9392 Fax
1138 North Alma School Road, Suite 101 | Mesa, Arizona 85201
kak@udallshumway.com | www.udallshumway.com

You can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).

1

# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

WRITER'S DIRECT LINE: 480-461-5325
EMAIL: das@udallshumway.com

November 4, 2015

**VIA EMAIL (schaunowens@yahoo.com) AND REGULAR MAIL**
Schaun Owens
11342 W. Buchanan Street
Avondale, AZ 85323

Re: Owens v MCCCD et al.

Dear Ms. Owens:

As you should be aware, we represent the Maricopa County Community College District, Maricopa Skill Center and Lisa Hemming in the federal lawsuit you filed. The judge ordered us to initiate the Rule 26(f) meeting. I previously sent you an email about this process, but received no response from you. Lawyers often do the meeting through emails rather than meeting in person or by telephone. If you wish to meet in person, we would make a conference room available at our office. If you wish to meet in person or talk on the phone, please let me know what dates and time would work to see if can set a mutually agreeable time and whether you want an in person meeting here at our office or a telephone call you would initiate.

I enclose a draft of a proposed Joint Case Management Report and a proposed Joint Proposed Case Management Order. The agreed upon Report and Order must be filed on or before November 23, 2015 under the judge's order. The scope and nature of the initial disclosures are set forth in Federal Rule of Civil Procedure 26.1(a), which I highly suggest you should read. I have proposed that the initial disclosures be exchanged by November 20, 2015.

Please get back to me in writing or via email by Tuesday, November 10, with any comments, changes, suggestions or request for a meeting or phone call. Also, would you please confirm that we have the correct email address for you.

Very truly yours,

David R. Schwartz

Encl.
4486988.1
109883.005

# EXHIBIT C

# David Schwartz

| | |
|---|---|
| **From:** | Kim Kershner |
| **Sent:** | Friday, November 13, 2015 1:37 PM |
| **To:** | schaunowens@yahoo.com |
| **Cc:** | Kim Kershner; David Schwartz |
| **Subject:** | Owens v. MCCCD - 11-13-15 correspondence |
| **Attachments:** | 11-13-15 - ltr to owens re joint report.PDF |

Ms. Owens, attached is a letter dated November 13, 2015 from David Schwartz in the above matter.

**Kimberly A. Kershner**
Legal Assistant to Clark R. Richter & David R. Schwartz



UDALL|SHUMWAY 50th ANNIVERSARY 1965-2015
COUNSELORS AT LAW SINCE 1965

480.461.5322 Direct | 480.461.5300 Main | 480.833.9392 Fax
1138 North Alma School Road, Suite 101 | Mesa, Arizona 85201
kak@udallshumway.com | www.udallshumway.com

You can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).

1

# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

WRITER'S DIRECT LINE: 480-461-5325
EMAIL: dns@udallshumway.com

November 13, 2015

**<u>VIA EMAIL (schaunowens@yahoo.com) AND REGULAR MAIL</u>**
Schaun Owens
11342 W. Buchanan Street
Avondale, AZ 85323

     Re:   Owens v MCCCD et al.

Dear Ms. Owens:

     On November 4, 2015 I sent by email and regular mail a letter with a draft Joint Case Management Report and some dates in a proposed Joint Proposed Case Management Order. I had requested that you get back to me by November 10 as to how you wished to proceed. I have had no response to my request for you to say if you want to talk on the phone, meet in person or handle the drafts via email/regular mail. The two documents must be filed with the Court by November 23 and the Rule 26(f) meeting (to go over the items for these two documents) is supposed to occur by November 19.

     Please get back to me as soon as possible on how you wish to proceed and what, if any, changes you would request for the Joint Case Management Report and proposed Joint Proposed Case Management Order.

Very truly yours,

David R. Schwartz

4494414.1
109883.005

# EXHIBIT D

# David Schwartz

| | |
|---|---|
| **From:** | David Schwartz |
| **Sent:** | Thursday, November 19, 2015 11:10 AM |
| **To:** | Schaun Owens (schaunowens@yahoo.com) |
| **Subject:** | owens v mcccd - follow up |
| **Attachments:** | revised case mgt report.pdf |
| **Importance:** | High |

Ms. Owens – Apparently you called and left a message with the firm or my secretary indicating you were seeking an attorney. While I appreciate that, until you actually get an attorney you must still handle things yourself and comply with the judge's order. On Monday, November 23, the judge ordered the filing of the joint case management report and proposed scheduling order. If I do not hear anything from you substantively regarding changes to what I sent I will on Monday notify the court as to what has occurred and provide my drafts to the judge. Alternatively you could agree to the drafts I sent you. So that I can file by Monday, I need to hear back from you substantively about any changes you are requesting or if you agree with my draft.

I had suggested we exchange the initial disclosures by tomorrow, November 20. I attach a revised draft (redlined so you can see the changes) reflecting we move the exchange date back to November 30. The other change is after review materials I believe this case will take even longer to try to cover all of the expected witnesses. Other than those two changes, the draft case management report is the same as what I sent you October 28. Neither of these changes should effect the schedule I proposed to you on October 28 in the proposed case management order.

Perhaps you should file a motion with the court if you want or need an extension of time.

If you (or any attorney for you) wants to discuss this matter, please feel free to call me during working hours.

**David R. Schwartz**
Attorney At Law



UDALL | SHUMWAY 50th ANNIVERSARY 1965-2015
COUNSELORS AT LAW SINCE 1965

480.461.5325 Direct | 480.461.5300 Main | 480.833.9392 Fax
1138 North Alma School Road, Suite 101 | Mesa, Arizona 85201
das@udallshumway.com | www.udallshumway.com

Our offices are conveniently located just south of the Loop 202 (Red Mountain Freeway) between Dobson and Alma School. You can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).