**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming,<br><br>　　　　　Defendants. | NO. CV-15-01769-PHX-SPL<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

　　　Plaintiff and Defendants hereby stipulate that this Court may enter the Stipulated Protective Order submitted herewith. This action arises from employment by Plaintiff at a school whose students' educational records may be or are private under FERPA, 20 U.S.C. § 1232g and 34 C.F.R. § 99.30 et seq.. The case may also involve other potentially confidential records and the parties wish to facilitate disclosure and discovery of relevant records and information by entering into the Stipulated Protective Order.

Plaintiff has reviewed this Stipulation and the proposed Stipulated Protective Order and has authorized her e-signature on this Stipulation and has approved the form of the Stipulated Protective Order being submitted.

DATED: January 4, 2016.

                              UDALL SHUMWAY PLC

                              /s/ David R. Schwartz
                              David R. Schwartz
                              1138 North Alma School Road
                              Suite 101
                              Mesa, AZ  85201
                              Attorneys for Defendants


                              /s/ David R. Schwartz for Shaun Owens
                              Schaun Owens
                              Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By e-mail and mail to:

Schaun Owens
11342 W. Buchanan Street
Avondale, AZ  85323
Plaintiff

   /s/ Kimberly Kershner
Kimberly Kershner

4523225.1
109883-5