# UDALL|SHUMWAY
### COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming,<br><br>            Defendants. | NO.  CV-15-01769-PHX-SPL<br><br>**NOTICE OF SERVICE** |

Defendants Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, give notice of serving Defendants' First Set of Request for Production of Documents  and First Set of Non-Uniform Interrogatories to Plaintiff Schaun Owens.

/ / /

/ / /

/ / /

DATED:   January 4, 2016.

UDALL SHUMWAY PLC


_____/s/ David R. Schwartz_____
David R. Schwartz
Kimberly Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By mail to:

Schaun Owens
11342 W. Buchanan Street
Avondale, AZ  85323
Plaintiff


__/s/ Kimberly Kershner___
Kimberly Kershner

4528522 \109883-5\January 4, 2016