**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendants Maricopa County Community College District, Maricopa Skill Center and Lisa Hemming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Schaun Owens, | NO. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

Defendants Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, give notice of serving Defendants' Initial Disclosure Statement.

/ / /

/ / /

/ / /

/ / /

DATED: January 11, 2016.

UDALL SHUMWAY PLC


    /s/ David R. Schwartz
David R. Schwartz
Kimberly Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By mail to:

Schaun Owens
11342 W. Buchanan Street
Avondale, AZ  85323
Plaintiff

   /s/ Kimberly Kershner
Kimberly Kershner

45 \109883-5\January 11, 2016