**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorney for Defendants Maricopa County Community College District, Maricopa Skill Center and Lisa Hemming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming,<br><br>　　　　　　Defendants. | NO. CV-15-01769-PHX-SPL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MARICOPA SKILL CENTER** |

　　　Plaintiff and Defendants hereby stipulate that this Court may enter the Order dismissing, without prejudice and with each party to bear their own attorney's fees and costs, Maricopa Skill Center as a defendant in this action.  Defendant Maricopa Skill Center, which is a division of Gateway Community College one of several community colleges operated by Defendant Maricopa County Community College District, is being dismissed from this action because it is not a jural entity who can sue or be sued and Defendant Maricopa County Community College District shall remain as a Defendant in this action, as will Defendant Hemming.

1  Plaintiff has reviewed this Stipulation and the proposed Order and has authorized her e-signature on this Stipulation and has approved the form of the Order being submitted.

DATED: January 25, 2016.

                                                    UDALL SHUMWAY PLC

                                                    /s/ David R. Schwartz
                                                    David R. Schwartz
                                                    1138 North Alma School Road
                                                    Suite 101
                                                    Mesa, AZ  85201
                                                    Attorneys for Defendants


                                                   /s/ David R. Schwartz for Shaun Owens
                                                    Schaun Owens
                                                    Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2016, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By e-mail and mail to:

Schaun Owens
11342 W. Buchanan Street
Avondale, AZ  85323
Plaintiff

    /s/ Kimberly Kershner
Kimberly Kershner

4529376\109883-5

2