# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, <br><br> Plaintiff, <br><br> v. <br><br> Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, <br><br> Defendants. | NO.  2:15-cv-01769-SPL <br><br> **ORDER** |

Upon stipulation of the parties,

IT IS HEREBY ORDERED dismissing this action without prejudice, each party to bear their own attorney's fees and costs, as to only Defendant Maricopa Skill Center.

4529378.1
109883.005