1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | No.  CV-15-01769-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Community College District, et al., | |
| Defendants. | |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1.  That the Stipulation for Dismissal (Doc. 23) is **granted**;

2.  That *Defendant Maricopa Skill Center* is **dismissed without prejudice**;

3.  That each party shall bear its own costs and attorneys' fees; and

4.  That the Clerk of Court shall **terminate** Defendant Maricopa Skill Center as a party in this action.

Dated this 25th day of January, 2016.

Honorable Steven P. Logan
United States District Judge