IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, et al.,<br><br>        Defendants. | No. CV-15-01769-PHX-SPL<br><br>**ORDER** |

Having reviewed the record in this matter,

**IT IS ORDERED** that the parties shall *jointly* file no later than **July 20, 2016**, a Status Report regarding settlement discussions, including whether this matter is suitable for referral to a United States Magistrate Judge for the purpose of conducting a settlement conference. The report shall not set forth any confidential information concerning terms of settlement; the report shall only address the status of the parties' efforts to reach an early resolution of this action through settlement.

Dated this 13th day of July, 2016.

Honorable Steven P. Logan
United States District Judge