1

## UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

2

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201

3

Telephone: 480.461.5300 | Fax:  480.833.9392

4

David R. Schwartz - #009264

das@udallshumway.com

5

Kimberly R. Davis - # 030210

krd@udallshumway.com

6

Attorney for Defendants Maricopa County Community

7

College District, Maricopa Skill Center and Lisa Hemming

8

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF ARIZONA

10

11

Schaun Owens,

NO.  CV-15-01769-PHX-SPL

12

Plaintiff,

13

**DEFENDANTS' STATUS REPORT**

v.

14

15

Maricopa County Community College
District, Maricopa Skill Center, and Lisa

16

Hemming,

17

Defendants.

18

19

20

    Defendants Maricopa County Community College District, Maricopa Skill Center,

21

and Lisa Hemming, pursuant to this Court's Order (Dkt 37), submit this report.  Defendants

22

reached out via e-mail to Plaintiff to join or contribute, but they never received any response

23

from Plaintiff.

24

    The parties have not to date exchanged any settlement offers or engaged in settlement

25

26

discussions.

27

28

DATED:   July 20, 2016.

UDALL SHUMWAY PLC


_____/s/ David R. Schwartz_____
David R. Schwartz
Kimberly Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By mail to:

Schaun Owens
16808 N. 20th Street
Phoenix, AZ  85022
Plaintiff

_/s/ Kimberly Kershner__
Kimberly Kershner

4679877.1 \109883-5\July 20, 2016