

Schaun Owens
16808 North 20th Street
Phoenix, Arizona 85022
(602) 505-4700
schaunowens@yahoo.com
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Schaun Owens,

          Plaintiff,

v.

Maricopa County Community College
District, et al.,

          Defendants.

**Case No. CV-15-01769-PHX-SPL**

**PLAINTIFF'S STATUS REPORT**

    Plaintiff, Schaun Owens on Tuesday, July 26, 2016, via telephone engaged in a settlement discussion with Defendants' Attorney, David R. Schwartz, pursuant to the Court's Order. Plaintiff was told that Defendants are not interested in engaging in settlement discussions to resolve the case. Plaintiff, on the other hand will continue to seek the discovery of information regarding this case since defendants have no interest in settlement. Pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure, Defendants cannot move to dismiss this action now because Plaintiff has complied with the Court's Order.

DATED: July 29, 2016

Schaun Owens
16808 North 20th Street
Phoenix, Arizona 85022
(602) 505-4700
schaunowens@yahoo.com
Pro se

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 29th, 2016, I served the attached document via U.S. Mail, postage pre-paid to the following:

David R. Schwartz
Kimberly R. Davis
Udall Shumway, PLC
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Attorneys for Defendants

Schaun Owens
16808 North 20th Street
Phoenix, Arizona 85022
(602) 505-4700
schaunowens@yahoo.com
Pro Se