5-23-10 ___ EXH # 10
WITNESS _Owens_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook



MARICOPA SKILL CENTER

# Cosmetology

# Student Handbook

**Cutting Edge Style Academy**
www.cuttingedgestyleacademy.com
7565 W Peoria Ave, Peoria, AZ 85345
623-979-9883

**West-MEC**
www.west-mec.org
623-738-0022

**Maricopa Skill Center**
http://www.maricopaskillcenter.com
602-238-4300

**Maricopa Skill Center Northwest Campus**
http://www.northwestskillcenter.com
602-392-5000





cutting|edge

MCCCD-0-393

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

# TABLE OF CONTENTS

CAREER OPPORTUNITIES.................................................................... 4
SUPPLIES NEEDED............................................................................. 5
COLLABORATION............................................................................... 6
MISSION STATEMENT......................................................................... 6
GOALS AND OBJECTIVES.................................................................... 6
LEARNING ENVIRONMENT.................................................................. 7
FACILITIES AND EQUIPMENT.............................................................. 7
ADMISSION AND ENROLLMENT........................................................... 7
ADMISSION PROCEDURE.................................................................... 7
TRANSFERS FROM OTHER SCHOOLS.................................................... 8
SCHEDULES....................................................................................... 8
TUITION............................................................................................ 8
STUDENT RIGHTS AND RESPONSIBILITIES........................................... 8
OVERVIEW – STUDENT CONDUCT CODE AND DISCIPLINE........................ 9
• Student Misconduct.................................................................. 9
• Hazing and Harassment............................................................ 10
• Disruptive Behavior................................................................. 10
• Sanctions................................................................................ 11
• Appeals.................................................................................. 11
• Summary................................................................................ 11
STUDENT POLICIES AND EXPECTATIONS............................................. 11
ATTENDANCE................................................................................... 11
GRADING SYSTEM............................................................................ 14
PROBATION FOR HIGH SCHOOL STUDENTS......................................... 15
EQUIPMENT, SUPPLIES AND PERSONAL PROPERTY............................... 16
LOCKER POLICY............................................................................... 16
VISITORS/VOLUNTEERS.................................................................... 17
DRESS CODE.................................................................................... 17
PROFESSIONAL BEHAVIOR................................................................ 18
HIGH SCHOOL CREDIT...................................................................... 18
VOLUNTARY WITHDRAWAL PROCESS.................................................. 19
IMMUNIZATIONS.............................................................................. 19
INFECTION CONTROL, HEALTH AND SAFETY........................................ 19
ALCOHOL, TOBACCO AND DRUGS...................................................... 20
LOST OR STOLEN ITEMS................................................................... 20
TECHNOLOGY RESOURCES............................................................... 20
USE OF PERSONAL ELECTRONIC DEVICES........................................... 21
"GOOD NEIGHBOR" POLICY............................................................... 22
LEAVING CAMPUS POLICY................................................................. 22
STUDENT DROP OFF AND PICK UP POLICY.......................................... 22
COMMUNICATION............................................................................. 22
EDUCATIONAL REQUIREMENTS......................................................... 23
PROGRAM COMPLETION................................................................... 24

MCCCD-0-394

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

PROGRAM COMPLETION CEREMONY..................................................................................... 24
DISABILITY RESOURCES AND SERVICES.............................................................................. 25
STUDENT REASONABLE ACCOMMODATION PROCEDURE.................................................. 31
COSMETOLOGY COURSE OUTLINE........................................................................................ 32
    • Texts.............................................................................................................................. 32
    • Course Description........................................................................................................ 32
    • Course Goals................................................................................................................. 32
    • Course Format............................................................................................................... 32
    • Course Evaluation......................................................................................................... 33
    • Cosmetology Courses – 1600 Hours........................................................................... 33

APPLYING FOR STATE BOARD OF COSMETOLOGY LICENSURE....................................... 33
ADVISORY COUNCIL................................................................................................................. 36
STUDENT ACKNOWLEDGEMENT OF RECEIPT...................................................................... 47

MCCCD-0-395

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

# Cosmetology training provides a number of opportunities. Here are just a few....

Licensed Cosmetologist

Salon Owner/Manager

Specialized areas, eg. Color Specialist, Perm Specialist, Make-up Specialist

Esthetician

Nail Technician

Hair Show Artist

**Opportunities in Cosmetology Education:**

School Director/Owner

Instructor/Supervisor

Guest Artist/Educator

Beauty Supply Sales Rep

**Regulatory Opportunities:**

State Board Inspector, Member, Examiner

**Set your own hours!**

**Be your own boss!**

**Make the money you want!**

**Have fun with what you do!**

MCCCD-0-396

# Welcome!

This is a list of additional things <u>you need to purchase</u> that we do not supply for you in your kit. There is an additional list at the bottom of the page that are optional supplies that we find helpful for all students. Please <u>do not</u> purchase <u>everything</u> on the list prior to school starting. This will help you to be guided by your instructor to purchase the correct items.

Be aware you will be shampooing each other's hair the first week of school. You can bring your supplies (product, curling iron, etc.) and will have ample time to style your hair before you leave.

### <u>Items to be purchased and brought with you the first day of school:</u>

- Large  3″ binder
- Spiral bound index cards
- Paper
- Pen/Pencil
- Highlighters
- A permanent marker (various colors-Silver is helpful)

### <u>The last 2 months of training:</u>

The following items will be needed to take your 1400-hour final exam and state licensure exam:

- Perm Papers
- Cholesterol
- Cotton
- Gloves
- Sanek Strips

The following list includes items that are helpful to all students. These items are optional, but extremely helpful. Again please do not purchase these items until your instructor advises you to do so.

- A mesh bag for sanitizing
- Various plastic containers for storage

An inexpensive disposable camera is recommended to leave in your locker. You will need to take pictures of your work throughout your education to build your portfolio.

MCCCD-0-397

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## COLLABORATIVE PARTNERSHIP

Cosmetology programs at Cutting Edge Style Academy (CESA) and the Maricopa Skill Center Northwest Campus (MSCNC) represent, in part, a collaborative effort among many partners including Western Maricopa Education Center (West-MEC), the Maricopa Skill Center (MSC) and the Maricopa County Community College District. West-MEC is a public school district dedicated to providing students innovative Career and Technical Education programs. It is comprised of more than ten school districts and over 40 member high schools.  Students attending high schools which are members of West-MEC have the opportunity to also attend the Cosmetology Program at CESA/MSCNC/MSC. The CESA and MSCNC Cosmetology Programs are part of the Maricopa Skill Center (MSC), which is a division of Gateway Community College.  Gateway is one of the ten community colleges which make up the Maricopa County Community College District (MCCCD).

High school students enrolled in CESA/MSCNW/MSC are dually enrolled in their high school (a secondary education program) and MCCCD (a postsecondary program).  **While attending CESA/MSCNC/MSC, students are treated as college level (postsecondary) students. They have <u>voluntarily</u> elected to enroll in a community college program. As such, students and parents must recognize that many postsecondary expectations, policies, educational practices, special services, academic requirements, disciplinary procedures and overall governance <u>differ significantly</u> from their high school programs.**

**This Handbook is only intended to supplement (not replace) the current *MSC Catalog & Student Handbook* and the *Maricopa Governance Online Policy Manual*. Should any information in this supplemental Student Handbook conflict with the official policies or governance of MSC or MCCCD, the policies and governance established and set forth by MSC/MCCCD shall apply.** For complete information on MSC student policies, governance standards, programs, or other related issues, students and parents should link to: www.maricopaskillcenter.com/catalog/index.html. For much more comprehensive information on MCCCD governance policies, refer to the ***Maricopa Governance Online Policy Manual*** via the following: www.maricopa.edu/publicstewardship/maricopasteward/.../margov.php.

## MISSION STATEMENT

The CESA/MSCNC/MSC Cosmetology Program provides instructor-led training and educational support services for students seeking careers in cosmetology.  Courses rigorously prepare students for employment opportunities in a variety of professional cosmetology-related positions. All staff members are dedicated to providing relevant training and quality student services in the tradition of CESA/MSCNC/MSC, West-MEC, and MCCCD.

## GOALS AND OBJECTIVES

1. To actively engage students; to transfer knowledge and promote learning while helping students develop the skills, attitude, and professionalism necessary to succeed in their chosen field;

2. To ensure that each student has regular access to relevant technology and instructional resources and to provide a learning environment that is safe, comfortable, and effective;

MCCCD-0-398

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

3. To offer individual attention as students demonstrate their ability to meet professional standards, proficiency, and competence relevant to their program of study;

4. To measure competencies, recognize achievements, and graduate only qualified, competent students;

5. To prepare graduates for successful careers and assist in their placement with quality employers.

## LEARNING ENVIRONMENT

CESA/MSCNC/MSC proudly celebrate diversity by promoting multi-cultural activities and awareness. Instructors, staff, and students represent a broad cross-section of the community we serve. In keeping with regional and national education standards, all instructional activities at CESA/MSCNC/MSC are conducted in English; including classroom activities, course material, labs and clinic education. Public Safety staff is also present at CESA/MSCNC/MSC with each facility monitored by security cameras.

## FACILITIES AND EQUIPMENT

CESA/MSCNC/MSC offer state-of-the-art, well-lit, climate controlled floor space supplied with modern cosmetology equipment. Each has a fully functioning dispensary/laundry, multiple theory/freshman classrooms, an aesthetics lab, nail-tech and pedicure stations, and a beautifully designed cosmetology clinic floor featuring custom-made styling stations. Client shampoo areas are also provided at each location. Each styling station is equipped with a traditional hydraulic styling chair and ample electrical outlets to support the tools of the trade. Additional accoutrements include administrative offices and lounge, restrooms, laundry facilities, student lockers, and a student lounge. Safe, free, on-site parking is available to all students and sites are serviced by regular bus routes during normal hours of operation. CESA/MSCNC/MSC have equipment for both visual training and practical purposes which is comparable to that found in a traditional salon environment.

## ADMISSION & ENROLLMENT

Non-high school or adult applicants should contact the Maricopa Skill Center 602-238-4300 for questions regarding enrollment and admission. High school students enrolled in a West-MEC member high school should contact West-MEC 623-738-0022 for admission and enrollment requirements, application procedures and start dates. By State Law, only actual clock hours are accumulated.

## ADMISSION PROCEDURE

Contact MSC and West-MEC offices for admission and enrollment requirements, procedures and start dates for the CESA, MSCNC or MSC Cosmetology Program. The Arizona Board of Cosmetology requires that each student enrolling in the Cosmetology Program provide proof of citizenship/legal residency. Students who are unable to provide the required citizenship/residency documentation* must sign a waiver indicating that until the student is able to provide the required documentation, he or she will not be able to apply for licensure.

*Acceptable forms of identification include a valid social security card or birth certificate; driver's license; state identification card with photo; official government issued passport.

MCCCD-0-399

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

### TRANSFERS FROM OTHER SCHOOLS

Students who have attended training at another approved school of cosmetology may qualify for a transfer of completed hours. Transfers from both in-state and out-of-state institutions will be considered upon written request by the transferring student. Requests must include an official transcript and/or certification of hours. The acceptance of transfer hours is at the discretion of the West-MEC and CESA/MSCNC/MSC administration.

### SCHEDULES

Cutting Edge Style Academy operates daily Monday through Saturday. Three four-hour sessions are scheduled daily Monday through Friday: 7:00am – 11:00am; 11:45am – 3:45pm; and 4:00pm – 8:00pm. CESA is open from 8am to 5pm on Saturdays and closed on Sunday. Summer hours are from 8:30am to 5:00pm, Monday through Friday, closed on weekends and holidays. Please refer to the current school calendar for additional details. The Maricopa Skill Center Northwest Campus operates daily Monday through Friday. One four hour session is scheduled for West-MEC funded students daily Monday through Friday from 2:00pm – 6:00pm. Scheduled Saturdays are 8:00am to 5:00pm. MSC operates daily Monday through Friday from 7:45am – 9:00pm and on scheduled Saturdays.

High school CESA/MSCNC/MSC students will need to have a minimum of 800 hours before starting school in August of their second year in order to complete their program on schedule

### TUITION

**Junior/Senior high school students**
As long as a student is enrolled in a high school which is a member of West-MEC, all tuition hours are paid by West-MEC for both the CESA and MSCNC cosmetology programs. The student pays a total $1200 to West-MEC to cover kit, books, and lab fees for their entire two-year program. Once a student graduates high school, tuition is paid by the student to MSC at the current rate of $5.00 per clock hour.

**Adult students**
Tuition, kit, books, and lab fees for 1600 total clock hours are approximately $9,393.00.

**Transfer students or completion of hours**
Student will pay the current rate of $5.00 per clock hour. Students may need to purchase a kit or supplies and/or books if the student does not have required supplies/books.

### STUDENT RIGHTS AND RESPONSIBILITIES

All students are entitled to enjoy the basic rights of citizenship that are recognized and protected by laws of the country and state for persons of their age maturity. Each student is obligated to respect the rights of classmates, teachers and other school personnel. Any CESA/MSCNC/MSC cosmetology students who violate the rights of others or who violate policies or governance standards of CESA/MSCNC/MSC and MCCCD are subject to appropriate disciplinary measures **as set forth by CESA/MSCNC/MSC and MCCCD**. These measures are designed to correct their misconduct and to promote a successful educational experience and personal growth as a citizen and member of the school community.

MCCCD-0-400

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

The Student Rights and Responsibilities section of the *Maricopa Governance Online Policy Manual* sets forth comprehensive standards for Student Conduct, access to Student Records, Student Disciplinary Standards, Prohibited Student Conduct, Sanctions for violating the Student Conduct Code and a student Appeals Process as well as additional information. Students and parents are encouraged to refer to the following link: http://www.maricopa.edu/publicstewardship/governance/adminregs/students/2_5.php.

CESA, MSCNC and MSC are all **postsecondary** community college based programs governed by MSC and MCCCD. **As such, student rights and responsibilities in postsecondary programs, like CESA, MSCNC and MSC, differ significantly in many important ways from high school programs.** Examples of these differences include the process of providing reasonable accommodations to eligible students with disabilities, confidentiality and access to student records, disciplinary procedures, student conduct expectations, academic standards, student hearings and appeals procedures, student sanctions and many others. Student rights and responsibilities set forth in the Free and Appropriate Public Education Act, which many parents of high school students are familiar with as a result of their child participating in elementary and secondary education; do not apply to postsecondary programs like CESA/MSCNC/MSC. MCCCD programs, including CESA, MSCNC and MSC, comply with the Family Educational Rights and Privacy Act (FERPA) and other federal and state regulations which apply to **postsecondary programs** including community colleges and postsecondary vocational training programs like CESA/MSCNC/MSC.

## OVERVIEW – STUDENT CONDUCT CODE AND DISCIPLINARY STANDARDS

The following standards apply to all Cosmetology Program students at CESA/MSC/NCMSC. **This section is intended to supplement (not replace) the *MSC Catalog & Student Handbook* and the *Maricopa Governance Online Policy Manual*.** As mentioned previously, while enrolled in the CESA/MSCNC/MSC cosmetology program, student conduct and disciplinary procedures are governed by policies of MSC and MCCCD.

Students who violate or are alleged to have violated these policies or other MCCCD policies will be subject to investigation and disciplinary procedures as set forth by CESA/MSCNC/MSC and MCCCD. The policies and standards discussed in this section of this Student Handbook are not comprehensive. For more information on these policies and governance standards, refer to the *Maricopa Governance Online Policy Manual*: http://www.maricopa.edu/publicstewardship/governance/adminregs/students/2_5.php. Students should also refer to the *MSC Catalog & Student Handbook*: www.maricopaskillcenter.com/catalog/index.html.

1. **Student Misconduct and Violation of Standards of Conduct**

   CESA/ MSCNC/MSC cosmetology programs have a **ZERO TOLERANCE POLICY** for the following:

   **The following actions will result in disciplinary sanctions up to and including expulsion. Expulsion is the permanent separation of the student from all the colleges in the district.**

   a. Intentionally or recklessly causing physical harm to any person on the campus or at any internship locations, or intentionally or recklessly causing reasonable apprehension of such harm is prohibited.

   b. Use or possession of any weapon or explosive device on the campus or internship locations is prohibited.

MCCCD-0-401

c.  Use, distribution or possession for purposes of any controlled substance or illegal drug on the campus or internship locations is prohibited.

d.  Stealing or removal of classroom items belonging to the CESA/MSCNC/MSC or internship locations is prohibited.

e.  Falsifying student records such as clocking in/out another student.

In compliance with MCCCD guidelines, allegations of misconduct at CESA/MSCNC/MSC will be investigated and appropriate action will be taken in accordance with MCCCD policies and governance standards.  During this process students have rights regarding appeals and other procedures as set forth by MSC and MCCCD policies.

## 2.  Hazing and Harassment

As described above, Cosmetology Program students at CESA/MSCNC/MSC are also subject to hazing and harassment standards of conduct and disciplinary policies as set forth by MSC and MCCCD.  **This section is intended to supplement (not replace) the current *MSC Catalog & Student Handbook* and the *Maricopa Governance Online Policy Manual.***

a.  Fighting or physical contact with another person intended to cause harm shall be subject to discipline.

b.  Hazing or harassment may include, but is not limited to: verbal, nonverbal, physical, sexual electronic or any other possible activity that demeans another person.

c.  No student has the right to negatively impact the education of another student.

d.  Hazing or harassment, or perceived hazing or harassment, shall be reported to a teacher or administrator.

e.  Threats of hazing or harassment, physical contact or physical intimidation shall be reported to a teacher or administrator.

In compliance with MSC and MCCCD guidelines, allegations at CESA/MSCNC/MSC of misconduct, including hazing or harassment will be investigated and appropriate action will be taken.  During this process students have rights regarding appeals and other procedures as set forth by MSC and MCCCD policies.  Students who have Orders of Protection may inform Public Safety if they choose to do so.

## 3.  Disruptive Behavior

Students may also receive disciplinary sanctions for other actions which violate the Student Conduct Code.  Engaging in disruptive behavior, particularly if it is a frequent problem, may result in disciplinary sanctions. As defined by MCCCD, "Disruptive behavior" means – "conduct that materially and substantially interferes with or obstructs the teaching or learning process in the context of a classroom or educational setting". Behavior that involves physical abuse, verbal abuse, threats, intimidation, harassment, coercion, conduct which threatens or endangers the health or safety of any

MCCCD-0-402

person, disorderly conduct, and lewd or indecent behavior are clearly unacceptable. Additional examples of disruptive behavior may include chronic inattentiveness, distracting other students, sleeping or giving the appearance of sleeping during instructional hours, using a cell phone or other personal electronic device during instruction or clinic work, obscene language, gestures or images and any other behavior or activity which adversely affects the teaching or learning process.

### 4. Sanctions

Disciplinary actions or proceedings may be instituted against a student charged with conduct that potentially violates the MCCCD/MSC Student Conduct Code and/or criminal law (such as theft from a nearby business or car during scheduled breaks). Students have the right to appeal any findings. Sanctions may be imposed upon any student found to have violated the MCCCD/MSC Student Conduct Code while attending CESA/MSCNC/MSC. Sanctions may range from a **written warning** to **suspension** and even include **college expulsion** which is defined as "**... permanent separation of the student from all the colleges in the District**" (*Maricopa Governance Online Policy Manual – Student Rights and Responsibilities, 2.5.2 Student Conduct Code, Article IV – Student Conduct Code Procedures, Section 2 – Sanctions*).

### 5. Appeals Regarding Student Conduct Code

A decision reached by the Student Conduct Board judicial body or a sanction imposed by the Student Conduct Administrator may be appealed by accused students or complainants to an Appellate Board within five (5) days of receipt of the decision. Such appeals shall be in writing and shall be delivered to the Student Conduct Administrator. For more details, refer to the *Maricopa Governance Online Policy Manual* – Student Rights and Responsibilities, 2.5.2 Student Conduct Code, Article IV – Student Conduct Code Procedures, Section 6 – Appeals Regarding Student Code of Conduct: http://www.maricopa.edu/publicstewardship/governance/adminregs/students/2_5.php.

### 6. Summary and Links for Additional Information

As mentioned previously, this Student Handbook is only intended to supplement (not replace) the current *MSC Catalog & Student Handbook* and the *Maricopa Governance Online Policy Manual*. Should any information in this Student Handbook conflict with the official policies or governance standards of MSC or MCCCD, the policies and governance established by MSC and MCCCD shall apply. For more information on MSC student policies and governance, interested students or others should link to: www.maricopaskillcenter.com/catalog/index.html. For more information on MCCCD governance policies, refer to *Maricopa Governance Policy Manual Online* by using the following link: www.maricopa.edu/publicstewardship/maricopasteward/.../margov.php.

## STUDENT POLICIES AND EXPECTATIONS

The following policies apply to Cosmetology Program students at CESA/MSCNC/MSC. The CESA/MSCNC/MSC cosmetology programs which are offered in collaboration with West-MEC use the same curriculum and operate under the same policies and procedures in conjunction with MSC/MCCCD. For complete information on student policies and governance standards for CESA/MSCNC/MSC and MCCCD, please refer to the MSC and MCCCD links provided in previous sections of this Handbook.

### 1. Attendance

With regard to high school students attending CESA/MSCNC/MSC Cosmetology Program, consistent

MCCCD-0-403

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

with state law, West-MEC holds to the philosophy that parents or guardians are primarily responsible for their child's attendance at school. ***State law mandates that all secondary schools record the reason for all student absences.*** Parents of high school students, please contact the West-MEC attendance registrar (623-209-8070) or front desk (623-738-0022) when your child will be absent.

Parents of high school students have the right to have their children out of school for any reason they deem important. In exercising that right, they assume responsibility for the loss of any academic material presented during the student's absence. They may also be responsible for the student's loss of credit if absences become excessive. Excessive absences will result in probation and possible termination. **There are no "excused" absences,** either the student is present and clocked in or they are not.

With regard to high school students, if a student brings in documentation in a timely manner, the student **MAY** be able to schedule make-up time based on availability. **It is best to try to make up missed time during the same month of missed time to avoid probation.** Examples of acceptable documentation would be a doctor's note or high school calendar for AIMS testing.  No hand-written notes will be accepted. If you have questions regarding acceptable documentation or make-up time, please contact the Student Services Office at CESA/MSCNC/MSC.

West-MEC/CESA/MSCNC are responsible for reporting high school students absence information to parents or guardians of students under the age of eighteen. CESA/MSCNC/MSC are professional pre-licensing preparation programs which are based, in part, on students accumulating a specific number of clock hours in preparation for the Arizona State Board of Cosmetology licensing exam. Students must also complete other important requirements while at CESA/MSCNC/MSC in order to be allowed to sit for the state licensing exam.  A student should not expect to successfully complete their program if their attendance is unsatisfactory. **Satisfactory attendance is one of the most important factors in ensuring that a student successfully completes their program at CESA/MSCNC/MSC. 100% attendance should be the goal for every student.**

**High school students must complete 1600 clock hours during their two-year training program. Second year students who do not complete their hours by the annual West-MEC program completion date may continue to accumulate clock hours at CESA or MSCNC through June 30th at the current hourly rate of $5.00 per clock hour. High school students unable to complete all 1600 hours of instruction by June 30th of their second year will not be able to continue their education at CESA. Every effort will be made to accommodate high school students who surpass the June 30th deadline by allowing them to complete their hour and/or other requirements by attending MSC or MSCNC at the current hourly rate of $5.00 per clock hour.**

<u>**With regard to high school students:**</u>

    a.  Students not in attendance the first two days of school, without prior notification, may be dropped from program.

    b.  Students are expected to attend classes as scheduled. Refusal of class participation or client will result in disciplinary action.

    c.  Absences must be reported to West-MEC.

        i.  A parent/guardian must call in a student's absence 30 minutes prior to his or her scheduled session start time.

MCCCD-0-404

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

    d. West-MEC will notify Parents/Guardians of tardiness and absences.

    e. High school students who exceed 10 consecutive days of absence will be dropped from the program; however, they may be reinstated at a later date pending approval from West-MEC and MSC administrative staff, and the Associate Director of Cosmetology.

    f. Students are required to obtain approval from their instructor for pre-planned absences. This will facilitate scheduling make-up time if make-up hour are available.

    g. Students at CESA are required to attend approximately every third Saturday with the exception of holiday weekends.

        i. Saturday absences, without prior approval, are subject to disciplinary actions.

        ii. Make-up hours for absences are limited and based on availability. Students must obtain approval with the Student Services office prior to scheduling and attending make-up time.

    h. Students are expected to clock in on time with their required kit, supplies, etc. **Tardy is defined as clocking in one minute late and/or without their required kit, supplies, books, etc.** If a student clocks in on time and then has to run out to their car to get their required supplies, after their session has started, **they will also be considered tardy.** If a student is more than ten minutes tardy, **Monday through Friday,** they will still be allowed to clock in and attend class to learn the material but they will lose their credit for the day. Students will not be allowed to clock in and attend class if they arrive after mid-session. If a student is tardy on **Saturday** they will be sent home. Chronic tardiness may result in disciplinary action.

    i. Students out of dress code will be sent home and not allowed to clock hours.

    j. Students who do not have the proper supplies (kit/books) will be sent home and not allowed to clock hours.

    k. In regards to high school students, excessive tardiness and/or absences may result in students being placed on probationary status, which could lead to withdrawal from the program. Students must maintain satisfactory 90% attendance every month. For example, if there are 100 hours available in the month the student MUST attend 90 hours in order to achieve the minimum 90% attendance standard. Understand that even at 90% attendance every month, while the student may avoid probation, the student will NOT complete the program on time. **100% attendance is expected.**

    l. Students are required to clock in and out daily and document their hours as directed by their instructor. Only official CESA/MSCNC/MSC time records will be accepted for program credit.

    m. It is the student's responsibility to schedule make-up work with their instructor.

    n. **It is the student's responsibility to track and verify their clocked hours daily or weekly. Any errors found after the 1st of every month will not be changed.** Students can check and verify hours on the SkillTime website: http://140.198.55.32

    o. Students are expected to attend all scheduled classes, participate actively and complete all required activities and assignments through the last day of the program for the current school year. Failure to satisfy this requirement may result in the loss of high school elective credit

MCCCD-0-405

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

and/or not having sufficient hours to be eligible to take the Arizona State Board of Cosmetology licensing exam.

p. <u>Adult</u> MSC/MSCNC students are expected to maintain 100% attendance. If a student does not meet at least 80% of their monthly attendance, they may be in jeopardy of losing financial aid. Students that have missed 14 consecutive days will be dropped from the program. Please refer to MSC attendance policies by reviewing the Catalog & Student Handbook or: http://maricopaskillcenter.com/sites/default/files/imce/images/PDFs/catalog_student_handbook_12_13.pdf. All students must be in class on time, prepared for class, in dress code, and with the necessary supplies (kits/book) or they may be sent home. If a student misses time and brings in acceptable documentation, they may be scheduled for make-up time. Saturdays are available to make up time without documentation; however, availability is limited. Please refer to the school calendar and schedule.

## 2. Grading System

### For High School Students

a. Students are given regular assignments in both theory and clinical lab work. Theory is evaluated by written exam, and clinical lab work is evaluated by the instructor upon completion.

b. Exams are administered at the completion of each unit. <u>Theory grade</u> is based on written exams. <u>Practical grade</u> is based on the clinic evaluation sheet and practical exams. Monthly and semester grades are based on a combination of Theory and Practical grades. <u>Attendance grade</u> is based on hours accumulated versus scheduled hours.

c. **All student evaluations are performed in accordance with the procedures and performance standards set by the Arizona State Board of Cosmetology.**

d. Students must maintain a cumulative or total Grade Point Average (GPA) of 80% or above and pass a final written exam and final clinical evaluation prior to graduation. In order to pass the state licensure exam the student must score 75% or higher.

e. Students can view their grades and progress on the Canvass website at any time via: https://ilearn.maricopa.edu/login. West-MEC reports monthly progress grades to the home high schools.

f. Letter grades for West-MEC are assigned as follows:

    i.  90-100%    A

    ii.  86-89%    B

    iii.  80-85%    C

g. High-school students achieving the required minimum 80% cumulative GPA will be awarded three (3) elective credits per high-school semester.

MCCCD-0-406

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

h.  The CESA/MSCNC/MSC minimum standard for passing is 80%. Students are required to maintain at least an 80% GPA every month. If a student does not meet this standard they will be placed on **probation. After two consecutive months of probation the student may be dropped from the program.**

i.  Students who do not have their Workbook complete on the day of an exam will still be allowed to take the exam. However, they will receive a 0% (zero) for their Workbook assignment. Any students **absent on the day of an exam** will have to schedule at time with their **instructor, during a different session (not clocked in),** to make-up the missed exam. If no acceptable documentation is received as to why the student missed school the day of the first exam then the student may schedule a make-up exam with their instructor but the **highest score they can receive will be 80%** (passed). If a student **fails** an exam they will be allowed **one retake,** also scheduled with their instructor during a different session (not clocked in). The highest score that can be achieved for any retake exam is 80% (passed). **Be sure to not be absent and have your assignments completed on test day!**

j.  Students are expected to complete all assignments on time. Students <u>MUST</u> schedule a retake exam if they fail any of the following tests.

      I.   400 hour practice State Board Exam

      II.  1000 hour practice State Board Exam

      III. 1400 hour practice State Board Exam

      iv.  Any failed Comprehensive Exam 1-6

### Adult Grading System

For non-high school adult students attending the Cosmetology Program, each class is either a Pass or Fail. If an adult student fails a class then he/she cannot move on to the next class. Students will not receive a certification of completion unless all classes are passing. Grades are derived from theory tests and practical work and are recorded in Canvass. Any grade below 80% is failing.

### 3.  Probation for High School Students

There are two major types of probation at CESA/MSCNC/MSC. Students may be placed on probation for any given month for failure to meet program standards regarding Attendance or Grade Point Average (GPA). Students receive probation notices when they fail to meet these standards.

a.  **Attendance –** Each month, students are required to be in Attendance at CESA/MSCNC/MSC for at least 90% of the available hours for that month. The number of available hours in any given month varies due to factors such as curriculum requirements, holidays, spring breaks, etc. Students must achieve **at least 90% attendance every month in order to avoid probation.** For example, if there are 100 hours available in a given month students MUST attend at least 90 hours in order to achieve the minimum 90% attendance and avoid probation. If a student fails to achieve this 90% standard, they will be notified and placed on probation for that month. After two <u>consecutive</u> months of probation for unsatisfactory Attendance, the student may be dropped from the CESA/MSCNC/MSC Cosmetology Program.

In the event of withdrawal, the student still retains the clock hours they have earned to that point. These clock hours may be transferable to another cosmetology program which the student

MCCCD-0-407

may choose to attend to complete their training. If a student only achieves 90% attendance each month, they will avoid probation but they will not complete the cosmetology program on schedule. 100% attendance is the goal. Unsatisfactory or irregular attendance presents one of the biggest obstacles to successfully completing the CESA/MSCNC/MSC Cosmetology Program. If a student elects to provide their parent or guardian with their Skill Time password, student attendance and clock hours may be viewed or tracked online by a parent or guardian.

b. **Grade Point Average** – The CESA/MSCNC/MSC minimum standard for passing is 80%. **Students are required to maintain at least an 80% GPA every month.** If a student does not meet this standard in a given month they will be placed on probation. After two consecutive months of probation for GPA the student may be dropped from the program. If a student elects to provide their parent or guardian with their Canvass password, student grades may be viewed or tracked online by a parent or guardian.

### 4. Equipment, Supplies, and Personal Property

a. All implements, equipment, towels and stations should be appropriately sanitized before use as required by the state regulatory agency.

b. All equipment, books, and supplies issued to students must be available for student use during class hours.

c. CESA/MSCNC/MSC accept no responsibility for students' personal property, equipment, clothing, vehicles, or items left in vehicles.

d. Once issued, the kit becomes the property of the student. Any loss or additional replacement materials/supplies needed will be the financial responsibility of the student.

### 5. Locker Policy

CESA/MSCNC/MSC Cosmetology Programs comply with the current "Maricopa Skill Center Assignment and Use of Lockers Policy". Students currently enrolled at CESA/MSCNC/MSC should recognize that this policy and the associated practices apply to them. This policy may differ significantly from locker policies which may be in effect at a student's high school. CESA/MSCNC/MSC will assign a locker to a student currently enrolled in a CESA/MSCNC/MSC Cosmetology Program under the following conditions and the following understanding of that locker's use:

a. Lockers will be assigned, upon request, only to students currently enrolled, as defined by the MSC registrar and requiring the use of a locker as determined by CESA/MSCNC/MSC.

b. Only locks provided by CESA/MSCNC/MSC may be used on a locker. Locks other than those provided by CESA/MSCNC/MSC are not authorized for use on CESA/MSCNC/MSC lockers and may be removed with or without notice to the student. CESA/MSCNC/MSC will not be responsible for the contents of a locker if an unauthorized lock is removed by an authorized employee of the Maricopa County Community College District (MCCCD), with or without the student's knowledge or consent. Unserviceable locks will be brought to the attention of the CESA/MSCNC/MSC Maintenance Supervisor who will provide a replacement lock. See paragraph f.

c. Students who fail to maintain established attendance expectations within any given month may be provided 24 hours written notice to vacate the locker. Twenty four hours after notification has been given, all contents still remaining in the locker will be removed and

MCCCD-0-408

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

    d.  turned over to the Department of Public Safety who may discard the items without further notice to the student.

    e.  Students who graduate, or are suspended or expelled, will be required to remove all personal items from their assigned locker prior to departing the campus on the day of the graduation, suspension or withdrawal (whether voluntarily or involuntarily). Students on suspension or approved leave are required to empty their lockers on the day of the departure from CESA/MSCNC/MSC and may request the use of another locker upon their return provided they meet the locker use criteria. Any items remaining in any student assigned locker will be turned over to the Department of Public Safety who may discard the items without further notice to the student.

    f.  All CESA/MSCNC/MSC lockers are the property of MSC.  Students who use a locker at CESA/MSCNC/MSC do so voluntarily and should have no expectation to privacy regarding the use of the locker or any items which may be contained within.  CESA/MSCNC/MSC reserves the right to search any locker or other secured container located on or brought to CESA/MSCNC/MSC property at any time without authorization from the authorized user or owner.

    g.  Students who return a damaged or unserviceable lock to CESA/MSCNC/MSC may be charged for the cost to repair or replace the lock, unless damages are proven to have been caused by another individual.

    h.  Only the personal possessions of the individual authorized to use a particular locker may be placed in the locker.  Students should not store valuable items (such as computers) in a locker at any time.  No weapons, ammunition, explosives, drugs, alcohol, hazardous materials, or property belonging to others may be placed in the locker.  CESA/MSCNC/MSC staff will conduct administrative inspections without notice to assure compliance with this policy.

**6. Visitors/Volunteers**

Students may not receive visitors during school hours. Anyone who wishes to volunteer at CESA/MSCNC/MSC must be approved prior to volunteering.  Their interest will be evaluated on an individual basis by the Associate Director of Cosmetology Education and/or Assistant Program Managers. All decisions are final. Volunteers may be asked to discontinue their volunteer activities at any time by program management. Persons related to students enrolled at CESA/MSCNC/MSC may not participate as judges or volunteers in any competitions including, but not limited to, the annual Fashion Show, Skills USA and other competitions.

**7. Dress Code**

Cosmetology Program students must maintain a professional appearance and adhere to the program dress code during school hours.

    a.  The Official CESA/MSCNC/MSC Cosmetology Program Dress Code requires that students' **name tag** be worn at all times. The accepted uniform consists of **pants or long skirts past the knee, low-heeled (recommended), closed-toed shoes and a black smock.** Slippers are not acceptable. Fuzzy knit boots or other similar footwear is not recommended as they hold hair and may become unsanitary. Smocks must have sleeves and be worn and buttoned during all classroom and clinic activities.  **Hair and make-up are to be done.** No hats are allowed.

MCCCD-0-409

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

      i. Students who are not dress-code compliant will be sent home and not be allowed to clock in.

  b. Students should maintain good hygiene and maintain a professional appearance.

      1. Non-compliance with hygiene and professional appearance will impact practicum grade. Students are graded daily on professional appearance; hair, make-up, and dress.

  c. Images such as offensive tattoos, clothing, accessories, etc. must be covered or kept out of view while at CESA/MSCNC/MSC. Examples of offensive images or statements that might appear on a student's clothing, tattoos or personal accessories include any that would reasonably be considered bigoted, homophobic, sexist, promote violence, gang-related, supremacist, racist, intolerant, prejudiced, indecent, or any other provocative images, commentary or slurs. In the event of disagreement as to whether an image or statement might be deemed offensive, final determination will be made by program management. If the image(s) cannot be covered or removed from sight, the student will be sent home and parents will be notified. If the problem occurs frequently, additional disciplinary action will be necessary.

**8. Professional Behavior**

  a. Practice courtesy and professionalism at all times when dealing with other students, clients, visitors and CESA/MSCNC/MSC staff.

  b. Discuss only ethical and professional subject matter during school hours and refrain from using profanity.

  c. Always be respectful towards others and maintain a positive attitude.

  d. Maintain and use equipment and personal property in a safe, sanitary manner according to state law.

  e. Complete daily assigned clean up prior to clocking out for the day.

  f. Students are provided with a student lounge. Eating or drinking is not permitted in the classrooms or the clinic floor.

  g. As in the case of 7.c (above), any commentary that might be considered bigoted, homophobic, sexist, promote violence, gang-related, supremacist, crude, vulgar, profane, obscene, racist, intolerant, prejudiced, indecent or any other type of offensive comment, image or gesture will not be tolerated. In the event of disagreement as to whether a student's behavior is unprofessional in this regard, program management will make the final determination. Students who engage in this type of unprofessional behavior may be sent home or subject to other disciplinary actions, particularly if the behavior occurs frequently.

  h. Disruptive behavior, as defined previously, is <u>unprofessional</u>. If it is not corrected promptly, or occurs frequently, sanctions may be imposed on the student within the guidelines of the Student Conduct Code.

**9. High School Credit**

  a. High School students enrolled in the CESA/MSCNC/MSC Cosmetology Program will earn 3 elective high school credits per semester providing they successfully meet program requirements including achieving a minimum 80% Total (or accumulative) Grade Point Average. It is the students' responsibility to check with their home school counselor to find out if the student is on track for graduation.

MCCCD-0-410

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

b. High school credit will be issued to the student for each semester with a 75% or higher grade. A "D" grade or better is required to obtain high school credit for the class.

c. If a student is struggling in their courses they must **self-advocate** and ask their instructor for assistance. **It is each student's responsibility to contact their instructor for additional assistance.**

d. A student who fails, withdraws, or does not complete a class **WILL NOT** receive high school credit for that class.

## 10. Voluntary Withdrawal Process

If it becomes necessary for a high school student to withdraw from CESA/MSCNC/MSC during the school term, his/her parent(s) should contact the West-MEC. Students must also sign documentation with the Student Services office at CESA/MSCNC/MSC at the time of withdrawal. Non-high school students should contact the appropriate CESA/MSCNC/MSC Student Services office to complete the required paperwork.

## 11. Immunizations

West-MEC must have current immunization records on file for each student. Students must be immunized against Measles, Mumps, and Rubella (MMR), Polio, Tetanus-Diphtheria, Varicella, and Hepatitis B.

## 12. Infection Control, Health and Safety

CESA/MSCNC/MSC comply with **Arizona State Board of Cosmetology** (AZBOC) laws and rules. Students are engaged in providing supervised cosmetology services to the public and other students. In the event of student illness, injury or other health limitations which may occur while a student is enrolled in this program, CESA/MSCNC/MSC complies with the Arizona Administrative Code's laws and rules which include, in part,

"Article 1. General Provisions: Section R4-10-112 -- Infection Control and Safety Standards.

    I.    Disease and infestation.
        1. A licensee or student who has a contagious disease shall not perform services on a client until the licensee or student takes medically approved measures to prevent transmission of the disease; and,
        2. Services shall not be performed on an individual who has a contagious disease that may be transmitted by the performing of the services on the individual."

Students should refer to the AZBOC website (www.azboc.gov) for detailed information on applicable laws and rules codified within the Arizona Administrative Code, "Title 4, Professions and Occupations, Chapter 10, Board of Cosmetology."

CESA/MSCNC/MSC also recognize recommendations from the **Centers for Disease Control** (CDC) *"Infectious Diseases at School" --Nov., 2011* and the **Arizona Department of Health Services**

MCCCD-0-411

(ADHS) "*Communicable Diseases Flip-Chart – Sixth Edition, 2007*". As such, CESA/MSCNC/MSC reserve the right to send home any student who self-identifies as ill or who may appear to be ill by presenting symptoms such as fever, vomiting, draining wound, infection, rash, sore throat or other symptoms.

Per CDC and ADHS guidelines, parents of high school students who observe their child with symptoms of infectious illness should keep their child home. If they choose to attend school, they may be sent home. Parents of high school students will be notified if their child is sent home or receives emergency medical care.

Any student sent home or excluded from school, due to illness, injury or other health limitations (e.g. physical injury, pregnancy, temporary impairment, etc.), may also be required to provide a medical clearance, from a licensed health care provider, authorizing return to the CESA/MSCNC/MSC programs. Costs of any health care examinations are the sole responsibility of the student.

High school students sent home from CESA/MSCNC/MSC because of a disclosed or suspected illness, injury or other health limitation, **may** receive priority scheduling for make-up hours. Refer to the "Attendance" section of this Handbook regarding eligibility for make-up hours and scheduling.

### 13. Alcohol, Tobacco and Drugs

Alcohol, tobacco, and drugs **WILL NOT BE TOLERATED.** The use or possession of these items on CESA/MSCNC/MSC campus will result in their confiscation and the student may be suspended or expelled from campus. Student(s) will not be allowed to return to the program. This is in addition to any other consequences that may be handed down to a high school student by the member district the student attends.

### 14. Lost or Stolen Items

CESA, MSCNC and MSC are not responsible for any personal items lost or stolen. Students should not bring valuable items to school or work. Lockers are available for students. Please refer to the "Locker Policy" section of this Student Handbook. If students elect to leave valuable items in their cars, they should be placed out of view of any passers-by and the car should be locked securely.

### 15. Technology Resources

CESA/MSCNC/MSC students have access to the internet. High school students who have access to the internet must have a signed parental agreement on file at the office. Students are not to access the internet, either by school provided or, personal electronic devices such as Smart Phones, for any of the following purposes:

a. Accessing pornographic or indecent sites.
b. Visiting inappropriate chat rooms.
c. Setting up or visiting personal e-mail accounts.
d. Purchasing any item using the school's internet.
e. Any use that is not directly related to an educational resource or assignment.
f. Downloading, archiving, distributing or sharing any software or digital file(s) such as movies, music, or text that would constitute violation of copyright laws.
g. Attempting to harm or modify system files or data belonging to other users.

MCCCD-0-412

*Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook*

    h. Attempting to gain unauthorized access to district systems or data, destroy software, or interfere with system operation or security.

    i. Accessing any sites not specifically permitted by the instructor.

Internet access is designed to provide students with resources and tools to enhance their learning opportunities. Any action by a student determined inappropriate may result in losing their privileges to access the internet. Disorderly conduct with other technologies, such as personal electronic devices, will also not be tolerated. MCCCD defines disorderly conduct, in part, as conduct "... that includes but is not limited to: any unauthorized use of electronic or other devices or to make an audio or video record of any person while on college or District premises without his/her prior knowledge, or without his/her effective consent or when such a recording is likely to cause injury or distress. This includes, but is not limited to, secretly taking pictures of another person in a gym, locker room, or restroom". *(Maricopa Governance Online Policy Manual* – 2.5.2 Student Conduct Code Article III, 3. N). Students who engage in such prohibited disorderly conduct will be subject to MCCCD disciplinary standards.

## 16. Use of Personal Electronic Devices

The use of Personal Electronic Devices (PEDs) during instructional hours at CESA/MSCNC/MSC, for personal purposes, is considered "disruptive behavior." **Disruptive behavior** is defined by the *Maricopa Governance Online Policy Manual* as " *... conduct that materially and substantially interferes with or obstructs the teaching or learning process in the context of a classroom or educational setting".*

PEDs include, but are not limited to: standard cell phones, Smart Phones, Tablets, PDAs, iPods, computer laptops, mobile entertainment devices or other like devices. PEDs are to be turned off, not visible and not in use by students during all instructional hours, unless a student's instructor has given them permission to use them expressly for scheduled instructional learning activities. Instructional hours are defined as all hours during which a student is attending their scheduled session, with the exception of their scheduled 15-minute breaks or 30-minute lunch break periods. Students who elect to use a locker to store a PED do so with the understanding of the Locker Policy set forth in this Student Handbook.

While attending their session, **students may NOT use PEDs for personal, non-instructional purposes.** They may be used for designated instructional/learning activities if permission is given by their instructor. Personal use may only take place during their scheduled 15 or 30-minute break period and they may only be used outside the school building. When returning from breaks and re-entering the building, PEDs must immediately be turned off, not visible and not in use once their session begins. If students arrive early for their session, the same standards and restrictions apply. PEDs may be used for personal purposes once a student's session has ended *AND* the student has exited the building – **NOT while waiting to clock out or clock in.**

Students observed using their PED, without instructor permission and/or for personal purposes, during instructional hours may be sent home. Parents of high school students will be notified if their child has violated this policy and has been sent home. Repeated violations of this policy may result in disciplinary sanctions being imposed in accordance with "Section 2.5, Students Rights and Responsibilities" as set forth in the *Maricopa Governance Online Policy Manual.* In the event of an emergency, parents of high school students should call Cutting Edge, 623-979-9883 or MSCNC, 602-392-5000.

MCCCD-0-413

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

### 17. "Good Neighbor" Policy

CESA/MSCNC/MSC are located in proximity to commercial businesses which include retail centers, restaurants, convenience stores, professional offices and many other private business enterprises. The goal of the CESA/MSCNC/MSC "Good Neighbor" policy is to ensure that activities at CESA/MSCNC/MSC not negatively impact these businesses in any way.  Students should not loiter outside any neighboring businesses or create unnecessary disruptions or distractions as a result of horseplay, obscene language, theft, playing music loudly, reckless behavior, throwing trash or litter in common areas or parking lots, driving recklessly in parking lots, vandalism, tagging, using reserved parking spaces or causing any physical damage to buildings, cars, or other property. Students who engage in certain of these activities (e.g. theft, vandalism) may also be subject to civil or criminal prosecution by the affected businesses. Students will also be subject to disciplinary action through MCCCD.

### 18. Leaving Campus Policy for High School Students

For CESA/MSCNW, Monday through Friday sessions are four hours long. During each four hour session, students receive one 15-minute break approximately half way through their session. Students are **Not** to leave campus during these 15-minute break periods.  A student lounge is available for students to use during break periods. Vending machines, a refrigerator and microwave are also available for meals, snacks and drinks. Scheduled Saturday sessions are eight hours. During this time, students receive two 15-minute break periods and one 30-minute lunch break.  Students may leave campus during their 30-minute break for lunch but MUST return on time for their session. Students must also clock out for their 30-minute break and clock in upon their return. Students are NOT to leave campus on Saturdays during their 15-minute breaks.

### 19. Student Drop Off and Pick Up for High School Students

Students are not to be dropped off or picked up directly in front of the entrance to either CESA or MSCNC.  Doing so creates safety concerns for students, staff and the general public who are on the campus for cosmetology services. Ample, free parking is available at both locations. At CESA, first session students should not arrive earlier than 6:30a.m. Third session high school students who need rides home must be picked up at the end of their session, 8:00p.m. If a student rides the bus or takes other public transportation home at the end of their session, the parent or guardian assumes full responsibility for their transportation and safety once the student's session ends and they leave campus.

If a parent or guardian (or other person who picks up the student) of a second or third session student at CESA/MSNC/MSC is chronically late picking their child up, it may be necessary to withdraw the student or take other disciplinary action. It is recommended that any third session CESA student whose ride is late should not leave campus and should notify public safety that they are still on campus waiting. Once their ride arrives they should also notify public safety that they are leaving campus.

### 20. Communication

The federal Family Educational Rights and Privacy Act of 1974, known as "FERPA", governs access to student records maintained by educational institutions. As postsecondary programs within MCCCD,

MCCCD-0-414

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

CESA/MSCNC/MSC comply with FERPA.  Under FERPA, the records of an eligible student are not available to the public without the consent of the student. The confidentiality of a student's educational records is maintained even after the student has finished his or her program. CESA/MSCNC/MSC welcome respectful, courteous communication from students and parents as well as other involved parties such as West-MEC staff and students' high school counselors.  However, it is important to recognize that the content of such communication takes place within the framework established by FERPA and recognized by MCCCD.

If a parent, student or client becomes verbally abusive or threatening toward a staff member or other party at CESA/MSCNC/MSC, further direct communication with that person may be suspended or limited to email. In the event a client should engage in verbally abusive, intimidating, threatening or vulgar language with a student, staff member or other client, public safety and/or police may be notified and the individual may be physically removed from campus and denied any future services from CESA/MSCNC/MSC.

Should a student become verbally abusive towards a CESA/MSCNC/MSC staff member, another student or a client, the student will be sent home and if he or she is a high school student, the parent will be notified. If the student refuses to leave, public safety and/or police may be notified and the individual may be physically removed from the campus and in the case of a high school student, the parent will be notified. Additional disciplinary actions may also be taken, including MCCCD Student Conduct Code investigations and sanctions.

CESA/MSCNC/MSC staff members strive to be prompt in responding to all inquiries. Phone calls and emails will be returned as soon as reasonably possible, but no longer than two business days. If a response cannot be provided in the allotted time, you will be notified and given an estimated time of response. If you would like to meet with a staff member, it is necessary to schedule an appointment in order to ensure their availability.

## 21. Educational Requirements

Throughout their education, students will have to meet the following requirements in order to progress towards graduation:

a. In order to advance to the clinic floor, the following model requirements must be met: Haircut, Clipper Cut, Color, Highlight, Perm, Relaxer.

b. A style book and portfolio will also be due.

c. Keep an inexpensive disposable camera in your locker so that you can start building a portfolio.

d. Near completion students will be required to have a model for cut and color after the completion of their Advanced Cut/Color Class.  This model will appear in the competition held at the completion of this class.

e.*Prior to program completion, the following requirements must be met by incoming first year 2013/2014 students for these services:

| 20 Wet Set | 10 Scalp Treatments |

MCCCD-0-415

| | |
|---|---|
| 25 Perms | 10 Pedicures |
| 25 Colors | 10 Scalp Treatments |
| 50 Blow dry Styles | 10 Relaxers |
| 10 Facials | 25 Bleach |
| 10 Waxing | 25 Weave |
| 40 Thermal Styles | 5 Frost |
| 10 Manicures | 100 Haircuts |

f.  It is the student's responsibility to meet all of their requirements. Students will keep track of all services each month. **All requirements for first and second year students must be met in order to successfully complete the program!**

> *These requirements apply to incoming 2013/2014 <u>first year students</u>. Requirements for 2nd year students who started the program in 2012/2013 are the same as those required when they started the program in 2012/2013. These requirements are listed in the 2012/2013 Cutting Edge Cosmetology Student Handbook. Speak with your instructor if you need more information.

### 22. Program Completion

Prior to finishing the Cosmetology Program at CESA/MSCNC/MSC, all students must complete the total number of hours required for their selected course of study; satisfactorily achieve progress and competency requirements; successfully complete a final examination on all practical procedures, including a written exam, with a score of not less than 80%; and fulfill all financial obligations to Maricopa Skill Center and West-MEC. A Certificate of Completion will be awarded once all program requirements are met.

### 23. Program Completion Ceremony for High School Students

CESA/MSCNC/MSC provide an informal, annual celebration for high school students who successfully complete the Cosmetology Program. Students, family and friends are invited to attend.  Students are recognized for successfully completing the Cosmetology Program as well as for involvement in additional activities such as Student Council, Skills USA, Yearbook Committee, etc. For more information on this ceremony with regard to annual date, location, etc., please contact CESA/MSCNC or MSC.

West-MEC provides a more formal, special Recognition Ceremony for all West-MEC Central Program students who achieve designated benchmarks of success in their chosen program, including Cosmetology. Students must be in Good Standing in order to participate in the West-MEC Recognition Ceremony.  For more information on this in terms of dates, dress code, Good Standing requirements, and location, contact West-MEC or refer to its website www.west-mec.org.

**For Adult Students,** MSC/MSCNC holds a monthly graduation ceremony upon completion of the program.

MCCCD-0-416

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## DISABILITY RESOURCES AND SERVICES

Students who are in need of reasonable accommodations or other disability-related services must request these through the CESA/MSCNC Disability Resources Services office, 602-392-5077 or the MSC office 602-238-4390.

## ELIGIBILITY FOR REASONABLE ACCOMMODATIONS

**PURPOSE –** The information which follows is primarily designed for high school West-MEC students with disabilities who are attending a CESA/MSCNC/MSC Cosmetology Program. As mentioned previously, CESA and MSCNC are affiliated with MSC and are part of the Maricopa County Community College District (MCCCD). As such, they both are **postsecondary** programs, and differ in many important ways from **high school or secondary** programs such as one's own high school or West-MEC. This is especially true with regard to the provision of services to students with disabilities. **The primary purpose of this section is to help high school students with disabilities and others understand differences in accommodation practices and delivery of disability services at the postsecondary level versus the secondary level.** This information is designed to supplement, not replace, the disability services information provided in the *MSC Catalog & Student Handbook* and *Maricopa Governance Online Policy Manual.* For comprehensive information, both adult and high school students attending CESA/MSCNC/MSC should link to: http://www.maricopa.edu/publicstewardship/governance/adminregs/students/2_8.php.

## SOME DIFFERENCES BETWEEN POSTSECONDARY AND SECONDARY PROGRAMS

Even though you may be enrolled in high school and CESA/MSCNC/MSC, **while you are attending CESA/MSCNC/MSC, the policies and procedures governing postsecondary programs will largely apply to you.** This type of enrollment basically means that while you are attending your secondary or high school educational program, federal laws such as the Individuals with Disabilities Education Act (IDEA) and the Free Appropriate Public Education act (FAPE), as well as others, will apply to you and have a major impact. However, while you are attending your postsecondary program at CESA/MSCNC/MSC, there are other laws which will have more impact on you. These include the Americans with Disabilities Act and its amendments (ADA) and Section 504 of the Rehabilitation Act and its amendments. **Neither IDEA nor FAPE apply to postsecondary programs.** In many ways school responsibilities and student responsibilities in a postsecondary program will differ significantly from high school (secondary) programs because different legislation applies.

For example, federal laws that require high schools to identify and assess students with disabilities **do not apply** to postsecondary programs. Laws which require secondary programs to develop Individualized Education Plans (IEPs) when appropriate also **do not apply to postsecondary programs such as CESA/MSCNC/MSC.** Instead, postsecondary college or vocational training programs are covered by federal civil rights and anti-discrimination laws, such as ADA. As such, postsecondary educational or vocational training programs are required to provide **reasonable accommodations** to eligible students with a disability which substantially limits one or more major life activities. Legislation has essentially defined learning, seeing, hearing, ambulating and several other aspects of daily living as major life activities.

What this means, in part, is that the same accommodations provided in high school through an IEP or 504 Plan are not automatically required to be provided by a postsecondary program like CESA/MSCNC/MSC. Any reasonable accommodations provided by CESA/MSCNC/MSC, to a student with a documented disability, will be determined on an individual, case-by-case basis, in compliance with the appropriate laws applicable

MCCCD-0-417

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

to postsecondary programs. **Accommodations noted in an IEP or 504 Plan from a high school do not automatically transfer to a postsecondary program like CESA/MSCNC/MSC.** What is outlined in a student's IEP or 504 Plan for accommodations **does not** mandate these same accommodations will be provided by CESA/MSCNC/MSC. Moreover, postsecondary programs have the legal right to deny any accommodations requested by a student with a disability if they are: not reasonable; or will fundamentally alter the nature of a course or program; or will constitute an undue hardship to a program.

There are many other major differences. For example, at the postsecondary level, the student has responsibility for requesting accommodation(s). The postsecondary program is not responsible for identifying students with disabilities or providing assessments, for example, for the purpose of documenting disability. The student also has responsibility for identifying themselves as a student with a disability and providing reasonable documentation required by the program.  Postsecondary students have a right to privacy and do not need to disclose disability. However, if a student is requesting an accommodation, he or she will have to provide disability documentation, as outlined by the postsecondary program, which supports the accommodation request.  Documentation must:

1. Verify the existence of  disability as defined by ADAAA or Section 504 of the Rehabilitation Act, and;

2. Establish a clear connection between the accommodation(s) being requested and the functional aspects of the documented disability.

**GENERAL DOCUMENTATION GUIDELINES**

The following guidelines are taken from the current *MSC Catalog & Student Handbook* and the *Maricopa Governance Online Policy Manual "2.8 Students with Disabilities."* The information below does not encompass all documentation or related standards.  Much more detailed information and guidelines on disability documentation requirements and related matters can be found by going to following link: http://www.maricopa.edu/publicstewardship/governance/adminregs/students/2_8php. The abbreviated guidelines below do not replace the more comprehensive "Documentation Guidelines" incorporated in the above referenced resources.

**PHYSICAL DISABILITY** – Submit a written, current diagnostic report of any physical disabilities that are based on diagnostic evaluations administered by trained and qualified (i.e. certified and/or licensed)professionals (e.g. medical doctors, ophthalmologists, neuropsychologists, audiologists).

**SPECIFIC LEARNING DISABILITY** – Submit a written diagnostic report of specific learning disabilities that is based on age appropriate, comprehensive psycho-educational evaluations using adult-normed instruments.  The assessment which leads to the diagnosis must be administered by a trained and qualified (i.e. certified and/or licensed) professional (e.g. psychologist, school psychologist, neuropsychologist, or educational diagnostician) who has direct experience with adolescents and adults with learning disabilities. Diagnosis of specific learning disabilities that do not contain psycho-educational measures MAY not be sufficient for determining eligibility for academic accommodations.  For example, school plans such as Individualized Education Plans (IEP) or 504 Plans may not be sufficient documentation. DRS reserves the right to request additional documentation or reassessment when questions regarding previous assessment or previous service provision arise.

**ATTENTION DEFICIT HYPERACTIVITY DISORDER (ADHD)/ATTENTION DEFICIT DISORDER (ADD)** – Submit a current diagnosis of ADHD/ADD for a trained and qualified professional that is based on appropriate diagnostic evaluations.

MCCCD-0-418

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**PSYCHOLOGICAL/PSYCHIATRIC DISABILITIES –** If the diagnostic report is not current, a letter from a trained and qualified professional which provides an update of the diagnosis may be requested.

**NEUROLOGICAL DISORDERS –** The diagnostic report shall provide a written statement of the diagnosis including: current functional limitations, information regarding current symptoms, information regarding prescribed medication(s) and possible side effects and impact on student academic performance, restrictions on activities imposed by the condition, and where learning has been affected, a recent neuro-psychological evaluation may be requested.

**TEMPORARY DISABLING CONDITIONS –** Temporary disabling conditions as a result of surgery, accident or serious illness may require accommodations for a limited time. Acceptable documentation

must include: a written statement of diagnosis, list of current symptoms and degree of severity, information regarding functional limitations and impact within an academic environment, medications and possible side effects, and duration of symptoms and estimated length of time services will be needed.

CESA/MSCNC/MSC programs affiliated with West-MEC strive to be flexible in their disability documentation requirements in that most students are dually enrolled in a secondary high school program and the postsecondary program at CESA/MSCNC/MSC. Most postsecondary programs, including Maricopa County Community College District, **do not** consider an IEP or 504 Plan alone as adequate documentation, although they may be taken in to consideration. At this time, CESA/MSCNC/MSC programs affiliated with West-MEC **may** consider an IEP or 504 Plan from a student's high school sufficient documentation. **However, CESA/MSCNC/MSC reserve the right to require additional disability documentation as may be necessary to support a specific need or requested accommodation(s).** Accommodations included in a student's IEP or 504 plans **do not** automatically transfer to the student's program CESA/MSCNC/MSC and **are not** automatically provided either in whole or in part.

In instances where a student is submitting only an IEP, or incomplete documentation, or if a particular accommodation request is not justified by the information provided in the student's documentation, the student is responsible to pursue whatever documentation is required by CESA/MSCNC/MSC and to pay any costs thereof. CESA/MSCNC/MSC is not required to pay for assessments to document student disabilities. Other agencies such as public school districts or the State Vocational Rehabilitation agency may be able to assist with paying for the cost of any assessments to establish disability for students transitioning from secondary to postsecondary programs.

Moreover, ADA and Section 504 of the Rehabilitation Act of 1973 have made it clear that postsecondary programs are not required to provide students with disabilities in postsecondary programs with aids or services of a **"personal"** nature. For example, postsecondary programs are not required to provide a student with a disability with a personal tutor or a personal attendant to assist with bathing or personal care. A community college might provide a student with a reasonable accommodation such as a note taker in the classroom but the college is not required, for example, to provide the same student with a "personal" note taker to accompany him or her home and take notes for the student while studying.

The Disability Resource Specialist (DRS) will consult closely with the student to initially determine which accommodations requested by the student may be provided. The DRS will take the following into account when considering a student's eligibility for accommodation(s):

1. Documentation provided by the student, including IEP or 504 Plan and other documents;
2. In-Take Interview with the student;

MCCCD-0-419

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

3. Extent to which a requested reasonable accommodation is supported by the disability documentation; and

4. Policies set forth by CESA/MSCNW/MSC and the Maricopa County Community College District.

Once a student has provided acceptable documentation verifying the presence of a qualifying disability, **accommodation requests are evaluated on an individual, case-by-case basis in relation to the nature of the documented disability.** For example, a student may have severe asthma, but if the request is for a test reader, additional disability documentation would be required to support the requested accommodation. Moreover, two students with the same documented disability may receive different accommodations, or not at all, depending on how the disability impacts each student's <u>functional abilities</u>.

Once a student completes the in-take process with the Disability Resource Specialist, provides sufficient disability documentation and requests an accommodation, the request will be evaluated and any reasonable accommodations provided will only take place from that time forward. Course work completed before the accommodation request will generally not be reviewed even if the student can establish that they had a disability at the time the previous coursework and/or testing took place. Remember, in a **postsecondary** program like CESA/MSCNC/MSC, **the <u>student</u>, <u>regardless of age</u>,** is responsible for requesting an accommodation, disclosing the presence of a qualifying disability and providing required disability documentation.

Cosmetology training at CESA/MSCNC/MSC is designed to provide students with the technical skills and theoretic knowledge necessary to successfully complete the CESA/MSCNC/MSC Cosmetology Program, pass the Arizona State Board of Cosmetology licensing exam and prepare for a career in cosmetology. Eligible cosmetology students with disabilities are provided with reasonable accommodations as is the case with other students with disabilities enrolled throughout the community college district in a myriad of other programs and/or academic majors. Examples of reasonable accommodations include the following:

- Making existing facilities readily accessible and usable by persons with disabilities.
- Flexible testing requirements include untimed, oral, or tests administered by proctors.
- Providing qualified readers, note takers, scribes and/or sign language interpreters (restrictions apply).
- Providing alternative text.
- Auxiliary aids.

At the postsecondary level, reasonable accommodations are designed to provide "access" and "level the playing field" for eligible, <u>otherwise qualified</u> students with disabilities. Reasonable accommodations should not provide a student with a disability with an advantage over other students in the same program or class who do not have disabilities. Examples of accommodations which may be provided in a high school student's IEP or 504 Plan at the secondary level but which are NOT typically provided by CESA/MSCNC/MSC or other postsecondary programs include:

- Fundamental alteration of programs.
- Fundamental alteration of curricula.
- Provision of personal tutors.
- Allowing only students with disabilities the use of notes during required written exams.
- Allowing only students with disabilities open books for use during required written tests.
- Simplifying exams for students with disabilities by, for example, providing exams with different content or questions, exams with fewer questions, fewer multiple choice options (e.g. two possible answers instead of four), etc.

MCCCD-0-420

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

- Waiving essential program or course requirements,
- Lowering pass/fail grade standards,
- Lowering of academic or technical standards.

Students with disabilities who receive reasonable accommodations at CESA/MSCNC/MSC should plan to contact the Arizona State Board of Cosmetology well in advance of their scheduled test date for the licensing exam in order to discuss their accommodation needs. **Students and parents are strongly encouraged to contact the ADA Coordinator at the Arizona State Board of Cosmetology (480-784-4539-Ext. 240) to find out more about:**

1. Disability documentation requirements established by the State Board in order to be eligible for accommodations during the licensing exam; and

2. Types of reasonable accommodations available.

The table that follows is adapted from a presentation prepared by Jeanne Kincaid, a nationally recognized disability lawyer and consultant who has been a contributing author to a number of publications on disability issues in public schools, colleges and universities. Ms. Kincaid has also held staff positions within the U.S. Department of Education's Office for Civil Rights as well as other public and private organizations involved with disabilities issues in education.

## Important Differences Between High School and College

## Supports for Students with Disabilities*

| High School | College |
|---|---|
| Special Education | Disabilities Services |
| | |
| | |
| The school district is responsible to identify a student's disability. | Students must self-identify to Disabilities Services to access accommodations and services. |
| | |

MCCCD-0-421

| | |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| All teachers are contacted by Special Education staff. | Students are responsible for presenting *reasonable* accommodations plans to faculty. |
| [illegible] | No fundamental alterations of programs and curricula are required. [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

*Adapted from Jeanne Kincald., Esq., Presentation at the Association on Higher Education and Disability 2010 annual conference.

For students or parents who would like to learn more about differences between secondary and postsecondary education programs with regard to students with disabilities transitioning from secondary to postsecondary programs, the following resources are recommended.

1. Recommended article for high school students: *There are No IEPs in College*, Paul Grossman, J.D.
2. ***Students with Disabilities Preparing for Postsecondary Education: Know Your Rights and Responsibilities.*** View online: http://www2.ed.gov/about/offices/list/ocr/transition.html or you can do a search online by title.
3. "***Think College – Differences Between High School and College,***" 2012 published online by the Institute for Community Inclusion at the University of Massachusetts, Boson, MA, http://www.thinkcollege.net.

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

4. *"College Success for Students with Learning Disabilities"* – Cynthia Simpson and Vicky Spencer, Prufrock Press, Inc., 2009.

5. *"Self-Advocacy Skills for Students with Learning Disabilities – Making It Happen in College and Beyond"* – Henry Reiff, Dude Publishing, 2007.

6. *100 Things Every College Student with a Disability Ought to Know"* – Kendra Johnson and Trudie Hines, Cambridge Stratford, Ltd., 2010.

7. *Transition: There are No IEP's in College,* Amy G. Dell, 2010.

## STUDENT REASONABLE ACCOMMODATIONS PROCEDURE - CESA/MSCNC/MSC

Disability Resource Services (DRS) provide disability-related services and reasonable accommodations in compliance with the Americans with Disabilities Act of 1990 and Section 504 of the Rehabilitation Act of 1973 and their amendments. DRS provides accommodation services that allow equal access to program success to a student with documented disability records. Disabilities may include: medical/physical disabilities, blind/visual impairment, deaf/hard of hearing impairment, mental health diagnosis and learning disabilities.

The Americans with Disabilities Act (ADA) requires institutions of higher education (postsecondary) to provide reasonable accommodations to qualified individuals with documented disabilities, provided that accommodation does not create an undue hardship. An undue hardship refers to an accommodation that would be unduly costly, substantial, disruptive, or would fundamentally alter the nature of the course or program.

A student with a disability is eligible to receive reasonable accommodations if the documented disability is a physical or mental impairment that substantially limits one or more major life activities. These include: caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working. If a student wishes to receive services and/or accommodations, she/he must:

1. **MAKE A REQUEST FOR ACCOMMODATION**
   a. Written notice two (2) weeks prior to start date.
   b. Some accommodations such as specialized equipment or software may take longer to coordinate and may require longer notice (up to eight [8] weeks).

2. **MAKE AN APPOINTMENT WITH THE DISABILITY RESOURCE COORDINATOR (DRC)**
   Phone: 602-392-5077.

3. **PROVIDE DOCUMENTATION OF DISABILITY**
   The student will provide required documentation of his or her identified disability to support the requested accommodation(s). At this time, with regard to West-MEC students still attending high school, an IEP or 504 Plan from their high school may be considered sufficient documentation by CESA/MSC/MSCNC. However, CESA/MSCNC/MSC reserves the right to require additional disability documentation, such as medical or psycho/educational records, as may be necessary to support a specific need or requested accommodation(s). **Accommodations included in a student's IEP or 504 Plan do not automatically transfer to the student's program at CESA/MSCNC/MSC. Reasonable accommodations will be provided to students on a case-by-case basis, based on their documented disability.**

MCCCD-0-423

*Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook*

For information on what kinds of documentation are required by MCCCD, as well as related disability services information, students and parents are encouraged to visit the following link: www.maricopa.edu/publicstewardship/governance/adminregs/students/2_8.php.

**4. COMPLETE REQUIRED FORMS**
The student is required to complete all forms associated with his or her accommodation request and return them to the Disability Resources Counselor.

It is the responsibility of the student to inform the Disability Resource Services office of his or her need for accommodation or other disability-related services.

## COSMETOLOGY: COURSE OUTLINE:

### TEXTS:

Both CESA and MSCNC use the Milady Standard Textbook of Cosmetology and supporting Workbooks.

### COURSE DESCRIPTION:

The primary purpose of the Cosmetology course is to inform and educate students in the fundamental principles and practices of cosmetology in a real-world setting. The cosmetology course consists of 1600 hours of instruction of both theoretical and practical skill development, which is required for licensure by the Arizona State Board of Cosmetology. The first 800 hours are devoted to basic cosmetology skills practiced on a mannequin. After a student passes the basic practical and theory exam they move to the clinic floor where they perform routine services on clients. Theory and practice are integrated throughout the course. Once a student has completed the 1600 hours, as well as all other program requirements, they are eligible to take the licensing exam administered by the Arizona State Board of Cosmetology.

### COURSE GOALS

The Cosmetology course is designed to provide students with the practical skills and theoretic knowledge necessary to successfully complete the CESA/MSCNC/MSC Cosmetology Program; pass the Arizona State Board of Cosmetology exam and prepare for a career in cosmetology. Through real-world examples and hands-on experience students will develop the skill, attitude and habits needed to become a competent, employable, cosmetology professional.

### COURSE FORMAT

The CESA/MSCNC/MSC cosmetology course is presented through a series of instructor-led discussions, lectures, demonstrations and hands-on clinical labs. Instructors are highly-qualified, licensed professionals who follow well-developed lesson plans reflecting current educational methods. Supporting activities may include the use of audio-visual aids, qualified guest speakers, field trips, and other related methods. Daily activities involve the use of industry-standard equipment, products, and methods that are commonly used in working salons. High school students at CESA/MSCNW/MSC follow the same curriculum and have the same requirements to successfully complete the program.

MCCCD-0-424

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## COURSE EVALUATION

Students are assigned theory study and a minimum number of practical experiences. Theory is evaluated by written exams given after each unit of study. Practical assignments are evaluated as completed and counted toward course completion. Practical skills are evaluated according to text procedures and performance standards established by the state licensing agency. Students must maintain a theory grade average of 80% and pass a final written and practical exam prior to graduation.

### COSMETOLOGY COURSES – 1600 hours

| Course Name | Hours |
|---|---|
| Theory | 200 |
| Principles and practices of infection control and safety | 100 |
| Recognition of diseases and the treatment of disorders of the hair, skin, and nails | 50 |
| Morphology and treatment of hair, skin, and nails | 50 |
| Interpersonal skills and professional ethics | 20 |
| Product pharmacology and chemistry interaction, formulation, composition, and hazards | 20 |
| Cosmetology machines, tools, and instruments and their related uses | 50 |
| Chemical texturizing | 100 |
| Hair color | 100 |
| Hair and scalp care | 100 |
| Fundamentals of hairstyling including braiding and extensions | 25 |
| Body, scalp, and facial massage and manipulations | 25 |
| Hair cutting fundamentals | 100 |
| Fundamental aesthetics of the body and face | 20 |
| Fundamentals of nail technology | 40 |
| Clinical and laboratory practice that includes hair, skin, and nails | 390 |
| Alternative hair, skin, and nail technology | 25 |
| Pre- and post-client consultation, documentation, and analysis | 50 |
| Body and facial hair removal except by electrolysis | 25 |
| Introduction to electricity and light therapy for cosmetic purposes including laser/Intense Pulsed Light (IPL) procedures and devices | 10 |
| Cosmetology technology | 50 |
| Required industry standards and ecology, including monitor duties | 50 |
| **Totals** | **1600** |

### Applying for Stateboard Board Licensure Exam

You will have to pay a total amount of $185.00 (current rate is subject to change) for your exam and first license. This is **not included** in your tuition. Visit the Arizona Board of Cosmetology website at: www.azboc.gov. A limited number of scholarships to help offset these costs may be available through West-MEC. Contact West-MEC for more information.

Once a student reaches 1450 hours they can pre-register for their licensure exam.

MCCCD-0-425

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**Step One:** Pre-register with Professional Credential Services online

1. Go to www.pcshq.com
2. Click CANDIDATES
3. Click COSMETOLOGY & BARBERING
4. Click ARIZONA
5. Click APPLICATION PROCESS
6. Click APPLY ONLINE

After completing items 1-6 above, individuals will be prompted to create a username and password with PCS to create an application, check status, etc. After clicking APPLY ONLINE, follow the prompts to create an account.

During registration, the student must provide a reliable email address and all fees will be collected (Visa or MasterCard).

If you experience technical difficulties online, you can pre-register with PCS by calling 1-888-822-3272

**Step Two:** School submits student hours to the Arizona State Board of Cosmetology

a. School sends all required hours for each student to the board of cosmetology office

b. Board of cosmetology office approves student hours and PCS in instantly notified

- ***Once a student pre-registers (and is approved by Board), he/she must be prepared to take the next practical exam available.***

When steps 1 and 2 have been completed, PCS will notify the student via email. The student will be required to take and pass the following examinations.

a. Theory Examination- an ATT letter (Authorization to Test) will be automatically sent via email address provided to PCS during pre-registration. Further instructions will be included in this email. If the student does not receive an ATT email within 2 business days of the approval it is the student's responsibility to contact PCS at 1-888-822-3272.

b. Practical Examination- Practical examination information will automatically be sent via email to the address provided to PCS during pre-registration. This email will include the student's information pertaining to the practical examination within 2 business days of the approval; it is the student's responsibility to contact PCS at 1-88-822-3272. Note: PCS will provide an admission notice upon arrival at the examination site. Students must bring a 2X2 passport photo and a government issued photo ID to the examinations.

**Rescheduling is not permitted for the practical examination unless** you are hospitalized or involved in a traffic accident on the way to test center that prevents you from arriving on time. Refunds are not issued nor are fees transferable for either the theory or practical examinations. Documentation of the above-noted exceptions is required.

**What's my application status? Was my application approved yet?**

Once you have pre-registered with PCS, status can be tracked 24/7. After the student pre-registers, a unique candidate number will be sent via email within 1 day. Once the student receives their unique candidate ID number, he/she will be able to view their current status online with ease.

MCCCD-0-426

*Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook*

1. Go to www.pcshq.com
2. Click CANDIDATES
3. Click COSMETOLOGY & BARBERING
4. Click ARIZONA
5. Click APPLICATION PROCESS
6. Click APPLY ONLINE

**PCS Account Benefits**

1. Check Status 24/7 – this includes viewing assigned test dates if approved by Board Office.

2. In addition to the ATT letter, an Official Admission Notice for Practical will be e-mailed (10 business days prior to exam date).

3. All Scores Notices will be e-mailed (10 business days after exam date).

4. Reprint Admission Letters, ATT Letters and Score Notices.

MCCCD-0-427

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**Cosmetology Advisory Council- Why do we do what we do?**

CESA/MSCNC/MSC have an Advisory Council that consists of top professionals from industry. They have identified the most important attributes of successful cosmetologists, whether a recent graduate or highly experienced professional. In accordance with these recommendations, CESA/MSCNC/MSC strive to help students develop these skills, abilities, and personal characteristics to ensure their success. **Students are highly encouraged to study this information.** Copies are also available in the Counseling Services office at CESA.

# CHART OF EMPLOYABILITY SKILLS FOR
# HIGH-PERFORMING (well-rounded) STYLISTS

SPONSORED BY MARICOPA SKILL CENTER •         November 15, 2010

### ADVISORY COUNCIL PARTICIPANTS

**DAWNELE LAFORAIS |** General Manager

Great Clips

**ELMIRA MILLS |** Salon Owner

Balaros Hair Salon Phase II

**GERRY WATKINS |** Creative Director II/Partner

Toni & Guy

**IDE FLORES |** Owner/Stylist

Ide Mania

**JACKIE ROOT |** Regional Recruiter

Fantastic Sam's

**KATHLEEN MARCELLUS |** Salon Manager

JC Penney Salon

**MICHELLE ORTEGA |** Area Supervisor

Supercuts

MCCCD-0-428

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**SALVADOR CALVANO III|** Owner

Salvador Calvano Hair

**SHAWNA CRUZ|** Area Supervisor

Supercuts

## FACILITATORS

**REBECCA FRACCHIA|** Industry Liaison

Maricopa Skill Center

**SHAUNNA JAGNEAUX|** Curriculum Specialist

Maricopa Skill Center

**MONA STARKS|** Curriculum Specialist

Maricopa Skill Center

MCCCD-0-429

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## Employability Skills for High-Performing, Well-Rounded Stylists

| Legend |
| --- |
| ▨ Critical Duty |
| ▨ Critical Task |
| Please note: Numbers inside each box represent total votes from panel of 9. |

Demonstrate Personal Integrity 

| A-1 Protect client's confidentiality | A-2 Protect company assets | A-3 Accept responsibility for task completed | A-4 Comply with company policy | A-5 Work as if you owned the salon |
| --- | --- | --- | --- | --- |

### Exhibit Work Dedication

| B-1 Show enthusiasm at work | B-2 Continue Cosmetology Education (e.g. professional growth outside salon) | B-3 Work efficiently (e.g. stay on top of appointment book) | B-4 Be an informed employee (e.g. product knowledge, technique, culture) | B-5 Participate in OJT (professional growth in salon) |
| --- | --- | --- | --- | --- |



| B-6 Demonstrate willingness to learn (ask questions, be curious) | B-7 Treat customers graciously |
| --- | --- |

### Demonstrate Adaptability

| C-1 Adapt to customer needs | C-2 Support change willingly | C-3 Respond sensitively to differences in culture, values and personal traits | C-4 Respond to feedback or suggestion without demonstrating being angry or upset |
| --- | --- | --- | --- |

MCCCD-0-430

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**Demonstrate Punctuality** 

| D-1 Demonstrate ability to plan ahead (book) | D-2 Demonstrate time management skills | D-3 Respect other people's time (e.g. clients, coworkers) | D-4 Meet work schedules (e.g. on time arriving, returning from breaks, lunch) |
|---|---|---|---|

**Demonstrate Responsibility/Dependability** 

| E-1 Follow through with tasks | E-2 Take accountability for choices | E-3 Complete all tasks with consistent high quality | E-4 Initiate work tasks | E-5 Report to work as scheduled |
|---|---|---|---|---|

| E-6 Complete tasks without supervision |
|---|

**Demonstrate Basic Education Skills**

| F-1 Demonstrate ability to follow directions/instructions (e.g. written, verbal) | F-2 Perform basic reading communication skills | F-3 Perform basic technology skills | F-4 Perform basic oral communication skills | F-5 Perform basic math skills (e.g. add, subtract, multiply, divide, make change) |
|---|---|---|---|---|

| F-6 Perform basic written communication skills | F-7 Communicate with others effectively and respectfully |
|---|---|

**Demonstrate Entry-Level Skills** 

| G-1 Provide earned certifications (license) | G-2 Meet salon-specific requirements | G-3 Prepare for day's work | G-4 Consult with client regarding services needed | G-5 Perform hair care |
|---|---|---|---|---|

MCCCD-0-431

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

| G-6 Perform nail care | G-7 Perform skin care | G-8 Market yourself | G-9 Maintain clean and sanitized work environment | G-10 Perform customer and financial record keeping |
|---|---|---|---|---|

## Demonstrate People Skills 

| H-1 Respect personal space | H-2 Work well with others | H-3 Respect opinions of others | H-4 Demonstrate willingness to negotiate | H-5 Participate in team building |
|---|---|---|---|---|

| H-6 Commit to help others | H-7 Use appropriate eye contact | H-8 Use appropriate body language | H-9 Accept/give constructive feedback | H-10 Demonstrate culturally appropriate greeting skills | H-11 Avoid inappropriate behavior (i.e. sexual harassment) | H-12 Engage the client |
|---|---|---|---|---|---|---|

## Demonstrate Problem Solving/Analyzing Skills 

| I-1 Address problems respectfully | I-2 Help people resolve problems | I-3 Identify problems | I-4 Brainstorm solutions | I-5 Evaluate solutions to client's needs |
|---|---|---|---|---|

| I-6 See big picture | I-7 Access resources | I-8 Accept accountability in process |
|---|---|---|

## Exhibit Presentable Personal Appearance 

| J-1 Practice good hygiene | J-2 Wear (don) job appropriate attire | J-3 Exhibit professional appearance | J-4 Project positive persona |
|---|---|---|---|

MCCCD-0-432

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**Demonstrate Workplace Safety** 

| K-1 Follow safety procedures | K-2 Be mentally alert | K-3 Able to think ahead | K-4 Aware of surroundings (e.g. size up scene) | K-5 Demonstrate knowledge of equipment |
|---|---|---|---|---|

| K-6 Demonstrate common sense | K-7 Maintain work equipment | K-8 Report safety problems |
|---|---|---|

## Employability Profile for Stylist

### Occupational Definition

A passionate high-performing well rounded stylist performs all services offered by continuing to grow customer connections by shampooing, haircutting, styling, thermal styling, coloring, relaxing, perming, closing retail, and rebooking in order to be a successful worker and grow a successful salon.

### General Knowledge & Skills

- Time management skills: appt. book, personal life conflicts, and timeframe to provide services
- Stress management skills
- Organizational skills
- Communication skills
- Good listening, speaking, and body language
- Interactive
- Friendly
- Engage the client
- Assessment skills
- Basic computer skills: cash register, database instead of cards, email blasts
- Problem solving skills
- Basic Math Skills: Make change, formulate color, add/substrate, tell, calculate time
- Multi-tasking skills
- Management skills
- Color theory
- Negotiate (without being defensive)
- Software applications
- Grammar/spelling skills
- Writing skills: Thank you cards, client cards, formulas

MCCCD-0-433

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## General Knowledge and Skills (continued)

- Reading Skills: product education, hair manual, training manuals, personal notes
- Sales skills
- Hair cutting skills
- Childcare and handling skills
- Ohm's Law (electricity)
- Advertising principles
- Basic cosmetology equipment and repair
- Chemistry of hair color and permanent waving
- Ability to indentify nail and scalp diseases (e.g. Diabetes) and allergies
- People skills
- Know how to run a desk/ books
- Mechanical skills
- Analytical skills
- Phone etiquette skills
- Chemistry of hair
- Basic anatomy
- Cosmetology state law
- Bookkeeping skills
- Sweeping Floors
- Rinsing Color
- Sectioning
- Culture of salon
- Talk nicely to client
- Customer service skills
- Professionalism
- Need to be able to observe and learn
- 5 second greeting
- Coachable
- Come with a smile
- Understand why polices & procedures are in place (how it helps individual build their own clientele & business)
- Continuous education
- Know your business
- Love hair
- Love people
- Understand how to medication affects hair
- Sanitation laws
- Learn about opportunities at different salons
- Find right salon to work at ( good fit)
- Interview well

MCCCD-0-434

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## *Worker Behaviors*

- Good listener
- Display proper work etiquette and dress
- Professional
- Cooperative
- Motivated
- Trustworthy
- Work as team
- Accountability
- Passionate
- Culture
- Good fit
- Take ownership of career
- Approachable
- Teamwork with salon owner
- Goal Setting/Personal advancement
- Need to know where they are going personally and professionally
- Want to be more successful
- No Smoking-customers have to smell you
- Integrity (honesty)
- Be easy to work with
- Communicate with front and customers
- Friendly
- Humble
- Personal ownership in salon business
- Learn from others
- Value mentors
- Be a good mentor

## *Hiring Requirements*

- Must complete a customer service consultation
- Must complete 4 hair cuts on mannequins or bring model
- Have Board of Cosmetology license

## *Hiring Barriers*

- Inappropriate voicemails, ringtone, answering the phone sleepy when called for an interview.
- Texting during interview
- Bringing food/drink or chew gum at interview
- Bringing your children to interview
- Smoking before interview

MCCCD-0-435

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

### Hiring Barriers (continued)

- Job hopping
- Messy appearance: "don't look like you just rolled out of bed"

### Future Trends and Concerns

- Tough to hire someone without advanced education
- Hiring managers can be picky about who they select for hiring now - many people in field to choose from
- Mismatch in expectation for new grads with what they expect upon graduation (new grads need apprenticeship or mentorship and on-the-job training)
- Must work way up
- Introducing and applying computer technology in salons
- Attitude of new cosmetologists (ethics) lack of customer service orientation
- Inadequate preparation in beauty schools about value of customer satisfaction
- OSHA regulations and standards (proper disposal of chemicals)
- Environmental concern: waste disposal (for some)
- Ergonomically correct tools and utensils: protect against occupational hazards (trend)
- Specialty techniques: Hair cutting, coloring, perming
- Cosmetology branching into new fields (med spas, car dealerships, daycares, dr offices) .
- Passion/interest from students - some seem not to understand or respect those giving training/demos
- Students not understanding why they are doing what they are doing (shampooing to finishing and everything in between)
- Hard time with perception of assisting others after graduation
- Candidates don't understand what "professionalism" is.
- Recruiting challenges - can't connect, not responding, not answering, not being appropriate
- Students need to have desire to get better, do what needs to be done including sweeping floors, etc.
- Retail
- Rebooking
- Entitlement!!!!!
- Booth rental salons have trouble with stylists wanting to grow
- Computerized cross training emerging- email
- Personal stylist emerging- must have business license (article in Cosmo)
- Cheating-trying to do it fast for the money
- New hires lack ability to do a great basic hair cut
- Color Training - see color in eyes/skin of customer and adjust accordingly
- Training program issues:
  ◊ Concern that there is too much down-time during training.
  ◊ Need to better understand how to engage young workers (recommendation to read the book "Ties to Tattoos")
  ◊ Provide more outside mentors during training

### Workplace Expectations

- Continuing education is an expectation upon employment.  Paid by the employer, training includes customer service, current trends & techniques/technical skills.

MCCCD-0-436

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## Workplace Expectations (continued)

* Pay structure can vary. Some have a matrix of hourly + commission, some offer pay hourly or commission whichever is greater. The more you produce, the more you make.
* All companies represented offer commission on retail sales.
* Some companies offer benefits, some do not.
* Some companies offer bonuses, some do not. For those that offer bonuses, they are earned through team effort - meeting store goals.
* Competitiveness: It takes drive, self motivation, personality, and staying current with skills to compete in the industry. A successful stylist can't be content to stay good - must always want to get better.
* Must be accountable, maintain good attitude, and be professional in order to maintain employment. (See quote re: replaceable)
* Stylists should be prepared to work without breaks.
* Need to come to work ready to work, don't do hair and makeup at work.
* Demonstrate respect for client, salon, industry and yourself.
* It typically takes 2-3 years of work experience to become a good stylist.
* Cosmetology is a real profession. Other than the medical profession, Cosmetology is the only profession where workers are expected and allowed to be in others personal space.
* Everyone works their way up.
* Workers are not entitled to a job (again see quote re: replaceable)
* Expect to have to do everything.
* Some employers require stylists to pay "flake-off fee" for missed/late appointments. (Per client/per day) Clients don't care the reason why the stylist isn't there, they just care that they aren't there.
* Expected to get to work/interview on time. No excuses for transportation.
* Can't build a successful business if you don't show up for work.
* Be the doctor of what you do but know that you don't know everything.

### Noteworthy Quotes

Replaceable: "If you are rocking the boat or stink at being a team-player, it doesn't matter how awesome you are at cutting hair. Real-life clients don't know the difference between an amazing hair cut and a good hair cut, and there are 10 people behind you ready to take your job. Move out of the way!"

Advisory Council Self Description: "I lead the life I lead through the generosity of others."

### Appearance for Interview and Work

* "Don't come in looking like you are going to park & swap"
* For interview, no flip flops, jeans, food/ drink (Big Gulps), or gum
* Brush teeth
* Professional appearance means (no 3 B's boob, butt, belly showing)
* Black clothing is always safe choice
* Nails manicured, no chipped polish
* For work environment jeans okay but must be in good shape

MCCCD-0-437

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

## Attendance

- Be early for your scheduled appointments (*May cost you a fee up to $60.00 per incident if don't; show up for client appt*)
- Come to work ready to work ( do not do your hair/make-up at the salon)
- Avoid abused excuses; Alarm clock malfunction, food poisoning etc.
- Your attendance has a direct impact on the client and the bottom line of the salon
- "Can't build a good business without being on time".

### Reasons for Terminating Employees:

- Poor customer service (number one reason)
- Attendance issues
- Company theft of information, money or products
- Drug/ Alcohol use on the job
- Insubordination
- Bad attitude towards others
- Inappropriate behavior
- Lack of professionalism
- Poor technical skills
- Security regulation violations
- Cell phone use on clinic floor (including texting)
- Not being a team player/contention with co-workers
- Talking too much (and not about hair)/unprofessional conversations
- Lack of willingness to learn new skills
- Productivity/underperforming
- Inflexible with work schedules

### Reasons Given for Retaining Under-Performing Employees:

- Great attitude
- Love for hair and people
- Employee had the desire to learn
- Personal relationship (friend/family member)
- Desire to do better as a stylist
- Understaffed
- Lack of training
- Not the right fit (transferred to another store within company)

MCCCD-0-438

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

**CUTTING EDGE STYLE ACADEMY & MSC NORTHWEST CAMPUS COSMETOLOGY PROGRAM**

NAME (Please Print)                                              DATE

**Directions: Please initial all areas and sign the bottom**
**RELEASE FORM**

High school students enrolled in the Cutting Edge Style Academy (CESA) or Maricopa Skill Center Northwest Campus (MSCNC) program must sign a release for grades and other student information to be released to West-MEC. The student signature below gives permission for the release of student records to West-MEC.

West-MEC will pay only for those classes that are part of the approved program of study for which the student is eligible. *Tuition and books for classes outside the approved*                    Initial
*program are the responsibility of the student.*

**STUDENT ACKNOWLEDGEMENT OF RECEIPT**
I acknowledge that I have read and received a copy of the CESA/MSCNC/MSC Cosmetology Program Student Handbook. I understand that this Handbook is a supplement to and not a replacement for, the Maricopa Skill Center Catalog & Student Handbook or Maricopa Governance Online Policy Manual. I have read and understand the policies and information contained within this document and agree to follow these guidelines while attending CESA or MSCNC.                    Initial

**USE OF TECHNOLOGY AGREEMENT**
I have read the District's Student Technology Policy in the handbook. I agree to follow the rules. I understand that violation of the rules may constitute discipline as stated in the Handbook.                    Initial

**PARENT(S)/GUARDIAN(S) SECTION**
I have read the District's Student Technology Policy. I hereby release the District, its personnel, and any institutions with which it is affiliated, from any and all claims and damages of any nature arising from my child's inability to use the District's System. Students are NOT ALLOWED to use the system to purchase products or services. Any situation that may arise from unauthorized use of the System to purchase products or services is the responsibility of the student and student's parent(s)/guardian. I understand that I can be held liable for damages caused by my child's misuse of the System. I will emphasize to my child the importance of following the rules for personal safety.

**I hereby give permission for my child's picture (still or video), name and name of home school to be used in print and multi-media presentations, including internet West-MEC web pages.**                    YES _____ NO _____

**I give permission for my child to have internet access.**                    YES _____ NO _____

Student Signature: _____ Parent/Guardian: _____

MCCCD-0-439

Cutting Edge Style Academy/Maricopa Skill Center Northwest/MSC Cosmetology Student Handbook

MCCCD-0-440

5-23-16   EXH #4
WITNESS   Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

Northwest Skill Center/Cosmetology

Dream Team Expectations

- Dress Code: Professional with hair and make-up done
  - ✓ Jeans are NOT allowed. We are a denim free campus. Team must look professional (business professional) adhering to the following guidelines;
  - ✓ Unacceptable Apparel: Jeans, Flip Flops, spaghetti straps, halter tops, off the shoulder tops, t-shirts, shorts, knit or sweat pants and spandex. Leggings can only be worn if length is past knee and your top is at least knee length. Pants must be at least knee length and solid in color if they are not full length pants (such as professional looking capri's) No exceptions will be made unless a Doctor's note is provided.
  - ✓ If you are not in apparel guidelines upon arrival to work you will be sent home to change and expected to return to work, any missed time will be docked.
  - ✓ Never at any time shall excessive skin be exposed; back, belly, breast, or behind.
  - ✓ Smocks and aprons are provided if you so choose, however wearing either smock or apron does not excuse you from being in apparel guidelines.  No black smocks for staff.

- Arrive at least 15 minutes prior to scheduled shift, prepared and ready for class.
  - ✓ You are expected to be at work everyday that you are scheduled. If you know in advance, you are going to miss work you must prearrange this with the program manager via e-mail. If you are to miss work for any reason it is your responsibility to cover your shift. If a substitute is not available we will need to cover for each other on a rotation basis so that is it fair for everyone.
  - ✓ You are scheduled for 40 hours a week, there may be times that a staff meeting or training is scheduled beyond your 40 hours, these scheduled dates/times are mandatory
  - ✓ We are asking that everyone try to schedule vacations during the month of June/July. Everyone will have time off during this month that will be unpaid unless vacation time is used
- Take care of facility and teach students to do so as well
- Always follow and enforce state laws and regulations
- If supplies are needed, please email Program Manager one month in advance with manufacture, SKU #, and quantity.
- Treat each other with respect and dignity:
  - ✓ Gossip is never permitted! Never talk in a negative manner about anyone at anytime.
  - ✓ Always interact in a positive manner with each other and students.

MCCCD-0-88

- ✓ If a problem arises try to work it out amongst each other, if you need assistance with the problem please see the program manager.
- ✓ Always be consistent enforcing the rules, work as a team, help and share ideas.
- ✓ Keep your personal life personal. Do not discuss private details of your life with students or parents. Students should not have personal cell numbers and it is highly suggested not to be friends with students on Facebook.

- Provide the best possible education for students creating a positive learning environment and have fun in your classes.
- Manage and control your classroom at all times, students should always be engaged in something cosmetology related while clocked in.
- Performing haircut and chemical services on students, even as the use of a model is not permitted.
- You may not receive personal services on the clock. You can receive services on your own time
- You may bring in outside models, buy only for scheduled classes. Not at anytime are you allowed to perform services on anyone unless it is in a classroom setting.
- Follow curriculum; do not deviate from classes to be taught. If you have questions, please ask!
- The curriculum is designed to help a student prepare for licensure, industry, and business. We must teach "real world" industry related philosophies.
- Use the technologies provided.
  - ✓ If you need assistance or training, please make the program manager aware so that we can find the help you need.

  - The environment we work in is the one we create!
  - Above all keep a positive attitude and have Fun!

# WELCOME TO THE DREAM TEAM!

*Kim Richardson*
Associate Director of Cosmetology
*Lisa Hemming*
Program Manager/Northwest Skill Center

I have read and understand the Dream Team expectations

_____ Date_____

# Clinic Floor Expectations-NWSC

- Have a friendly, positive attitude every day. If you are excited to be here than so will your students! ☺
- You set the expectations –communicate what you expect from your students
- All manikins will have a proper drape (classroom and clinic)
- Consultation for <u>EVERY</u> service, assist the student- step by step throughout service, check <u>EVERY</u> service. If no consultation-no credit.
- Teach the students consultation and customer service
- Proper Drape Clients- double drape chemicals, drape over chair, remove towel for haircutting, drape for EVERY service
- Station set up: Water bottle, Unit blue bottle, blood spill, hand sanitizer
- <u>No food or drink on Clinic- only bottled water</u>
- Check monitors to ensure they are done- keep school clean, walk your group of students to the dumpster for trash- do not leave it in the hallway. This is your responsibility.
- Check station clean up- wall (foot prints), chair base, mirror, counter top, face chairs one way- do not let them move chairs around
- No sitting- If we are not motivated to get up and work with the students then how do we expect them to get up and work? We should be up and assisting, critiquing all student work. If you are really doing all of these things with all 20 of your students I don't really see where you have time to sit.
- Check draping, applications, procedures,…etc
- Students are to be given a 15 minute break when they are not with a client.
- Set up (check with in the first 15 min) signed by you.
- Assignments can only be signed the day they are completed.
- Get parents involved when having difficult discipline issues- "How can I help?"
- Do classes during down time- ex- state board review/ product knowledge/up-selling
- Monthly State Board kit/locker checks- unannounced
- Communicate needs effectively with each other and management staff
- Students are assigned seats that change every month.
- No perm rods or other supplies should ever leave the school
- Be consistent every day – rules, expectations, behavior
- Students are kept together by classes on the floor
- Personal services are available 2 times a month. Must follow personal service guidelines.
- No one may sit on the stations or garbage cans, if they damage something-they will need to pay for it.

I have read and understand the clinic floor expectations

_____                         _____

Instructor                                                                    Date

MCCCD-0-90

# Instructor Tasks

## Daily

1. Take attendance daily on attendance roster –These need to be scanned to: Attendance@west-mec.org
2. Verify/Validate Attendance daily in Skill Time
3. Teach Dynamic Classes- Be prepared!
4. Consistently follow and enforce school rules and curriculum
5. Manage your classroom at all times- rules, respectful behavior or language, bullying
6. Have a positive attitude ☺
7. Thank/compliment someone ☺
8. Believe in an follow the mission the mission/values/CULTURE ☺
9. No gossip!! You have an issue you need to bring it to that person- If it's a school issue bring it to the management team- no complaining!

## Weekly

1. Enter Grades into Canvas within 24 hours- record all grades in class notebook and digital file on the Cutting Edge folder
2. Attendance must be turned into Hemming on the following Monday by 9AM.
3. Record all student models on Mondays
4. Verify and correct attendance in SkillTime
5. Classroom inventory, email supplies needed to Assistant Program Manager

## Monthly

1. Progress reports are due by the 5th of every month- turn into Mrs.Hemming
2. Attendance needs all corrections and validations complete by the 1st
3. Scan Floor sheets/monthly calendars to student file on computer
4. Probation forms handed out and turned in by deadline
5. Turn in Lesson plans and other curriculum requirements for the following month

Contact parents as necessary and be sure to document!


As things need attention please e-mail Assistant Program Manager ASAP; ex: maintenance
Be sure to send a help desk request when you have a computer issue ☺



Call In/Vacation-time off request Procedures

It is imperative everyone have all staff's phone numbers at all times, I recommend you put everyone's number in your phone.

Vacation-Time off Requests

1. Call sub or ask co-workers to cover shift
2. Send e-mail request to Lisa Hemming
3. Once Assistant Program Manager approves, you must go onto HRMS (prior to requested day off) and log your hours.

Your request will not be approved unless there is coverage in place



Call In – Emergence Sick day

1. Call sub to see if available.
2. If your shift is at 8:30 AM you must call the Manager to make them aware.
3. Text/Call Assistant Manager- please text or voice message who is covering for you. The very first day you return to work you must go onto HRMS and log your hours, remember if you are out more than three days you need to send HR a doctor's note to return to work.



MARICOPA SKILL CENTER
**Northwest** Campus

## Daily/Weekly/Monthly Instructor Check List

Instructor Name: _____    Month: _____

### Daily Tasks

| Attendance Sheets/shaunna | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Check and Respond to E-mail | | | | | | |
|---|---|---|---|---|---|---|

Comments: _____

_____

### Weekly Tasks

| Submit signed attendance sheet to Student Services every Monday | | | | | Skill Time Clean Weekly | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | | | | | Date: | | | | |
| Verified: | | | | | Verified: | | | | |

| Email communication with 2nd Session Partner | | | | | Attended Bi-Weekly Staff Mtg | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | | | | | Date: | | | | |
| Verified: | | | | | Verified: | | | | |

### Monthly Tasks

| Attendance due by the 2nd | | Grades entered by the 2nd | | Floor sheets scanned & filed by the 10th | | Lesson plan submitted | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Verified: | | Verified: | | Verified: | | Verified: | |

| Theory Sheet | | Models Recorded | |
|---|---|---|---|
| Date: | | Date: | |
| Verified: | | Verified: | |

I understand I am being held accountable for these tasks every month


_____        _____
Signature                        Date


Review with Instructor by _____

Northwest Cosmo Staff Meeting                    August 1, 2013

- ❖ Dream Team Expectations
- ❖ Clinic floor expectations
- ❖ Call in procedures/ request for time off
  - ✗ Who, when and how to report to
- ❖ Evaluations
  - ✗ Trainings/professional development
- ❖ Staff expectations-teachers, managers, each other
- ❖ Accountability sheets-monthly
  - ✗ Every incident to be captured /documentation
- ❖ Teachers schedule
- ❖ Curriculum
  - ✗ What's different
  - ✗ Rubrics
  - ✗ Follow curriculum-do not deviate
  - ✗ Accommodation testing
  - ✗ Make up Saturdays
- ❖ Grades and attendance
  - ✗ Student hours/Attendance /Shaunna
  - ✗ Skilltime
  - ✗ Canvas
- ❖ Handbook
  - ✗ Tardy policy
  - ✗ Cell phone
  - ✗ Test taking and workbooks
- ❖ Classroom management
- ❖ Ferpa
- ❖ Product sales
- ❖ Swat
- ❖ Competitions
- ❖ Prizes
- ❖ Other ideas?

Thoughts/comments/concerns?

5-23-16   EXH # 9
WITNESS OUCAS
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

5-23-16   EXH #10
WITNESS _Owens_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

## Meeting Agenda

October 2, 2013

Overview of Expectations/Instructor Tasks/Clinic Floor/Accountability

Teacher's office

- Admin time-what does this mean?
- Distractions-please go outside
- Cleaning
- No students-ever!
- If you need to meet with students-small conference room-notify staff.

Clinic floor

- Marvicide must be made and emptied daily per State Board.
- Dispensary must be assigned, kept clean and monitored.
  - If you take anything from _storage_, it must be recorded.
  - Things are missing already.
  - If we are in need of something, please send me an email.
- Laundry is to be assigned and done daily.
  - Towels are to be separated by color.
- Students going to their cars-Not permitted - Tardy and lose daily points.
- NO FOOD OR DRINK in classrooms or clinic floor-EVER! Students will be sent home.
- Break room is for break-not in hallways.
- Students sitting on furniture (desks, counters, garbage cans, tables) will be immediately sent home for the day. West-Mec has been advised of this.
- Manage your classrooms.

Student Dress Code

- Check dress code daily.
- Smocks MUST be buttoned all the way.
- No shorts or skirts-must see below the smock. Out of dress code-send home.
- No cell phones, iPods, ear buds or electronics-may use in break room ONLY. Not to be used as they are clocking out. This must be monitored.

Handouts

- All must be approved by me. We must stay consistent.
- Use the Wiki as a reference
- Any copies that are needed for class need to be sent to me 1 week prior to have IKON do the copies.
- No mass copies on our machine.

Time Off

- Vacation time requires a 2 week notice in writing (email). This must be preapproved. You must find someone to cover your shift.
- Personal time is to be used preferably when a 1 week to 24 hour notice is given, preapproval is not needed (jury duty, doctor's appointments, etc.) It may be used without notice, but please communicate with me if that happens. It is not to be used for recurring instances. You must find someone to cover your shift.
- Sick time is for sick time. You must find someone to cover your shift.
- If you have questions about your time, please see me.

Retail

- Will be training students to sell retail.
- Contests with Paul Mitchell
- Our focus is to sell retail, build our student base and client base.

Shala's role

- Lead Instructor-over Aesthetics at NWSC and MSC.
- Part of the management team

Canvas

- A solution has been reached. Double the practical grade. 90%+180%

**Our teacher schedule will be changing and assignments will be issued.

Support each other, keep morale up, communicate, have a positive attitude and set the example!

MCCCD-0-27

5-83-16   EXH # 11
WITNESS   Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

## Meeting Agenda

December 23, 2013

Recap of last meeting on October 2, 2013 of Expectations, Tasks, Clinic Floor and Accountability, See Attached.

Teachers

- Please check the teachers schedule, often. It is your responsibility to know you schedule. Some day's we will have a different schedule. I will make adjustments on the calendar well before hand so you can plan accordingly.
- If you are going to be late, you must let me know. Time must be entered in HRMS.
- When taking time off, you must enter your time in HRMS any time prior to your absence and up to 24 afterwards. If I have to enter your time, it will be an incident report.
- When you are assigned to a class, you are expected to be with that class the entire time. Do not leave your class unattended; do not sit in the office during class time.
- Mike Bush from West-Mec will be here in January to help show you how to sign up for additional trainings.
- Classroom management. Are you managing your classroom effectively? Any issues or concerns? When issues arise, please bring them to my attention first.
- When issues arise with students the plan of action is first go to the teacher, then to Assistant Program Manager and then if necessary I will involve Kristina. Kristina and I will work together with West-Mec if it is warranted.
- Our first point of contact with West-Mec is Shelly Thome. She is the liaison and can help with many issues concerning high school students.
- What are we doing to keep students actively engaged in Cosmetology?
- Absolutely not Tabitha Salon Takeover, Face Off, You tube, Movies, etc. If you have a question about this, please see me.
- State Board testing will be done by another teacher for you class.

Students

- Are we checking dress code daily? No hats, smocks buttoned, no ripped jeans. Student must be sent home.
- Anytime a student is sent home, parents must be called and this must be documented.
- We do not allow students to use cell phones while they are clocked in. This includes when they are standing in line to clock. Reference page 21 in student handbook.
- Marivicide must be made for the clinic floor in the morning by the Adults and emptied by the HS students. Classrooms must be sure to make and empty marvicide for each class.

- Testing regulations state that the workbook is due at the beginning of session or the students receives a 0% for their workbook. Student will still take their test.
- Testing retakes are to be done before their session. The students are not to be clocked in. If there is no documentation, the highest grade that can be given is an 80%.
- If students are consistently late, please talk with them and find out why they are late. They lose all of their daily points if they are tardy.
- Problems at the time clock...suggestions? Assign a teacher at the time clock at 2pm and 6pm?
- Review personal services. See attached.
- Monitors...again. Do not sign if you have not personally checked to see they have been done. If your students aren't doing them, then it is your responsibility.
- Students on probation. What are we doing to help? 1st–issued by the instructor, 2nd–issued by me and phone call home. 3rd –issued by me, parent meeting and contract.
- Students are not allowed to leave campus. Reference student handbook page 22.

Up and coming...

- New schedule for teachers-review. See attached.
- Teacher certification program rolls out Jan. 2014.
- Adults-new dress code and new books.
- One on One's and monthly meetings.

Comments:

Notes:

MCCCD-0-24

Staff Meeting on Dec. 23, 2013

I acknowledge I am accountable and understand my duties and responsibilities as a MSC/Northwest Instructor.

_Schani Owens_      Date _12-23-13_

MCCCD-0-25





MARICOPA SKILL CENTER

## INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

## DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

    - Job abandonment;
    - Discourtesy toward co-workers or the public
    - Sleeping on the job.
    - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.

2-03-16   EXH #10
WITNESS _Owens_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan. 11, 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

Description of incident: (Date, Time, Place, People Involved)

Jan. 11, 2014 at 1:35pm in Classroom #130 Ms. Owen's classroom.
There was a pizza party with Ms. Owens' class in the classroom during Instructional hours as evidenced
by leftover pizza boxes and empty drink containers in the classroom and an email from staff members.

Performance Impact:

This is in violation of NSWC policy and State Board regulations.

Recommendations on performance/behavior:

All NWSC and State Board policies, rules and regulations must be adhered to, without exception.

Supervisor Signature _____

_Susan Henry_ 1/13/14
Date

Employee Signature (optional) _____

_____
Date

Updated 5/2/2012

 

MARICOPA SKILL CENTER

### INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance,

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals,

- May be used to begin the disciplinary process,

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct** including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job, Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

    - Job abandonment;
    - Discourtesy toward co-workers or the public;
    - Sleeping on the job,
    - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.

5-23-16    EXH # 15
WITNESS Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176



**Incident Report**



Employee Name: Schaun Owens _____

Date: October 1, 2013 _____

Location/Department/Position: NWSC/Cosmetology/Associate Instructor _____

**Description of Incident: (Date, Time, Place, People Involved)**
On October 1, 2013 at approximately 10:45am I walked into the teacher's office and noticed Schaun Owens sitting unusual in her chair at her desk. I asked if she was okay which she said yes, the second time I asked her, I asked again if she was sure she was okay, and she said yes. She then told me she was sitting at the desk looking at the computer when she realized how tired she was, so she just closed her eyes for a second.
I have 3 witness that came forward to me stating Schaun was asleep at her desk for anywhere from 10-20 minutes.

**Performance Impact:**
Sleeping on the job is inappropriate conduct.

**Recommendations on performance/behavior:**
The Instructor will follow all policies and procedure outlined in the MCCCD and MSC Northwest manuals.

**Employee response (optional):**

*No signing because I don't agree with accusation. I was not sleeping on the job.*

**Additional comments (optional):**

Did not sign - see above

_____
Supervisor Signature

Employee Signature (optional)

Date  _10/2/13_

Date

Updated 5/2/2012

MCCCD-0-112

 **MARICOPA COMMUNITY COLLEGES®**                    Lisa Hemming< lis2066488@gatewaycc.edu>

## Ms. Ownes
1 message

Carolyn Main< main@gatewaycc.edu>                    Tue, Oct 1, 2013 at 11:48 AM
Reply-To: main@gatewaycc.edu
To: Lisa Hemming <hemming@gatewaycc.edu>

Lisa,

Just wanted to let you know, I'm not sure if Ms. Owens is ok or not. She was sleeping in the office for from what I saw at least 10 minutes.
*Carolyn Cardwell*
Associate Instructor
Northwest Skill Center
Cosmetology
main@gatewaycc.edu
Phone: (602)-392-5000

MCCCD-0-113

Maricopa Community College District Mail - 10/1/13                                      Page 1 of 1

 **MARICOPA COMMUNITY COLLEGES®**

                                                                Lisa Hemming< lis2066488@gatewaycc.edu>

### 10/1/13
1 message

Shala Dvelrin< shala.dvelrin@gatewayco.edu>                       Tue, Oct 1, 2013 at 5:01 PM
To: Lisa Hemming <hemming@gatewaycc.edu>

On 10/1/13 I entered the office and noticed ms. Shaun asleep in her chair.  I was at my desk for
approximately 5 minuets and she was asleep.  I left the office and reentered with Lisa Hemming, who
asked her if she was O.K.? she said yes she was looking at the computer and her eyes were tired so she
decided to rest her eyes.

Shala Dvelrin

MCCCD-0-114

 **MARICOPA COMMUNITY COLLEGES®**                    Lisa Hemming< lis2086488@gatewaycc.edu>

## Today
1 message

Robert Wood < robert.wood@gatewaycc.edu>                    Tue, Oct 1, 2013 at 9:47 PM
Reply-To: robert.wood@gatewaycc.edu
To: Lisa Hemming <hemming@gatewaycc.edu>

I went on break at 10:00, as I walked into the office I noticed that MS.Owens was curled up in her chair and it appeared she was asleep. I thought to myself that doesn't look comfortable.

Truly I don't know if it was before break or after, either way I did notice Ms. Owens looking quite relaxed. I know how hard it is to sit at the computer and become relaxed and want to nap and chill. I have to get up and change what I am doing to get focused again, plus a cup of coffee helps somewhat. Mr Wood

MCCCD-0-115

5-23-16 EXH #16
WITNESS Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

---------- Forwarded message ----------
From: Lisa Hemming <hemming@gatewaycc.edu>
Date: Mon, Aug 12, 2013 at 4:29 PM
Subject: Students breaks
To: Robert Wood <robert.wood@gatewaycc.edu>, Carolyn Main <main@gatewaycc.edu>, Toni Trott <toni.trott@gatewaycc.edu>, Schaun Owens <owens@gatewaycc.edu>

Just so you are aware, there was a group of students on the clinic floor during break. They had some guy on speaker phone they were talking to, laughing and caring on when I told them they were not allowed to "break" on the floor. What if a prospective student were to walk in, or a client or even MSC staff...They are doing tours on a regular basis. How unprofessional.
Please remind your students they are ONLY allowed to go on break in the break room. Remind them we are a closed campus and if they need to bring snacks that we have a fridge in the break room. They will not be allowed to leave campus starting tomorrow. They must have their break in the break room only. This means they do not go out the front door and sit or go to their cars...etc. This is something West-Mec has put in place for students safety.
We all want to have a positive learning environment as well as a
professional atmosphere. This requires that we set the expectations from the beginning.
Please ensure that we are all following the policies we have put into place.
Thank you for your help in this matter. I appreciate your hard work!



**Lisa Hemming**
Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



2

MCCCD-0-247

 **MARICOPA COMMUNITY COLLEGES®**

Maria Bellino <mar2390580@dcmail.maricopa.edu>

## Schaun Owens

John Naughton <naughton@gatewaycc.edu>                          Fri, Feb 7, 2014 at 4:05 PM
Reply-To: naughton@gatewaycc.edu
To: Christopher Wurster <wurster@gatewaycc.edu>, Maria Bellino <maria.bellino@dcmail.maricopa.edu>
Cc: Karen Scott <scottk@gatewaycc.edu>

Hi all,

Shaun contacted me today to inquire as to how to have concerns regarding her supervisor addressed. I advised that she follow the chain of command within the Skill Center and identified the reporting structure. She acknowledged that option may be useful but also asked for guidance on how district HR could assist. I explained that there is a Solutions Center that may offer assistance if it is due to conflict. Based on what I know from correspondence with regards to Shaun, I suggest we do not delay much longer review of the request of non-retention. In the meantime, Kristina and CJ should anticipate Shaun reaching out for assistance.

Just keeping everyone in the loop.

John

On Fri, Feb 7, 2014 at 3:07 PM, Christopher Wurster <wurster@gatewaycc.edu> wrote:
FYI

 

**CJ Wurster**
Director (Interim)
wurster@gatewaycc.edu

p: (602) 238-4330
1245 East Buckeye Road
Phoenix, Arizona 85034

*A Division of GateWay Community College*

[Quoted text hidden]

John J. Naughton
Assistant Director Administrative and Support Services
GWC/MSC Human Resources
GateWay Community College
108 N. 40th Street Office #.MA 1143
Phoenix, AZ 85034
p: (602) 238-4309  |  f: (602) 238-4307
Naughton@gatewaycc.edu

5-23-16          EXH #18
WITNESS Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

https://mail.google.com/mail/u/0?ui=2&ik=a25770b467&view=pt&cat=1-MB%20Campuses%2F1-Gateway%2FIArchived%20Files%2FOwen%20%20Schaun...   1/2

**Copy Center**

| | |
|---|---|
| **From:** | Carolyn Main <Carolyn Main <main@gatewaycc.edu>> on behalf of Carolyn Main |
| **Sent:** | Wednesday, December 18, 2013 2:03 PM |
| **To:** | Lisa Hemming; main@gatewaycc.edu |
| **Subject:** | October 26th |

On October 26th 2013, Ms. Owens and myself were working the Saturday make-up hours. We were all told that there is NO clients on make-up days due to there is no one here to take money for services. We were also all told that they is NO personal services to be done. On this day one of Ms. Owens students, M· ( I think that's how you spell it) brought her boyfriend in and did a manicure, haircut and style on him. Ms. Owens told me she was allowing her to do it because she needed the grade. Also her student's were doing waxing, makeup and roller sets on each other on the floor. When I asked Ms. Owens about it she said they needed the grade. There was also another client in getting a haircut and blow-dry style.

Her students were out of dress code wearing ripped jeans and slippers.

Another one of her students asked me to sign a box from the beginning of the month on her floor sheet and I told her she was not allowed to go back in weeks and she said Ms. Owens was allowing them to do it to bring up their grade. I told her to go talk to Ms. Owens. I told her I was not going to sign it.

My problem with this is where is the consistency that we are trying to do. Why are the rules not being enforced for all students. If one instructor is allowing this to be done and the others don't this is where the complaining comes in and parent phone calls.

*Carolyn Cardwell*
**Associate Instructor**
**Northwest Skill Center**
Cosmetology
main@gatewaycc.edu
Phone: (602)-392-5000

5-13-16     EXH #202
WITNESS _Owens_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

1

MCCCD-O 1099

5-23-16   EXH #42
WITNESS Owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176



MARICOPA SKILL CENTER

February 12, 2014

Ms. Shaun Owens
4731 W. Bluefield, Ave.
Glendale, AZ 85308

RE:   RECOMMENDATION OF NON-RETENTION DURING PROBATIONARY PERIOD

Dear Ms. Owens,

This letter is written in accordance with Section 4.1.1 of the Maricopa & EMCC (Estrella Mountain Community College) Southwest Skill Centers policy manual, which addresses non-retention during a probationary period.

The Vice Chancellor for Human Resources, Mr. James Bowers, has approved my recommendation that you be terminated from your employment. Your last day will be today, February 12, 2014.

If you have any questions regarding your paycheck or benefits information, please contact the Compensation Department at (480) 731-8457.

Sincerely,

Christopher Wurster, Director (Interim)
Maricopa Skill Center

cc:   Employee Personnel File



1245 E. BUCKEYE ROAD  |  PHOENIX, ARIZONA 85034  |  P. 602.238.4300  |  MARICOPASKILLCENTER.COM



5-23-16 ___ EXH #23
WITNESS _Owens_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

**Appendix G – Staff Policy Manual**



# Maricopa & EMCC Southwest

# Skill Centers

## *Policies*

### (Effective November 1, 2013)

Published by
Maricopa County Community College District
HR Solutions Center

The Maricopa County Community College District does not discriminate on the basis of race, color, religion, national origin, sex, sexual orientation, gender identity, citizenship status (including document abuse), age, disability, veteran status, or genetic information in employment or in the application, admissions, participation, access and treatment of persons in instructional programs and activities.

Revised November 1, 2013

xviii

MCCCD-0-668

**TABLE OF CONTENTS**

Page

1.    Governance ..................................................................................................................................1

2.    Employment .................................................................................................................................2

3.    Lunch and Rest Periods ..............................................................................................................6

4.    Evaluation ....................................................................................................................................6

5.    Types of Layoff/Separation ........................................................................................................7

MCCCD-0-669

**1.   GOVERNANCE**

    **1.1.   Administration**

        **1.1.1.   Management**

            **1.1.1.1.**    The Maricopa Skill Center is a division of GateWay Community College and the EMCC Southwest Skill Center is a division of Estrella Mountain Community College within the Maricopa County Community College District.

            **1.1.1.2.**    The line of administration is as follows:

                Governing Board of the Maricopa County Community College District

                Chancellor of the Maricopa County Community College District

                President of GateWay Community College/President of Estrella Mountain Community College

                Executive Director Maricopa Skill Center/VP Occupational Education EMCC Southwest Skill Center

                Directors and Assistant Directors of Maricopa/EMCC Southwest Skill Centers.

        **1.1.2.**    **Administrator.**  The Chief Administrator of the Maricopa Skill Center is the Executive Director. The Chief Administrator of the EMCC Southwest Skill Center is the Director. The powers and duties of the Chief Administrator of the Maricopa Skill Center/ EMCC Southwest Skill Center are set by the Governing Board.

    **1.2.   Operational Policies: Salaries and Policies**

        The Maricopa/EMCC Southwest Skill Center's policies and salary schedule shall be separate and distinct from that of other employee groups of the Maricopa County Community College District

    **1.3.   Basic Philosophy**

Employees of the Maricopa/EMCC Southwest Skill Center shall carry out the policies of the Governing Board, shall perform their duties assigned to them according to their position descriptions and/or their

Skill Centers/November 1, 2013          1

MCCCD-0-670

supervisor(s), and shall perform such duties and responsibilities with professional skill in order to ensure wise utilization of District resources for the implementation of the educational program.

### 1.4. Advisory Councils

#### 1.4.1. Advisory Councils for the Maricopa/EMCC Southwest Skill Centers

1.4.1.1. The Maricopa/EMCC Southwest Skill Centers will maintain a network of active advisory councils, including a separate council for each vocational training program (Program Advisory Council) and a council for the Skill Center as a whole (Administrative Advisory Council).

1.4.1.2. Each council will meet at least once a year with additional meetings as needed. Minutes of each council meeting will be filed in the instruction office.

#### 1.4.2. Administrative Advisory Council

The Administrative Advisory Council will be selected and appointed based on their involvement in industry, public relations, legislation, community support, and problem solving of special issues. The Administrative Advisory Council should reflect the diversity of the community, business and industry.

#### 1.4.3. Program Advisory Councils

1.4.3.1. The Program Advisory Councils shall:

(a) recommend program changes consistent with labor and job market trends or demands/needs; (b) validate instructional competencies; (c) assist in assessment of vocational program relevance to current employer; (d) assist in program improvement and marketing; (e) review program equipment needs and recommend equipment replacement; (f) provide or assist in locating field trip or demonstration opportunities for students, and job shadowing, internship, or training upgrade opportunities for program instructional staff.

1.4.3.2. Council membership should be diverse and shall represent the employment scope of the vocational program. Members will be selected for their expertise in the occupational area and/or ability to benefit the program. The Advisory Council will serve as a resource to instructors and Skill Center Staff. Minutes for each council meeting will be filed and used as supporting data during program review / development for continuous improvement.

## 2. EMPLOYMENT

### 2.1. Employment Procedures

2.1.1. A job vacancy may occur as the result of a new position being budgeted, a retirement, or a resignation or termination.

2.1.2. Job vacancies will be filled in accordance with the procedures developed by the administrative staff of the Maricopa/EMCC Southwest Skill Center and will follow all Equal Employment Opportunity guidelines.

MCCCD-0-671

2.1.3.   At the discretion of the Chief Administrator, positions may be filled in house.

**2.2.   Orientation**

All new employees will receive a Maricopa Community College District and Skill Center New

Employee Orientation

**2.3.   Salary Placement**

2.3.1.   An internal or an external applicant's qualifications shall be evaluated thoroughly at the time of selection, based upon validated transcripts of academic work, professional certificates, and verified related work experience. For a copy of the salary grades, call District Compensation Office or see http://www.maricopa.edu/employees/divisions/hr/salary/schedules.

The Chief Administrator or designee will be responsible for equating these qualifications to the minimum eligibility requirements for step placement.

2.3.2.   The person selected for a position must have at least the minimum qualifications for that position.

2.3.3.   It shall be the applicant's responsibility to provide the Skill Center's Human Resources Office with necessary information and to update his/her file.

2.3.4.   All undergraduate and graduate degrees and credit hours must be earned at accredited institutions. Work done at foreign universities will be considered if evaluated (at the applicant's expense) by an approved company to provide such services. Call District Human Resources for additional information on approved companies.

2.3.5.   Initial appointment of an applicant to a specific position will normally be at step one (1) of the schedule that applies to the position. Placement beyond the normal step one (1) position will be based on specific educational background and specific work experience in the field to be taught or worked.

2.3.5.1.   Administration/Management/Staff

(a) One additional step may be given for two (2) years of specific management or administrative or staff experience.

(b) One step beyond (a) may be granted for each additional year of specific management or administrative or staff experience (either within or outside of education).

(c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

2.3.5.2   Instructors

(a) One additional step may be given for one (1) year of full-time specific teaching experience plus three (3) years of work related experience effective July 1, 2006.

(b) One step beyond (a) may be granted for each additional year of specific full-time teaching experience and work related experience.

MCCCD-0-672

(c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

2.3.6.   Salary placement may be made above step 4 to meet the unique needs of the Maricopa/EMCC Southwest Skill Center if approved by the Chief Administrator.

2.3.7.   An existing regular employee may apply for any posted position. Should the employee successfully complete the application process and be offered the applied for position, he/she may exercise all rights granted to external candidates in the course of establishing hiring terms and conditions.

## 2.4.   Job Description and Classification Groups

Each employee will be given a job description to read and sign when he/she is employed. The duties and responsibilities outlined in the job description are general in nature and are intended as guidelines for what may be expected of the incumbent. The job description will also identify employee Fair Labor Standards Act (FLSA) status. Any question regarding status should be directed to the Chief Administrator or designee. Call or visit the Center's HR office for a copy of job descriptions or see http://www.maricopaskillcenter.com/.

## 2.5.   Educational Advancement

2.5.1.   The Chief Administrator or designee will decide issues regarding acceptability of institutions or organizations conferring degrees or awarding certificates.

2.5.2.   Probationary employees are not eligible for an educational advancement. Credits/degree/certifications earned during the probationary period may be submitted for educational advancement after successful completion of the probationary status and conversion to regular full-time employee status. The step increase or stipend will be effective in the pay period following verification of evidence.

2.5.3.   Employees who benefit under the Professional Growth Assistance Program (17.2.1) are not eligible for Educational Advancement benefits.

2.5.4.   Compensation for formal education for current full-time employees may be awarded for the completion of earned college credit under the following guidelines:

Employees with no degree – completion of 30 or more college credits that include 100 level English, Reading and Math classes.

Employees who earn their first associate degree

Employees who earn their first bachelor degree

Employees who earn their first master degree

Employees who earn their first doctoral degree, or

Employees who earn one or more certifications on or after July 1, 2003.

MCCCD-0-673

Awards based on certification are established on an approved point system; to maintain equity with academic degree awards, more than one certification will usually be required for salary compensation.

**2.5.5.** Qualifying certificates must be awarded by a nationally recognized professional or technical organization, or by an accredited higher education institution.

**2.5.6.** Compensation shall be at the rate of one (1) step, or a one-time stipend that is equivalent to a step for those to whom a step is not available. Step increase or stipend will be effective in the pay period following verification of evidence.

**2.5.7.** This policy is effective for earned credits; degrees and certificates awarded on or after July 1, 2003, and are not influenced by awards earned prior to July 1, 2003. No employee may be granted more than two (2) such increments on or after July 1, 2003. The earned credits/degree/certification(s) must be awarded during employment as a regular full-time employee.

**2.5.8.** Skill Center Human Resources and the Business Office will process the necessary documents to compensate the employee for an approved step or stipend.

**2.5.9.** This article is not subject to the grievance procedures contained in this policy manual.

## 2.6.   Reclassification

**2.6.1.** Probationary employees are not eligible for reclassification.

**2.6.2.** Reclassification for regular employees is approved/denied through a committee selected by the Chief Administrator or designee. The Reclassification Committee will consist of members from instruction and management/administration. The procedures regarding reclassification actions will be recommended by the Committee and approved by the Chief Administrator.

**2.6.3.** If a reclassification request is sustained, salary increase will be effective the first day of the pay period following the approval of the Chief Administrator.

**2.6.4.** This article is not subject to the grievance procedure contained in this policy manual.

## 2.7.   Administrative Reassignment

Management Initiated Reassignment – A reassignment initiated by the skill center/ district office management personnel. The employee will not be required to serve a new probationary period.

Employee Initiated Reassignment – An employee requests to be reassigned to another position. The employee will be required to serve a new probationary period.

**2.7.1.** An administrative reassignment is recommended by the appropriate Chief Administrator and approved by the college president.

**2.7.2.** Except in critical situations, or where all parties agree, an employee who is reassigned will be notified verbally by Skill Center/EMCC HR staff. Written confirmation will be sent within ten (10) working days to the employee with copies to the District HR office.

**2.7.3.** An employee may be reassigned to a position at a lower grade, the same grade, or a higher grade.

MCCCD-0-674

**2.7.3.1.** If the involuntary reassignment is to a lower grade, the employee's current salary will remain in effect until the salary schedule is revised, and/or a step is granted. This action may necessitate that an employee's salary will be off schedule (not on step) until the next step is granted.

**2.7.3.2.** If the reassignment is to an equal grade, the salary will remain the same.

**2.7.3.3.** If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in Section 2.3. Any change to salary will be effective the first day of the assignment. Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

**2.8.** **Temporary Administrative Reassignment**

A temporary administrative reassignment will generally be for a maximum of two (2) years.

**2.8.1.** If the reassignment is to an equal grade, the salary will remain the same.

**2.8.2.** If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in section 2.3. Any change to salary will be effective the first day of the assignment. Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

**3.** **LUNCH AND REST PERIODS**

**3.1.** **Lunch Period.** Each employee will have a duty-free one hour lunch period.

**3.2.** **Rest Period.** Non-exempt employees will be allowed a fifteen (15) minute rest period during the first four (4) hours worked and a fifteen (15) minute rest period during the second four hours worked. A rest period will not be granted during the first or last hour of a work period. The scheduling of the rest period and the lunch period will be the responsibility of the supervisor.

**4.** **EVALUATION**

**4.1.** **Evaluation of Instructional Staff**

**4.1.1.** In addition to the annual employee evaluation, full time instructors / associate instructors will have at least one classroom visit by the Chief Administrator or designee during the annual evaluation period. The evaluation will include, but not be limited to: (a) classroom observation; (b) student evaluations; (c) review of classroom materials; (syllabus, program/course outline, student progress forms, and daily attendance records); (d) review of instructor-prepared learning projects; (e) equipment and training aids to support the learning activity.

**4.1.2.** Additional evaluations will be scheduled when there are conditions that indicate its need. Such conditions include, but are not limited to: (a) student complaints; (b) industry/agency complaints on the quality of the graduates; (c) low completion or retention rates for students.

MCCCD-0-675

The results of these classroom visits will be documented and included as part of the annual employee evaluation.

**4.2.  Evaluation Process of Regular Full Time Employees**

4.2.1.  Evaluations will be administered annually (the month the employee received regular full time status) by the employee's supervisor.  The annual evaluation will be one of the tools to assist in improving performance.  The annual evaluation will also be a factor considered in retention and/or dismissal.   The employee will review the evaluation with his/her supervisor and may make written comments/observations.  The employee has ten (10) working days after initial review of the evaluation to make comments/observations.  No additional supporting data will be recorded or collected after the ten working day window.   The employee must sign the evaluation. Evaluations will be processed through the Skill Center Human Resources Office.

4.2.2.  The employee's signature does not represent concurrence, but rather that the employee has read the evaluation.  A copy of the evaluation will be given to the supervisor / employee after final approval by the Chief Administrator.  A copy of the evaluation will be placed in the Skill Center's employee's personnel file.

**5.   TYPES of LAYOFF / SEPARATION**

**5.1.   Layoff**

5.1.1.  Layoff will be that type of separation that severs an employee's services due to lack of work available that matches the employee's particular qualifications and capabilities, program closure, decline in enrollment, or lack of funding.

5.1.2.  After consultation with District HR, the employee will be notified in writing by the Chief Administrator at least fifteen (15) calendar days prior to a layoff.

5.1.3.  When an employee is laid off, he/she may be given preference for rehiring if the job position is re-instituted within a period of six (6) months.

**5.2.   Resignation**

5.2.1.  A resignation occurs when an employee voluntarily terminates his/her employment with the Skill Center.   It is recommended that an employee notify the Chief Administrator at least two weeks prior to the effective date of his/her resignation.

5.2.2.  The employee must provide a letter of resignation to the Chief Administrator and schedule an exit interview. The Chief Administrator will acknowledge, in writing, acceptance of the resignation and set a date and time for the exit interview.

5.2.3.  Upon the effective resignation/termination date, an employee waives all rights that he/she has held as an employee and shall be treated as a new employee should he/she return to the District.

**5.3.   Retirement**

General   Maricopa/EMCC Southwest Skill Center employees are subject to the Arizona Retirement System and may retire according to its provisions. See http://www.maricopa.edu/employees/divisions/hr/benefits/separation/asrs/.

MCCCD-0-676

**5.4.    Voluntary Termination**

    **5.4.1.**   Two (2) weeks prior to resignation, the employee will provide a letter of resignation to the supervisor and the Skill Center HR Office. The employee may schedule an exit interview with the Chief Administrator or designee.

    **5.4.2.**   With voluntary or involuntary termination of employment, an employee waives all rights that he/she had as an employee and will be treated as a new employee should he/she return to the Skill Center.

**5.5.    Exit Interview**

    **5.5.1.**   When an employee is terminated, either voluntarily or involuntarily, an exit interview will be conducted by the Chief Administrator or designee.

    **5.5.2.**   There are areas on the exit interview check sheet, regarding keys, equipment, ID cards and materials that must be signed off by the immediate supervisor. The exit interview check sheet will be filed with the Skill Center Human Services staff.

MCCCD-0-677

## Copy Center

| | |
|---|---|
| **From:** | Schaun Owens <Schaun Owens <owens@gatewaycc.edu>> on behalf of Schaun Owens |
| **Sent:** | Friday, December 20, 2013 12:51 PM |
| **To:** | Lisa Hemming; owens@gatewaycc.edu |
| **Subject:** | Owens' Evaluation & Delta-Plus 2013 |
| **Attachments:** | December 2013 employee eval.pdf; December 2013 employee delta-plus.pdf |
| | |
| **Categories:** | Red Category |

Good afternoon Lisa,

I apologize for the delay in completing these forms. Attached is my Employee evaluation and my Delta/Plus. I wasn't sure of the "To and From" dates, so I put September 2013 to December 2013

Respectfully,

--
Schaun Owens
Associate Instructor
MSC-Northwest Campus

5-23-16        EXH #216
WITNESS   OWENS
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

1

MCCCD-O 1101

## SKILL CENTER EMPLOYEE DEVELOPMENT EVALUATION

**Employee Name:** SCHAUN E. OWENS

**Division**    **Grade:**

**Position Title:** Associate Instructor

**Period Covered in this Evaluation:**
From: SEPTEMBER 2013  To: DECEMBER 2013

☐ Annual
☐ 1st Probation
☐ 2nd Probation

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs development |
|---|---|---|---|---|
| **JOB KNOWLEDGE AND SKILLS** | | | | |
| Policies, procedures, regulations | ☐ | ☒ | ☐ | |
| Technical skills related to job | ☐ | ☒ | ☐ | |
| Works within scope of job description | ☐ | ☒ | ☐ | |
| Continues to learn and develop skills and expertise | ☐ | ☒ | ☐ | |
| **QUALITY OF PERFORMANCE** | | | | |
| Thoroughness, neatness, attention to detail | ☐ | ☒ | ☐ | |
| Accuracy, avoidance of errors, check work | ☐ | ☒ | ☐ | |
| Asks for clarity when unsure | ☐ | ☒ | ☐ | |
| Maintains quality in both slow and peak times | ☐ | ☒ | ☐ | |
| **QUANTITY OF PERFORMANCE** | | | | |
| Meets deadlines, completes tasks in a timely manner. | ☐ | ☒ | ☐ | |
| Prioritizes and organizes work schedules | ☐ | ☒ | ☐ | |
| Successfully juggles multiple tasks | ☐ | ☒ | ☐ | |
| Effectively uses time | ☐ | ☒ | ☐ | |
| **SELF-MANAGEMENT** | | | | |
| Maintains confidentiality and security of information | ☐ | ☒ | ☐ | |
| Attendance (manages leave time effectively to minimize impact on department) | ☐ | ☒ | ☐ | |

Rev. 1/23/2013

Employee's Initials

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

| Employee Name: SCHAUN E. Owens | | | | Division      Grade: | | |
|---|---|---|---|---|---|---|
| Position Title: Associate Instructor | | | | Period Covered in this Evaluation:<br>From :                    To: | | ☐ Annual<br>☐ 1st Probation<br>☐ 2nd Probation |

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs Development |
|---|---|---|---|---|
| Punctuality | ☐ | ☒ | ☐ | |
| **CUSTOMER SERVICE** | | | | |
| Consistently provides informed quality service | ☐ | ☒ | ☐ | |
| Promptly responds to inquiries and requests | ☐ | ☒ | ☐ | |
| Treats all customers with courtesy and respect | ☐ | ☒ | ☐ | |
| Displays a willingness to seek solutions to customer needs | ☐ | ☒ | ☐ | |
| Approachability and ease of contact | ☐ | ☒ | ☐ | |
| **TEAM SUPPORT** | | | | |
| Shares information and expertise with others | ☐ | ☒ | ☐ | |
| Accepts suggestions and criticism in a cooperative and positive manner. | ☐ | ☒ | ☐ | |
| Assumes fair share of workload and is flexible in scheduling | ☐ | ☒ | ☐ | |
| Contributes to development and implementation of department goals as well as reviews and remains current on roles and vision. | ☐ | ☒ | ☐ | |
| **SPECIFIC JOB CRITERIA** | | | | |
| Met goals outlined in the Professional Development Plan | ☐ | ☒ | ☐ | |
| **OVERALL APPRAISAL** | ☐ | ☒ | ☐ | |

Employee Initial

MCCCD-O 1103

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

**RECOMMENDATIONS:** (to be completed after review of Plus/Delta)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Supervisor Signature:**                               Date: _____

**Director Signature:**                                 Date: _____

**Executive Director Signature:**                       Date: _____

**I agree with this evaluation:**

Employee signature                                      Date

**I DO NOT agree with this evaluation:**

Employee signature (required)                           Date

Rebuttal attached: Yes ☐   No ☐   (Rebuttals will only be accepted with the annual evaluation and must be submitted within 10 working days of the evaluation interview).

**Employee Comments:** _____

_____

_____

_____

_____

_____

_____

_____

Page 3 of                                          Employee Initial

## PROFESSIONAL EMPLOYEE DEVELOPMENT EVALUATION

**Plus/Delta Form**                                    **Employee**
(Complete prior to evaluation interview)

Name: *SCHAWN E. OWENS*          PositionTitle: Associate Instructor

Division: Instruction

Rating period from:                    To:   January 13          Date:    January 21,
2013January 21, 2013January 21, 2013

| PLUS +<br>List all areas of success and significant progress. | DELTA Δ<br>List any aspect of the employee's work, which may require changes and/or improvement. |
|---|---|
| *No Comments*<br>*At Present time* | *No Comments*<br>*At Present time* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Rev. 1/21/2013                                      Employee's Initials

MCCCD-O 1105

## Professional Staff Employee Development Evaluation

| PLUS +<br>List all areas of success and significant progress. | DELTA Δ<br>List any aspect of the employee's work, which may require changes and/or improvement. |
|---|---|
|  |  |
|  |  |
|  |  |

*Attach to Evaluation form

Employee Initials

MCCCD-O 1106

**Copy Center**

| | |
|---|---|
| **From:** | Schaun Owens <Schaun Owens <owens@gatewaycc.edu>> on behalf of Schaun Owens |
| **Sent:** | Friday, December 20, 2013 12:51 PM |
| **To:** | Lisa Hemming; owens@gatewaycc.edu |
| **Subject:** | Owens' Evaluation & Delta-Plus 2013 |
| **Attachments:** | December 2013 employee eval.pdf; December 2013 employee delta-plus.pdf |
| | |
| **Categories:** | Red Category |

Good afternoon Lisa,

I apologize for the delay in completing these forms. Attached is my Employee evaluation and my Delta/Plus. I wasn't sure of the "To and From" dates, so I put September 2013 to December 2013

Respectfully,

--
Schaun Owens
Associate Instructor
MSC-Northwest Campus

5-23-16   EXH #_____
WITNESS _OWENS_
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

1

MCCCD-O 1101

## SKILL CENTER EMPLOYEE DEVELOPMENT EVALUATION

| Employee Name: SCHAUN E. OWENS | Division | Grade: | | | | |
|---|---|---|---|---|---|---|
| Position Title: Associate Instructor | Period Covered in this Evaluation: From: SEPTEMBER 2013 To: DECEMBER 2013 | | ☐ Annual<br>☐ 1st Probation<br>☐ 2nd Probation | | | |

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs development |
|---|---|---|---|---|
| **JOB KNOWLEDGE AND SKILLS** | | | | |
| Policies, procedures, regulations | ☐ | ☒ | ☐ | |
| Technical skills related to job | ☐ | ☒ | ☐ | |
| Works within scope of job description | ☐ | ☒ | ☐ | |
| Continues to learn and develop skills and expertise | ☐ | ☒ | ☐ | |
| **QUALITY OF PERFORMANCE** | | | | |
| Thoroughness, neatness, attention to detail | ☐ | ☒ | ☐ | |
| Accuracy, avoidance of errors, check work | ☐ | ☒ | ☐ | |
| Asks for clarity when unsure | ☐ | ☒ | ☐ | |
| Maintains quality in both slow and peak times | ☐ | ☒ | ☐ | |
| **QUANTITY OF PERFORMANCE** | | | | |
| Meets deadlines, completes tasks in a timely manner | ☐ | ☒ | ☐ | |
| Prioritizes and organizes work schedules | ☐ | ☒ | ☐ | |
| Successfully juggles multiple tasks | ☐ | ☒ | ☐ | |
| Effectively uses time | ☐ | ☒ | ☐ | |
| **SELF-MANAGEMENT** | | | | |
| Maintains confidentiality and security of information | ☐ | ☒ | ☐ | |
| Attendance (manages leave time effectively to minimize impact on department) | ☐ | ☒ | ☐ | |

Rev. 1/23/2013

Employee's Initials _SO_

MCCCD-O 1102

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

| Employee Name: SCHAWN E. Owens | | | | Division    Grade: | |
|---|---|---|---|---|---|

| Position Title: Associate Instructor | Period Covered in this Evaluation: From :              To: | | ☐ Annual ☐ 1st Probation ☐ 2nd Probation |
|---|---|---|---|

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs development |
|---|---|---|---|---|
| Punctuality | ☐ | ☒ | ☐ | |
| **CUSTOMER SERVICE** | | | | |
| Consistently provides informed quality service | ☐ | ☒ | ☐ | |
| Promptly responds to inquiries and requests | ☐ | ☒ | ☐ | |
| Treats all customers with courtesy and respect | ☐ | ☒ | ☐ | |
| Displays a willingness to seek solutions to customer needs | ☐ | ☒ | ☐ | |
| Approachability and ease of contact | ☐ | ☒ | ☐ | |
| **TEAM SUPPORT** | | | | |
| Shares information and expertise with others | ☐ | ☒ | ☐ | |
| Accepts suggestions and criticism in a cooperative and positive manner. | ☐ | ☒ | ☐ | |
| Assumes fair share of workload and is flexible in scheduling | ☐ | ☒ | ☐ | |
| Contributes to development and implementation of department goals as well as reviews and remains current on roles and vision. | ☐ | ☒ | ☐ | |
| **SPECIFIC JOB CRITERIA** | | | | |
| Met goals outlined in the Professional Development Plan | ☐ | ☒ | ☐ | |
| **OVERALL APPRAISAL** | ☐ | ☒ | ☐ | |

Page 2 of

Employee Initial

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

RECOMMENDATIONS: (to be completed after review of Plus/Delta)

_____

_____

_____

_____

_____

_____

_____

Supervisor Signature: _____      Date: _____

Director Signature: _____         Date: _____

Executive Director Signature: _____   Date: _____

I agree with this evaluation:

                           Employee signature                    Date

I DO NOT agree with this evaluation:

                           Employee signature (required)          Date

Rebuttal attached: Yes ☐  No ☐  (Rebuttals will only be accepted with the annual evaluation and must be submitted within 10 working days of the evaluation interview).

Employee Comments:

_____

_____

_____

_____

_____

_____

_____

Page 3 of                                    Employee Initial

## PROFESSIONAL EMPLOYEE DEVELOPMENT EVALUATION

**Plus/Delta Form**                                                    **Employee**
(Complete prior to evaluation interview)

Name: *Schaun E. Owens*          PositionTitle: Associate Instructor

Division: Instruction

Rating period from:                    To:  January 13              Date:    January 21,
2013January 21, 2013January 21, 2013

| PLUS + <br> List all areas of success and significant progress. | DELTA △ <br> List any aspect of the employee's work, which may require changes and/or improvement. |
|---|---|
| *No Comments At Present time* | *No Comments At Present time* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Rev. 1/21/2013                                      Employee's Initials

MCCCD-O 1105

## Professional Staff Employee Development Evaluation

| PLUS  +<br>List all areas of success and significant progress. | DELTA △<br>List any aspect of the employee's work, which may require changes and/or improvement. |
|---|---|
|  |  |
|  |  |
|  |  |

*Attach to Evaluation form

Employee Initials

MCCCD-O 1106

## Personal Service Criteria

- Personal services days are pre-assigned to 2 Friday's a month.

- The student receiving the service **MUST** have a 90% attendance or higher **AND** a 90% grade average for the previous month or higher.

- All services **MUST** be approved by the instructor **BEFORE** the service may begin.

- Students are not allowed to take themselves off the books prior to the day of their personal service. The teacher will take the student off at the beginning of class provided the student is not assign a client already.

- No more than 4 students from each class may receive a personal service. This will take a total of 8 students off the floor.

- Chemicals are considered color, relaxers, bleach, toner, acrylics, gels and gel polish.

- Non-chemical are considered haircuts, styles, scalp massage, mani or pedi.

- A student may have 1 chemical service for each $5. For instance, if a student wants a highlight, toner and gel polish, it would be a total of $15.

- Each additional mix or service will need to be charged. $5 color will consist of 2oz of color with 2oz of developer.

- All funds collected will go towards Student Council or Skills USA. This will still be collected at the front desk. Please let the front desk know that it is fundraiser money.

- A personal service sheet must be filled out PRIOR to the service, signed by a teacher and turned in with the money to the front desk.

Assigned Fridays are:

October 18th

November 1st

November 15th

December 6th

December 20th

5-23-16   EXH #22
WITNESS owens
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

**Copy Center**

| | |
|---|---|
| **From:** | Lisa Hemming <Lisa Hemming <hemming@gatewaycc.edu>> on behalf of Lisa Hemming |
| **Sent:** | Friday, December 13, 2013 1:20 PM |
| **To:** | Schaun Owens; hemming@gatewaycc.edu |
| **Subject:** | 90 day review packet |
| **Attachments:** | Evaluation Packet.docx; Evaluation Packet.docxPlus Delta.docx |

| | |
|---|---|
| **Categories:** | Red Category |

Hi Schaun,

Attached are the papers I will need you to fill out for your 90 day review. You will do a self assessment and I will also do this same assessment on you. I would suggest you type your answers right on the form and then save a copy on your desk top so you can just add to it when you need to do the next one. We will have 4 this year which will include your annual review.

Once you have this completed, email them to me. Then I will schedule a meeting in January to discuss the review.

The deadline for all evaluation packets to be turned in to me will be December 23, 2014.

Please let me know if you have any questions.
Thanks!



**Lisa Hemming**
Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu


p: (602) 392-5236
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



1

5-23-16   EXH #89
WITNESS  OWENS
MARISA L. MONTINI, RPR
CERTIFIED COURT REPORTER #50176

MCCCD-O 1002

## SKILL CENTER EMPLOYEE DEVELOPMENT EVALUATION

| Employee Name: | | | | Division       Grade: | | |
|---|---|---|---|---|---|---|
| Position Title: | | | | Period Covered in this Evaluation:<br>From :                    To: | | ☐ Annual<br>☐ 1st Probation<br>☐ 2nd Probation |

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs development |
|---|---|---|---|---|
| **JOB KNOWLEDGE AND SKILLS** | | | | |
| Policies, procedures, regulations | ☐ | ☐ | ☐ | |
| Technical skills related to job | ☐ | ☐ | ☐ | |
| Works within scope of job description | ☐ | ☐ | ☐ | |
| Continues to learn and develop skills and expertise | ☐ | ☐ | ☐ | |
| **QUALITY OF PERFORMANCE** | | | | |
| Thoroughness, neatness, attention to detail | ☐ | ☐ | ☐ | |
| Accuracy, avoidance of errors, check work | ☐ | ☐ | ☐ | |
| Asks for clarity when unsure | ☐ | ☐ | ☐ | |
| Maintains quality in both slow and peak times | ☐ | ☐ | ☐ | |
| **QUANTITY OF PERFORMANCE** | | | | |
| Meets deadlines, completes tasks in a timely manner. | ☐ | ☐ | ☐ | |
| Prioritizes and organizes work schedules | ☐ | ☐ | ☐ | |
| Successfully juggles multiple tasks | ☐ | ☐ | ☐ | |
| Effectively uses time | ☐ | ☐ | ☐ | |
| **SELF-MANAGEMENT** | | | | |
| Maintains confidentiality and security of information | ☐ | ☐ | ☐ | |
| Attendance (manages leave time effectively to minimize impact on department) | ☐ | ☐ | ☐ | |

Rev. 3/16/2016

Employee's Initials _____

MCCCD-O 1003

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

| Employee Name: | | | | Division        Grade: | | |
|---|---|---|---|---|---|---|

| Position Title: | | | | Period Covered in this Evaluation:<br>From :                 To: | ☐ Annual<br>☐ 1st Probation<br>☐ 2nd Probation | |
|---|---|---|---|---|---|---|

| | 3 | 2 | 1 | 3=Exceeds job requirements 2= Meets job requirements 1=Needs development |
|---|---|---|---|---|
| Punctuality | ☐ | ☐ | ☐ | |
| **CUSTOMER SERVICE** | | | | |
| Consistently provides informed quality service | ☐ | ☐ | ☐ | |
| Promptly responds to inquiries and requests | ☐ | ☐ | ☐ | |
| Treats all customers with courtesy and respect | ☐ | ☐ | ☐ | |
| Displays a willingness to seek solutions to customer needs | ☐ | ☐ | ☐ | |
| Approachability and ease of contact | ☐ | ☐ | ☐ | |
| **TEAM SUPPORT** | | | | |
| Shares information and expertise with others | ☐ | ☐ | ☐ | |
| Accepts suggestions and criticism in a cooperative and positive manner. | ☐ | ☐ | ☐ | |
| Assumes fair share of workload and is flexible in scheduling | ☐ | ☐ | ☐ | |
| Contributes to development and implementation of department goals as well as reviews and remains current on roles and vision. | ☐ | ☐ | ☐ | |
| **SPECIFIC JOB CRITERIA** | | | | |
| Met goals outlined in the Professional Development Plan | ☐ | ☐ | ☐ | |
| **OVERALL APPRAISAL** | ☐ | ☐ | ☐ | |

Employee initial_____

MCCCD-O 1004

## SKILL CENTER STAFF EMPLOYEE DEVELOPMENT EVALUATION

**RECOMMENDATIONS:** (to be completed after review of Plus/Delta)

_____

_____

_____

_____

_____

_____

_____

_____


**Supervisor Signature:** _____ **Date:** _____

**Director Signature:** _____ **Date:** _____

**Executive Director Signature:** _____ **Date:** _____

**I agree with this evaluation:** _____

                                 Employee signature                Date

**I DO NOT agree with this evaluation:** _____

                                 Employee signature (required)      Date

Rebuttal attached: Yes ☐   No ☐   (Rebuttals will only be accepted with the annual evaluation and must be submitted within 10 working days of the evaluation interview).

**Employee Comments:** _____

_____

_____

_____

_____

_____

_____

Employee initial_____

MCCCD-O 1005

## PROFESSIONAL EMPLOYEE DEVELOPMENT EVALUATION

**Plus/Delta Form**                                                    **Employee**
(Complete prior to evaluation interview)

**Name:**                                    **PositionTitle:** Associate Instructor

**Division:** Instruction

**Rating period from:**                **To:**   January 13          **Date:**   March 16, 2016

| PLUS + | DELTA Δ |
|---|---|
| List all areas of success and significant progress: | List any aspect of the employee's work, which may require changes and/or improvement: |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Rev. 3/16/2016                                              Employee's Initials _____

MCCCD-O 1006

## Professional Staff Employee Development Evaluation

| PLUS  +<br>List all areas of success and significant progress. | DELTA Δ<br>List any aspect of the employee's work, which may require changes and/or improvement. |
|---|---|
|  |  |
|  |  |
|  |  |

*Attach to Evaluation form

Employee initials____

MCCCD-O 1007