# EXHIBIT 4

# UDALL|SHUMWAY

COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | NO.  CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JUDY CASTELLANOS** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

State of Arizona          )
                                    ) s s
Maricopa County       )

Judy Castellanos, upon her oath, states:

1. I am over the age of eighteen and I am competent to testify.

2. I state the matters herein of my own personal knowledge unless otherwise stated.

3. I am currently employed by the Maricopa County Community College District.

("District").

4. I have served since June 6, 2005, as the Senior Human Resources Manager, Workforce Resolutions & Compliance in the District's HR Solutions Center.

5. As the Human Resource Director, I have access to the records of the District regarding its employees. Those records are kept in the ordinary course of the operation and business of the District.

6. The District has a Governing Board and a Chancellor. The Chancellor of the District reports directly to the Governing Board.

7. The Chancellor is authorized to adopt or amend Administrative Regulations applicable throughout the District.

8. The District's personnel records for Schaun Owens reflect that in October 2011, Ms. Owens returned to Maricopa Skill Center as a part-time temporary Cosmetology Associate Instructor assigned to work at the Cutting Edge Style Academy ("CESA"). Ms. Owens remained in that position through May 2013.

9. Part-time instructors for the Maricopa Skill Center are considered at-will employees, so there was no probationary period as they could be terminated without any showing of just cause.

10. The District's Staff Policy Manual is available on-line to all employees or anyone on the District's website. The Staff Policy Manual includes the Maricopa & EMCC Southwest Skill Centers Policies applicable to employees of the Maricopa Skill Center and Estrella Mountain Community College Southwest Skill Center.

11. Probationary employees are not permitted to file a grievance under the District's policies. Policy C-2(C)(1)(c). Under the grievance procedure policy, the parties to a

2

grievance can engage in Interest Based Negotiation.  Policy C-2(C)(1)(m).  A true and accurate copy of these policy provisions is attached hereto as Exhibit A.

12. Probationary employees can be terminated or non-renewed for any or no reason. There is no requirement of just cause as they are at-will employees.

13. Probationary employees are not subject to progressive discipline under District policies on corrective action.  Policy C-4(B).  A true and accurate copy of these policy provisions is attached hereto as Exhibit B.

14. An Incident Report does not ever become part of an employee's personnel file.  If formal discipline is entered then an Incident Report can be part of an employee's disciplinary file maintained by the District's Human Resources department.

15. The Governing Board adopts policies, which are available on-line to anyone on the District's website.

16. Under Board Policy 2.0, the Governing Board declared that: "The Chancellor shall not cause or allow any practice, activity, decision, or organizational circumstances that are unlawful, imprudent, or in violation of commonly-accepted higher education, business, and professional ethics and practices."    A true and accurate copy of that policy is attached hereto as Exhibit C.

17. The District, through the Chancellor, has adopted Administrative Regulations applicable at all colleges within the District.  These regulations are published on the District's website.  A number of them are also published in each college's catalog and student handbook, as well as the Staff Policy Manual.

18. The District has adopted a policy prohibiting discrimination by its employees and students based upon race, sex and other specified criteria. These policies are reflected in, among other places, the Staff Policy Manual available to anyone on the District's website. Attached hereto as Exhibit D is a true and accurate copy of Administrative Regulations 5.1.1 to 5.1.5 which reflect the policy against discrimination based upon protected criteria including race.

19. The District enforces its anti-discrimination policy through a process for investigating and determination of complaints of discrimination. If discrimination is found, sanctions can be imposed against the offending persons. Discrimination complaints at Gateway Community College by employees go to the Vice President of Student Affairs, who is required to promptly investigate the complaint and make findings, conclusions and recommendations to the College's President. The College President can adopt, reject or modify the proposed findings and conclusions. The final written decision is made by the College President and issued to the complainant. The complainant has a right to ask for reconsideration of the written decision.

20. An internal EEO complaint alleging discrimination based upon protected criteria such as race can be submitted by any employee, including those who are on probation.

21. Most full-time non-faculty employees are supposed to receive an annual written performance evaluation under applicable District policies.

22. Even when District policies require an annual written performance evaluation because of the workload of supervisors, they often are not done.

4

23. An employee is shown their completed written performance evaluation prepared by their supervisor and the employee signs off on the evaluation form. The performance evaluation paperwork is then sent to the District's HR Solutions Center to be part of the employee's personnel file.

24. The personnel files of Ms. Owens, Carolyn Main (who was also known as Carolyn Cardwell), Robert Wood, Toni Trott, Shala Dveirin, and Lisa Hemming do not show a written performance evaluation for the 2013-14 school year for any of those employees.

25. The Maricopa Skill Centers' Policies were amended because the Maricopa Skill Center employees were going to be removed as a separate employee group and become part of the District's classified and unclassified employee groups. An employee such as Plaintiff Schaun Owens, who was an Associate Instructor at the Maricopa Skill Center, would have been placed within the Management, Administrative & Technological ("MAT") employee group. The amendments were supposed to go into effect on November 1, 2013, but the amendments were not being followed as of February 2014. District human resources advised that the old policies should be followed until the completion of a Classification and Compensation study. This study was not complete as of February 2014.

26. Under the proposed amendments the provision for a four month and eighth month written evaluation of probationary employees was removed from the previous policies. The new provision only discusses an annual evaluation. Exhibit 23 to Schaun Owens' deposition is a true and accurate copy of those amended policies

5

which were supposed to go into effect on November 1, 2013 but did not go into effect until 2014 as set forth above..

27. In the summer of 2014 the persons selected to fill the two vacant full-time positions of Cosmetology Associate Instructor at the Northwest Campus were Timeka Prime, an African American woman, and Katarina Austad, a Caucasian woman. Prime had been working at CESA as a full-time instructor during the 2013-14 school year. Austad had worked at the Northwest Campus as a part-time Cosmetology Associate Instructor during a portion of the 2013-14 school year.

28. Attached hereto as Exhibit E is a true and accurate copy of job description for a Cosmetology Associate Instructor. This document was contained in Schaun Owens' personnel file.

29. On February 7, 2014, I communicated to Vice Chancellor James Bowers via e-mail the HR Solution Center's approval and support of the proposed termination of Schaun Owens. This reflected my and my department's conclusion that the proper procedures for the termination had been completed. A true and accurate copy of my e-mail is attached hereto as Exhibit F.

30. The basis of the request for termination was set forth in the documentation sent on January 13, 2014 by Lisa Hemming and forwarded on to the persons evaluating the request for termination (Kristina Scott, Christopher Wurster, John Naughton, Tony Asti, and Steven Gonzales). The reasons set forth in the documentation were: (1) giving permission for West-MEC students to leave campus; (2) not adhering to the curriculum; (3) excessive tardiness; (4) not adhering to State Board regulations on

sanitation; playing videos for students and giving hours for this time; and (5) matters set forth in Incident Report for sleeping on the job, pizza party, students in instructor's office, and excessive tardiness.   A true and accurate copy of the supporting documentation received from John McNaughton is attached hereto as Exhibit G.

31. Attached hereto as Exhibit H is a true and accurate copy of the Maricopa & EMCC Southwest Skill Centers Policies, effective July 1, 2012, applicable to employees of the Maricopa Skill Center and Estrella Mountain Community College Southwest Skill Center.

32. I swear subject to the laws of perjury that the above statements are true and correct to the best of my knowledge and recollection.

DATED: ___9 | 2u___, 2016.

_____
Judy Castellanos

Subscribed and sworn before me by Judy Castellanos this 2u day of September 2016.

_____
Notary Public

My commission expires:

LE L. DINH
Notary Public • State of Arizona
Pinal County
My Comm. Expires August 10, 2019

4684383.1 \109883-5\September 26, 2016

7

# EXHIBIT A

 **MARICOPA COMMUNITY COLLEGES®**     **STAFF POLICY MANUAL**

| Policy C-2 | GRIEVANCE PROCEDURE | | |
|---|---|---|---|
| Effective Date:<br>05/01/2013 | Applicable Law/Statute:<br>None | Source Doc/Dept:<br>All-CPD/HR | Authorizing GB Pol./Reg.<br>GB Pol. 3.3 |

**A. PURPOSE.** To set out MCCCD's procedure for eligible employees to seek redress for an alleged misapplication, misinterpretation, or violation of a specific provision of an applicable employee policy or Governing Board policy or administrative regulation which affects the employee.

**B. APPLICABILITY.** All Regular, Board-approved employees.

**C. POLICY.**

1. <u>Ground Rules.</u>

   a. The District's formal grievance procedure provides a process for employees to voice complaints concerning specific issues related to their employment. The objective is to improve employee-management relations through a prompt and fair method of resolving problems. All actions at any stage of the grievance procedure shall be characterized by fairness, frankness, courtesy, and respect for the dignity of each individual involved. Employees have the right to file a grievance without prejudice; and the employee, their representatives, and their witnesses shall not be subjected to corrective action, harassed, or otherwise unfairly dealt with as a result.

   b. A "grievance" for purposes of this policy and procedure is an allegation by an eligible employee of a misapplication, misinterpretation, or violation of a specific provision of an applicable employee policy or Governing Board policy or administrative regulation, which affects the employee. A "grievant" is an eligible employee claiming such a misapplication, misinterpretation, or violation has occurred. If more than one employee claims they have been similarly affected by an alleged misapplication, misinterpretation, or violation of a specific provision of an applicable employee policy or Governing Board policy or administrative regulation, they may file a group grievance hereunder.

   c. All employees who have successfully completed their initial probationary period are eligible to file a grievance. All employees are encouraged to informally discuss employment concerns with their immediate supervisor, the employee's chain of command, or with the College or District Human Resources Department, whichever is most appropriate given the issue. Every effort should be made to resolve issues at the lowest level possible.

   d. This grievance procedure is the internal remedy available to eligible employees for resolving grievances. This does not preclude any external remedies available to the employee. Complaints involving illegal discrimination, including allegations of sexual harassment or a violation of the ADA, are resolved pursuant to Administrative Regulation 5.1 and not this grievance procedure. Appeals of employee discipline are resolved pursuant to the applicable employee group manual and not this grievance procedure.

e. A grievant may be represented at any grievance level by a fellow MCCCD employee of the grievant's choosing. During the grievance hearing the representative shall be permitted to observe and take notes, be permitted a limited right to speak, to include speaking to the policy issue(s) in question, repeating to the administrator points the employee has already made, and explaining to the administrator the significance of points made by the employee. The representative has no right to speak for the employee in response to questions; however may confer with the employee in a confidential manner.

f. All grievance level meetings are closed, private meetings and not meetings of a public body as defined in Title 38, Arizona Revised Statutes.

g. Meetings held under this procedure shall be conducted at a time and place that affords a fair and reasonable opportunity for all persons entitled to be present to attend. The grievant(s), the grievant's representatives, and any necessary witnesses may attend this meeting, Employee(s) and their representative(s) shall be permitted to present oral and written statements during meetings.

h. As a grievance moves from one level to the next, the grievant may not add new considerations to the grievance.

i. Any grievance not initiated or taken by the grievant to the next level within the stated time limits will be considered resolved. Any grievance answer not timely provided to the grievant shall permit the grievant to proceed to the next level in the grievance procedure. Time limits for invoking the next higher level in the grievance procedure shall commence on the date the grievance answer is due. The parties may, by mutual agreement, extend any of the time periods established in this procedure.

j. An employee whose immediate supervisor is a Vice President/College Administrator or College President/Vice Chancellor and who wishes to submit a formal written grievance after the Verbal Discussion described in Section C (2) (a.) herein shall proceed to the level which represents the employee's supervisor's supervisor.

k. Documents, communications, and other records dealing with the processing of a grievance will be maintained in a separate grievance file in the District Human Resources office. Confidentiality will be maintained to the extent possible, and a copy will be made available to the employee upon request.

l. Grievants will be allowed reasonable release time to meet with the grievant's representatives and participate in meetings described herein.

m. The District supports and recommends the Interest-Based Negotiations (IBN) approach to the resolution of grievances. This approach encourages the parties to the grievance to meet with a facilitator and together:

   i. Advocate for their interests

   ii. Educate one another on the issues

   iii. Jointly determine objective solution criteria

   iv. Create multiple options before determining possible solutions

   v. Choose the option which best meets the identified interests & criteria

vi. Build working relationships through conflict resolution

n. All references to Vice-Presidents, Administrators, Presidents, Vice-Chancellors, the Chancellor, and the Governing Board shall be deemed to include their designees.

o. The term "Immediate Supervision" as used herein shall be deemed to include all supervisors in the grievant's chain of command up to and including the supervisory position immediately subordinate to the grievant's Vice President/College Administrator.

2. Grievance Procedure.

   a. Verbal Discussion with Immediate Supervision.

      i. An employee with a grievance shall meet with and/or discuss the issue with the employee's immediate supervision within 20 days of the date the employee knew or reasonably should have known of the event giving rise to the issue. If a meeting is to be held it shall be within 10 days of the employee's request.

      ii. The immediate supervision shall provide the employee with a verbal decision during the discussion/meeting or within 10 days after the discussion/meeting.

      iii. If the employee is not satisfied with the verbal response from the immediate supervision, the formal steps which follow may be pursued.

   b. Level I – Written Grievance to Vice President/College Administrator.

      i. Within 10 days of the reply at the Verbal Discussion level, or if no reply is received, within 15 days after the verbal discussion/meeting, the grievant may submit a formal written grievance, using the District's grievance form, to the grievant's Vice President/College Administrator.

      ii. The Vice President/College Administrator shall hold a meeting to discuss the grievance within 10 days after receipt. The Vice President/College Administrator shall reply in writing to the grievant within five days after the meeting.

      iii. If the grievant is not satisfied with the written answer of the Vice President/College Administrator, the grievance may be submitted to Level II of the grievance procedure.

   c. Level II – Written Grievance to College President/Vice Chancellor.

      i. Within 10 days of the reply at Level I, or if no reply is received, within 20 days after the submission at Level I, the grievant may submit the grievance, using the District's grievance form, to the grievant's College President/Vice Chancellor.

      ii. The College President/Vice Chancellor shall hold a meeting to discuss the grievance within 10 days after receipt. The College President/Vice Chancellor shall reply in writing to the grievant within 10 days after the meeting.

      iii. If the grievant is not satisfied with the written answer of the College President/Vice Chancellor, the grievance may be submitted to Level III of the grievance procedure.

   d. Level III – Chancellor.

      i. Within 10 days of the reply at Level II, or if no reply is received, within 20 days after the submission at Level II, the grievant may submit the grievance, using the District's grievance form, to the Chancellor.

MCCCD-0-543

      ii.  The Chancellor may hold a meeting to discuss the grievance within 15 days after receipt. The Chancellor shall reply in writing to the grievant within 15 days after the meeting.

      iii.  If the grievant is not satisfied with the written answer of the Chancellor, the grievance may be submitted to Level IV of the grievance procedure.

e.  Level IV – Governing Board.

      i.  Within 10 days of the reply at Level III, or if no reply is received, within 20 days after the submission at Level III, the grievant may submit the grievance, using the District's grievance form, to the Governing Board.

      ii.  The Governing Board may, at its option, review the evidence and issue a final written decision within 30 days after receipt. The written decision shall be forwarded to the grievant.

      iii.  The Governing Board's decision shall be final and binding. If the Governing Board elects not to consider the grievance, the decision of the Chancellor at Level III shall be final and binding.

MCCCD-0-544

# EXHIBIT B

MARICOPA
COMMUNITY
COLLEGES®

**STAFF POLICY MANUAL**

| Policy C-4 | CORRECTIVE ACTION PRINCIPLES | | |
|---|---|---|---|
| Effective Date:<br>05/01/2013 | Applicable Law/Statute:<br>None | Source Doc/Dept:<br>All-CPD/HR | Authorizing GB Pol./Reg.<br>Admin. Reg. 6.7; Policy 3.3 |

A. **PURPOSE.** Successful job performance requires a full and clear understanding of and commitment to job performance expectations and applicable workplace procedures. Supervisors and staff are expected to understand and follow applicable job performance and workplace conduct standards. Supervisors are expected to use, as appropriate, coaching, feedback, performance improvement plans and corrective action to assist and guide employees in resolving unsatisfactory job performance or misconduct that violates MCCCD policies, procedures, or practices.

B. **APPLICABILITY.** All Regular, Board-approved employees who have completed their initial probationary periods.

C. **POLICY.**

1. Corrective Action. The term "corrective action" for purposes of this manual includes but is not limited to the actions of coaching and counseling, Initial Corrective Action, Second Corrective Action, and suspension, demotion, and dismissal from employment. The terms "discipline" and "progressive discipline" refer specifically to the actions of suspension, demotion, and dismissal from employment. The following principles are applicable to the corrective action of all MCCCD employees covered by this policy:

   a. Employees shall be advised of expected job performance and workplace conduct, the types of performance and conduct that MCCCD has determined to be unacceptable, and the normal penalties for such unacceptable performance and conduct.

   b. Immediate attention shall be given to policy infractions.

   c. Corrective action should usually be progressive, depending on the severity of the offense.

   d. An employee's immediate supervisor and all supervisors up to and including the College President/Vice-Chancellor shall be responsible for administering corrective action.

2. Records of Corrective Action. All original records of corrective action shall be maintained in the employee's personnel file at District HR in accordance with MCCCD's public record retention and disposition policies.

3. Expected Job Performance and Workplace Conduct. The job performance and workplace conduct expected of MCCCD employees and the types of performance and conduct MCCCD has determined to be unacceptable are contained in part in Administrative Regulation 6.7 and in the table in Policy A-4 -- Employment Standards (this is not an exhaustive list) and in various other sections of this manual. Employees are also notified of expected job performance and unacceptable conduct through:

a. New Employee Orientation, which includes a review of MCCCD policies, employee policies, and safety and security procedures;

b. The employee's college's/division's orientation, which includes a review of the college's/division's standard operating procedures and the employee's position-specific performance expectations;

c. Employee training and annual disclosure statements;

d. MCCCD's Internet site; and

e. Documented coaching, counseling, and progressive corrective action.

4. Progressive Corrective Action. The specific progressive corrective action principles which follow are applicable to the corrective action of Regular, Board-approved employees. Separate principles and rules apply to the corrective action of other employees.

a. Offenses. As shown in the table in Policy A-4, violations of generally expected job performance and specific rules of conduct are grouped into three separate categories by *type of offense* – A) Conduct, B) Performance, and C) Attendance. Each of these three categories is then separated into two groups based on the *seriousness of the offense* - Group One (more serious) and Group Two (less serious). Examples of these three categories and two groups of offenses are shown in the table in Policy A-4. This is not an exhaustive list.

b. Groups of Offenses. Offenses are divided into two groups based on the seriousness of the offense. Group One offenses are the most serious of offenses and are corrected under a progressive corrective action schedule as shown in section C (6) below, which may result in "Any disciplinary action, including dismissal." Group Two offenses are less serious than Group One offenses, yet are policy infractions which normally require formal corrective action under a progressive corrective action schedule as shown in section C (6) below, which begins with an "Initial Corrective Action" and progresses to "Any disciplinary action, including dismissal."

c. Types of Offenses. The type of offense determines how multiple policy infractions shall be dealt with for progressive corrective action purposes. Infractions of the same type are deemed to be related for progressive corrective action purposes. Related and unrelated offenses are treated differently for progressive corrective action purposes as explained in section C (6) below.

d. Force and Effect. Each record of corrective action shall remain in force and effect for progressive corrective action purposes as follows:

   i. Initial Corrective Action – up to 12 months

   ii. Second Corrective Action – up to 24 months

   iii. Suspensions without pay, demotions, and reductions in pay – up to 36 months

   Thereafter, each record of corrective action shall cease to have force and effect for progressive corrective action purposes, provided no intervening corrective action occurs during the 12, 24, or 36 month period following the respective corrective action. Records of corrective action can be removed from force and effect for corrective action purposes

against an employee prior to the maximum period noted above upon written application of the employee and/or approval of the correcting supervisor. Note: Corrective action notices which no longer have force and effect for corrective action purposes may be required to be kept in the employee's personnel file (See Policy B-10 – Personnel Files).

5. Just Cause. Board-approved employees who have successfully completed their initial probationary period may only be disciplined for just cause. "Just cause" is a burden or standard of proof that MCCCD must meet in order to support the discipline of a Board-approved employee. In order to sustain the discipline of a Board-approved employee, all of the following criteria must be met:

   a. The employee knew or reasonably should have known that the employee's conduct could lead to disciplinary action;

   b. The disciplinary action is the result of job performance, violation of law, violation of established MCCCD policy or procedure, and/or a violation of established college/division/department policy or procedure;

   c. Management conducted a fair and objective investigation in accordance with MCCCD policy and the law;

   d. The investigation produced sufficient evidence or proof to reasonably support the failure of performance or violation as alleged;

   e. The disciplinary action taken was consistent with disciplinary action for similar or comparable conduct or was otherwise reasonable under the circumstances.

6. Progressive Corrective Action Schedules.

### GROUP ONE OFFENSES

| FIRST OFFENSE | Disciplinary action, including dismissal from employment |
|---|---|

### GROUP TWO OFFENSES

| FIRST OFFENSE | Initial Corrective Action |
|---|---|
| SECOND OFFENSE | Second Corrective Action |
| THIRD OFFENSE | Disciplinary action including dismissal from employment |

7. Progressive Corrective Action Procedure.

   a. Corrective Action Ground Rules.

      i. All meetings held under this procedure shall be conducted at a prearranged time and place that affords a fair and reasonable opportunity for all persons entitled to be present to attend.

      ii. At the time the meeting date is established, the employee will be informed that this is a corrective action discussion as set forth in this policy manual. The supervisor will provide

the employee sufficient time to locate a representative to accompany the employee to this meeting. The representative must be a fellow MCCCD employee.

   iii. The representative shall be permitted a brief time prior to the meeting to confer with the employee. During the meeting the representative shall be permitted to observe and take notes and be permitted a limited right to speak, to include repeating to the management representative points the employee has already made, explaining to the management representative the significance of points made by the employee, and occasionally conferring with the employee in a confidential manner. The representative has no right to bargain at the meeting, no right to make the employee's willingness to cooperate contingent on a guarantee of leniency, and no right to speak for the employee in response to questions. Reasonable breaks shall be provided.

   iv. As the corrective action moves from one step to the next, the supervisor or the employee may not add new considerations to the original action.

   v. Employees have the right to request representation pursuant to this procedure without prejudice and all employees who participate in this process shall not be subjected to corrective action, harassed, or otherwise unfairly dealt with as a result.

   vi. Employees and their representatives will be allowed reasonable release time to meet with management.

b, Initial Corrective Action Discussion

   i. The Initial Corrective Action discussion will occur within a reasonable time of when the supervisor becomes aware of the unsatisfactory job performance/conduct.

   ii. All parties will be notified of who will be attending the meeting.

   iii. At this meeting the supervisor will provide the employee, in writing, with a draft Notice of Corrective Action (on the MCCCD form specifying the unsatisfactory job performance/conduct, the required job performance/conduct, and the consequences of failing to meet the required performance/conduct. The employee and supervisor will discuss a plan of action with specific goals designed to produce the desired performance/conduct. After the meeting the supervisor will complete the document and provide the employee with the opportunity to sign the document and with a copy. This will not be placed in the employee's official personnel file at the DO.

c, Second Corrective Action Discussion

   i. If, after the Initial Corrective Action discussion, the employee fails to improve his/her job performance/conduct (in a reasonable amount of time) as stated in the Initial Corrective Action plan, the immediate supervisor will again schedule a private meeting with the employee regarding his/her lack of improvement. All parties will be notified of who will be attending the meeting.

   ii. The emphasis of this meeting will continue to be corrective in intent. The supervisor will discuss job performance/conduct not yet being met from the Initial Corrective Action Plan

   iii. The supervisor will present the employee with a draft Notice of (Second) Corrective Action (on the MCCCD form) specifying the unsatisfactory job performance/conduct, the

required job performance/conduct, and the consequences of failing to meet the required performance/conduct. The employee and supervisor will discuss a plan of action with specific goals designed to produce the desired performance/conduct. After the meeting the supervisor will complete the document and provide the employee with the opportunity to sign the document and with a copy.

   iv.  At the employee's request, upon proof of satisfactory performance after a reasonable amount of time, a letter of resolution will be placed in the employee's official personnel file at the DO. A copy will be retained by the supervisor and the employee.

d.  Multiple Policy Infractions.

   i.  Multiple policy infractions should be dealt with by following the progressive corrective action procedure set forth below:

     a)  Multiple offenses which are unrelated are progressively corrected in the group in which the offense is classified;

     b)  Multiple offenses which are related are progressively corrected regardless of the group in which the offense is classified and regardless of the order in which the offenses occurred; and

     c)  Multiple offenses which are closely related in time, even if unrelated or in different groups hereunder, may be combined to result in corrective action which is more or less than the severity of the total sum of the separate offenses.

   ii.  Examples of progressive corrective action and the difference between the treatment of related and unrelated offenses as shown in the table in Policy A-4 are as follows:

     a)  If, as a first offense, an employee commits Group Two, Conduct Offense A (5), " Failure of an employee who is authorized to drive MCCCD vehicles to report to the employee's immediate supervisor a moving traffic violation occurring in the employee's private vehicle during non-work time," the employee would normally receive an Initial Corrective Action (ICA). If within 12 months the employee commits an unrelated Group Two offense (not a Conduct Offense, but a Performance or Attendance offense), the employee would normally receive an ICA. If, however, the second Group Two offense was related to the first offense, for example, Conduct Offense A (2), "Unknowing violation of MCCCD's Hiring of Relatives policy or Administrative Regulation 4.18 - Consensual Relationships policy," the employee would receive a Second Corrective Action (SCA).

| Type | Group 1 | Group 2 |
|------|---------|---------|
| Conduct | | 1-ICA; 2-SCA |
| Performance | | 2-ICA |
| Attendance | | |

     b)  If, as a first offense, an employee commits Group One, Conduct Offense A (3), " Willful and intentional commitment of acts of fraud, theft, embezzlement, misappropriation, falsification of records or misuse of MCCCD funds, goods,

property, services, technology or other resources," the employee would normally be disciplined up to termination of employment. If the employee is not terminated but instead suspended without pay (SWOP) and if, within 36 months, the employee commits an unrelated Group Two offense, for example, Performance Offense B (1), "Neglect of duty. . .," the employee would receive an ICA. If, however, the second offense was related to the first offense, such as Group Two, Conduct Offense A (5), " Failure of an employee who is authorized to drive MCCCD vehicles to report to the employee's immediate supervisor a moving traffic violation occurring in the employee's private vehicle during non-work time," the employee would receive an SCA.

| Type | Group 1 | Group 2 |
|---|---|---|
| Conduct | 1-SWOP | 2-SCA |
| Performance | | 2-ICA |
| Attendance | | |

MCCCD-0-552

# EXHIBIT C

**policy type**
## chancellor limitations

**policy title**       **2.0 general chancellor constraint**

The Chancellor shall not cause or allow any practice, activity, decision, or organizational circumstances that are unlawful, imprudent, or in violation of commonly-accepted higher education, business, and professional ethics and practices.

**monitoring method and frequency**

Method: Internal
Frequency: Annually

AMENDED February 22, 2011, Motion No. 9781, 9782

MCCCD-O 2153

B-1

# EXHIBIT D

**administrative regulation**
# non discrimination
## section V

**AR    5.1.1 maricopa county community college district (maricopa) eeo policy**

It is the policy of the Maricopa District (consisting of Chandler-Gilbert Community College, the District Office, Estrella Mountain Community College, GateWay Community College, Glendale Community College, Maricopa Corporate College, Maricopa Skill Center, Mesa Community College, Paradise Valley Community College, Phoenix College, Rio Salado Community College, Scottsdale Community College, South Mountain Community College,  and Southwest Skill Center) to:

1.  Recruit, hire, and promote in all job groups, and to ensure that all Human Resources (HR) employment selection and decision practices do not discriminate, nor tolerate discrimination in employment or education, against any applicant, employee or student on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, citizenship status (including document abuse), age, disability, veteran status or genetic information.

2.  All HR employment selection and decision practices pertaining to advertising, benefits, compensation, discipline (including probation, suspension, and/or involuntary termination for cause or layoff), employee facilities, performance evaluation, recruitment, social/ recreational programs, and training will continue to be administered without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, citizenship status (including document abuse), age, disability, veteran status or genetic information.

3.  Hold each level of management responsible for ensuring that all employment policies, procedures, and activities are in full compliance with all applicable federal, state, and local EEO statutes, rules, and regulations.

**administrative regulation**
## non discrimination
### section V

AR          5.1.2 maricopa eeo policy     Maricopa's Equal Employment Opportunity (EEO) Policy Statement or EEO Clause appears
in all major publications distributed to employees, students, and applicants. Copies of these
documents are available at each of the colleges, at the District Employee Services Office, and at
the EEO/Affirmative Action (AA) Office, as well as the web site: http://www.maricopa.edu/eeo/.

## administrative regulation
## non discrimination
## section V

AR          5.1.3 eeo policy statement

It is the policy of Maricopa to promote equal employment opportunities through a positive continuing program. This means that Maricopa will not discriminate, nor tolerate discrimination in employment or education, against any applicant, employee or student because of race, color, religion, sex, sexual orientation, gender identity, national origin, citizenship status (including document abuse), age, disability, veteran status or genetic information. Additionally, it is the policy of Maricopa to provide an environment for each Maricopa job applicant and employee that is free from sexual harassment, as well as harassment and intimidation on account of an individual's race, color, religion, sex, sexual orientation, gender identity, national origin, citizenship status (including document abuse), age, disability, veteran status or genetic information.

In addition, lack of English language skills is not a barrier to admission into Career and Technical Education (CTE) programs or skill centers.  Students who enroll will be supported in the development of these skills by classes in English as a Second Language and other resources. Translation services and bilingual instruction can also be provided: contact College Designee for more information.

AMENDED thorough direct approval from the Chancellor after review by Legal Counsel, May 20, 2014

administrative regulation
## non discrimination
### section V

AR                    5.1.4 eeo clause    The Maricopa County Community College District is an EEO/AA Institution.
                                          As required by federal regulations, the EEO Policy Statement or EEO Clause MUST appear in all

administrative regulation
## non discrimination
### section V

AR    **5.1.5 use of the eeo policy statement or eeo clause**    major publications distributed to employees, students, and applicants throughout Maricopa's system. These publications include, but are not limited to, catalogs, handbooks, schedules, policy manuals, recruitment publications, advertisements (internal and external), and application forms (employee and student).

Additionally, the EEO Policy Statement or EEO Clause MUST be included in all purchase orders and contracts.

The Policy Statements Declaration, which is an exhibit to this regulation, is a one-page

# EXHIBIT E

# SKILL CENTER
## CLASS SPECIFICATION

CLASS TITLE:  Associate Instructor

| BAND | GRADE | SUBGRADE |
|---|---|---|
| C | 3 | 30 |
| DEPARTMENT: Instruction | ACCOUNTABLE TO: Program Manager | FLSA STATUS: Exempt |

CLASS SUMMARY:  To deliver high quality training that prepares students for jobs in industry, to ensure curriculum is current with industry standards, to work with professional organizations associated with the instructional subject area, to perpetually improve instructional methodology, to assist with curriculum develop, assess student learning and participate in program reviews. Attend various center and or District meetings, and act as a resource on applicable program advisory councils.

| DUTY NO. | ESSENTIAL DUTIES | ** FRE-QUENCY | * BAND/ GRADE |
|---|---|---|---|
| 1. | Instructs students in the use of proper techniques and procedures in a specific skill area with the goal being the students' reaching of the proscribed competencies; reviews work and evaluates progress; identifies problems and makes recommendations regarding the ability of student to successfully complete the selected program. | D 75% | C |
| 2. | Keeps current and accurate records of students' progress and attendance in the fashion prescribed by MSC. | D 10% | C |
| 3. | Responds to requests for student information in an effective and timely fashion. | W 5% | C |
| 4. | Performs other duties as assigned. | As Required | |

MINIMUM QUALIFICATIONS:  Any combination of education, training, and experience that provides the required knowledge and abilities. An example of this would be a degree or certificate in the instructional subject area, teaching or related work experience.

KNOWLEDGE REQUIRED:
Knowledge of:
* Adult vocational education instruction techniques and procedures,
* Safety and/or sanitation procedures appropriate to field of instruction,
* Industry standards within the area of instruction,
* Resources available to facilitate a successful learning environment.

SKILLS REQUIRED:
Skill in:
* Motivating, inspiring, and teaching students,
* Delivering effective lessons,
* Using the tools and equipment related to area of instruction,
* Using appropriate technology,
* Communication, interpersonal skills as applied to interaction with coworkers, supervisor, the general public, etc. sufficient to exchange or convey information and to receive work direction while representing MSC in a fashion consistent with the standards of professionalism.

SPECIAL CONDITIONS OF EMPLOYMENT:  Valid Arizona Class D Drivers License.

FY 2004                           _Schaun E Owens 7-1-09_                           Page 1 of 2

MCCCD-0-790

# SKILL CENTER
## CLASS SPECIFICATION

### CLASS TITLE: Associate Instructor

WORKING CONDITIONS: This class may require incumbents to stand and walk for extended periods of time; may be required to lift, carry, push, pull or otherwise move objects up to 40 pounds however physical activities may vary depending on the area of vocational training. Work involves sitting, stooping, operating telephone, computer/electronic equipment commonly founding in an office environment. Sensory abilities require general vision, hearing or listening, speaking clearly, touch and distinguishing color. Mental efforts on a daily basis require reading and writing English, basic arithmetic and mathematics, analyzing data, search for solutions, conducting research, managing resources/directing projects and may evaluate performance of others. Work environment is mostly indoors, clean air (controlled), normal noise levels working on a level work surface however work environment may vary depending on the area of vocational training, Staff in this class should confer with the Program Manager or Director of Instruction for physical or environmental working condition that may differ for the standards listed above for their assigned duty area.

NOTE: ** Frequency represented in percent (%)
A = annually, Q = quarterly, M = monthly, W = weekly, D = daily

* Band/Grade
E Band- PROGRAMMING DECISIONS: The incumbents are required to make decisions that deal with the means of achieving established goals effecting major functions, divisions or departments.
D Band: INTERPRETIVE DECISIONS: The incumbents are required to interpret and carry out programs or objectives.
C Band: PROCESS DECISIONS: The incumbents are required to determining the means or process of achieving set objectives, standards or guidelines.
B Band: OPERATIONAL DECISIONS: The incumbents are required to make decisions that focus on how to carry out the operations of the specified process.
A Band: DEFINED DECISIONS: The incumbents are required to make decisions as to the manner and speed of performing the elements of an operation

_Schaun E. Owens 7-1-09_

FY 2004

Page 2 of 2

MCCCD-0-791

# EXHIBIT F

10/13/2016                                    Maricopa Community College District Mail - Fwd: Schaun Owens

 **MARICOPA COMMUNITY COLLEGES®**

Maria Bellino <mar2390580@domail.maricopa.edu>

## Fwd: Schaun Owens

Judy Castellanos <judy.castellanos@domail.maricopa.edu>                    Wed, Feb 12, 2014 at 8:20 AM
Reply-To: judy.castellanos@domail.maricopa.edu
To: Maria Bellino <maria.bellino@domail.maricopa.edu>



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR
Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

---------- Forwarded message ----------
From: Jim Bowers <james.bowers@domail.maricopa.edu>
Date: Tue, Feb 11, 2014 at 2:54 PM
Subject: Re: Schaun Owens
To: Judy Castellanos <judy.castellanos@domail.maricopa.edu>

Approved



James Bowers: Interim Vice Chancellor for Human Resources

2411 West 14th Street, Tempe AZ 85281
phone | 480-731-8103
email | james.bowers@domail.maricopa.edu
website | www.maricopa.edu

On Fri, Feb 7, 2014 at 4:49 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
Could you please approve this action?

Thanks!
Judy



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR
Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

MCCCD-0-66

On Thu, Feb 6, 2014 at 5:08 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
We have finished reviewing the information and support this request.

Thanks!
Judy



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

On Thu, Feb 6, 2014 at 10:31 AM, Jim Bowers <james.bowers@domail.maricopa.edu> wrote:
Anything new on this?



James Bowers: Interim Vice Chancellor for Human Resources
2411 West 14th Street, Tempe AZ 85281
phone | 480-731-8103
email | James.bowers@domail.maricopa.edu
website | www.maricopa.edu



On Thu, Jan 30, 2014 at 6:06 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
We are still reviewing the documentation and have notified the college of this.



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu

website | www.maricopa.edu



On Thu, Jan 30, 2014 at 8:49 AM, Jim Bowers <james.bowers@domail.maricopa.edu> wrote:
What is your recommendation on this request?

Thanks

James Bowers: Interim Vice Chancellor for Human Resources
2411 West 14th Street, Tempe AZ 85281

MCCCD-0-67

10/13/2015                                Maricopa Community College District Mail - Fwd: Schaun Owens



phone | 480-731-8103
email | james.bowers@domail.maricopa.edu
website | www.maricopa.edu

---------- Forwarded message ----------
From: Steven Gonzales <steven.gonzales@gatewaycc.edu>
Date: Thu, Jan 30, 2014 at 8:14 AM
Subject: Re: Schaun Owens
To: Tony Asti <anthony.asti@gatewaycc.edu>
Cc: Jim Bowers <james.bowers@domail.maricopa.edu>, John Naughton
<naughton@gatewaycc.edu>

Based on the information provided, I support the decision to non-renew the employee.

Steven


On Wed, Jan 29, 2014 at 5:47 PM, Tony Asti <anthony.asti@gatewaycc.edu> wrote:
Steven, I support Kristina's request of non retention of Shcaun Owens based on the
following actions dating back to her hire date of 8/13:

- Giving permission to West-Mec students to leave campus
- Not adhering to the curriculum
- Excessive tardiness
- Not adhering to State Board regulations (Sanitation)
- Playing videos for students and giving hours for this time (falsifying hours)
- Incident reports (attached)

If you support the non retention, please state such and forward to Jim Bowers
and copy John Naughton.

Tony .


Tony Asti
Interim Vice President of Administrative Services
GateWay Community College

---------- Forwarded message ----------
From: John Naughton <naughton@gatewaycc.edu>
Date: Wed, Jan 29, 2014 at 1:24 PM
Subject: Fwd: Schaun Owens
To: Tony Asti <anthony.asti@gatewaycc.edu>

Tony,

Do you support this action?

[Quoted text hidden]

MCCGD-0-68

--

Steven R. Gonzales, Ed. D.
President
Administration Office
steven.gonzales@gatewaycc.edu

p: (602) 286-8008  |  f: (602) 286-8003
108 North 40th Street, Phoenix, Arizona 85034

 

*A Maricopa Community College*

MCCCD-0-69

EXHIBIT G



Maria Bellino <mar2390580@domall.maricopa.edu>

---

## Fwd: Schaun Owens

John Naughton <naughton@gatewaycc.edu>                    Thu, Jan 30, 2014 at 11:06 AM
Reply-To: naughton@gatewaycc.edu
To: Maria Bellino <maria.bellino@domall.maricopa.edu>

Maria,

Please see attached.
[Quoted text hidden]

---

3 attachments

📊 Schaun Owens-Documentation.xlsx
   12K

📄 Incident Report Schaun Owens 10-2-13.pdf
   206K

📄 Owens-Incident Reports.pdf
   316K

MCCCD-0-107

| Incident: | Date(s): | Description: | Impact: | Action: |
|---|---|---|---|---|
| Students leaving campus | 9/16/13 and 12/20/2013 | 9/16/13 Ms Owens gave Kailyn Culp permission to smoke outside. 12/20/13 Ms Owens Gave Isabel Flores and Jessica Diaz permisson to go to Fry's. | Closed campus. Violation of handbook. | verbal warning with intent of follow up with write up. |
| Not adhering to curriculum | 9/5/2013, 12/6/13 and 1/6/14 | 9/5/13 did not administer State Board bootcamp or test as instructed-I had to redo curriculum for the week. 12/6/13 Did not teach students facials as listed on curriculum for 4 days. 1/6/14 did not administer test as instructed, I had to redo curriculum for the week. | Students grades are not entered on time. Students lack of learning. Teacher coverage for ADA. | Verbal warning and write up. |
| Excessive Tardies | Total tardies per month: Aug -2  Sept -1  Oct -1 Dec-4 Jan -5 | Ms Owens sometimes will text me if she is going to be late. Time is not always entered. On 12/24 she was LWP. She has taken off 1/13/14 with out approval as her time is "frozen" per Alice Cornellus. | Misuse of company time. | Verbal warning and write up. |
| Not adhering to State Board Regulations on Sanitation. | 11/5/13 12/13/13 12/19/13 1/11/14 | I did a State Board inspection on 11/5/13. There was food and drink in stations. Stations were dirty with dirty implements, dirty towels and personal items. 12/13/13 dispesary was full of dirty towels. Break room was dirty and not cleaned from prior day. Monitors are not being checked by Ms Owens. 12/19/13 Students eating on the clinic floor. 1/11/14 towel bins overflowing with dirty towels. Food and drink in classrooms and pizza boxes left in classroom. Garbages overflowing in breakroom and clinic.These duties are all assigned to Ms Owens class. | This is volation of State Board Laws and Rules. We could suffer a heft fine if we are in violation and possibly shut down. | Reviewed at every meeting. Laws and Rules were printed out so all teachers were reminded of our responsibilities as licensed instructors. Verbal warning and write up. |

MCCCD-0-108

| | | | | |
|---|---|---|---|---|
| Playing movies and videos for students during classtime. | 9/13/2013 12/10/13 12/20/13 | 9/13/13 Sierra Dunaway told Paul McCray and I that Ms. Owens plays Videos (Tabatha's take over and Faceoff) during class time instead of State Board boot camp. 12/10/13 Belen Guarista told Paul McCray, Cheri Snow, Belen's parents and myself that Ms. Owens continues to play videos during classtime. 12/20/13 Ms Owens played the movie "Jingle All the Way" for students during classtime. | This is falsifying hours and is not permitted by State Board. | This has been addressed many time with staff. This is not permitted in our school or by State Board. Verbal warning with intent to follow up. |
| Multiple Incident reports | 10/2/2013 1/13/14 | I wrote Schaun up for sleeping in the office on 10/2/13. I have written up Schaun today for violation of sanitation, tardiness and students in teachers office for 1/10/14 and 1/11/14 | Verbal discussions do not seem to correct the behavior. | I will write up any teacher if I have given a verbal warning and the behavior has not been corrected. |

I have a file of documentation in the forms of emails, word documents and text messages that will support this information and I am willing to provide if requested.





MARICOPA SKILL CENTER

INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

## DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- Failure to perform completely. Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job. Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- Insubordination (willful failure to perform job duties). Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- Threatening or committing acts of intimidation or violence. Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- Inappropriate Conduct. Examples of inappropriate conduct include, but are not limited to:

   - Job abandonment;
   - Discourtesy toward co-workers or the public
   - Sleeping on the job.
   - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: October 1, 2013

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of incident: (Date, Time, Place, People Involved)**
On October 1, 2013 at approximately 10:45am I walked into the teacher's office and noticed Schaun Owens sitting unusual in her chair at her desk, I asked if she was okay which she said yes, the second time I asked her. I asked again if she was sure was okay, and she said yes. She then told me she was sitting at the desk looking at the computer when she realized how tired she was, so she just closed her eyes for a second.
I have 3 witness that came forward to me stating Schaun was asleep at her desk for anywhere from 10-20 minutes.

**Performance Impact:**
Sleeping on the job is inappropriate conduct.

**Recommendations on performance/behavior:**

The Instructor will follow all policies and procedure outlined in the MCCCD and MSC Northwest manuals.

**Employee response (optional):**

No siging because I don't agree with accusation. I was not sleeping on the job.

**Additional comments (optional):**

Did not sign- see above

_____
Supervisor Signature

_____
Employee Signature (optional)

_____10/2/13_____
Date

_____
Date

Updated 5/2/2012

MCCCD-0-112

 **MARIDOPA COMMUNITY COLLEGES'**                                    Lisa Hemming< lle2066488@gatewayco.edu>

---

## Ms. Owens
1 message

---

Carolyn Main< main@gatewaycc.edu>                                        Tue, Oct 1, 2013 at 11:46 AM
Reply-To: main@gatewaycc.edu
To: Lisa Hemming <hemming@gatewayco.edu>

Lisa,

Just wanted to let you know, I'm not sure if Ms. Owens is ok or not, She was sleeping in the office for from what I saw at least 10 minutes.
*Carolyn Cardwell*
Associate Instructor
Northwest Skill Center
Cosmetology
main@gatewaycc.edu
Phone: (602)-392-5000

MCCCD-0-113

Maricopa Community College District Mail - 10/1/13                     Page 1 of 1

 **MARICOPA COMMUNITY COLLEGES**

Lisa Hemming< lis2068488@gatewaycc.edu>

**10/1/13**
1 message

Shala Dvelrin< shala.dvelrin@gatewaycc.edu>                     Tue, Oct 1, 2013 at 5:01 PM
To: Lisa Hemming <hemming@gatewayco.edu>

On 10/1/13 I entered the office and noticed ms. Shaun asleep in her chair. I was at my desk for
approximately 5 minuets and she was asleep. I left the office and reentered with Lisa Hemming, who
asked her if she was O.K.? she said yes she was looking at the computer and her eyes were tired so she
decided to rest her eyes.

Shala Dvelrin

MCCCD-0-114

 **MARICOPA COMMUNITY COLLEGES®**

Lisa Hemming< llc2066488@gatewaycc.edu>

## Today
1 message

Robert Wood < robert.wood@gatewaycc.edu>                    Tue, Oct 1, 2013 at 9:47 PM
Reply-To: robert.wood@gatewaycc.edu
To: Lisa Hemming <hemming@gatewaycc.edu>

I went on break at 10:00, as I walked into the office I noticed that MS.Owens was curled up in her chair and it appeared she was asleep. I thought to myself that doesn't look comfortable.

Truly I don't know if it was before break or after, either way I did notice Ms. Owens looking quite relaxed. I know how hard it is to sit at the computer and become relaxed and want to nap and chill. I have to get up and change what I am doing to get focused again, plus a cup of coffee helps somewhat.  Mr Wood

MCCCD-0-115





MARICOPA SKILL CENTER

### INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a Job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

  - Job abandonment;
  - Discourtesy toward co-workers or the public
  - Sleeping on the job.
  - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.

   **Incident Report**   

MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan. 11, 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of incident: (Date, Time, Place, People Involved)**

Jan. 11, 2014 at 1:35pm in Classroom #130 Ms. Owen's classroom.
There was a pizza party with Ms. Owens' class in the classroom during instructional hours as evidenced
by leftover pizza boxes and empty drink containers in the classroom and an email from staff members.

**Performance Impact:**

This is in violation of NSWC policy and State Board regulations.

**Recommendations on performance/behavior:**

All NWSC and State Board policies, rules and regulations must be adhered to, without exception.

Supervisor Signature _____     Employee Signature (optional) _____

Date   1/13/14                                    Date

Updated 5/2/2012





### INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- Failure to perform completely. Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job. Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- Insubordination (willful failure to perform job duties). Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- Threatening or committing acts of intimidation or violence. Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- Inappropriate Conduct. Examples of inappropriate conduct include, but are not limited to:

  - Job abandonment;
  - Discourtesy toward co-workers or the public
  - Sleeping on the job.
  - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.



**Incident Report**



Employee Name: Schaun Owens

Date: Jan 10th 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

Description of Incident: (Date, Time, Place, People Involved)

Jan. 10th 2014 in the teacher's office at 6pm, Ms. Owens, Karen Esparza, Jessica Diaz, Belen Guarista, Jennifer Jimenez and Ana Ramos.
Ms. Owens had students in the teacher's office.

Performance Impact:

Students are not allowed into the office. This has been discussed many times and there is a sign on the door stating students are not allowed in the office. Teachers have their personal belongings in this office. This is a private area.

Recommendations on performance/behavior:

No student will be permitted into the teacher's office for any reason. If such meetings with students are needed, there are alternative locations including the instructor's classroom and meeting rooms.

Supervisor Signature

Employee Signature (optional)

Date  1/13/14

Date

Updated 5/2/2012





MARICOPA SKILL CENTER

### INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct** including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job. Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination** (willful failure to perform job duties). Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

  - Job abandonment;
  - Discourtesy toward co-workers or the public
  - Sleeping on the job.
  - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.

 

**Incident Report**

MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan. 2, 2014 through Jan. 11, 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

Description of Incident: (Date, Time, Place, People Involved)

Excessive tardiness:
Jan 2nd 2014-tardy-10 min
Jan 3rd 2014-tardy-7 min
Jan 8th 2014-tardy-1 hour and 15 min
Jan 9th 2014- tardy- 5 min
Jan 11th 2014-tardy-10 min

Performance Impact:

This is in violation of MSC policy. All employees are expected to arrive on time and prepared to work at designated start time.

Recommendations on performance/behavior:

All MSC policies, rules and regulations must be adhered to, without exception. Employee must report on time to work.

Supervisor Signature

Date 1/13/14

Employee Signature (optional)

Date

Updated 5/2/2012

**EXHIBIT H**


**MARICOPA
COMMUNITY
COLLEGES**

# Maricopa & EMCC Southwest Skill Centers

# Policies

## (Revised July 1, 2012)

Published by the Maricopa County
Community College District,
HR Solutions Center

The Maricopa County Community College District does not discriminate on the basis of race, color, religion, national origin, sex, sexual orientation, handicap/disability, age or Vietnam era/disabled veteran status in employment or in the application, admissions, participation, access and treatment of persons in instructional programs and activities.

MCCCD-O 2100

TABLE OF CONTENTS

Page

1.  Governance
        Administration ...................................................................................1
        Operational Policies: Salaries and Policies..................................1
        Basic Philosophy ...............................................................................1
        Advisory Councils...............................................................................1
        EEO Policy Statement .......................................................................2
        Resolution of Non-Policy Issues .....................................................2
2.  Employment
        Employment Procedures ...................................................................2
        Orientation...........................................................................................3
        Salary Placement...............................................................................3
        Job Description and Classification Groups....................................4
        Educational Advancement ...............................................................4
        Reclassification...................................................................................5
        Administrative Reassignment...........................................................5
        Temporary Administrative Reassignment.......................................6
3.  Employment Classifications / Service Date
        Regular Employee .............................................................................6
4.  Probation
        Probationary Status: Exempt and Nonexempt Employees ..........6
5.  Lunch and Rest Periods ........................................................................6
6.  Overtime and Compensatory Time .....................................................7
7.  Evaluation
        Evaluation of Instructional Staff......................................................7
        Evaluation Process of Regular Full Time Employees ...................7
8.  Improvement Plan / Corrective Action
        Initial Corrective Action.....................................................................8
        Second Corrective Action..................................................................8
        Disciplinary Action and Dismissal Recommendation....................8
        Dismissal .............................................................................................9
9.  Grievance Process
        Grievance Process .............................................................................9
        Grievance Procedure..........................................................................9
10. Types of Layoff/Separation
        Layoff ..................................................................................................11
        Resignation ........................................................................................11
        Retirement...........................................................................................11
        Voluntary Termination .......................................................................12
        Involuntary Termination.....................................................................12
        Exit Interview.......................................................................................13
11. Personnel Files and Information ..........................................................13
12. Hiring of Relatives.................................................................................14

MCCCD-O 2101

13.   Observance of Safety ................................................................................... 14
14.   Employee Benefits
            Automated Benefits ............................................................................ 14
            Tax Sheltered Accounts (TSA) ........................................................... 15
            Sick Leave.......................................................................................... 15
            Personal Time .................................................................................... 15
            Vacation ............................................................................................ 16
            Vacation Scheduling.......................................................................... 16
            Vacation Approval.............................................................................. 17
            Paid Holidays ..................................................................................... 17
            Tuition Waivers .................................................................................. 17
            Travel Reimbursement....................................................................... 18
15.   Leaves of Absence
            Family and Medical Leave Act (FMLA) ............................................... 18
            Leave of Absence for Medical or Personal Reasons .......................... 18
            Military Leave for Military Training ..................................................... 18
            Military Leave for Active Duty ............................................................ 18
            Bereavement Leave ........................................................................... 18
            Catastrophic Illness/Imminent Death ................................................ 18
16.   Jury Duty...................................................................................................... 18
17.   Professional Growth
            Definition ........................................................................................... 18
            Reimbursement.................................................................................. 18

MCCCD-O 2102

1. **GOVERNANCE**

   1.1. **Administration**

      1.1.1. **Management**

         1.1.1.1. The Maricopa Skill Center is a division of GateWay Community College and the EMCC Southwest Skill Center is a division of Estrella Mountain Community College within the Maricopa County Community College District.

         1.1.1.2. The line of administration is as follows:
         Governing Board of the Maricopa County Community College District

         Chancellor of the Maricopa County Community College District

         President of GateWay Community College/President of Estrella Mountain Community College

         Skill Center Director/VP Occupational Education EMCC Southwest Skill Center

         Directors and Assistant Directors of Maricopa/EMCC Southwest Skill Centers.

      1.1.2. **Administrator.** The Chief Administrator of the Maricopa Skill Center is the Skill Center Director. The Chief Administrator of the EMCC Southwest Skill Center is the Director. The powers and duties of the Chief Administrator of the Maricopa Skill Center/ EMCC Southwest Skill Center are set by the Governing Board.

   1.2. **Operational Policies: Salaries and Policies**

      The Maricopa/EMCC Southwest Skill Center's policies and salary schedule shall be separate and distinct from that of other employee groups of the Maricopa County Community College District.

   1.3. **Basic Philosophy**

      Employees of the of the Maricopa/EMCC Southwest Skill Center shall carry out the policies of the Governing Board, shall perform their duties assigned to them according to their position descriptions and/or their supervisor(s), and shall perform such duties and responsibilities with professional skill in order to ensure wise utilization of District resources for the implementation of the educational program.

   1.4. **Advisory Councils**

      1.4.1. **Advisory Councils for the Maricopa/EMCC Southwest Skill Centers**

         1.4.1.1. The Maricopa/EMCC Southwest Skill Centers will maintain a network of active advisory councils, including a separate council for each vocational training program (Program Advisory Council) and a council for the Skill Center as a whole (Administrative Advisory Council).

         1.4.1.2. Each council will meet at least once a year with additional meetings as needed.  Minutes of each council meeting will be filed in the instruction office.

      1.4.2. **Administrative Advisory Council**

         The Administrative Advisory Council will be selected and appointed based on their involvement in industry, public relations, legislation, community support, and problem solving of special issues. The Administrative Advisory Council should reflect

MCCCD-O 2103

the diversity of the community, business and industry.

### 1.4.3. Program Advisory Councils

#### 1.4.3.1.
The Program Advisory Councils shall:

(a) recommend program changes consistent with labor and job market trends or demands/needs; (b) validate instructional competencies; (c) assist in assessment of vocational program relevance to current employer; (d) assist in program improvement and marketing; (e) review program equipment needs and recommend equipment replacement; (f) provide or assist in locating field trip or demonstration opportunities for students, and job shadowing, internship, or training upgrade opportunities for program instructional staff.

#### 1.4.3.2.
Council membership should be diverse and shall represent the employment scope of the vocational program. Members will be selected for their expertise in the occupational area and/or ability to benefit the program. The Advisory Council will serve as a resource to Instructors and Skill Center Staff. Minutes for each council meeting will be filed and used as supporting data during program review / development for continuous improvement.

### 1.5. EEO Policy Statement (http://www.maricopa.edu/eeo/)

It is the policy of Maricopa to promote equal employment opportunities through a positive continuing program. This means that Maricopa will not discriminate, nor tolerate discrimination, against any applicant or employee because of race, color, religion, gender, sexual orientation, national origin, age, disability, or veteran status. Additionally, it is the policy of Maricopa to provide an environment for each Maricopa job applicant and employee that is free from sexual harassment, as well as harassment and intimidation on account of an individual's race, color, religion, gender, sexual orientation, national origin, age, disability, or veteran status.

### 1.6. Resolution of Non-Policy Issues

In the event of a perceived inequity of a circumstance that is not covered either by this policy manual or Board policy, an employee shall have the right to take the matter directly to the Chief Administrator of the Maricopa/EMCC Southwest Skill Center within fifteen (15) calendar days of the event of the perceived inequity or circumstance. Either party may request that the College President, or designee, be used as a resource for attempting to resolve the issue(s). Within fifteen (15) calendar days of the meeting, the College President after careful investigation of the problem will advise the employee in writing of his/her decision. If the decision is not satisfactory, the employee may, within five (5) workdays, elevate the issue to the Chancellor for review and decision. The Chancellor will render a decision within (30) workdays after receipt. The decision of the Chancellor will be final and binding.

At any point during the process a request for mediation may be submitted in writing to the Vice Chancellor for Human Resources/College President. Both parties must agree to the mediation as well as the mediator. Mediation may be by any individual qualified to perform mediation as determined by Human Resources. Neither party shall discuss any items of the mediation with the mediator prior to the first mediation session. The outcomes/recommendations from mediation shall be provided to the HR Solutions Center and all parties involved.

## 2. EMPLOYMENT

### 2.1. Employment Procedures

#### 2.1.1.
A job vacancy may occur as the result of a new position being budgeted, a retirement, or a resignation or termination.

MCCCD-O 2104

**2.1.2.** Job vacancies will be filled in accordance with the procedures developed by the administrative staff of the Maricopa/EMCC Southwest Skill Center and will follow all Equal Employment Opportunity guidelines.

**2.1.3.** At the discretion of the Chief Administrator, positions may be filled in house.

## 2.2. Orientation

All new employees will receive a Maricopa Community College District and Skill Center New Employee Orientation.

## 2.3. Salary Placement

**2.3.1.** An internal or an external applicant's qualifications shall be evaluated thoroughly at the time of selection, based upon validated transcripts of academic work, professional certificates, and verified related work experience. For a copy of the salary grades, call District Compensation Office or see http://www.maricopa.edu/employees/divisions/hr/salary/schedules.

The Chief Administrator or designee will be responsible for equating these qualifications to the minimum eligibility requirements for step placement.

**2.3.2.** The person selected for a position must have at least the minimum qualifications for that position.

**2.3.3.** It shall be the applicant's responsibility to provide the Skill Center's Human Resources Office with necessary information and to update his/her file.

**2.3.4.** All undergraduate and graduate degrees and credit hours must be earned at accredited institutions. Work done at foreign universities will be considered if evaluated (at the applicant's expense) by an approved company to provide such services. Call District Human Resources for additional information on approved companies.

**2.3.5.** Initial appointment of an applicant to a specific position will normally be at step one (1) of the schedule that applies to the position. Placement beyond the normal step one (1) position will be based on specific work experience in the field to be taught or worked.

    **2.3.5.1.** Administration/Management/Staff

        (a) One additional step may be given for two (2) years of specific management or administrative or staff experience.

        (b) One step beyond (a) may be granted for each additional year of specific management or administrative or staff experience (either within or outside of education).

        (c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

    **2.3.5.2.** Instructors

        (a) One additional step may be given for one (1) year of full-time specific teaching experience plus three (3) years of work related experience effective July 1, 2006.

        (b) One step beyond (a) may be granted for each additional year of specific full-time teaching experience and/or work related experience.

        (c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

MCCCD-O 2105

**2.3.6.**   Salary placement may be made above step 4 to meet the unique needs of the Maricopa/EMCC Southwest Skill Center if approved by the Chief Administrator.

**2.3.7.**   An existing regular employee may apply for any posted position. Should the employee successfully complete the application process and be offered the applied for position, he/she may exercise all rights granted to external candidates in the course of establishing hiring terms and conditions.

## 2.4.   Job Description and Classification Groups

Each employee will be given a job description to read and sign when he/she is employed. The duties and responsibilities outlined in the job description are general in nature and are intended as guidelines for what may be expected of the incumbent. The job description will also identify employee Fair Labor Standards Act (FLSA) status. Any question regarding status should be directed to the Chief Administrator or designee. Call or visit the Center's HR office for a copy of job descriptions or see http://www.maricopaskillcenter.com/.

## 2.5.   Educational Advancement

**2.5.1.**   The Chief Administrator or designee will decide issues regarding acceptability of institutions or organizations conferring degrees or awarding certificates.

**2.5.2.**   Probationary employees are not eligible for an educational advancement. Credits/degree/certifications earned during the probationary period may be submitted for educational advancement after successful completion of the probationary status and conversion to regular full-time employee status. The step increase or stipend will be effective in the pay period following verification of evidence.

**2.5.3.**   Employees who benefit under the Professional Growth Assistance Program (17.2.1) are eligible for Educational Advancement benefits.

**2.5.4.**   Compensation for formal education for current full-time employees may be awarded for the completion of earned college credit under the following guidelines:

Employees with no degree – completion of 30 or more college credits that include 100 level English, Reading and Math classes.

Employees who earn their first associate degree

Employees who earn their first bachelor degree

Employees who earn their first master degree

Employees who earn their first doctoral degree, or

Employees who earn one or more certifications on or after July 1, 2003.

Awards based on certification are established on an approved point system; to maintain equity with academic degree awards, more than one certification will usually be required for salary compensation.

**2.5.5.**   Qualifying certificates must be awarded by a nationally recognized professional or technical organization, or by an accredited higher education institution.

**2.5.6.**   Compensation shall be at the rate of one (1) step, or a one-time stipend that is equivalent to a step for those to whom a step is not available. Step increase or stipend will be effective in the pay period following verification of evidence.

**2.5.7.**   This policy is effective for earned credits; degrees and certificates awarded on or after July 1, 2003, and is not influenced by awards earned prior to July 1, 2003. No employee may be granted more than two (2) such increments on or after July

MCCCD-O 2106

1, 2003.   The earned credits/degree/certification(s) must be awarded during employment as a regular full-time employee.

**2.5.8.**   Skill Center Human Resources and the Business Office will process the necessary documents to compensate the employee for an approved step or stipend.

**2.5.9.**   This article is not subject to the grievance procedures contained in this policy manual.

## 2.6.   Reclassification

**2.6.1.**   Probationary employees are not eligible for reclassification.

**2.6.2.**   Reclassification for regular employees is approved/denied through a committee selected by the Chief Administrator or designee.   The Reclassification Committee will consist of members from instruction and management/administration. The procedures regarding reclassification actions will be recommended by the Committee and approved by the Chief Administrator.

**2.6.3.**   If a reclassification request is sustained, salary increase will be effective the first day of the pay period following the approval of the Chief Administrator.

**2.6.4.**   This article is not subject to the grievance procedure contained in this policy manual.

## 2.7.   Administrative Reassignment

Management Initiated Reassignment – A reassignment initiated by the skill center/ district office management personnel.  The employee will not be required to serve a new probationary period.

Employee Initiated Reassignment – An employee requests to be reassigned to another position. The employee will be required to serve a new probationary period.

**2.7.1.**   An administrative reassignment is recommended by the appropriate Chief Administrator and approved by the college president.

**2.7.2.**   Except in critical situations, or where all parties agree, an employee who is reassigned will be notified verbally by Skill Center/EMCC HR staff. Written confirmation will be sent within ten (10) working days to the employee with copies to the District HR office.

**2.7.3.**   An employee may be reassigned to a position at a lower grade, the same grade, or a higher grade.

**2.7.3.1.**   If the involuntary reassignment is to a lower grade, the employee's current salary will remain in effect until the salary schedule is revised, and/or a step is granted. This action may necessitate that an employee's salary will be off schedule (not on step) until the next step is granted.

**2.7.3.2.**   If the reassignment is to an equal grade, the salary will remain the same.

**2.7.3.3.**   If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in Section 2.3. Any change to salary will be effective the first day of the assignment.  Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

MCCCD-O 2107

**2.8.  Temporary Administrative Reassignment**

A temporary administrative reassignment will generally be for a maximum of two (2) years.

**2.8.1.**   If the reassignment is to an equal grade, the salary will remain the same.

**2.8.2.**   If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in section 2.3. Any change to salary will be effective the first day of the assignment.  Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

**3.   EMPLOYMENT CLASSIFICATIONS/SERVICE DATE**

**3.1.   Regular Employee**

A regular employee is one who has successfully completed the probationary period.

**3.1.1.**   Exempt Skill Center employees by virtue of their contracts with the District are expected to adhere to a minimum of a forty (40) hour work week

**3.1.2.**   Regular part-time employee

A regular part-time employee is one who works at least twenty (20) hours a week and less than thirty (30) hours a week.  This employee is eligible for pro rata Flexible Benefits.

**3.2.   Service Date**

Regular employees will retain their original service date if there is no break in service.

**4.   PROBATION**

**4.1.   Probationary Status:  Exempt and Non-Exempt Employees**

**4.1.1.**   Effective July 1, 2006, all Maricopa/EMCC Southwest Skill Center staff are required to serve a one (1) year probationary period from their date of hire.  During the probationary period an employee may be terminated for any reason, and such action will not be subject to the grievance procedure.

**4.1.2.**   Two written evaluations will be completed during the probationary period, one at the end of the first four (4) months after employment, exclusive of vacation, leave of absence, and sick leave and one at the end of the first eight (8) months of employment.  After that, evaluations will be done at least yearly from their date of hire.

**4.1.3.**   Each evaluation will be discussed with the employee, and the employee will sign the evaluation as acknowledgment of having read it.  The employee's signature on the evaluation does not mean that the employee agrees with it, only that he/she had read it.

**4.1.4**   The required probation period of new full time employees will automatically be extended equal to the amount of time granted for any Leave of Absence which occurs during the probation period.

**5.   LUNCH AND REST PERIODS**

**5.1.  Lunch Period.**  Each employee will have a duty-free one hour lunch period.

**5.2.  Rest Period.** Non-exempt employees will be allowed a fifteen (15) minute rest period during the first four (4) hours worked and a fifteen (15) minute rest period during the second four hours worked.  A rest period will not be granted during the first or last hour of a work period. The scheduling of the rest period and the lunch period will be the responsibility of the supervisor.

MCCCD-O 2108

**6.   OVERTIME and COMPENSATORY TIME**

**6.1.**   Overtime and compensatory time must be approved in advance by the appropriate supervisor or administrator.

**6.2.**   Overtime will be paid at the premium rate of one and one-half (1 1/2) times the employee's hourly rate of pay or at the compensatory rate of one and one-half (1 1/2) hours compensatory time for each hour of overtime worked.

**6.3.**   The decision as to whether reimbursement should be through premium pay or compensatory time will be made by the appropriate supervisor/administrator and will be communicated to the employee prior to the overtime being worked. Written documentation is the preferred method of communication.

**6.4.**   Employees will be paid overtime when the hours exceed forty in any one-week period.  The overtime will be paid after forty hours of compensated time (including sick, holiday, vacation, etc.)

**6.5.**   Supervisors and employees will share responsibility for keeping records of compensatory time earned and taken.  The acceptable document for use in this record keeping is the nonexempt comp time log.

**6.6.**   An employee may accrue up to a maximum of one hundred twenty (120) hours of compensatory time.  (This equals eighty (80) hours of time worked in approved overtime status.)

   **6.6.1.**   An employee who has accrued one hundred and twenty (120) hours of compensatory time, and who works additional approved overtime hours, will be paid at the premium rate.

   **6.6.2.**   Time frame for using accrued compensatory time

      **6.6.2.1.**   Employees must be permitted to use accrued compensatory time within a three (3) month period.

      **6.6.2.2.**   If three (3) months have passed and the supervisor has not granted compensatory time off, then the premium pay will be awarded.

**7.   EVALUATION**

**7.1.   Evaluation of Instructional Staff**

   **7.1.1.**   In addition to the annual employee evaluation, full time instructors / associate instructors will have at least one classroom visit by the Chief Administrator or designee during the annual evaluation period. The evaluation will include, but not be limited to:  (a) classroom observation; (b) student evaluations; (c) review of classroom materials; (syllabus, program/course outline, student progress forms, and daily attendance records); (d) review of instructor-prepared learning projects; (e) equipment and training aids to support the learning activity.

   **7.1.2.**   Additional evaluations will be scheduled when there are conditions that indicate its need. Such conditions include, but are not limited to:  (a) student complaints; (b) industry/agency complaints on the quality of the graduates; (c) low completion or retention rates for students.

      The results of these classroom visits will be documented and included as part of the annual employee evaluation.

**7.2.   Evaluation Process of Regular Full Time Employees**

   **7.2.1.**   Evaluations will be administered annually (the month the employee received regular full time status) by the employee's supervisor.  The annual evaluation will be one of the tools to assist in improving performance.  The annual evaluation will also be a

MCCCD-O 2109

factor considered in retention and/or dismissal.   The employee will review the evaluation with his/her supervisor and may make written comments/observations. The employee has ten (10) working days after initial review of the evaluation to make comments/observations.   No additional supporting data will be recorded or collected after the ten working day window.   The employee must sign the evaluation. Evaluations will be processed through the Skill Center Human Resources Office.

**7.2.2.**   The employee's signature does not represent concurrence, but rather that the employee has read the evaluation.   A copy of the evaluation will be given to the supervisor / employee after final approval by the Chief Administrator.  A copy of the evaluation will be placed in the Skill Center's employee's personnel file.

**7.2.3**   The evaluation period of full time employees will automatically be extended equal to the amount of time granted for any Leave of Absence which occurs during the evaluation period.

## 8.   IMPROVEMENT PLAN / CORRECTIVE ACTION

The improvement plan is designed to aid the supervisor and the employee when previous discussions with the employee have failed to change unsatisfactory job performance/conduct. The employee's personnel file, located in the Skill Center Human Resources Office, is the sole official file and source of reference with regard to this procedure.

**8.1.**   **Initial Corrective Action.** Before implementing the Initial Corrective Action, the supervisor must contact the HR Solutions Center.  (To download the Corrective Action template, see (http://www.maricopa.edu/employees/divisions/hr/managing/performance/document).

**8.1.1.**   The supervisor will hold a private discussion with the employee.

**8.1.2.**   The employee will be informed that this is the initial corrective action discussion as set forth in this policy manual, and will be advised of the consequences that may follow if the employee's conduct/performance does not improve within a time frame established by the supervisor.

**8.1.3.**   The supervisor will provide the employee with a written record of the offenses and time frame stated in the initial corrective discussion for his/her information.

**8.2.**   **Second Corrective Action.** Before implementing the Second Corrective Action, the supervisor must contact the HR Solutions Center.   (To download the Corrective Action template, see http://www.maricopa.edu/employees/divisions/hr/managing/performance/document).

If the employee fails to take necessary corrective action, the immediate supervisor will again talk with the employee regarding his/her lack of improvement.  A written record will be made of this meeting, and one (1) copy will be given to the employee and one (1) copy will be placed in the employee's personnel file.

**8.2.1.**   The emphasis will continue to be corrective in intent. The employee should clearly understand the hazard of continued failure to meet reasonable standards of performance or conduct.

**8.2.2.**   Upon proof of satisfactory performance, and at the end of at least a six (6) month period, the written record will be removed from the personnel file upon written request from the employee and a signed approval from the immediate supervisor.

**8.3.**   **Disciplinary Action and Dismissal Recommendation**

**8.3.1.**   If the employee fails to respond satisfactorily or commits another offense, the immediate supervisor may recommend disciplinary action.   The Chief Administrator, in consultation with the supervisor and appropriate District Human

MCCCD-O 2110

Resources Staff, will determine the appropriate disciplinary action. The immediate supervisor and the Chief Administrator will hold a private discussion with the employee.

8.3.2.  Upon the recommendation of the Vice Chancellor for Human Resources, the employee may be suspended without pay for a period of up to ten (10) working days, and/or the employee may receive a written reprimand and/or the employee may be recommended for dismissal. The Chief Administrator or designee will administer written reprimands. The Chief Administrator in a private meeting will provide the employee with a letter outlining the action taken to suspend the employee without pay and the timeline for enforcement.

## 8.4.   Dismissal

8.4.1.  The Chief Administrator may recommend dismissal. The College President and Vice Chancellor of Human Resources will review the record of the employee and investigate the situation as appropriate. If dismissal is recommended, the employee may refer to section (10.5.2.) for due process procedures.

8.4.2.  A written record of all proceedings outlined in subsections (8.2, 8.3 and 8.4), will be placed in the Skill Center employee's official personnel file, and a copy will be forwarded to the employee.

8.4.3.  If dismissal is approved, District HR will send the formal dismissal letter to the Chief Administrator. The employee's immediate supervisor and the Chief Administrator will hold a private discussion with the employee to notify him/her of their termination.

## 9.   GRIEVANCE PROCESS

### 9.1.   Grievance Process

Definition. A formal, written allegation by a grievant that he/she has been adversely affected by a violation of a specific provision(s) of this policy manual. A grievance excludes any alleged misunderstanding, practice, or other matter(s) outside the terms of this policy manual.

9.1.1.  The grievance procedure established here shall be the sole and exclusive remedy available for resolving disputes arising under these policies.

9.1.2.  It is the intent of the Maricopa/EMCC Southwest Skill Center to settle disputes with mutual agreement in a timely manner. Only items covered in these policies can be grieved by an employee.

9.1.3.  Forms for pursuing the grievance process are available through the Center's HR office.

9.1.4.  If, prior to or during the grievance process, the employee elects to go outside for grievance remedy, the Maricopa/EMCC Southwest Skill Center process will continue.

### 9.2.   Grievance Procedure

9.2.1.  Step I-complaint meeting

9.2.1.1.  When items of dispute are identified, an employee will complete Step I of the grievance form, indicating which section(s) of the policy he/she is grieving, and submit that form to his/her supervisor within five (5) working days of the occurrence of the grievance or within five (5) working days when the employee could be expected to have known of the occurrence of the grievance.

MCCCD-O 2111

**9.2.1.2.** Within five (5) working days of receiving the grievance form, the supervisor will schedule a meeting to discuss the grievance. The express purpose of the meeting is to make every attempt to resolve the issue.

**9.2.1.3.** Within five (5) working days of the meeting, the supervisor will send a written response and resolution of the grievance to those named in the grievance and to the Chief Administrator or designee.

**9.2.1.4.** As the grievance moves from one level to the next, the grievant may not add new considerations to the grievance. At each level, the written grievance and the written response(s) must be forwarded to the next level.

**9.2.1.5.** No reprisals shall be taken against any grievant, representative, or other participant in the grievance procedure by reason of such participation.

**9.2.1.6.** When the employee's immediate supervisor is the Chief Administrator, grievances may be initiated at Level II.

**9.2.2.** Step II-grievance hearing

**9.2.2.1.** In the event the employee is dissatisfied with the results of the Step I Complaint Meeting, the employee, within five (5) working days after receipt of the written response, will complete and submit to the Chief Administrator or designee, Step II of the Maricopa/EMCC Southwest Skill Center Grievance Form.

**9.2.2.2.** A grievance hearing will be scheduled and conducted within seven (7) working days, upon receipt of the completed Step II grievance form.

**9.2.2.3.** Individuals attending the Step II Grievance Hearing shall be the Chief Administrator or designee, department supervisor, employee, and one person of the employee's choice.

**9.2.2.4.** The hearing will be conducted by the Chief Administrator or designee. The employee will give testimony and other evidence of how he/she was aggrieved. The individual or party to whom the complaint is addressed will enter testimony and other evidence as rebuttal. The Chief Administrator or designee will make every attempt to negotiate a satisfactory resolution between the parties.

**9.2.2.5.** All discussion, exhibits, and other evidence will become the official record of the hearing. The Chief Administrator or designee will assemble a report of the proceedings within five (5) working days after the completion of the second step grievance hearing. Each party will review the report and sign, denoting the accuracy of the report. The document becomes the official record of the grievance hearing when signed by all parties and will be sealed afterward.

**9.2.3.** Step III-grievance appeal

**9.2.3.1.** Any employee dissatisfied with the results of the Step II hearing may, within five (5) working days following receipt of the official report, apply for a grievance appeal by completing Step III of the Maricopa/EMCC Southwest Skill Center Grievance Form and submitting it to the College President.

MCCCD-O 2112

**9.2.3.2.** The College President shall appoint a Grievance Appeal Board composed of: (a) the Chief Administrator from Maricopa Skill Center or EMCC Southwest Skill Center; (b) two staff members selected by the grieving employee; and (c) two staff members selected by the Chief Administrator. The four (4) staff members will be selected for their knowledge of the area of the appeal but having no direct administrative responsibility for the grievant.

**9.2.3.3.** The College President will set the date and time of the Appeal Hearing, which will occur within ten (10) working days of the appointment of the Appeal Board. The Appeal Hearing may be tape recorded with prior notification to those present.

**9.2.3.4.** The Grievance Appeal Board shall review the records of the complaint meeting and grievance hearing. After reviewing these documents, the Appeal Board shall hear the grievant, supervisor, and/or parties involved to examine the evidence. The grievant, supervisor, and/or parties involved will be excused, and the Board will hold a caucus and make a decision. When the vote is tallied, the decision of the Appeal Board will be recorded and a formal report of the finding drafted and signed by all members of the Board. It is expected that all members of the Board will vote; but in any circumstance, the majority vote will carry. All discussions, actions, and records of the Appeal Board, except the Final Report, are strictly confidential. The findings of the Appeal Board are final.

## 10. TYPES of LAYOFF / SEPARATION

### 10.1. Layoff

**10.1.1.** Layoff will be that type of separation that severs an employee's services due to lack of work available that matches the employee's particular qualifications and capabilities, program closure, decline in enrollment, or lack of funding.

**10.1.2.** After consultation with District HR, the employee will be notified in writing by the Chief Administrator at least fifteen (15) calendar days prior to a layoff.

**10.1.3.** When an employee is laid off, he/she may be given preference for rehiring if the job position is re-instituted within a period of six (6) months.

### 10.2. Resignation

**10.2.1.** A resignation occurs when an employee voluntarily terminates his/her employment with the Skill Center. It is recommended that an employee notify the Chief Administrator at least two weeks prior to the effective date of his/her resignation.

**10.2.2.** The employee must provide a letter of resignation to the Chief Administrator and schedule an exit interview. The Chief Administrator will acknowledge, in writing, acceptance of the resignation and set a date and time for the exit interview.

**10.2.3** Upon the effective resignation/termination date, an employee waives all rights that he/she has held as an employee and shall be treated as a new employee should he/she return to the District.

### 10.3. Retirement

General.  Maricopa/EMCC Southwest Skill Center employees are subject to the Arizona Retirement System and may retire according to its provisions. See http://www.maricopa.edu/employees/divisions/hr/benefits/separation/asrs/.

MCCCD-O 2113

**10.4.    Voluntary Termination**

    **10.4.1.**    Two (2) weeks prior to resignation, the employee will provide a letter of resignation to the supervisor and the Skill Center HR Office. The employee may schedule an exit interview with the Chief Administrator or designee.

    **10.4.2.**    With voluntary or involuntary termination of employment, an employee waives all rights that he/she had as an employee and will be treated as a new employee should he/she return to the Skill Center.

**10.5.    Involuntary Termination**

    **10.5.1.**    If an employee fails to appear for work on three (3) consecutive scheduled workdays and fails to communicate with their supervisor regarding their absence, the administration may deem the position abandoned and seek termination of the employee's employment. A supervisor should make a reasonable attempt to contact the employee during this time.

    **10.5.2.**    A regular employee may be terminated for cause. Before termination for cause is undertaken, the Chief Administrator will make a careful analysis of all circumstances. The Chief Administrator will send his/her recommendation for termination to the College President for review. The College President will, if he/she concurs with the recommendation, request approval for the termination of the employee from the Vice Chancellor of Human Resources. The employee will receive a written notification from the Human Resources Department of the termination. A regular employee may appeal his/her termination to the College President, Gateway/Estrella Mountain Community College, within five (5) working days of receipt of the written termination notice. The College President will provide the employee with an opportunity to present reasons, either in person or in writing, why he/she should not be terminated within five (5) calendar days of receiving the employee's appeal request.

    **10.5.3.**    If the employee is recommended for termination, the employee may request a due process hearing. Such request shall be made in writing to the Vice Chancellor for Human Resources within five (5) working days after the receipt of the notice of termination from the District Office Human Resources. If the College President's decision to terminate stands, the employee may request a post termination due process hearing. Such request shall be in writing to the VC for HR within five (5) calendar days from the date the College President responded back to the employee (either in writing or in person).

    **10.5.4.**    Upon a timely request, a Hearing Committee shall be constituted and shall be composed of the following;, one (1) college president as recommended by the Vice Chancellor for Human Resources, one (1) employee selected by the Chief Administrator, and one (1) employee selected by the employee.

    **10.5.5.**    The Hearing Committee shall select a Chair. Unless the parties stipulate to extend the time beyond which is set forth below, the Chair shall conduct a meeting with the employee and his/her representative no later than twenty (20) working days after the formation of the committee for the purpose of exchanging exhibits, witness lists and summaries of witness testimony. The Chair may choose to deny admission of an exhibit(s) or witness testimony for failure to comply with this section.

    **10.5.6.**    Unless the parties otherwise agree, the Hearing Committee shall conduct the hearing no later than ten (10) working days after the exchange of information detailed in section 8.4.2. if applicable. Prior to the hearing, the employee must declare, in writing, whether he/she wishes the hearing to be made public or in closed session. The employee may attend the hearing; present testimony,

MCCCD-O 2114

evidence or statements, oral or written, in his/her behalf; and be represented by legal counsel or other representative.

**10.5.7.** Within five (5) working days after completion of the hearing, the Hearing Committee shall provide the Vice Chancellor for Human Resources with a written summary of the evidence that was presented during the hearing. In addition the Hearing Committee shall render binding written findings of fact and conclusions of law and forward same with its recommendation regarding the appropriateness of the dismissal to the Vice Chancellor for Human Resources. The above deadline may be extended up to fifteen (15) working days after completion of the hearing if the Hearing Committee requests briefs and/or recommended findings of fact and conclusions of law from the parties.

**10.5.8.** After receiving the Hearing Committee's summary of evidence, findings of fact and conclusions of law, the Vice Chancellor for Human Resources may meet with the Hearing Committee to clarify the summary of evidence, findings of fact and conclusions of law. The Vice Chancellor for Human Resources shall have ten (10) working days in which to review the recommendation regarding dismissal. The Vice Chancellor for Human Resources may adopt the recommendation and forward same with the summary of the evidence, a copy of the findings of fact, conclusions of law and the Hearing Committee's recommendation to the Chancellor.

**10.5.9.** The Chancellor may choose to meet with the employee and/or his/her representative and a representative of the administration in executive session (the employee may choose to have this meeting in public) to hear arguments regarding the appropriateness of the Vice Chancellor for Human Resources' recommendation regarding dismissal. The length of the meeting shall not exceed one (1) hour.

**10.5.10.** The Chancellor, at a public meeting, shall render the final decision regarding the employee's appeal. A copy of the final decision shall be sent (U.S. certified or registered mail) to the employee at his/her place of residence as recorded in District records.

**10.6.  Exit Interview**

**10.6.1.** When an employee is terminated, either voluntarily or involuntarily, an exit interview will be conducted by the Chief Administrator or designee.

**10.6.2.** There are areas on the exit interview check sheet, regarding keys, equipment, ID cards and materials that must be signed off by the immediate supervisor. The exit interview check sheet will be filed with the Skill Center Human Services staff.

## 11.  PERSONNEL FILES and INFORMATION

The Maricopa/EMCC Southwest Skill Center will maintain the official personnel files, which will contain all materials relevant to the employee's employment. The files will be secured, and only authorized personnel will be permitted to view them.

**11.1.** An employee will have the right to:

**11.1.1.** Review the contents of his/her file upon request.

**11.1.2.** Be notified in writing when material (other than of routine office nature) is being added to the file.

**11.1.3.** Receive a copy of any derogatory or negative information placed therein.

**11.1.4.** Submit a written response to be included in his/her personnel file whenever negative or derogatory information is placed in the file.

**11.1.5.** Request that relevant documents be added to the file. (Relevancy will be

MCCCD-O 2115

determined by the Chief Administrator or designee.)

**11.1.6.** Request the removal of all inappropriate and/or obsolete documents from the file. (The Chief Administrator or designee will determine what an inappropriate or obsolete document is.)

## 12.   HIRING of RELATIVES

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 13.   OBSERVANCE of SAFETY

**13.1.**   **Accident Prevention.**   Each employee is responsible for safety and accident prevention at the Maricopa/EMCC Southwest Skill Center.

**13.2.**   **Safety**

**13.2.2.1.**   Each employee in the Skill Center shall comply with Arizona Occupational Health and Safety Standards.

**13.2.2.2.**   Each supervisor is responsible for the following:

**13.2.2.2.1.**   Posting in his/her classroom or work area the safety rules for that area and an emergency evacuation route.

**13.2.2.2.2.**   Enforcing the safety rules with the students/employees.

**13.2.2.2.3.**   Incorporating in the curriculum the accepted safety standards of that occupation and issuing safety equipment on the first day of class as appropriate for the cluster.

**13.2.2.2.4.**   Reporting safety hazards in writing to the Chief Administrator or designee.

**13.2.2.2.5.**   Complying with District, city, state, and federal safety standards.

## 14.   EMPLOYEE BENEFITS

Employees should contact the District Compensations Department regarding the benefit categories listed below or see http://www.maricopa.edu/employees/divisions/hr/benefits/index.

**14.1.**   **Automated Benefits**

**14.1.1.**   **District Contribution Amounts - refer to:**
**http://www.maricopa.edu/employees/divisions/hr/benefits/coverage/credits** (for flex credits and rate table)
**http://www.maricopa.edu/employees/divisions/hr/benefits/coverage** (for general information)

**14.1.2.**   **Industrial Compensation**

Employees should contact the District Compensation Department or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

MCCCD-O 2116

### 14.1.3. Statutory Benefits

**14.1.3.1.** Social Security

**14.1.3.2.** Medicare

**14.1.3.3.** Unemployment

**14.1.3.4.** Workers compensation

## 14.2. Tax-Sheltered Accounts (TSA)

Employees should contact the District Compensation Department regarding Tax-Sheltered Accounts (TSA) or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 14.3. Sick Leave

Employees should contact the District Compensation Department regarding sick leave or see http://www.maricopa.edu/employees/divisions/hr/benefits/timeoff/sick/. The sick leave policy is intended to protect employees from loss of income during periods of illness. Sick leave time may not be used for any other purpose. In any absence of three (3) consecutive working days or more, an employee must furnish proof of illness to the Chief Administrator or designee.

### 14.3.1. End-of-year reconciliation and reimbursement

**14.3.1.1.** At the end of the calendar year, if an employee has accumulated days of sick leave, but has, during an earlier period of that calendar year, sustained loss of pay due to lack of sick leave credits, he/she will be reimbursed on the last pay period up to the actual accumulation. This privilege will not carry over to subsequent calendar years.

**14.3.1.2.** An employee must authorize the Benefits Office in writing, ten (10) days prior to the last payroll date of the calendar year, to apply accumulated sick days.

### 14.3.2. Unused sick leave accrual

**14.3.2.1.** At the end of a calendar year, unused sick leave will be carried forward to the succeeding year. There is no limit on the accumulation of sick leave that can be used for the employee's own illness.

**14.3.2.2.** Unused sick leave, up to a maximum of sixty (60) days, will be reimbursed by the Skill Center at the rate of $25.00 per day upon the employee's retirement if the employee has been employed at the Skill Center for seven (7) or more years. At the death of an employee, the heir(s) will receive the reimbursement for the unused sick leave according to the same formula.

### 14.4. Personal Time

**14.4.1.** Personal time, not to exceed 4 days (32 hours for regular employees) per year (non cumulative), may be granted for a legal, professional, emergency, religious, or other unique activity that can be accomplished only on the day involved.

Examples may include assisting a relative in an emergency situation an appointment with a professional, a funeral, etc. Personal time does not need to be pre-approved. As much advance notice as possible should be given for scheduling

MCCCD-O 2117

purposes. Personal time is not to be used routinely to come in late or leave early from work.   Personal time will be charged to the employee's sick leave.

**14.5.   Vacation**

Employees should contact the District Compensations Department regarding vacation accrual or see http://www.maricopa.edu/employees/divisions/hr/benefits/timeoff/vacation/.

    **14.5.1.**   Vacation time shall be earned by each regular staff member on the basis of length of service.  (See section 14.5.2., rate of accrual.)  Vacation is earned from July 1 through June 30 (the fiscal year).

    **14.5.2.**   **Rate of Accrual**

        Vacations for all twelve (12) month eligible employees will be:

| Years of Service | Vacation Allowable |
|---|---|
| Less than one (1) year | Pro rata |
| After one (1) year | Ten (10) working days/year (80 hours) |
| After three (3) years | Fifteen (15) working days/year (120 hours) |
| After five (5) years | Seventeen (17) working days/year (144 hours) |
| After seven (7) years | Twenty (20) working days/year (160 hours) |

    **14.5.3.**   Regular part-time employees will accrue vacation according to the following:

        **14.5.3.1.**   A regular employee employed on a twelve (12) month basis whose hours of work are less than eight (8) but four (4) or more a day will accumulate pro rata vacation time credits.

        **14.5.3.2.**   A regular employee, employed on a nine (9), nine and one-half (9 1/2), or ten (10) month basis will accumulate pro rata vacation benefits.  Accumulated vacation must be taken during the work period.

        **14.5.3.3.**   An employee whose status is changed from a nine (9), nine and one-half (9 1/2), or ten (10) month basis will be eligible for that level of vacation allowable, computed against all years of continuous service at the less than twelve (12) months basis, appropriately prorated.

    **14.5.4.**   An employee will have his/her vacation accruals begin on his/her service date. Accrual ranges for vacation will be credited on the service date anniversary.

    **14.5.5.**   An employee will be allowed to extend his/her vacation to June 30 of the following year.  No extensions will be granted beyond June 30.  However, the employee may bank seven (7) days (56 hours) per year of his/her accumulated vacation.  The total number of days to be banked may not exceed sixty (60) days (480 hours) over and above his/her regular vacation benefit.

**14.6.   Vacation Scheduling**

    **14.6.1.**   Supervisors are responsible for scheduling vacations in order to meet the administrative needs of their areas of responsibility.  Consistent with such needs, employee preference will be given consideration.

    **14.6.2.**   Employees will be required to schedule their vacation at least two (2) weeks in advance.  They may reschedule their vacation by submitting a revised request to their supervisor at least one (1) week in advance of their requested vacation dates.

    **14.6.3.**   Under unusual circumstances, vacation time may be approved by the Chief Administrator or designee.

MCCCD-O 2118

**14.7.     Vacation Approval**

    **14.7.1.**   All vacation requests must be reviewed for approval by the employee's supervisor and by the Chief Administrator designee. The employee will be notified in writing of the approval or disapproval of the vacation request within one (1) week of the submitted request.

    **14.7.2.**   Requests for eighty to one hundred twenty (80-120) consecutive hours or 10-15 days must be reviewed for approval by the Chief Administrator or designee.

**14.8.     Paid Holidays**

Paid holidays are the following days on which no work will be required, but for which regular pay will continue for regular full-time employees with benefits.

Independence Day
Labor Day
Veteran's Day
Thanksgiving Day (and the day after)
Christmas Day through New Year's Day
Martin Luther King Day
Presidents' Day
Memorial Day
Spring Recess (Thursday and Friday)

**14.9.     Tuition Waivers**

    **14.9.1.**   At District Colleges

        Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

    **14.9.2.**   **At Skill Centers**

- Tuition and fee waivers are limited to the per-clock-hour cost of the program. Other fees, such as lab and book fees are not waived and must be paid by the employee.

- Employee tuition waivers for programs that do not conflict with the employee's regularly scheduled work hours, and dependent tuition waivers should be handled through the Skill Center Business Office.

- Spouses and dependent children of full-time employees must determine their eligibility for financial aid before tuition and fee wavier is approved.

- An eligible employee wishing to take a class/program that conflict with his/her normal working hours of accountability must obtain the signatures of his/her supervisor and chief administrator prior to presenting the completed form to the Business Office or appropriate fiscal office of the college where the classes are taken.

    a)   There will be a limit of two (2) clock hours per week unless approved by the supervisor and Chief Administrator.

    b)   The training must be offered only during the employee's regular work schedule.

    c)   Any change in the work schedule must have the approval of the supervisor and Chief Administrator.

    d)   Supervisor should consider flex schedules or the employee's may use vacation time.

MCCCD-O 2119

### 14.10. Travel Reimbursement

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

Accurate records and receipts, and an approved Travel Request Form submitted prior to departure, are essential for reimbursement.

## 15. LEAVES OF ABSENCE

Employees should contact the District Compensation Department regarding the benefit categories listed below or see http://www.maricopa.edu/employees/divisions/hr/benefits/leaves or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

### 15.1. Family Medical Leave Act (FMLA) – refer to: http://www.maricopa.edu/employees/divisions/hr/benefits/leaves

#### 15.1.1. For the duration of Family and Medical Leave, employees will not seek, nor be employed in outside employment during their hours of accountability. The Vice Chancellor for Human Resources may grant exceptions for extenuating circumstances for individuals adversely affected by these provisions. In addition to the above, any service contract with MCCCD will be canceled until the employee returns to work.

### 15.2. Leave of Absence for Medical or Personal Reasons

### 15.3. Military Leave for Military Training

### 15.4. Military Leave for Active Duty

### 15.5. Bereavement Leave

### 15.6. Catastrophic Illness/Imminent Death

## 16. Jury Duty

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 17. Professional Growth

### 17.1. Definition

Professional growth activities include participation in seminars, workshops, conferences, and educational programs.

### 17.2. Reimbursement

Employees should review the current Compensation for Educational/Seminar, Workshop, and Conferences Reimbursement Guidelines. Employees who benefit under this program are not eligible for Educational Advancement (see Section 2.5.) benefits.

#### 17.2.1. Professional Growth Assistance Program

##### 17.2.1.1. To assist a regular, full-time employee to improve his/her abilities and increase his/her potential to perform responsible jobs, the Skill Center has a Professional Growth Assistance Program available to employees who have satisfactorily completed the probationary period.

##### 17.2.1.2. If approved, a regular, full-time employee will be reimbursed for the cost of tuition if he/she pursues a course of job-related study offered by a college, university, or educational institution accredited by a

MCCCD-O 2120

nationally recognized agency or association.   The employee must receive prior written approval by the immediate supervisor and Chief Administrator for each event or individual class. A grade of "C" or better in the course of study is required to receive reimbursement. Reimbursements will be made up to, but not to exceed, tuition costs at major in-state public universities. Employees should review the current guidelines regarding tuition reimbursement limits and total award limits.

**17.2.1.3.**   Regular part-time employees who work twenty-five (25) to thirty (30) hours per week are eligible for reimbursement up to 50% of the costs, as outlined above, with the prior approval of the supervisor and/or the Chief Administrator.

**17.2.2.**   Seminars, workshops, and conferences

**17.2.2.1.**   Regular full-time employees who participate in seminars, workshops, and conferences will be reimbursed up to the cost of the program, with the prior approval of the supervisor and/or Chief Administrator.

**17.2.2.2.**   Regular part-time employees who work twenty-five (25) to thirty (30) hours per week, who participate in workshops and conferences, will be reimbursed up to 50% of the cost of the program, with the prior approval of the supervisor and/or Chief Administrator.

MCCCD-O 2121