# EXHIBIT 6

Isabel Flores Cheno - June 13, 2016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Schaun Owens,                    )
                                 )
                Plaintiff,       )
                                 )
vs.                              ) No.
                                 ) CV-15-01769-PHX-SPL
Maricopa County Community        )
College District, Maricopa       )
Skill Center, and Lisa           )
Hemming,                         )
                                 )
                Defendants.      )
                                 )


DEPOSITION OF ISABEL FLORES CHENO


Mesa, Arizona
June 13, 2016
9:08 a.m.


REPORTED BY:
MARISA L. MONTINI, RPR
Certified Reporter
Certificate Number 50176

PREPARED FOR:
ASCII/COPY

(Certified Copy)

Isabel Flores Cheno - June 13, 2016

4

1                                                        Mesa, Arizona
                                                         June 13, 2016
2                                                        9:08 a.m.

3

4                          ISABEL FLORES CHENO,

5       having been first duly sworn to tell the truth, the whole

6       truth and nothing but the truth, was examined and

7       testified as follows:

8

9                             EXAMINATION

10      BY MR. SCHWARTZ:

11          Q.   We're now on the record.  Would you state your

12      full legal name and spell each of the words, please.

13          A.   It's Isabel.  That's I-s-a-b-e-l.  Flores is

14      F-l-o-r-e-s, and Cheno is C-h-e-n-o.

15          Q.   Isabel, I introduced myself before this

16      deposition began.  My name is David Schwartz.  I represent

17      the Maricopa County Community College District in a

18      lawsuit filed by Schaun Owens, just so you understand

19      what's all going on.  Ms. Owens was invited and allowed to

20      attend today.  We -- she didn't appear at 9 o'clock, so we

21      called her.  This is just for your benefit and mostly for

22      the record's benefit.  Ms. Owens indicated she was not

23      going to attend either your deposition or the deposition

24      scheduled later today unrelated to you.  I'm just putting

25      that on the record, and we are proceeding with that.

9

1    A.    Rafael is R-a-f-a-e-l.

2    Q.    Because I've seen Rafael spelled with the a-e and

3    e-a.  That's why I asked.  The other ones I already

4    understand.

5              Let's talk a little bit about your

6    educational background.  Do you have a high school degree?

7    A.    Yes.

8    Q.    When did you receive it?

9    A.    In 2014.

10    Q.    And from what high school did you graduate?

11    A.    Washington High School.

12    Q.    Now, it's my understanding you attended the

13    Maricopa Skill Center for the cosmetology program; is that

14    true?

15    A.    Yes.

16    Q.    Did you ever graduate from that program?

17    A.    I graduated.  I just didn't go to the ceremony.

18    Q.    Was there any particular reason you chose not to

19    go to the ceremony?

20    A.    I just chose not to just because.

21    Q.    When I graduated college, I didn't go to my

22    graduation ceremony.

23              Did you ever apply to become licensed as a

24    cosmetologist?

25    A.    No.

10

1      Q.   Why did you choose not to?

2      A.   It wasn't something that really interested me.   I

3   wanted to go on and do something else.

4      Q.   Okay.  Have you ever filed for bankruptcy?

5      A.   No.

6      Q.   Have you ever been convicted of any felonies or

7   misdemeanors?

8      A.   No.

9      Q.   All right.  You already told us you attended the

10  Maricopa Skill Center.  What years did you attend the

11  Maricopa Skill Center cosmetology program?

12     A.   From 2012 to 2014.

13     Q.   And were you aware that the Maricopa Skill Center

14  is an addition or part of Gateway Community College?

15     A.   Yes.

16     Q.   Okay.  And you understand Gateway Community

17  College is one of several colleges run for the Maricopa

18  County Community --

19     A.   Yes.

20     Q.   -- College District?

21     A.   Yes.

22     Q.   Remember we talked about wait to make sure I'm

23  finished with my question.

24     A.   Oh, okay.

25     Q.   That's all right.  I may remind you.  I don't

Isabel Flores Cheno - June 13, 2016

12

1    Q.   And were you one of the high school students
2  attending Cutting Edge through West-MEC?
3    A.   Yes.
4    Q.   Okay.  And who was your instructor your first
5  year?
6    A.   Kelly Little.
7    Q.   And how much time is a first year cosmetology
8  student in the classroom as opposed to on the clinic floor
9  where you might practice cutting and doing other things
10  that cosmetologists do?
11    A.   The first year was mostly all in the classroom.
12  We would spend Mondays out on the clinic floor.
13    Q.   When you were at Cutting Edge, did your
14  instructor ever show you any videos of like Tabatha
15  Takeover or Face Off?
16    A.   Yes.
17    Q.   How often did your instructor show you those kind
18  of videos?
19    A.   It was about once a week, like every Friday I
20  would say.
21    Q.   And was it shown for the entire class?
22    A.   Yes.
23    Q.   Was it shown throughout the class when it was
24  shown?
25    A.   Yes.

Isabel Flores Cheno - June 13, 2016

15

1   instructor?

2       A.    Yes.

3       Q.    And for Ms. Owens, did she also do that on a

4   daily basis?

5       A.    Yes.

6       Q.    Okay.  Did you ever have any contact with Lisa

7   Hemming when you were at Cutting Edge?

8       A.    No.

9       Q.    Did you understand that she was called something

10  called a clinic floor supervisor?

11      A.    At Cutting Edge?

12      Q.    At Cutting Edge.

13      A.    No.

14      Q.    It sounds like you had no real interactions with

15  Ms. Hemming.  Did you form any opinions about Lisa Hemming

16  while you were at Cutting Edge?

17      A.    No.  I don't believe I ever saw her at Cutting

18  Edge.  I don't recall seeing her.

19      Q.    Now, do you speak Spanish?

20      A.    Yes.

21      Q.    You do write Spanish?

22      A.    Yes.

23      Q.    Have -- when you were at Cutting Edge, did you

24  ever hear anything about an English only campus, anything

25  of that nature?

16

1     A.    When we first signed on, I don't recall them

2   telling us it was only an English only campus, but me and

3   my friends, we would speak Spanish, and they would tell us

4   that it wasn't allowed.

5     Q.    And that was even at Cutting Edge?

6     A.    Yes.

7     Q.    And the friends -- who were your close friends

8   the first year at Cutting Edge?

9     A.    It was Karen, Jenny or Jennifer, Jessica and

10   Belen.

11     Q.    What's Karen's last name?

12     A.    Esparza.

13     Q.    For her benefit, give us your best spelling?

14     A.    E-s-p-a-r -- I need a pencil for this.

15     Q.    A-r-z-a?

16     A.    Yes.

17     Q.    And was it Jennifer Jimenez?

18     A.    Yes.

19     Q.    And give us your best spelling for Jimenez?

20     A.    J-i-m-e-n-e-z.

21     Q.    And was it Jessica Diaz?

22     A.    Yes.

23     Q.    Diaz, D-i-a-z?

24     A.    Yes.

25     Q.    And what was Belen's last name?

19

1    understand.

2        Q.    And did you accept that?

3        A.    Yeah.

4        Q.    Did you have some reason to think that wasn't

5    true?

6        A.    No.

7        Q.    Now, you were aware while you were attending

8    Cutting Edge that there was a student code of conduct?

9        A.    Yes.

10       Q.    And you understood the student code of conduct

11   would prevent things like bullying or harassing other

12   students, things of that nature?

13       A.    Yes.

14       Q.    And you would agree with me those things would be

15   prohibited, bullying, harassment, whether they're done in

16   English, Spanish, Italian or any language; is that true?

17       A.    Yes.

18       Q.    While you're at Cutting Edge, did you have any

19   potlucks?

20       A.    Yes.

21       Q.    Approximately how many?

22       A.    I would say about four.

23       Q.    Do you remember the occasions?

24       A.    I believe we had one for Thanksgiving, one for

25   Christmas.  I know we had breakfast, too, where they would

20

1  make breakfast there for fundraisers, but sometimes they
2  were just because or right before an exam we would have
3  one, too.
4      Q.    And where were the potlucks?  Where was the food
5  located for a potluck?
6      A.    In the break room.
7      Q.    Were you ever allowed at Cutting Edge to have
8  food in the classroom?
9      A.    No.
10     Q.    Were you allowed to have, like, soda or drinks
11 other than water in the classroom or on the clinic floor
12 at Cutting Edge?
13     A.    As long as they had the lids for them we were.
14     Q.    In essence, you could have a drink, but you
15 couldn't actually drink it while you were in the classroom
16 or on the clinic floor; is that fair?
17     A.    Yes.  It had to stay in the lockers.
18     Q.    All right.  For your second year, did you
19 transfer over and attend the new campus at the Northwest
20 campus of the Maricopa Skill Center?
21     A.    Yes.
22     Q.    Why did you choose that you wanted to go to the
23 Northwest campus from Cutting Edge?
24     A.    It was closer to my home, but then I moved
25 farther out.

21

1       Q.    So it backfired on you?

2       A.    Yes.   Like halfway through the year, we moved out

3    that way.

4       Q.    Did you expect that when you attended the

5    Northwest campus, you would have similar rules to what you

6    had experienced at Cutting Edge?

7       A.    Yes.

8       Q.    I'm going to hand you a notebook.   This has some

9    of the exhibits that were previously marked at Schaun

10   Owens' deposition, and rather than necessarily going over

11   the same documents, turn to tab number six, which would be

12   Exhibit 6.

13      A.    Okay.

14      Q.    This is the Maricopa Skill Center cosmetology

15   student handbook, and if you will turn to page number 8.

16   Numerically at the bottom there are what lawyers call

17   Bates labeling numbers.   MCCCD-O-400 is the page I'm

18   referring to.   Is that the page you're on?

19      A.    Yes.

20      Q.    So if I refer to Bates labeled pages, will you at

21   least understand that's what I'm referring to, these

22   numbers at the bottom right?

23      A.    Okay.

24      Q.    Okay.   Actually, let's go back.   Look at this

25   Exhibit 6 generally.   Do you recognize this to be the

22

1   student handbook from the 2013/2014 school year?

2       A.   Yes.

3       Q.   Okay.  And how did you receive -- or was this

4   handbook made available to you?  Did you get a hard copy?

5   Was it online?  How did you get access to it?

6       A.   I don't recall.

7       Q.   It's my understanding that this handbook was made

8   available and posted on the District and Maricopa Skill

9   Center website.  Do you believe it was at least available

10  to you online even if you don't --

11      A.   Yes, online it was, I recall.

12      Q.   Okay.  You're just not sure if they handed you a

13  hard copy or not; is that fair?

14      A.   Yes.

15      Q.   Okay.  Do you remember what part of the first

16  day, both in your first year at Cutting Edge and also at

17  Northwest campus, one of the things the instructors would

18  go over is, "Hey, let's just kind of talk a little bit

19  about the handbook," the student handbook you had?

20      A.   Yes, and the classroom rules.

21      Q.   And was the handbook available to you before your

22  first day of school?

23      A.   Yes.

24      Q.   Okay.  Did you understand as a student you were

25  expected to know what was in the student handbook and be

Isabel Flores Cheno - June 13, 2016

23

1  able to abide by the rules and policies that were set
2  forth in the handbook?
3      A.   Yes.
4      Q.   Did you expect that the instructors at the school
5  would be aware of what was in the student handbook because
6  they were going to -- supposed to be enforcing those rules
7  and policies?
8      A.   Yeah.
9      Q.   Okay.  At the Northwest campus for now your
10  second year in the cosmetology program, who was your
11  instructor?
12      A.   Ms. Schaun.
13      Q.   And by that, you mean Schaun Owens?
14      A.   Yes.
15      Q.   When you refer to Schaun, you're referring to
16  Schaun Owens; is that fair?
17      A.   Yes.
18      Q.   So you can refer to her either way you wish.  I
19  just want to make it clear for the record.
20      A.   Okay.
21      Q.   How much time -- I know you told us in the first
22  year most of your time was in the classroom and only one
23  day a week would you be on the clinic floor.  For the
24  second year, how much time is in the classroom versus the
25  clinic floor?

Isabel Flores Cheno - June 13, 2016

24

1      A.    It was one day in the classroom and the rest on

2   the clinic floor.

3      Q.    And from looking at the handbook and from hearing

4   other people, it's my understanding you would typically

5   attend five days a week, Monday through Thursday, and then

6   sometimes on Saturdays.  Is that your recollection?

7      A.    For the second year?

8      Q.    Yes.

9      A.    I think it was Monday through Friday.

10      Q.    Okay.  Monday through Friday five days a week and

11   then sometimes you would also go on Saturdays?

12      A.    Yes.

13      Q.    Okay.  So typically -- and when you went on

14   Saturdays, was that always to go to the clinic floor?

15      A.    Yes.

16      Q.    So your typical Monday through Friday schedule

17   would be four days on the clinic floor and perhaps one day

18   in the classroom?

19      A.    In the classroom.

20      Q.    And according to the handbook, the weekdays were

21   2:00 p.m. to 6:00 p.m. for the time frame.  Does that

22   sound right?

23      A.    For the second year?

24      Q.    Yes.

25      A.    Yes.

Isabel Flores Cheno - June 13, 2016

30

1      A.   We had a meeting in our classroom once about

2   being able to speak Spanish or why we couldn't do it, and

3   then we had another occasion where a student said that we

4   were bullying her so we had another meeting in the

5   classroom.

6      Q.   Are those the only two occasions that you recall

7   talking directly with Lisa Hemming?

8      A.   Yes.

9      Q.   Okay.  All right.  Let's talk about them.  The

10   first one, you said there was a meeting in the class about

11   speaking Spanish.  Who all was present for that meeting?

12      A.   It was myself, Karen, Jennifer, Jessica, Belen

13   and that -- and Ms. Schaun.

14      Q.   And about how long did the meeting last?

15      A.   It was about 15 minutes.

16      Q.   Tell me what you recall was discussed in that

17   meeting.

18      A.   Why we couldn't be speaking Spanish, and my --

19   why Jennifer believed it was unfair, and we were just

20   basically told we couldn't speak Spanish anymore in the

21   break room or until we were off the campus itself.

22      Q.   Anything else that you remember being said?

23      A.   No.

24      Q.   Did Ms. Hemming ever tell you why she was

25   requesting that Spanish not be spoken on campus?

Isabel Flores Cheno - June 13, 2016

31

1      A.    For the same reason that students didn't

2   understand.

3      Q.    I'm sorry?

4      A.    For the same reasons that students didn't

5   understand what we were saying.

6      Q.    Did she say anything else?

7      A.    What was that?

8      Q.    Did Ms. Hemming say anything else in terms of

9   reason?

10     A.    No.

11     Q.    Did she say anything -- I know you mentioned

12  there was a meeting about students said you were --

13  someone was bullying them?

14     A.    Yes.

15     Q.    Was that connected with this whole Spanish thing

16  or unconnected?

17     A.    It was connected.

18     Q.    So did you, at some point, learn that the request

19  not to speak Spanish outside of the classroom was somehow

20  related to a student complaining about bullying?

21     A.    Yes.

22     Q.    Okay.  Did you ever figure out -- strike that.

23             Did Ms. Hemming ever identify who the

24  student or students were that were complaining about

25  bullying?

Isabel Flores Cheno - June 13, 2016

33

1    that correctly?

2        A.    Yes.

3        Q.    Do you remember what Jennifer said, even if not

4    the specific words, the gist of what she was saying?

5        A.    Just that it wasn't fair and that she couldn't be

6    telling us that we can't speak Spanish even during our

7    break.

8        Q.    How was it left at the end of the meeting?  Were

9    you supposed to speak Spanish in, like, the break rooms or

10   someplace -- anywhere on campus or weren't?

11       A.    No, we weren't allowed to.

12       Q.    Okay.  Was that ever changed?

13       A.    No.

14       Q.    Did you ever speak Spanish anywhere on campus

15   after that before you graduated -- before you finished the

16   semester?

17       A.    We did.

18       Q.    Did you ever get reprimanded or disciplined in

19   any way?

20       A.    No, not that I can recall.

21       Q.    What occasions after -- strike that.  Let me

22   start over.

23              When, approximately, give me a date, did

24   this meeting happen?  Are we talking it happened early in

25   the semester or near the end of graduation?  Can you give

34

1  me a time frame?

2      A.    I would say about halfway through the year is

3  when it became an issue.

4      Q.    So roughly somewhere near like Thanksgiving or

5  maybe nearer to Christmas, November, December?

6      A.    By November.

7      Q.    Ms. Owens suggested that there was a meeting in

8  September.  Is that in any way consistent with your

9  recollection or do you think it was later than that?

10      A.    The meeting in September, was it about the same?

11      Q.    Ms. Owens suggested there was a meeting in

12  September about the whole Spanish speaking issue, and I'm

13  just trying to jog your memory.  If it doesn't help you,

14  just tell me, no, that doesn't change anything or it does.

15      A.    I really don't remember.

16      Q.    That's fair enough.

17              So there's a meeting with Ms. Hemming.  And

18  does Ms. Owens tell you and the other students that you

19  will have to go ahead and comply with Ms. Hemming's

20  request?

21      A.    She did.

22      Q.    So Ms. Owens and Ms. Hemming are telling you and

23  the other students that they're not supposed to be

24  speaking Spanish like in the break rooms or maybe in the

25  halls between classes, things of that nature?

35

1    A.    Yes.

2        Q.    Okay.  But after that, on occasion, you and your

3    friends do, on occasion, speak Spanish; correct?

4    A.    Yes.

5        Q.    Nobody reprimands you, nobody disciplines you, to

6    your knowledge; correct?

7    A.    Correct.

8        Q.    You said there was a second meeting.  How long

9    after the first meeting did you have your second meeting

10   about the student complaining about bullying?

11       A.    It was about right after because I know

12   Ms. Hemming came in and told us that we weren't allowed to

13   speak Spanish, and then not too long after was it that she

14   came in and told us that one of her students felt like she

15   was being bullied by us.

16       Q.    Did you get the impression Ms. Hemming was trying

17   to explain to you and the other students why she was

18   requesting you not speak Spanish because of the bullying

19   allegation or was it just something totally unconnected?

20       A.    I felt like it was just something in general.

21       Q.    Who was involved in the second discussion you had

22   with Lisa Hemming?  Obviously you and Ms. Hemming were

23   present.  Were there other students present?

24       A.    Yes.

25       Q.    Was it the same ones?

Isabel Flores Cheno - June 13, 2016

36

1     A.     Yes.

2     Q.     Was there anyone different?

3     A.     I believe Dani was in there.

4     Q.     The person who you think was complaining was

5  present during the meeting?

6     A.     Yes.  I do recall, yes, she was.

7     Q.     Did Dani, Danielle, say anything during the

8  second meeting?

9     A.     I remember that she was crying and saying that

10  she felt like we were talking bad about her and that was

11  about it.

12     Q.     Now, let me -- obviously I haven't talked to

13  Dani.  I don't know what her side of the story is.  Give

14  me your side of the story as to what was going on which

15  may have led to Dani feeling that you all were talking bad

16  about her.  Were you talking about her?

17     A.     Were we?

18     Q.     Yes.

19     A.     No.  We were just speaking Spanish amongst

20  ourselves, and she was in our row, and I think because she

21  didn't understand it, she assumed we were speaking bad

22  about her.

23     Q.     So this all happened in the classroom?

24     A.     On the clinic floor.

25     Q.     On the clinic floor.  So the English only rule,

43

1      Q.   Do you remember that for like the end of the year

2  Christmas-type potluck, that Ms. Owens showed a movie

3  called Jingle All The Way to the class?

4      A.   Yes.

5      Q.   How often did Ms. Owens show the videos, the

6  Tabatha Takeover and the Face Off?  Was it similar to what

7  had happened at Cutting Edge?

8      A.   It was about once a week.  We would have exams

9  one day a week -- once every two weeks, sorry, and then

10  when we were done studying and we were done with the test,

11  we would watch Tabatha.

12      Q.   And would you be in the -- would the videos be

13  shown in the classrooms?

14      A.   Yes.

15      Q.   Okay.  The studying that happened, would that

16  occur in the classroom?

17      A.   Yes.

18      Q.   So the video, is the sound on?  So like if you're

19  watching Tabatha Takeover, is the sound on from the show?

20      A.   We would finish studying, and then we would watch

21  the show, yes.

22      Q.   So everyone would finish studying, and then

23  everyone would then be able to watch the video.  Am I

24  understanding that correctly?

25      A.   Yes.

1      A.    I think it was for a break once that she was
2   allowed to step outside.
3      Q.    And so this -- there's supposed to be 15-minute
4   breaks for the high school students; is that correct?
5      A.    Yes.
6      Q.    And that's separate from the 30-minute lunch
7   break.  So if you were there on a Saturday, there might be
8   a lunch break?
9      A.    Yes.
10     Q.    Okay.  For the 15-minute break, the high school
11  students weren't allowed to leave the building because it
12  was a closed campus; is that true?
13     A.    Yes.
14     Q.    Okay.  And were you -- did you observe Ms. Kat
15  getting permission from Ms. Owens and then leaving during
16  the break?
17     A.    No.  We were getting something from our lockers,
18  and we saw her stepping outside.
19     Q.    And how do you know that Kat, when she went
20  outside the building, smoked a cigarette?
21     A.    I don't know.
22     Q.    You just heard that; is that fair?
23     A.    Yeah.
24     Q.    Okay.  You don't personally know what Kat did
25  outside the building; is that fair?

50

1    Q.   Okay.  And Ms. Owens allowed you and the other

2   students to do personal services on a Saturday preceding

3   prom?

4    A.   Yes.

5    Q.   And back in the dark ages when I would go to

6   prom, those were typically done on -- prom, in any school,

7   was a Saturday, sometimes they're on a Friday.  Are we

8   talking it was a Saturday and the prom was like that

9   Saturday evening?

10   A.   Yes.

11   Q.   Okay.  Was that the only occasion that you recall

12  that that happened on a Saturday?

13   A.   Yeah, that I can remember, yes.

14   Q.   While you were at the Northwest campus, did you

15  ever hear any instructor or administrator ever say any

16  racial slurs or something that would express racial bias

17  based on people's race?

18   A.   No.

19   Q.   Did you hear any students say any racial slurs

20  while you were at Northwest that expressed the students

21  had a racial bias?

22   A.   Not that I recall.

23   Q.   Did you ever hear anyone -- any instructor or

24  administrator ever say anything that suggested to you they

25  had a bias against people who were Hispanic?

56

1    Q.    You're not saying it did or did not happen.  You

2  don't remember one way or the other; is that fair?

3    A.    Yes.

4    Q.    Do you remember in January, so after the

5  Christmas break, coming back and being a Saturday one time

6  where Ms. Owens ordered pizza for the students?

7    A.    Yes.

8    Q.    Okay.  Did you think that was a Saturday, to your

9  recollection?

10    A.    Yes.

11    Q.    So you would have been -- you and the other

12  students would have been on the clinic floor?

13    A.    Yes.

14    Q.    Okay.  Where was the pizza eaten by the students?

15    A.    In the classroom.

16    Q.    So not on the clinic floor, but in your normal

17  classroom?

18    A.    Yes.

19    Q.    Okay.  Why wasn't the pizza eaten in the break

20  room?

21    A.    I don't know.

22    Q.    Did you -- to your knowledge, was there some

23  issue about using the break room to eat the pizza?

24    A.    I don't remember.

25    Q.    Was there a discussion with Ms. Owens about, hey,

Isabel Flores Cheno - June 13, 2016

86

```
1    STATE OF ARIZONA           )
                                 ) ss.
2    COUNTY OF MARICOPA          )

3              BE IT KNOWN that the foregoing proceedings were
     taken before me; that the witness before testifying was
4    duly sworn by me to testify to the whole truth; that the
     foregoing pages are a full, true, and accurate record of
5    the proceedings, all done to the best of my skill and
     ability; that the proceedings were taken down by me in
6    shorthand and thereafter reduced to print under my
     direction.
7
               I CERTIFY that I am in no way related to any of
8    the parties hereto, nor am I in any way interested in the
     outcome hereof.
9

10             [X]  Review and signature was requested.
               [ ]  Review and signature was waived.
11             [ ]  Review and signature not required.

12
               I CERTIFY that I have complied with the ethical
13   obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
     J(1)(g)(1) and (2).
14             Dated at Phoenix, Arizona, this 1st day of
     July, 2016.
15

16

17                       Marisa L. Montini, RPR
                             Certified Reporter
18                         Arizona CR No. 50176

19
                   *      *      *      *      *
20

21             I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
     complied with the ethical obligations set forth in
22   ACJA 7-206 (J)(1)(g)(1) through (6).

23

24                       GRIFFIN & ASSOCIATES, LLC
                         Registered Reporting Firm
25                         Arizona RRF No. R1005
```

Griffin & Associates Court Reporters, LLC
602.264.2230