# EXHIBIT 8

# UDALL | SHUMWAY
### COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | NO. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **AFFIDAVIT OF CHRISTOPHER WURSTER** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

State of Arizona          )
                          ) s s
Maricopa County           )

Christopher Wurster, upon his oath, states:

1. I am over the age of eighteen and I am competent to testify.

2. I state the matters herein of my own personal knowledge unless otherwise stated.

3. I am also known as C.J. Wurster.

4. I have a Masters of Administration degree.

5. I am currently employed by the Maricopa County Community College District. ("District").

6. The District operates a number of community colleges including Gateway Community College. The Maricopa Skill Center is a division of Gateway Community College.

7. I have served since April 2014 as the Assistant Executive Director for the Maricopa Skill Centers. I served as the Interim Director for the Maricopa Skill Center during the 2013-14 school year until April 2014 when a permanent Executive Director was hired.

8. As Assistant Executive Director and the Interim Director, I am familiar with the student handbooks prepared and published for cosmetology students attending Maricopa Skill Center at any of its campuses.

9. The Maricopa Skill Center published a single Maricopa Skill Center Cosmetology Student Handbook applicable for the 2013-14 school year for students at Cutting Edge Style Academy ("CESA"), the Northwest Campus, and the Buckeye Campus.

10. The 2013-14 Maricopa Skill Center's Cosmetology Student Handbook was available on-line to anyone from the Maricopa Skill Center's website.

11. The 2013-14 Maricopa Skill Center's Cosmetology Student Handbook was available by the time the school opened for students on August 5, 2013. The handbook is approved not only by the District but also by the Western Maricopa Education Center ("West-MEC").

12. West-MEC is a public school district comprised of ten member school districts and over 40 member high schools located in the West Valley.

13. West-MEC has for a number of years sent high school students to attend the cosmetology program at the Maricopa Skill Center. West-MEC pays the tuition for its high school students who attend the cosmetology program.

14. Exhibit 6 to Schaun Owens' deposition is a true and accurate copy of the 2013-14 Maricopa Skill Center's Cosmetology Student Handbook.

15. The District's Staff Policy Manual is available on-line to all employees or anyone on the District's website. The Staff Policy Manual includes the Maricopa & EMCC Southwest Skill Centers Policies applicable to employees of the Maricopa Skill Center and Estrella Mountain Community College Southwest Skill Center.

16. Attached hereto as Exhibit A is a true and accurate copy of the Maricopa & EMCC Southwest Skill Centers Policies, effective July 1, 2012, applicable to employees of the Maricopa Skill Center and Estrella Mountain Community College Southwest Skill Center.

17. The Maricopa Skill Centers' Policies were amended because the Maricopa Skill Center employees were going to be removed as a separate employee group and become part of the District's classified and unclassified employee groups. An employee such as Plaintiff Schaun Owens, who was an Associate Instructor at the Maricopa Skill Center, would have been placed within the Management, Administrative & Technological ("MAT") employee group. The amendments were supposed to go into effect on November 1, 2013, but the amendments were not being

followed as of February 2014.  District human resources advised that the old policies should be followed until the completion of a Classification and Compensation study. This study was not complete as of February 2014.

18. Under the proposed amendments the provision for a four month and eighth month written evaluation of probationary employees was removed from the previous policies.  The new provision only discusses an annual evaluation.  Exhibit 23 to Schaun Owens' deposition is a true and accurate copy of those amended policies which were supposed to go into effect on November 1, 2013 but did not go into effect until 2014 as set forth above.

19. On January 10 and 13, 2014, Lisa Hemming, the Assistant Program Manager, indicated in emails challenges that she was having with Schaun Owens.  Ms. Hemming provided documentation and reasons for her concerns.  Attached hereto as Exhibit B is a true and accurate copy of the emails and the paperwork provided by Ms. Hemming; however, the names of the students have been redacted under federal privacy laws.  Nothing in the e-mails or in any conversation with Ms. Hemming suggested to me that race played any role regarding the issues with Ms. Owens.  Ms. Scott and I spoke about the situation and the documentation was needed before action could be taken.

20. I did approve and supported the recommendation to terminate Ms. Owens based solely upon the reasons outlined in the paperwork submitted by Ms. Hemming (see Exhibit A) and information from  Kristina Scott, who was the Director of Extended Campuses who served as Ms. Hemming's supervisor in 2013-14 school year.  Race

4

was not a factor in my decision and I would have made the same decision to approve and recommend termination of Ms. Owens regardless of her race.  I was not aware whether Ms. Owens did or did not speak out on matters of public concern and so that was not a factor in my decision and I would have made the same decision regardless of any speech or activity which was considered protected activity.

21. I had no reason to believe during the 2013-14 school year that Ms. Hemming or Ms. Scott had any racial animus towards persons who were African-American or as to any race.  Ms. Scott is herself an African-American.

22. By January 30, 2014, Kristina Scott, John Naughton (Gateway Community College's Assistant Director Administrative and Support Services for Human Resources Anthony Asti  (Gateway Community College's Interim Vice President for Administrative Services), and Steven Gonzales (Gateway Community College's President) all supported the request for termination of Schaun Owens.  Attached hereto as Exhibit C is a true and accurate copy of an email string reflecting such approval.

23. Vice Chancellor James Bowers made the final decision to terminate Schaun Owens as a probationary employee.  I signed the termination letter to Ms. Owens as the Interim Director of the unit in which she worked.  Exhibit 22 to Schaun Owens' deposition is a true and accurate copy of my February 12, 2014 letter to Ms. Owens.

. . .

. . .

1    24. I swear subject to the laws of perjury that the above statements are true and correct to

2        the best of my knowledge and recollection.

3        DATED:    9/23/     , 2016.

4

5

6                                    Christopher Wurster

7        Subscribed and sworn before me by Christopher Wurster this 23rd day of

8    September, 2016.

9

10                                      Notary Public

11    My commission expires:    3/14/2018

12

13

14                             Notary Public State of Arizona
                                     Maricopa County

15                                      Jane Anne Buri
                                     My Commission Expires 03/14/2018

16

17    4684420.1 \109883-5\September 22, 2016

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



**MARICOPA COMMUNITY COLLEGES**

# Maricopa & EMCC Southwest Skill Centers

# Policies

## (Revised July 1, 2012)

Published by the Maricopa County
Community College District,
HR Solutions Center

The Maricopa County Community College District does not discriminate on the basis of race, color, religion, national origin, sex, sexual orientation, handicap/disability, age or Vietnam era/disabled veteran status in employment or in the application, admissions, participation, access and treatment of persons in instructional programs and activities.

## TABLE OF CONTENTS

Page

1. Governance
   - Administration ..................................................................................................1
   - Operational Policies: Salaries and Policies................................................1
   - Basic Philosophy ..............................................................................................1
   - Advisory Councils..............................................................................................1
   - EEO Policy Statement ......................................................................................2
   - Resolution of Non-Policy Issues ....................................................................2
2. Employment
   - Employment Procedures ..................................................................................2
   - Orientation...........................................................................................................3
   - Salary Placement...............................................................................................3
   - Job Description and Classification Groups...................................................4
   - Educational Advancement ...............................................................................4
   - Reclassification...................................................................................................5
   - Administrative Reassignment..........................................................................5
   - Temporary Administrative Reassignment......................................................6
3. Employment Classifications / Service Date
   - Regular Employee ..............................................................................................6
4. Probation
   - Probationary Status: Exempt and Nonexempt Employees .........................6
5. Lunch and Rest Periods ........................................................................................6
6. Overtime and Compensatory Time ......................................................................7
7. Evaluation
   - Evaluation of Instructional Staff.....................................................................7
   - Evaluation Process of Regular Full Time Employees ................................7
8. Improvement Plan / Corrective Action
   - Initial Corrective Action....................................................................................8
   - Second Corrective Action.................................................................................8
   - Disciplinary Action and Dismissal Recommendation................................8
   - Dismissal .............................................................................................................9
9. Grievance Process
   - Grievance Process .............................................................................................9
   - Grievance Procedure.........................................................................................9
10. Types of Layoff/Separation
    - Layoff ................................................................................................................11
    - Resignation ......................................................................................................11
    - Retirement.........................................................................................................11
    - Voluntary Termination ....................................................................................12
    - Involuntary Termination..................................................................................12
    - Exit Interview....................................................................................................13
11. Personnel Files and Information .........................................................................13
12. Hiring of Relatives.................................................................................................14

MCCCD-O 2101

13.   Observance of Safety .......................................................................................... 14
14.   Employee Benefits
          Automated Benefits ..................................................................................... 14
          Tax Sheltered Accounts (TSA) ........................................................... 15
          Sick Leave................................................................................................. 15
          Personal Time ........................................................................................... 15
          Vacation .................................................................................................... 16
          Vacation Scheduling................................................................................. 16
          Vacation Approval.................................................................................... 17
          Paid Holidays ........................................................................................... 17
          Tuition Waivers ....................................................................................... 17
          Travel Reimbursement............................................................................ 18
15.   Leaves of Absence
          Family and Medical Leave Act (FMLA) .................................................. 18
          Leave of Absence for Medical or Personal Reasons ................................ 18
          Military Leave for Military Training ....................................................... 18
          Military Leave for Active Duty ............................................................... 18
          Bereavement Leave .................................................................................. 18
          Catastrophic Illness/Imminent Death .................................................... 18
16.   Jury Duty............................................................................................................. 18
17.   Professional Growth
          Definition .................................................................................................. 18
          Reimbursement......................................................................................... 18

MCCCD-O 2102

1.  **GOVERNANCE**

    1.1.    **Administration**

        1.1.1.    **Management**

            1.1.1.1.    The Maricopa Skill Center is a division of GateWay Community College and the EMCC Southwest Skill Center is a division of Estrella Mountain Community College within the Maricopa County Community College District.

            1.1.1.2.    The line of administration is as follows:
Governing Board of the Maricopa County Community College District

Chancellor of the Maricopa County Community College District

President of GateWay Community College/President of Estrella Mountain Community College

Skill Center Director/VP Occupational Education EMCC Southwest Skill Center

Directors and Assistant Directors of Maricopa/EMCC Southwest Skill Centers.

        1.1.2.    **Administrator**.  The Chief Administrator of the Maricopa Skill Center is the Skill Center Director. The Chief Administrator of the EMCC Southwest Skill Center is the Director. The powers and duties of the Chief Administrator of the Maricopa Skill Center/ EMCC Southwest Skill Center are set by the Governing Board.

    1.2.    **Operational Policies: Salaries and Policies**

        The Maricopa/EMCC Southwest Skill Center's policies and salary schedule shall be separate and distinct from that of other employee groups of the Maricopa County Community College District.

    1.3.    **Basic Philosophy**

        Employees of the of the Maricopa/EMCC Southwest Skill Center shall carry out the policies of the Governing Board, shall perform their duties assigned to them according to their position descriptions and/or their supervisor(s), and shall perform such duties and responsibilities with professional skill in order to ensure wise utilization of District resources for the implementation of the educational program.

    1.4.    **Advisory Councils**

        1.4.1.    **Advisory Councils for the Maricopa/EMCC Southwest Skill Centers**

            1.4.1.1.  The Maricopa/EMCC Southwest Skill Centers will maintain a network of active advisory councils, including a separate council for each vocational training program (Program Advisory Council) and a council for the Skill Center as a whole (Administrative Advisory Council).

            1.4.1.2.  Each council will meet at least once a year with additional meetings as needed.  Minutes of each council meeting will be filed in the instruction office.

        1.4.2.    **Administrative Advisory Council**

            The Administrative Advisory Council will be selected and appointed based on their involvement in industry, public relations, legislation, community support, and problem solving of special issues. The Administrative Advisory Council should reflect

MCCCD-O 2103

the diversity of the community, business and industry.

### 1.4.3.  Program Advisory Councils

**1.4.3.1.**  The Program Advisory Councils shall:

(a) recommend program changes consistent with labor and job market trends or demands/needs; (b) validate instructional competencies; (c) assist in assessment of vocational program relevance to current employer; (d) assist in program improvement and marketing; (e) review program equipment needs and recommend equipment replacement; (f) provide or assist in locating field trip or demonstration opportunities for students, and job shadowing, internship, or training upgrade opportunities for program instructional staff.

**1.4.3.2.**  Council membership should be diverse and shall represent the employment scope of the vocational program. Members will be selected for their expertise in the occupational area and/or ability to benefit the program. The Advisory Council will serve as a resource to Instructors and Skill Center Staff. Minutes for each council meeting will be filed and used as supporting data during program review / development for continuous improvement.

### 1.5.  EEO Policy Statement (http://www.maricopa.edu/eeo/)

It is the policy of Maricopa to promote equal employment opportunities through a positive continuing program. This means that Maricopa will not discriminate, nor tolerate discrimination, against any applicant or employee because of race, color, religion, gender, sexual orientation, national origin, age, disability, or veteran status. Additionally, it is the policy of Maricopa to provide an environment for each Maricopa job applicant and employee that is free from sexual harassment, as well as harassment and intimidation on account of an individual's race, color, religion, gender, sexual orientation, national origin, age, disability, or veteran status.

### 1.6.  Resolution of Non-Policy Issues

In the event of a perceived inequity of a circumstance that is not covered either by this policy manual or Board policy, an employee shall have the right to take the matter directly to the Chief Administrator of the Maricopa/EMCC Southwest Skill Center within fifteen (15) calendar days of the event of the perceived inequity or circumstance. Either party may request that the College President, or designee, be used as a resource for attempting to resolve the issue(s). Within fifteen (15) calendar days of the meeting, the College President after careful investigation of the problem will advise the employee in writing of his/her decision. If the decision is not satisfactory, the employee may, within five (5) workdays, elevate the issue to the Chancellor for review and decision. The Chancellor will render a decision within (30) workdays after receipt. The decision of the Chancellor will be final and binding.

At any point during the process a request for mediation may be submitted in writing to the Vice Chancellor for Human Resources/College President. Both parties must agree to the mediation as well as the mediator. Mediation may be by any individual qualified to perform mediation as determined by Human Resources. Neither party shall discuss any items of the mediation with the mediator prior to the first mediation session. The outcomes/recommendations from mediation shall be provided to the HR Solutions Center and all parties involved.

## 2.  EMPLOYMENT

### 2.1.  Employment Procedures

**2.1.1.**  A job vacancy may occur as the result of a new position being budgeted, a retirement, or a resignation or termination.

MCCCD-O 2104

**2.1.2.** Job vacancies will be filled in accordance with the procedures developed by the administrative staff of the Maricopa/EMCC Southwest Skill Center and will follow all Equal Employment Opportunity guidelines.

**2.1.3.** At the discretion of the Chief Administrator, positions may be filled in house.

## 2.2. Orientation

All new employees will receive a Maricopa Community College District and Skill Center New Employee Orientation.

## 2.3. Salary Placement

**2.3.1.** An internal or an external applicant's qualifications shall be evaluated thoroughly at the time of selection, based upon validated transcripts of academic work, professional certificates, and verified related work experience. For a copy of the salary grades, call District Compensation Office or see http://www.maricopa.edu/employees/divisions/hr/salary/schedules.

The Chief Administrator or designee will be responsible for equating these qualifications to the minimum eligibility requirements for step placement.

**2.3.2.** The person selected for a position must have at least the minimum qualifications for that position.

**2.3.3.** It shall be the applicant's responsibility to provide the Skill Center's Human Resources Office with necessary information and to update his/her file.

**2.3.4.** All undergraduate and graduate degrees and credit hours must be earned at accredited institutions.  Work done at foreign universities will be considered if evaluated (at the applicant's expense) by an approved company to provide such services. Call District Human Resources for additional information on approved companies.

**2.3.5.** Initial appointment of an applicant to a specific position will normally be at step one (1) of the schedule that applies to the position. Placement beyond the normal step one (1) position will be based on specific work experience in the field to be taught or worked.

**2.3.5.1.** Administration/Management/Staff

(a) One additional step may be given for two (2) years of specific management or administrative or staff experience.

(b) One step beyond (a) may be granted for each additional year of specific management or administrative or staff experience (either within or outside of education).

(c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

**2.3.5.2.** Instructors

(a) One additional step may be given for one (1) year of full-time specific teaching experience plus three (3) years of work related experience effective July 1, 2006.

(b) One step beyond (a) may be granted for each additional year of specific full-time teaching experience and/or work related experience.

(c) Placement may not exceed a maximum of three (3) steps above step one (1); maximum of step four (4).

MCCCD-O 2105

**2.3.6.**  Salary placement may be made above step 4 to meet the unique needs of the Maricopa/EMCC Southwest Skill Center if approved by the Chief Administrator.

**2.3.7.**  An existing regular employee may apply for any posted position. Should the employee successfully complete the application process and be offered the applied for position, he/she may exercise all rights granted to external candidates in the course of establishing hiring terms and conditions.

**2.4.**  **Job Description and Classification Groups**

Each employee will be given a job description to read and sign when he/she is employed. The duties and responsibilities outlined in the job description are general in nature and are intended as guidelines for what may be expected of the incumbent. The job description will also identify employee Fair Labor Standards Act (FLSA) status. Any question regarding status should be directed to the Chief Administrator or designee. Call or visit the Center's HR office for a copy of job descriptions or see http://www.maricopaskillcenter.com/.

**2.5.**  **Educational Advancement**

**2.5.1.**  The Chief Administrator or designee will decide issues regarding acceptability of institutions or organizations conferring degrees or awarding certificates.

**2.5.2.**  Probationary employees are not eligible for an educational advancement. Credits/degree/certifications earned during the probationary period may be submitted for educational advancement after successful completion of the probationary status and conversion to regular full-time employee status. The step increase or stipend will be effective in the pay period following verification of evidence.

**2.5.3.**  Employees who benefit under the Professional Growth Assistance Program (17.2.1) are eligible for Educational Advancement benefits.

**2.5.4.**  Compensation for formal education for current full-time employees may be awarded for the completion of earned college credit under the following guidelines:

Employees with no degree – completion of 30 or more college credits that include 100 level English, Reading and Math classes.

Employees who earn their first associate degree

Employees who earn their first bachelor degree

Employees who earn their first master degree

Employees who earn their first doctoral degree, or

Employees who earn one or more certifications on or after July 1, 2003.

Awards based on certification are established on an approved point system; to maintain equity with academic degree awards, more than one certification will usually be required for salary compensation.

**2.5.5.**  Qualifying certificates must be awarded by a nationally recognized professional or technical organization, or by an accredited higher education institution.

**2.5.6.**  Compensation shall be at the rate of one (1) step, or a one-time stipend that is equivalent to a step for those to whom a step is not available. Step increase or stipend will be effective in the pay period following verification of evidence.

**2.5.7.**  This policy is effective for earned credits; degrees and certificates awarded on or after July 1, 2003, and is not influenced by awards earned prior to July 1, 2003. No employee may be granted more than two (2) such increments on or after July

MCCCD-O 2106

1, 2003.   The earned credits/degree/certification(s) must be awarded during employment as a regular full-time employee.

**2.5.8.**   Skill Center Human Resources and the Business Office will process the necessary documents to compensate the employee for an approved step or stipend.

**2.5.9.**   This article is not subject to the grievance procedures contained in this policy manual.

## 2.6.   Reclassification

**2.6.1.**   Probationary employees are not eligible for reclassification.

**2.6.2.**   Reclassification for regular employees is approved/denied through a committee selected by the Chief Administrator or designee.  The Reclassification Committee will consist of members from instruction and management/administration. The procedures regarding reclassification actions will be recommended by the Committee and approved by the Chief Administrator.

**2.6.3.**   If a reclassification request is sustained, salary increase will be effective the first day of the pay period following the approval of the Chief Administrator.

**2.6.4.**   This article is not subject to the grievance procedure contained in this policy manual.

## 2.7.   Administrative Reassignment

Management Initiated Reassignment – A reassignment initiated by the skill center/ district office management personnel.  The employee will not be required to serve a new probationary period.

Employee Initiated Reassignment – An employee requests to be reassigned to another position. The employee will be required to serve a new probationary period.

**2.7.1.**   An administrative reassignment is recommended by the appropriate Chief Administrator and approved by the college president.

**2.7.2.**   Except in critical situations, or where all parties agree, an employee who is reassigned will be notified verbally by Skill Center/EMCC HR staff. Written confirmation will be sent within ten (10) working days to the employee with copies to the District HR office.

**2.7.3.**   An employee may be reassigned to a position at a lower grade, the same grade, or a higher grade.

**2.7.3.1.**   If the involuntary reassignment is to a lower grade, the employee's current salary will remain in effect until the salary schedule is revised, and/or a step is granted. This action may necessitate that an employee's salary will be off schedule (not on step) until the next step is granted.

**2.7.3.2.**   If the reassignment is to an equal grade, the salary will remain the same.

**2.7.3.3.**   If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in Section 2.3. Any change to salary will be effective the first day of the assignment.  Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

MCCCD-O 2107

**2.8.    Temporary Administrative Reassignment**

A temporary administrative reassignment will generally be for a maximum of two (2) years.

**2.8.1.**    If the reassignment is to an equal grade, the salary will remain the same.

**2.8.2.**    If the reassignment is to a higher grade, salary placement will follow the guidelines set forth in section 2.3. Any change to salary will be effective the first day of the assignment. Accumulated sick leave, vacation credits, and all benefits to which employee is entitled, including any changes in same, will take effect as of the date of the reassignment.

**3.    EMPLOYMENT CLASSIFICATIONS/SERVICE DATE**

**3.1.    Regular Employee**

A regular employee is one who has successfully completed the probationary period.

**3.1.1.**    Exempt Skill Center employees by virtue of their contracts with the District are expected to adhere to a minimum of a forty (40) hour work week

**3.1.2.**    Regular part-time employee

A regular part-time employee is one who works at least twenty (20) hours a week and less than thirty (30) hours a week.  This employee is eligible for pro rata Flexible Benefits.

**3.2.    Service Date**

Regular employees will retain their original service date if there is no break in service.

**4.    PROBATION**

**4.1.    Probationary Status:  Exempt and Non-Exempt Employees**

**4.1.1.**    Effective July 1, 2006, all Maricopa/EMCC Southwest Skill Center staff are required to serve a one (1) year probationary period from their date of hire.  During the probationary period an employee may be terminated for any reason, and such action will not be subject to the grievance procedure.

**4.1.2.**    Two written evaluations will be completed during the probationary period, one at the end of the first four (4) months after employment, exclusive of vacation, leave of absence, and sick leave and one at the end of the first eight (8) months of employment.  After that, evaluations will be done at least yearly from their date of hire.

**4.1.3.**    Each evaluation will be discussed with the employee, and the employee will sign the evaluation as acknowledgment of having read it.  The employee's signature on the evaluation does not mean that the employee agrees with it, only that he/she had read it.

**4.1.4**    The required probation period of new full time employees will automatically be extended equal to the amount of time granted for any Leave of Absence which occurs during the probation period.

**5.    LUNCH AND REST PERIODS**

**5.1. Lunch Period.**  Each employee will have a duty-free one hour lunch period.

**5.2. Rest Period.**  Non-exempt employees will be allowed a fifteen (15) minute rest period during the first four (4) hours worked and a fifteen (15) minute rest period during the second four hours worked.  A rest period will not be granted during the first or last hour of a work period. The scheduling of the rest period and the lunch period will be the responsibility of the supervisor.

MCCCD-O 2108

**6.    OVERTIME and COMPENSATORY TIME**

**6.1.**    Overtime and compensatory time must be approved in advance by the appropriate supervisor or administrator.

**6.2.**    Overtime will be paid at the premium rate of one and one-half (1 1/2) times the employee's hourly rate of pay or at the compensatory rate of one and one-half (1 1/2) hours compensatory time for each hour of overtime worked.

**6.3.**    The decision as to whether reimbursement should be through premium pay or compensatory time will be made by the appropriate supervisor/administrator and will be communicated to the employee prior to the overtime being worked. Written documentation is the preferred method of communication.

**6.4.**    Employees will be paid overtime when the hours exceed forty in any one-week period.  The overtime will be paid after forty hours of compensated time (including sick, holiday, vacation, etc.)

**6.5.**    Supervisors and employees will share responsibility for keeping records of compensatory time earned and taken.  The acceptable document for use in this record keeping is the nonexempt comp time log.

**6.6.**    An employee may accrue up to a maximum of one hundred twenty (120) hours of compensatory time.  (This equals eighty (80) hours of time worked in approved overtime status.)

**6.6.1.**    An employee who has accrued one hundred and twenty (120) hours of compensatory time, and who works additional approved overtime hours, will be paid at the premium rate.

**6.6.2.**    Time frame for using accrued compensatory time

**6.6.2.1.**    Employees must be permitted to use accrued compensatory time within a three (3) month period.

**6.6.2.2.**    If three (3) months have passed and the supervisor has not granted compensatory time off, then the premium pay will be awarded.

**7.    EVALUATION**

**7.1.    Evaluation of Instructional Staff**

**7.1.1.**    In addition to the annual employee evaluation, full time instructors / associate instructors will have at least one classroom visit by the Chief Administrator or designee during the annual evaluation period. The evaluation will include, but not be limited to:  (a) classroom observation; (b) student evaluations; (c) review of classroom materials; (syllabus, program/course outline, student progress forms, and daily attendance records); (d) review of instructor-prepared learning projects; (e) equipment and training aids to support the learning activity.

**7.1.2.**    Additional evaluations will be scheduled when there are conditions that indicate its need.  Such conditions include, but are not limited to:  (a) student complaints; (b) industry/agency complaints on the quality of the graduates; (c) low completion or retention rates for students.

The results of these classroom visits will be documented and included as part of the annual employee evaluation.

**7.2.    Evaluation Process of Regular Full Time Employees**

**7.2.1.**    Evaluations will be administered annually (the month the employee received regular full time status) by the employee's supervisor.  The annual evaluation will be one of the tools to assist in improving performance.  The annual evaluation will also be a

MCCCD-O 2109

factor considered in retention and/or dismissal.   The employee will review the evaluation with his/her supervisor and may make written comments/observations. The employee has ten (10) working days after initial review of the evaluation to make comments/observations.   No additional supporting data will be recorded or collected after the ten working day window.    The employee must sign the evaluation. Evaluations will be processed through the Skill Center Human Resources Office.

**7.2.2.**   The employee's signature does not represent concurrence, but rather that the employee has read the evaluation.   A copy of the evaluation will be given to the supervisor / employee after final approval by the Chief Administrator.  A copy of the evaluation will be placed in the Skill Center's employee's personnel file.

**7.2.3**   The evaluation period of full time employees will automatically be extended equal to the amount of time granted for any Leave of Absence which occurs during the evaluation period.

## 8.   IMPROVEMENT PLAN / CORRECTIVE ACTION

The improvement plan is designed to aid the supervisor and the employee when previous discussions with the employee have failed to change unsatisfactory job performance/conduct. The employee's personnel file, located in the Skill Center Human Resources Office, is the sole official file and source of reference with regard to this procedure.

**8.1.**   **Initial Corrective Action.** Before implementing the Initial Corrective Action, the supervisor must contact the HR Solutions Center.  (To download the Corrective Action template, see (http://www.maricopa.edu/employees/divisions/hr/managing/performance/document).

**8.1.1.**   The supervisor will hold a private discussion with the employee.

**8.1.2.**   The employee will be informed that this is the initial corrective action discussion as set forth in this policy manual, and will be advised of the consequences that may follow if the employee's conduct/performance does not improve within a time frame established by the supervisor.

**8.1.3.**   The supervisor will provide the employee with a written record of the offenses and time frame stated in the initial corrective discussion for his/her information.

**8.2.**   **Second Corrective Action.** Before implementing the Second Corrective Action, the supervisor must contact the HR Solutions Center.   (To download the Corrective Action template, see http://www.maricopa.edu/employees/divisions/hr/managing/performance/document).

If the employee fails to take necessary corrective action, the immediate supervisor will again talk with the employee regarding his/her lack of improvement.  A written record will be made of this meeting, and one (1) copy will be given to the employee and one (1) copy will be placed in the employee's personnel file.

**8.2.1.**   The emphasis will continue to be corrective in intent. The employee should clearly understand the hazard of continued failure to meet reasonable standards of performance or conduct.

**8.2.2.**   Upon proof of satisfactory performance, and at the end of at least a six (6) month period, the written record will be removed from the personnel file upon written request from the employee and a signed approval from the immediate supervisor.

**8.3.**   **Disciplinary Action and Dismissal Recommendation**

**8.3.1.**   If the employee fails to respond satisfactorily or commits another offense, the immediate supervisor may recommend disciplinary action.    The Chief Administrator, in consultation with the supervisor and appropriate District Human

MCCCD-O 2110

Resources Staff, will determine the appropriate disciplinary action. The immediate supervisor and the Chief Administrator will hold a private discussion with the employee.

**8.3.2.** Upon the recommendation of the Vice Chancellor for Human Resources, the employee may be suspended without pay for a period of up to ten (10) working days, and/or the employee may receive a written reprimand and/or the employee may be recommended for dismissal. The Chief Administrator or designee will administer written reprimands. The Chief Administrator in a private meeting will provide the employee with a letter outlining the action taken to suspend the employee without pay and the timeline for enforcement.

## 8.4. Dismissal

**8.4.1.** The Chief Administrator may recommend dismissal. The College President and Vice Chancellor of Human Resources will review the record of the employee and investigate the situation as appropriate. If dismissal is recommended, the employee may refer to section (10.5.2.) for due process procedures.

**8.4.2.** A written record of all proceedings outlined in subsections (8.2, 8.3 and 8.4), will be placed in the Skill Center employee's official personnel file, and a copy will be forwarded to the employee.

**8.4.3.** If dismissal is approved, District HR will send the formal dismissal letter to the Chief Administrator. The employee's immediate supervisor and the Chief Administrator will hold a private discussion with the employee to notify him/her of their termination.

## 9. GRIEVANCE PROCESS

### 9.1. Grievance Process

Definition. A formal, written allegation by a grievant that he/she has been adversely affected by a violation of a specific provision(s) of this policy manual. A grievance excludes any alleged misunderstanding, practice, or other matter(s) outside the terms of this policy manual.

**9.1.1.** The grievance procedure established here shall be the sole and exclusive remedy available for resolving disputes arising under these policies.

**9.1.2.** It is the intent of the Maricopa/EMCC Southwest Skill Center to settle disputes with mutual agreement in a timely manner. Only items covered in these policies can be grieved by an employee.

**9.1.3.** Forms for pursuing the grievance process are available through the Center's HR office.

**9.1.4.** If, prior to or during the grievance process, the employee elects to go outside for grievance remedy, the Maricopa/EMCC Southwest Skill Center process will continue.

### 9.2. Grievance Procedure

**9.2.1.** Step I-complaint meeting

    **9.2.1.1.** When items of dispute are identified, an employee will complete Step I of the grievance form, indicating which section(s) of the policy he/she is grieving, and submit that form to his/her supervisor within five (5) working days of the occurrence of the grievance or within five (5) working days when the employee could be expected to have known of the occurrence of the grievance.

MCCCD-O 2111

**9.2.1.2.**    Within five (5) working days of receiving the grievance form, the supervisor will schedule a meeting to discuss the grievance. The express purpose of the meeting is to make every attempt to resolve the issue.

**9.2.1.3.**    Within five (5) working days of the meeting, the supervisor will send a written response and resolution of the grievance to those named in the grievance and to the Chief Administrator or designee.

**9.2.1.4.**    As the grievance moves from one level to the next, the grievant may not add new considerations to the grievance. At each level, the written grievance and the written response(s) must be forwarded to the next level.

**9.2.1.5.**    No reprisals shall be taken against any grievant, representative, or other participant in the grievance procedure by reason of such participation.

**9.2.1.6.**    When the employee's immediate supervisor is the Chief Administrator, grievances may be initiated at Level II.

**9.2.2.**    Step II-grievance hearing

**9.2.2.1.**    In the event the employee is dissatisfied with the results of the Step I Complaint Meeting, the employee, within five (5) working days after receipt of the written response, will complete and submit to the Chief Administrator or designee, Step II of the Maricopa/EMCC Southwest Skill Center Grievance Form.

**9.2.2.2.**    A grievance hearing will be scheduled and conducted within seven (7) working days, upon receipt of the completed Step II grievance form.

**9.2.2.3.**    Individuals attending the Step II Grievance Hearing shall be the Chief Administrator or designee, department supervisor, employee, and one person of the employee's choice.

**9.2.2.4.**    The hearing will be conducted by the Chief Administrator or designee. The employee will give testimony and other evidence of how he/she was aggrieved. The individual or party to whom the complaint is addressed will enter testimony and other evidence as rebuttal. The Chief Administrator or designee will make every attempt to negotiate a satisfactory resolution between the parties.

**9.2.2.5.**    All discussion, exhibits, and other evidence will become the official record of the hearing. The Chief Administrator or designee will assemble a report of the proceedings within five (5) working days after the completion of the second step grievance hearing. Each party will review the report and sign, denoting the accuracy of the report. The document becomes the official record of the grievance hearing when signed by all parties and will be sealed afterward.

**9.2.3.**    Step III-grievance appeal

**9.2.3.1.**    Any employee dissatisfied with the results of the Step II hearing may, within five (5) working days following receipt of the official report, apply for a grievance appeal by completing Step III of the Maricopa/EMCC Southwest Skill Center Grievance Form and submitting it to the College President.

MCCCD-O 2112

**9.2.3.2.** The College President shall appoint a Grievance Appeal Board composed of: (a) the Chief Administrator from Maricopa Skill Center or EMCC Southwest Skill Center; (b) two staff members selected by the grieving employee; and (c) two staff members selected by the Chief Administrator. The four (4) staff members will be selected for their knowledge of the area of the appeal but having no direct administrative responsibility for the grievant.

**9.2.3.3.** The College President will set the date and time of the Appeal Hearing, which will occur within ten (10) working days of the appointment of the Appeal Board. The Appeal Hearing may be tape recorded with prior notification to those present.

**9.2.3.4.** The Grievance Appeal Board shall review the records of the complaint meeting and grievance hearing. After reviewing these documents, the Appeal Board shall hear the grievant, supervisor, and/or parties involved to examine the evidence. The grievant, supervisor, and/or parties involved will be excused, and the Board will hold a caucus and make a decision. When the vote is tallied, the decision of the Appeal Board will be recorded and a formal report of the finding drafted and signed by all members of the Board. It is expected that all members of the Board will vote; but in any circumstance, the majority vote will carry. All discussions, actions, and records of the Appeal Board, except the Final Report, are strictly confidential. The findings of the Appeal Board are final.

## 10.  TYPES of LAYOFF / SEPARATION

### 10.1.  Layoff

**10.1.1.** Layoff will be that type of separation that severs an employee's services due to lack of work available that matches the employee's particular qualifications and capabilities, program closure, decline in enrollment, or lack of funding.

**10.1.2.** After consultation with District HR, the employee will be notified in writing by the Chief Administrator at least fifteen (15) calendar days prior to a layoff.

**10.1.3.** When an employee is laid off, he/she may be given preference for rehiring if the job position is re-instituted within a period of six (6) months.

### 10.2.  Resignation

**10.2.1.** A resignation occurs when an employee voluntarily terminates his/her employment with the Skill Center. It is recommended that an employee notify the Chief Administrator at least two weeks prior to the effective date of his/her resignation.

**10.2.2.** The employee must provide a letter of resignation to the Chief Administrator and schedule an exit interview. The Chief Administrator will acknowledge, in writing, acceptance of the resignation and set a date and time for the exit interview.

**10.2.3** Upon the effective resignation/termination date, an employee waives all rights that he/she has held as an employee and shall be treated as a new employee should he/she return to the District.

### 10.3.  Retirement

<u>General</u>.  Maricopa/EMCC Southwest Skill Center employees are subject to the Arizona Retirement System and may retire according to its provisions. See http://www.maricopa.edu/employees/divisions/hr/benefits/separation/asrs/.

MCCCD-O 2113

**10.4.    Voluntary Termination**

**10.4.1.**    Two (2) weeks prior to resignation, the employee will provide a letter of resignation to the supervisor and the Skill Center HR Office.  The employee may schedule an exit interview with the Chief Administrator or designee.

**10.4.2.**    With voluntary or involuntary termination of employment, an employee waives all rights that he/she had as an employee and will be treated as a new employee should he/she return to the Skill Center.

**10.5.    Involuntary Termination**

**10.5.1.**    If an employee fails to appear for work on three (3) consecutive scheduled workdays and fails to communicate with their supervisor regarding their absence, the administration may deem the position abandoned and seek termination of the employee's employment.   A supervisor should make a reasonable attempt to contact the employee during this time.

**10.5.2.**    A regular employee may be terminated for cause. Before termination for cause is undertaken, the Chief Administrator will make a careful analysis of all circumstances. The Chief Administrator will send his/her recommendation for termination to the College President for review. The College President will, if he/she concurs with the recommendation, request approval for the termination of the employee from the Vice Chancellor of Human Resources. The employee will receive a written notification from the Human Resources Department of the termination. A regular employee may appeal his/her termination to the College President, Gateway/Estrella Mountain Community College, within five (5) working days of receipt of the written termination notice. The College President will provide the employee with an opportunity to present reasons, either in person or in writing, why he/she should not be terminated within five (5) calendar days of receiving the employee's appeal request.

**10.5.3.**    If the employee is recommended for termination, the employee may request a due process hearing.  Such request shall be made in writing to the Vice Chancellor for Human Resources within five (5) working days after the receipt of the notice of termination from the District Office Human Resources.  If the College President's decision to terminate stands, the employee may request a post termination due process hearing. Such request shall be in writing to the VC for HR within five (5) calendar days from the date the College President responded back to the employee (either in writing or in person).

**10.5.4.**    Upon a timely request, a Hearing Committee shall be constituted and shall be composed of the following;, one (1) college president as recommended by the Vice Chancellor for Human Resources, one (1) employee selected by the Chief Administrator, and one (1) employee selected by the employee.

**10.5.5.**    The Hearing Committee shall select a Chair.  Unless the parties stipulate to extend the time beyond which is set forth below, the Chair shall conduct a meeting with the employee and his/her representative no later than twenty (20) working days after the formation of the committee for the purpose of exchanging exhibits, witness lists and summaries of witness testimony.  The Chair may choose to deny admission of an exhibit(s) or witness testimony for failure to comply with this section.

**10.5.6.**    Unless the parties otherwise agree, the Hearing Committee shall conduct the hearing no later than ten (10) working days after the exchange of information detailed in section 8.4.2. if applicable. Prior to the hearing, the employee must declare, in writing, whether he/she wishes the hearing to be made public or in closed session.   The employee may attend the hearing; present testimony,

MCCCD-O 2114

evidence or statements, oral or written, in his/her behalf; and be represented by legal counsel or other representative.

**10.5.7.** Within five (5) working days after completion of the hearing, the Hearing Committee shall provide the Vice Chancellor for Human Resources with a written summary of the evidence that was presented during the hearing. In addition the Hearing Committee shall render binding written findings of fact and conclusions of law and forward same with its recommendation regarding the appropriateness of the dismissal to the Vice Chancellor for Human Resources. The above deadline may be extended up to fifteen (15) working days after completion of the hearing if the Hearing Committee requests briefs and/or recommended findings of fact and conclusions of law from the parties.

**10.5.8.** After receiving the Hearing Committee's summary of evidence, findings of fact and conclusions of law, the Vice Chancellor for Human Resources may meet with the Hearing Committee to clarify the summary of evidence, findings of fact and conclusions of law. The Vice Chancellor for Human Resources shall have ten (10) working days in which to review the recommendation regarding dismissal. The Vice Chancellor for Human Resources may adopt the recommendation and forward same with the summary of the evidence, a copy of the findings of fact, conclusions of law and the Hearing Committee's recommendation to the Chancellor.

**10.5.9.** The Chancellor may choose to meet with the employee and/or his/her representative and a representative of the administration in executive session (the employee may choose to have this meeting in public) to hear arguments regarding the appropriateness of the Vice Chancellor for Human Resources' recommendation regarding dismissal. The length of the meeting shall not exceed one (1) hour.

**10.5.10.** The Chancellor, at a public meeting, shall render the final decision regarding the employee's appeal. A copy of the final decision shall be sent (U.S. certified or registered mail) to the employee at his/her place of residence as recorded in District records.

**10.6.    Exit Interview**

**10.6.1.** When an employee is terminated, either voluntarily or involuntarily, an exit interview will be conducted by the Chief Administrator or designee.

**10.6.2.** There are areas on the exit interview check sheet, regarding keys, equipment, ID cards and materials that must be signed off by the immediate supervisor. The exit interview check sheet will be filed with the Skill Center Human Services staff.

**11.    PERSONNEL FILES and INFORMATION**

The Maricopa/EMCC Southwest Skill Center will maintain the official personnel files, which will contain all materials relevant to the employee's employment. The files will be secured, and only authorized personnel will be permitted to view them.

**11.1.** An employee will have the right to:

**11.1.1.** Review the contents of his/her file upon request.

**11.1.2.** Be notified in writing when material (other than of routine office nature) is being added to the file.

**11.1.3.** Receive a copy of any derogatory or negative information placed therein.

**11.1.4.** Submit a written response to be included in his/her personnel file whenever negative or derogatory information is placed in the file.

**11.1.5.** Request that relevant documents be added to the file. (Relevancy will be

MCCCD-O 2115

determined by the Chief Administrator or designee.)

**11.1.6.** Request the removal of all inappropriate and/or obsolete documents from the file. (The Chief Administrator or designee will determine what an inappropriate or obsolete document is.)

## 12. HIRING of RELATIVES

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 13. OBSERVANCE of SAFETY

**13.1. Accident Prevention.** Each employee is responsible for safety and accident prevention at the Maricopa/EMCC Southwest Skill Center.

**13.2. Safety**

**13.2.2.1.** Each employee in the Skill Center shall comply with Arizona Occupational Health and Safety Standards.

**13.2.2.2.** Each supervisor is responsible for the following:

**13.2.2.2.1.** Posting in his/her classroom or work area the safety rules for that area and an emergency evacuation route.

**13.2.2.2.2.** Enforcing the safety rules with the students/employees.

**13.2.2.2.3.** Incorporating in the curriculum the accepted safety standards of that occupation and issuing safety equipment on the first day of class as appropriate for the cluster.

**13.2.2.2.4.** Reporting safety hazards in writing to the Chief Administrator or designee.

**13.2.2.2.5.** Complying with District, city, state, and federal safety standards.

## 14. EMPLOYEE BENEFITS

Employees should contact the District Compensations Department regarding the benefit categories listed below or see http://www.maricopa.edu/employees/divisions/hr/benefits/index.

**14.1. Automated Benefits**

**14.1.1. District Contribution Amounts - refer to:** http://www.maricopa.edu/employees/divisions/hr/benefits/coverage/credits (for flex credits and rate table) http://www.maricopa.edu/employees/divisions/hr/benefits/coverage (for general information)

**14.1.2. Industrial Compensation**

Employees should contact the District Compensation Department or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

MCCCD-O 2116

### 14.1.3. Statutory Benefits

14.1.3.1.   Social Security

14.1.3.2.   Medicare

14.1.3.3.   Unemployment

14.1.3.4.   Workers compensation

## 14.2.  Tax-Sheltered Accounts (TSA)

Employees should contact the District Compensation Department regarding Tax-Sheltered Accounts (TSA) or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 14.3.  Sick Leave

Employees should contact the District Compensation Department regarding sick leave or see http://www.maricopa.edu/employees/divisions/hr/benefits/timeoff/sick/. The sick leave policy is intended to protect employees from loss of income during periods of illness. Sick leave time may not be used for any other purpose. In any absence of three (3) consecutive working days or more, an employee must furnish proof of illness to the Chief Administrator or designee.

### 14.3.1.   End-of-year reconciliation and reimbursement

14.3.1.1.   At the end of the calendar year, if an employee has accumulated days of sick leave, but has, during an earlier period of that calendar year, sustained loss of pay due to lack of sick leave credits, he/she will be reimbursed on the last pay period up to the actual accumulation.   This privilege will not carry over to subsequent calendar years.

14.3.1.2.   An employee must authorize the Benefits Office in writing; ten (10) days prior to the last payroll date of the calendar year, to apply accumulated sick days.

### 14.3.2.   Unused sick leave accrual

14.3.2.1.   At the end of a calendar year, unused sick leave will be carried forward to the succeeding year.   There is no limit on the accumulation of sick leave that can be used for the employee's own illness.

14.3.2.2.   Unused sick leave, up to a maximum of sixty (60) days, will be reimbursed by the Skill Center at the rate of $25.00 per day upon the employee's retirement if the employee has been employed at the Skill Center for seven (7) or more years.   At the death of an employee, the heir(s) will receive the reimbursement for the unused sick leave according to the same formula.

### 14.4.   Personal Time

14.4.1.   Personal time, not to exceed 4 days (32 hours for regular employees) per year (non cumulative), may be granted for  a legal, professional, emergency, religious, or other unique activity that can be accomplished only on the day involved.

Examples may include assisting a relative in an emergency situation an appointment with a professional, a funeral, etc.  Personal time does not need to be pre-approved.  As much advance notice as possible should be given for scheduling

MCCCD-O 2117

purposes. Personal time is not to be used routinely to come in late or leave early from work.   Personal time will be charged to the employee's sick leave.

### 14.5.   Vacation

Employees should contact the District Compensations Department regarding vacation accrual or see http://www.maricopa.edu/employees/divisions/hr/benefits/timeoff/vacation/.

**14.5.1.**   Vacation time shall be earned by each regular staff member on the basis of length of service.  (See section 14.5.2., rate of accrual.)  Vacation is earned from July 1 through June 30 (the fiscal year).

**14.5.2.**   **Rate of Accrual**

Vacations for all twelve (12) month eligible employees will be:

| Years of Service | Vacation Allowable |
|---|---|
| Less than one (1) year | Pro rata |
| After one (1) year | Ten (10) working days/year (80 hours) |
| After three (3) years | Fifteen (15) working days/year (120 hours) |
| After five (5) years | Seventeen (17) working days/year (144 hours) |
| After seven (7) years | Twenty (20) working days/year (160 hours) |

**14.5.3.**   Regular part-time employees will accrue vacation according to the following:

**14.5.3.1.**   A regular employee employed on a twelve (12) month basis whose hours of work are less than eight (8) but four (4) or more a day will accumulate pro rata vacation time credits.

**14.5.3.2.**   A regular employee, employed on a nine (9), nine and one-half (9 1/2), or ten (10) month basis will accumulate pro rata vacation benefits.   Accumulated vacation must be taken during the work period.

**14.5.3.3.**   An employee whose status is changed from a nine (9), nine and one-half (9 1/2), or ten (10) month basis will be eligible for that level of vacation allowable, computed against all years of continuous service at the less than twelve (12) months basis, appropriately prorated.

**14.5.4.**   An employee will have his/her vacation accruals begin on his/her service date. Accrual ranges for vacation will be credited on the service date anniversary.

**14.5.5.**   An employee will be allowed to extend his/her vacation to June 30 of the following year.  No extensions will be granted beyond June 30.  However, the employee may bank seven (7) days (56 hours) per year of his/her accumulated vacation.  The total number of days to be banked may not exceed sixty (60) days (480 hours) over and above his/her regular vacation benefit.

### 14.6.   Vacation Scheduling

**14.6.1.**   Supervisors are responsible for scheduling vacations in order to meet the administrative needs of their areas of responsibility.  Consistent with such needs, employee preference will be given consideration.

**14.6.2.**   Employees will be required to schedule their vacation at least two (2) weeks in advance.  They may reschedule their vacation by submitting a revised request to their supervisor at least one (1) week in advance of their requested vacation dates.

**14.6.3.**   Under unusual circumstances, vacation time may be approved by the Chief Administrator or designee.

MCCCD-O 2118

### 14.7. Vacation Approval

**14.7.1.** All vacation requests must be reviewed for approval by the employee's supervisor and by the Chief Administrator designee. The employee will be notified in writing of the approval or disapproval of the vacation request within one (1) week of the submitted request.

**14.7.2.** Requests for eighty to one hundred twenty (80-120) consecutive hours or 10-15 days must be reviewed for approval by the Chief Administrator or designee.

### 14.8. Paid Holidays

Paid holidays are the following days on which no work will be required, but for which regular pay will continue for regular full-time employees with benefits.

Independence Day
Labor Day
Veteran's Day
Thanksgiving Day (and the day after)
Christmas Day through New Year's Day
Martin Luther King Day
Presidents' Day
Memorial Day
Spring Recess (Thursday and Friday)

### 14.9. Tuition Waivers

**14.9.1.** At District Colleges

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

**14.9.2. At Skill Centers**

- Tuition and fee waivers are limited to the per-clock-hour cost of the program. Other fees, such as lab and book fees are not waived and must be paid by the employee.

- Employee tuition waivers for programs that do not conflict with the employee's regularly scheduled work hours, and dependent tuition waivers should be handled through the Skill Center Business Office.

- Spouses and dependent children of full-time employees must determine their eligibility for financial aid before tuition and fee wavier is approved.

- An eligible employee wishing to take a class/program that conflict with his/her normal working hours of accountability must obtain the signatures of his/her supervisor and chief administrator prior to presenting the completed form to the Business Office or appropriate fiscal office of the college where the classes are taken.

  a) There will be a limit of two (2) clock hours per week unless approved by the supervisor and Chief Administrator.

  b) The training must be offered only during the employee's regular work schedule.

  c) Any change in the work schedule must have the approval of the supervisor and Chief Administrator.

  d) Supervisor should consider flex schedules or the employee's may use vacation time.

MCCCD-O 2119

**14.10.    Travel Reimbursement**

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

Accurate records and receipts, and an approved Travel Request Form submitted prior to departure, are essential for reimbursement.

## 15.    LEAVES OF ABSENCE

Employees should contact the District Compensation Department regarding the benefit categories listed below or see http://www.maricopa.edu/employees/divisions/hr/benefits/leaves or review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

**15.1.    Family Medical Leave Act (FMLA) — refer to: http://www.maricopa.edu/employees/divisions/hr/benefits/leaves**

**15.1.1.**    For the duration of Family and Medical Leave, employees will not seek, nor be employed in outside employment during their hours of accountability.   The Vice Chancellor for Human Resources may grant exceptions for extenuating circumstances for individuals adversely affected by these provisions.   In addition to the above, any service contract with MCCCD will be canceled until the employee returns to work.

**15.2.    Leave of Absence for Medical or Personal Reasons**

**15.3.    Military Leave for Military Training**

**15.4.    Military Leave for Active Duty**

**15.5.    Bereavement Leave**

**15.6.    Catastrophic Illness/Imminent Death**

## 16.    Jury Duty

Employees should review The Blue Book, An Essential Guide for Maricopans or see http://www.maricopa.edu/publicstewardship/resources/bb.php.

## 17.    Professional Growth

**17.1.    Definition**

Professional growth activities include participation in seminars, workshops, conferences, and educational programs.

**17.2.    Reimbursement**

Employees should review the current Compensation for Educational/Seminar, Workshop, and Conferences Reimbursement Guidelines.   Employees who benefit under this program are not eligible for Educational Advancement (see Section 2.5.) benefits.

**17.2.1.**    Professional Growth Assistance Program

**17.2.1.1.**    To assist a regular, full-time employee to improve his/her abilities and increase his/her potential to perform responsible jobs, the Skill Center has a Professional Growth Assistance Program available to employees who have satisfactorily completed the probationary period.

**17.2.1.2.**    If approved, a regular, full-time employee will be reimbursed for the cost of tuition if he/she pursues a course of job-related study offered by a college, university, or educational institution accredited by a

MCCCD-O 2120

nationally recognized agency or association. The employee must receive prior written approval by the immediate supervisor and Chief Administrator for each event or individual class. A grade of "C" or better in the course of study is required to receive reimbursement. Reimbursements will be made up to, but not to exceed, tuition costs at major in-state public universities. Employees should review the current guidelines regarding tuition reimbursement limits and total award limits.

**17.2.1.3.** Regular part-time employees who work twenty-five (25) to thirty (30) hours per week are eligible for reimbursement up to 50% of the costs, as outlined above, with the prior approval of the supervisor and/or the Chief Administrator.

**17.2.2.** Seminars, workshops, and conferences

**17.2.2.1.** Regular full-time employees who participate in seminars, workshops, and conferences will be reimbursed up to the cost of the program, with the prior approval of the supervisor and/or Chief Administrator.

**17.2.2.2.** Regular part-time employees who work twenty-five (25) to thirty (30) hours per week, who participate in workshops and conferences, will be reimbursed up to 50% of the cost of the program, with the prior approval of the supervisor and/or Chief Administrator.

MCCCD-O 2121

EXHIBIT B

— —

---------- Forwarded message ----------
From: **Lisa Hemming** <hemming@gatewaycc.edu>
Date: Mon, Jan 27, 2014 at 10:49 AM
Subject: Fwd: Schaun Owens
To: Christopher Wurster <wurster@gatewaycc.edu>, Karen Scott <scottk@gatewaycc.edu>

Good morning,

I am sending this email in request for termination of Schaun Owens.
Please let me know if you have any questions.

Thanks,
Lisa



**Lisa Hemming**
Assistant Program Manager of Cosmetology and Aesthetics
Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236
1245 East Buckeye Road, Phoenix, Arizona 85034

1

MCCCD-0-182

*A Division of GateWay Community College*



---------- Forwarded message ----------
From: **Lisa Hemming** <hemming@gatewaycc.edu>
Date: Mon, Jan 13, 2014 at 4:54 PM
Subject: Fwd: Schaun Owens
To: Karen Scott <scottk@gatewaycc.edu>
Cc: Christopher Wurster <wurster@gatewaycc.edu>


Hi Kristina and CJ,

Please see the attached documentation regarding Schaun Owens. Let me know if you need any other information from me.


Thank you,

Lisa



**Lisa Hemming**
Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



---------- Forwarded message ----------
From: **Kristina Scott** <scottk@gatewaycc.edu>
Date: Fri, Jan 10, 2014 at 4:57 PM
Subject: Re: Schaun Owens
To: Lisa Hemming <hemming@gatewaycc.edu>


Hi Lisa,

I spoke with CJ about the situation and we agree that action should be taken. In order for this to move forward, for each of the bulleted items listed below, please explain what happened by identifying the following:

2

- The date the incident(s) occurred
- What happened (brief summary, 1-2 sentences, that includes facts)
- Why it should not have occurred (per policy, etc.)
- What you did to correct it

Your essential supporting documentation can be scanned in corresponding order to your bullet list and attached to the email. I know you are very detailed and thorough, however, try to limit the information to what is most relevant (i.e. incident reports). All other supporting documentation can be available upon request.

I would suggest keeping your email as is and attaching two documents: 1. explains what happened, 2. essential supporting documentation.

Let me know if you have any questions.

Kristina


On Fri, Jan 10, 2014 at 3:16 PM, Lisa Hemming <hemming@gatewaycc.edu> wrote:
Hi Kristina,

Here a some of the current challenges I am having with Schaun Owens dating back to her hire date of 8/13.


- Giving permission to West-Mec students to leave campus
- Not adhering to the curriculum
- Excessive tardiness
- Not adhering to State Board regulations (Sanitation)
- Playing videos for students and giving hours for this time (falsifying hours)
- Incident reports

Please note that I have several items of documentation to support this list. I am attaching her incident report dated 10/2/13. I will be working on her incident report for her most recent issue of not adhering to the curriculum.
Please let me know if you have any questions.


Thanks,
Lisa



Lisa Hemming

3

Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



--



**Kristina Scott**
Assistant Director, Northwest Campus
scottk@gatewaycc.edu

p: (602) 238-4368 | f: (602) 218-4528
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



4





MARICOPA SKILL CENTER

### INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

    - Job abandonment;
    - Discourtesy toward co-workers or the public
    - Sleeping on the job.
    - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan. 11, 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of Incident: (Date, Time, Place, People Involved)**

Jan. 11, 2014 at 1:35pm in Classroom #130 Ms. Owen's classroom.
There was a pizza party with Ms. Owens' class in the classroom during instructional hours as evidenced by leftover pizza boxes and empty drink containers in the classroom and an email from staff members.

**Performance impact:**

This is in violation of NSWC policy and State Board regulations.

**Recommendations on performance/behavior:**

All NWSC and State Board policies, rules and regulations must be adhered to, without exception.

Supervisor Signature

_Lisa Henry_  1/13/14
Date

Employee Signature (optional)

_____
Date

Updated 5/2/2012





MARICOPA SKILL CENTER

## INCIDENT REPORT GUIDELINES

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

  - Job abandonment;
  - Discourtesy toward co-workers or the public
  - Sleeping on the job.
  - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan 10th 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of Incident: (Date, Time, Place, People Involved)**

Jan. 10th 2014 in the teacher's office at 6pm, Ms. Owens, ███████████████
███████████ and ██████████
Ms. Owens had students in the teacher's office.

**Performance impact:**

Students are not allowed into the office. This has been discussed many times and there is a sign on the door starting students are not allowed in the office. Teachers have their personal belongings in this office. This is a private area.

**Recommendations on performance/behavior:**

No student will be permitted into the teacher's office for any reason. If such meetings with students are needed, there are alternative locations including the instructor's classroom and meeting rooms.

Supervisor Signature

Date   1/13/14

Employee Signature (optional)

Date

Updated 5/2/2012

MCCCD-0-189



**INCIDENT REPORT GUIDELINES**



- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.

## DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

  - Job abandonment;
  - Discourtesy toward co-workers or the public
  - Sleeping on the job.
  - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: Jan. 2, 2014 through Jan. 11, 2014

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of incident: (Date, Time, Place, People Involved)**

Excessive tardiness:
Jan 2nd 2014-tardy-10 min
Jan 3rd 2014-tardy-7 min
Jan 8th 2014-tardy-1 hour and 15 min
Jan 9th 2014- tardy- 5 min
Jan 11th 2014-tardy-10 min

**Performance impact:**

This is in violation of MSC policy. All employees are expected to arrive on time and prepared to work at designated start time.

**Recommendations on performance/behavior:**

All MSC policies, rules and regulations must be adhered to, without exception. Employee must report on time to work.

Supervisor Signature

r/13/14

Date

Employee Signature (optional)

Date

Updated 5/2/2012




MARICOPA SKILL CENTER

**INCIDENT REPORT GUIDELINES**

- The Incident Report Form can be used as a tool for a supervisor to document inappropriate behavior and/or performance.

- The form is not a disciplinary tool and will not take the place of progressive discipline as outlined in the employee policy manuals.

- May be used to begin the disciplinary process.

- Will be retained by the supervisor in his/her records.


### DEFINITIONS ON SOME INAPPROPRIATE BEHAVIORS:

- **Failure to perform completely.** Incompetent performance results if a supervisor communicates reasonable performance standards to an employee and after a specific period of time the employee does not improve.

- **Willful misconduct including violation of Governing Board policies, District administrative regulations or laws that affect the ability to perform a job.** Willful misconduct is not limited to violations of written or stated Governing Board policies or administrative regulations. It also includes violations of generally accepted standards. For example, the District may terminate an employee for theft of property without promulgating a rule prohibiting theft.

- **Insubordination (willful failure to perform job duties).** Insubordination results if a supervisor communicates reasonable duties to an employee and the employee willfully fails to perform.

- **Threatening or committing acts of intimidation or violence.** Violence, threats, harassment, intimidation, and other disruptive behavior in MCCCD facilities will not be tolerated. Such behavior includes, but is not limited to, oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **Inappropriate Conduct.** Examples of inappropriate conduct include, but are not limited to:

    - Job abandonment;
    - Discourtesy toward co-workers or the public
    - Sleeping on the job.
    - Chronic or repeated absenteeism or absence without a legitimate excuse and/or failure to follow proper notification procedures.

MCCCD-0-192



**Incident Report**



MARICOPA SKILL CENTER

Employee Name: Schaun Owens

Date: October 1, 2013

Location/Department/Position: NWSC/Cosmetology/Associate Instructor

**Description of Incident: (Date, Time, Place, People Involved)**
On October 1, 2013 at approximately 10:45am I walked into the teacher's office and noticed Schaun Owens sitting unusual in her chair at her desk. I asked if she was okay which she said yes, the second time I asked her. I asked again if she was sure she was okay, and she said yes. She then told me she was sitting at the desk looking at the computer when she realized how tired she was, so she just closed her eyes for a second.
I have 3 witness that came forward to me stating Schaun was asleep at her desk for anywhere from 10-20 minutes.

**Performance impact:**
Sleeping on the job is inappropriate conduct.

**Recommendations on performance/behavior:**

The Instructor will follow all policies and procedure outlined in the MCCCD and MSC Northwest manuals.

**Employee response (optional):**

No signing because I don't agree with accusation. I was not sleeping on the job.

**Additional comments (optional):**

Did not sign - see above

_Supervisor Signature_

Employee Signature (optional)

Date    10/2/13

Date

Updated 5/2/2012

MCCCD-0-194

Maricopa Community College District Mail - Ms. Ownes                                    Page 1 of 1

 **MARICOPA COMMUNITY COLLEGES**

Lisa Hemming< lis2066488@gatewaycc.edu>

---

## Ms. Ownes
1 message

Carolyn Main< main@gatewaycc.edu>                                          Tue, Oct 1, 2013 at 11:48 AM
Reply-To: main@gatewaycc.edu
To: Lisa Hemming <hemming@gatewaycc.edu>

Lisa,

Just wanted to let you know, I'm not sure if Ms. Owens is ok or not. She was sleeping in the office for from what I saw at least 10 minutes.

*Carolyn Cardwell*
**Associate Instructor**
**Northwest Skill Center**
Cosmetology
main@gatewaycc.edu
Phone: (602)-392-5000

MCCCD-0-195

 **MARICOPA COMMUNITY COLLEGES®**

Lisa Hemming< lis2066488@gatewaycc.edu>

---

## 10/1/13
1 message

---

**Shala Dveirin< shala.dveirin@gatewaycc.edu>**                    Tue, Oct 1, 2013 at 5:01 PM
To: Lisa Hemming <hemming@gatewaycc.edu>

On 10/1/13 I entered the office and noticed ms. Shaun asleep in her chair. I was at my desk for
approximately 5 minuets and she was asleep. I left the office and reentered with Lisa Hemming, who
asked her if she was O.K.? she said yes she was looking at the computer and her eyes were tired so she
decided to rest her eyes.

Shala Dveirin

MCCCD-0-196

 **MARICOPA
COMMUNITY
COLLEGES®**

Lisa Hemming< lis2066488@gatewaycc.edu>

---

## Today
1 message

---

Robert Wood < robert.wood@gatewaycc.edu>                        Tue, Oct 1, 2013 at 9:47 PM
Reply-To: robert.wood@gatewaycc.edu
To: Lisa Hemming <hemming@gatewaycc.edu>

I went on break at 10:00, as I walked into the office I noticed that MS.Owens was curled up in her chair
and it appeared she was asleep. I thought to myself that doesn't look comfortable.

Truly I don't know if it was before break or after, either way I did notice Ms. Owens looking quite relaxed.
I know how hard it is to sit at the computer and become relaxed and want to nap and chill. I have to get up
and change what I am doing to get focused again, plus a cup of coffee helps somewhat.  Mr Wood

MCCCD-0-197

| Incident: | Date(s): | Description: | Impact: | Action: |
|---|---|---|---|---|
| Students leaving campus | 9/16/13 and 12/20/2013 | 9/16/13 Ms Owens gave ██████ permission to smoke outside. 12/20/13 Ms Owens Gave ██████ and ██████ permisson to go to Fry's. | Closed campus. Violation of handbook. | verbal warning with intent of follow up with write up. |
| Not adhering to curriculum | 9/5/2013, 12/6/13 and 1/6/14 | 9/5/13 did not admister State Board bootramp or test as instructed-I had to redo curriculum for the week. 12/6/13 Did not teach students facials as listed on curriculum for the week. 1/6/14 did not administer test as instructed. I had to redo curriculum for the week. | Students grades are not entered on time. Students lack of learning. Teacher coverage for ADA. | Verbal warning and write up. |
| Excessive Tardies | Total tardies per month: Aug-2 Sept-1 Oct -1 Dec-4 Jan-5 | Ms Owens sometimes will text me if she is going to be late. Time is not always entered. On 12/24 she was LWP. She has taken off 1/13/14 with out approval as her time is "frozen" per Alice Cornelius. | Misuse of company time. | Verbal warning and write up. |
| Not adhering to State Board Regulations on Sanitation. | 11/5/13 12/13/13 12/19/13 1/11/14 | I did a State Board Inspection on 11/5/13. There was food and drink in stations. Stations were dirty with dirty implements, dirty towels and personal items. 12/13/13 dispesary was full of dirty towels. Break room was dirty and not cleaned from prior day. Monitors are not being checked by Ms Owens. 12/19/13 Students eating on the clinic floor. 1/11/14 towel bins overflowing with dirty towels. Food and drink in classrooms and pizza boxes left in classroom. Garbages overflowing in breakroom and clinic.These duties are all assigned to Ms Owens class. | This is violation of State Board Laws and Rules. We could suffer a heft fine if we are in violation and possibly shut down. | Reviewed at every meeting. Laws and Rules were printed out so all teachers were reminded of our responsibilities as licensed instructors. Verbal warning and write up. |

MCCCD-0-198

| Playing movies and videos for students during classtime. | 9/13/2013 12/10/13 12/20/13 | 9/13/13 ▮▮▮▮▮▮ told Paul McCray and I that Ms. Owens plays Videos (Tabatha's take over and Faceoff) during class time instead of State Board boot camp. 12/10/13 ▮▮▮▮ told Paul McCray, ▮▮▮▮ parents and Cheri Snow, ▮▮▮▮ parents and myself that Ms. Owens continues to play videos during classtime. 12/20/13 Ms Owens played the movie "Jingle All the Way" for students during classtime. | This is falsifying hours and is not permitted by State Board. | This has been addressed many time with staff. This is not permitted in our school or by State Board. Verbal warning with intent to follow up. |
| Multiple incident reports | 10/2/2013 1/13/14 | I wrote Schaun up for sleeping in the office on 10/2/13. I have written up Schaun today for violation of sanitation, tardiness and students in teachers office for 1/10/14 and 1/11/14 | Verbal discussions do not seem to correct the behavior. | I will write up any teacher if I have given a verbal warning and the behavior has not been corrected. |

I have a file of documentation in the forms of emails, word documents and text messages that will support this information and I am willing to provide if requested.

# EXHIBIT C



**Maria Bellino <mar2390580@domail.maricopa.edu>**

---

# Fwd: Schaun Owens

---

**John Naughton** <naughton@gatewaycc.edu>                     Thu, Jan 30, 2014 at 8:26 AM
Reply-To: naughton@gatewaycc.edu
To: Judy Castellanos <judy.castellanos@domail.maricopa.edu>
Cc: Maria Bellino <maria.bellino@domail.maricopa.edu>, Alice Cornelius <cornelius@gatewaycc.edu>

Good morning Judy,

Please provide a letter of non-retention if Mr. Bowers supports this action.

John

---------- Forwarded message ----------
From: Steven Gonzales <steven.gonzales@gatewaycc.edu>
Date: Thu, Jan 30, 2014 at 8:14 AM
Subject: Re: Schaun Owens
To: Tony Astl <anthony.astl@gatewaycc.edu>
Cc: Jim Bowers <james.bowers@domail.maricopa.edu>, John Naughton <naughton@gatewaycc.edu>

Based on the information provided, I support the decision to non-renew the employee.

Steven

On Wed, Jan 29, 2014 at 5:47 PM, Tony Astl <anthony.astl@gatewaycc.edu> wrote:
> Steven, I support Kristina's request of non retention of Shcaun Owens based on the following
> actions dating back to her hire date of 8/13:
>
>   • Giving permission to West-Mec students to leave campus
>   • Not adhering to the curriculum
>   • Excessive tardiness
>   • Not adhering to State Board regulations (Sanitation)
>   • Playing videos for students and giving hours for this time (falsifying hours)
>   • Incident reports (attached)
>
>   If you support the non retention, please state such and forward to Jim Bowers and copy
>   John Naughton.
>
>   Tony
>
>
> Tony Astl
> Interim Vice President of Administrative Services
> GateWay Community College
>
>
> ---------- Forwarded message ----------
> From: John Naughton <naughton@gatewaycc.edu>
> Date: Wed, Jan 29, 2014 at 1:24 PM
> Subject: Fwd: Schaun Owens

MCCCD-0-122

To: Tony Asti <anthony.asti@gatewaycc.edu>

Tony,

Do you support this action?

John

---------- Forwarded message ----------
From: **Christopher Wurster** <wurster@gatewaycc.edu>
Date: Tue, Jan 28, 2014 at 12:34 PM
Subject: Fwd: Schaun Owens
To: Tony Asti <anthony.asti@gatewaycc.edu>
Cc: John Naughton <naughton@gatewaycc.edu>

Hi Tony, I support Kristina Scott and Lisa Hemming's request for non-retention of this employee. Please let me know if you approve.

Thanks.

CJ

**CJ Wurster**
Director (Interim)
wurster@gatewaycc.edu

p: (602) 238-4330
1245 East Buckeye Road
Phoenix, Arizona 85034

*A Division of GateWay Community College*

---------- Forwarded message ----------
From: **Kristina Scott** <scottk@gatewaycc.edu>
Date: Tue, Jan 28, 2014 at 9:42 AM
Subject: Re: Schaun Owens
To: Christopher Wurster <wurster@gatewaycc.edu>

CJ,

Due to the information that has been provided, I am in agreement with the recommendation.

Kristina

On Tue, Jan 28, 2014 at 8:19 AM, Christopher Wurster <wurster@gatewaycc.edu> wrote:
 Kristina, do you agree with this recommendation?

MCCCD-0-123



**CJ Wurster**
Director (Interim)
wurster@gatewaycc.edu

p: (602) 238-4330
1245 East Buckeye Road
Phoenix, Arizona 85034

*A Division of GateWay Community College*



---------- Forwarded message ----------
From: **Lisa Hemming** <hemming@gatewaycc.edu>
Date: Mon, Jan 27, 2014 at 10:49 AM
Subject: Fwd: Schaun Owens
To: Christopher Wurster <wurster@gatewaycc.edu>, Karen Scott <scottk@gatewaycc.edu>

Good morning,

I am sending this email in request for termination of Schaun Owens.
Please let me know if you have any questions.

Thanks,
Lisa



**Lisa Hemming**
Assistant Program Manager of Cosmetology and Aesthetics

Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236 C:

1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



---------- Forwarded message ----------
From: **Lisa Hemming** <hemming@gatewaycc.edu>
Date: Mon, Jan 13, 2014 at 4:54 PM
Subject: Fwd: Schaun Owens
To: Karen Scott <scottk@gatewaycc.edu>
Cc: Christopher Wurster <wurster@gatewaycc.edu>

Hi Kristina and CJ,

Please see the attached documentation regarding Schaun Owens. Let me know if you need

MCCCD-0-124

any other information from me.

Thank you,

Lisa



**Lisa Hemming**
Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu

p: (602) 392-5236|Ca

1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



---------- Forwarded message ----------
From: **Kristina Scott** <scottk@gatewaycc.edu>
Date: Fri, Jan 10, 2014 at 4:57 PM
Subject: Re: Schaun Owens
To: Lisa Hemming <hemming@gatewaycc.edu>

Hi Lisa,

I spoke with CJ about the situation and we agree that action should be taken. In order for this to move forward, for each of the bulleted items listed below, please explain what happened by identifying the following:

- The date the incident(s) occurred
- What happened (brief summary, 1-2 sentences, that includes facts)
- Why it should not have occurred (per policy, etc.)
- What you did to correct it

Your essential supporting documentation can be scanned in corresponding order to your bullet list and attached to the email. I know you are very detailed and thorough, however, try to limit the information to what is most relevant (i.e. incident reports). All other supporting documentation can be available upon request.

I would suggest keeping your email as is and attaching two documents: 1. explains what happened, 2. essential supporting documentation.

Let me know if you have any questions.

Kristina


On Fri, Jan 10, 2014 at 3:16 PM, Lisa Hemming <hemming@gatewaycc.edu> wrote:
Hi Kristina,

Here a some of the current challenges I am having with Schaun Owens dating back to her hire date of 8/13.

MCCCD-0-125

- Giving permission to West-Mec students to leave campus
- Not adhering to the curriculum
- Excessive tardiness
- Not adhering to State Board regulations (Sanitation)
- Playing videos for students and giving hours for this time (falsifying hours)
- Incident reports

Please note that I have several items of documentation to support this list. I am attaching her incident report dated 10/2/13. I will be working on her incident report for her most recent issue of not adhering to the curriculum.
Please let me know if you have any questions.


Thanks,
Lisa




**Lisa Hemming**

Assistant Program Manager/Cosmetology
Northwest Skill Center
hemming@gatewaycc.edu


p: (602) 392-5236 C:

1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*




**Kristina Scott**
Assistant Director, Northwest Campus
scottk@gatewaycc.edu

p: (602) 238-4368   |   f: (602) 218-4528
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*



MCCCD-0-126



**Kristina Scott**
Assistant Director, Northwest Campus
scottk@gatewaycc.edu

p: (602) 238-4368   |   f: (602) 218-4528
1245 East Buckeye Road, Phoenix, Arizona 85034

*A Division of GateWay Community College*





**John J. Naughton**
Assistant Director Administrative and Support Services
GWC/MSC Human Resources
GateWay Community College
108 N. 40th Street Office # MA 1143
Phoenix, AZ 85034
p: (602) 238-4309   |   f: (602) 238-4307
Naughton@gatewaycc.edu



--
**Steven R. Gonzales, Ed. D.**
President
Administration Office
steven.gonzales@gatewaycc.edu

p: (602) 286-8008   |   f: (602) 286-8003
108 North 40th Street, Phoenix, Arizona 85034





*A Maricopa Community College*

MCCCD-0-127



**John J. Naughton**
Assistant Director Administrative and Support Services
GWC/MSC Human Resources
GateWay Community College
108 N. 40th Street Office # MA 1143
Phoenix, AZ 85034
p: (602) 238-4309  |  f: (602) 238-4307
Naughton@gatewaycc.edu



MCCCD-0-128