# EXHIBIT 10

# UDALL│SHUMWAY
### COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | NO. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JAMES BOWERS** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

State of Kansas      )
                     ) s s
Johnson County       )

James, upon his oath, states:

1. I am over the age of eighteen and I am competent to testify.

2. I state the matters herein of my own personal knowledge unless otherwise stated.

3. I was formerly employed by the Maricopa County Community College District. ("District").

4. I served from April 1, 2013 through March 21, 2014 as the District's Vice Chancellor of Human Resources.

5. The District has a Governing Board and a Chancellor. The Chancellor of the District reports directly to the Governing Board.

6. The Chancellor is authorized to adopt or amend Administrative Regulations applicable throughout the District.

7. The District's Staff Policy Manual is available on-line to all employees or anyone on the District's website. The Staff Policy Manual includes the Maricopa & EMCC Southwest Skill Centers Policies applicable to employees of the Maricopa Skill Center and Estrella Mountain Community College Southwest Skill Center.

8. The District, through the Chancellor, has adopted Administrative Regulations applicable at all colleges within the District. These regulations are published on the District's website. A number of them are also published in each college's catalog and student handbook, as well as the Staff Policy Manual.

9. The District has adopted a policy prohibiting discrimination by its employees and students based upon race, sex and other specified criteria. These policies are reflected in, among other places, the Staff Policy Manual available to anyone on the District's website.

10. The District enforces its anti-discrimination policy through a process for investigating and determination of complaints of discrimination. If discrimination is found, sanctions can be imposed against the offending persons. Discrimination complaints at Gateway Community College in 2013-14 school year by employees

2

went to the Vice President of Student Affairs, who is required to promptly investigate the complaint and make findings, conclusions and recommendations to the College's President. The College President can adopt, reject or modify the proposed findings and conclusions. The final written decision is made by the College President and issued to the complainant. The complainant has a right to ask for reconsideration of the written decision.

11. An internal EEO complaint alleging discrimination based upon protected criteria such as race can be submitted by any District employee, including those who are on probation.

12. On February 7, 2014, Judy Castellanos communicated to me via e-mail the HR Solution Center's approval and support of the proposed termination of Schaun Owens, a probationary employee of the Maricopa Skill Center. A true and accurate copy of the e-mail string is attached hereto as Exhibit A.

13. The basis of the request for termination was set forth in the January 30, 2014 e-mail from Toni Asti (Ex. A, MCCCD-O 68), Gateway Community College's Interim Vice President of Administrative Services: (1) giving permission for West-MEC students to leave campus; (2) not adhering to the curriculum; (3) excessive tardiness; (4) not adhering to State Board regulations on sanitation; playing videos for students and giving hours for this time; and (5) matters set forth in Incident Report for sleeping on the job, pizza party, students in instructor's office, and excessive tardiness.

14. On February 11, 2014, I accepted and approved the recommendation to terminate Schaun Owens as an employee. I was not aware at the time I made that decision of her racial makeup and background, nor would it have mattered to my decision.

15. I accepted the recommendation to terminate Schaun Owens as an employee without regard to any protected speech or activity. I was not aware at the time I made the decision of any protected speech or activity by Schaun Owens, nor would it have mattered to my decision.

16. At the time I made my decision to terminate Schaun Owens, I had no reason to believe that any person who recommended or approved the recommendation for the termination was biased against Ms. Owens because of her race or took into consideration Ms. Owens' race in making the recommendation or approving it.

17. At the time I made my decision to terminate Schaun Owens, I had no reason to believe that any person who recommended or approved the recommendation for the termination was retaliating against Ms. Owens because of her protected speech or activity.

. . .
. . .

18. I swear subject to the laws of perjury that the above statements are true and correct to the best of my knowledge and recollection.

DATED: July 28, 2016.

_____
James Bowers

Subscribed and sworn before me by James Bowers this 28 day of July, 2016.

_____
Audrey Brethower
Notary Public

My commission expires: 2-3-2020

AUDREY BRETHOUWER
Notary Public, State of Kansas
My Appointment Expires
2-3-2020

4688433.1 \109883-5\July 28, 2016

5

# EXHIBIT A

<200b>
<200b>
<200b>
<200b>
<200b>
<200b>
<200b>

10/13/2016     Maricopa Community College District Mail - Fwd: Schaun Owens

 **MARICOPA COMMUNITY COLLEGES**

Maria Bellino <mar2390880@domail.maricopa.edu>

## Fwd: Schaun Owens

Judy Castellanos <judy.castellanos@domail.maricopa.edu>      Wed, Feb 12, 2014 at 8:20 AM
Reply-To: judy.castellanos@domail.maricopa.edu
To: Maria Bellino <maria.bellino@domail.maricopa.edu>



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

---------- Forwarded message ----------
From: Jim Bowers <james.bowers@domail.maricopa.edu>
Date: Tue, Feb 11, 2014 at 2:54 PM
Subject: Re: Schaun Owens
To: Judy Castellanos <judy.castellanos@domail.maricopa.edu>

Approved



James Bowers: Interim Vice Chancellor for Human Resources

2411 West 14th Street, Tempe AZ 85281
phone | 480-731-8103
email | james.bowers@domail.maricopa.edu
website | www.maricopa.edu

On Fri, Feb 7, 2014 at 4:49 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
> Could you please approve this action?
>
> Thanks!
> Judy



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8480 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

10/13/2015     Maricopa Community College District Mail - Fwd: Schaun Owens

On Thu, Feb 6, 2014 at 5:08 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
> We have finished reviewing the information and support this request.

Thanks!
Judy



**Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center**

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8460 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu
website | www.maricopa.edu

On Thu, Feb 6, 2014 at 10:31 AM, Jim Bowers <james.bowers@domail.maricopa.edu> wrote:
Anything new on this?



**James Bowers: Interim Vice Chancellor for Human Resources**
2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8103
email | james.bowers@domail.maricopa.edu
website | www.maricopa.edu

On Thu, Jan 30, 2014 at 6:06 PM, Judy Castellanos <judy.castellanos@domail.maricopa.edu> wrote:
We are still reviewing the documentation and have notified the college of this.



Judy Castellanos: Sr. HR Manager, Workforce Resolutions & Compliance|HR Solutions Center

2411 West 14th Street, Tempe AZ 85281
phone | 480.731.8460 • fax | 480.731.8450
email | Judy.Castellanos@domail.maricopa.edu

website | www.maricopa.edu

On Thu, Jan 30, 2014 at 8:49 AM, Jim Bowers <james.bowers@domail.maricopa.edu> wrote:
What is your recommendation on this request?

Thanks

James Bowers: Interim Vice Chancellor for Human Resources
2411 West 14th Street, Tempe AZ 85281

10/13/2015          Maricopa Community College District Mail - Fwd: Schaun Owens



phone | 480-731-8103
email | james.bowers@domail.maricopa.edu
website | www.maricopa.edu

---------- Forwarded message ----------
From: Steven Gonzales <steven.gonzales@gatewaycc.edu>
Date: Thu, Jan 30, 2014 at 8:14 AM
Subject: Re: Schaun Owens
To: Tony Astl <anthony.astl@gatewaycc.edu>
Cc: Jim Bowers <james.bowers@domail.maricopa.edu>, John Naughton <naughton@gatewaycc.edu>

Based on the information provided, I support the decision to non-renew the employee.

Steven

On Wed, Jan 29, 2014 at 5:47 PM, Tony Astl <anthony.astl@gatewaycc.edu> wrote:
> Steven, I support Kristina's request of non retention of Shcaun Owens based on the
> following actions dating back to her hire date of 8/13:

- Giving permission to West-Mec students to leave campus
- Not adhering to the curriculum
- Excessive tardiness
- Not adhering to State Board regulations (Sanitation)
- Playing videos for students and giving hours for this time (falsifying hours)
- Incident reports (attached)

If you support the non retention, please state such and forward to Jim Bowers and copy John Naughton.

Tony.

Tony Astl
Interim Vice President of Administrative Services
GateWay Community College

---------- Forwarded message ----------
From: John Naughton <naughton@gatewaycc.edu>
Date: Wed, Jan 29, 2014 at 1:24 PM
Subject: Fwd: Schaun Owens
To: Tony Astl <anthony.astl@gatewaycc.edu>

Tony,

Do you support this action?

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=a25770b467&view=pt&cat=1-MB%20Campuses%2F1-Gateway%2FArchived%20Files%2FOwen%2C%20Schaun... 3/4

MCCCD-0-68

Steven R. Gonzales, Ed. D.
President
Administration Office
steven.gonzales@gatewaycc.edu

p: (602) 286-8008 | f: (602) 286-8003
108 North 40th Street, Phoenix, Arizona 85034

**GateWay**
Community College

*A Maricopa Community College*

MCCCD-0-69