June 5, 2017

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

JUN 2 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**Case # CV-15-01769-PHX-SPL**

Schaun Owens
16808 N. 20th Street
Phoenix, AZ. 85022

---

Amendment to Address Change

To the Clerk of the Courts,

Attorney David Schwartz has brought to my attention that the court may have updated my address incorrectly. Although I have been receiving correspondence for the court with No delay or issue, however, I felt it is necessary to have all contact information for myself, reflected correctly in your system. The correct address is listed below.

**CORRECT ADDRESS:**

Schaun Owens
16808 N. 20th Street
Phoenix, AZ. 85022

Respectfully,

Schaun Owens
schaunowens@yahoo.com