# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br><br>      Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>      Defendants. | **NO. CV-15-01769-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 30, 2017, which granted Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                      Brian D. Karth
                                      District Court Executive/Clerk of Court

October 2, 2017

                                      s/ Rebecca Kobza
                             By   Deputy Clerk