**UDALL|SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Bradley D. Gardner #011211
bdg@udallshumway.com
Attorney for Defendants Maricopa County Community
College District, Maricopa Skill Center and Lisa Hemming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens, | NO. CV-15-01769-PHX-SPL |
| Plaintiff, | |
| v. | **BILL OF COSTS** |
| Maricopa County Community College District, Maricopa Skill Center, and Lisa Hemming, | |
| Defendants. | |

Judgment having been entered in the above entitled action on October 2, 2017 against Plaintiff Schaun Owens, the Clerk is requested to tax the following as costs:

Fees of the Clerk

Fees for service of summons and complaint or process (see Exhibit A)     $965.99

Fees for printed or electronically recorded transcripts necessarily obtained
for use in the case (see Exhibit B)     $3,761.91

Fees and disbursements for printing

Fees for witnesses (itemized on next page)     $538.72

Fees for exemplification and the costs of making copies of any materials
where the copies are necessarily obtained for use in the case

Docket fees under 28 U.S.C. § 1923

Costs as shown on Mandate of Court of Appeals

Compensation of court-appointed experts

Compensation of interpreters and costs of special interpretation services Under 28 U.S.C. § 1828

Other costs (please itemize)

TOTAL <u>$5,266.62</u>

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

## DECLARATION

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

\_\_\_\_\_ Electronic Service        <u>  X  </u> First Class Mail, postage prepaid

DATED:  October 2, 2017.

                                UDALL SHUMWAY PLC

                                <u>     /s/ Bradley D. Gardner           </u>
                                Bradley D. Gardner
                                1138 North Alma School Road
                                Suite 101
                                Mesa, AZ  85201
                                Attorneys for Defendants

## TAXATION OF COSTS

    Costs are taxed in the amount of _____ and included in the judgment.

_____       By:_____     _____
Clerk of the Court                                  Deputy Clerk              Date

**Witness Fees (computation, cf 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY, STATE OF RESIDENCE | Attendance Days | Attendance Total Cost | Mileage Miles | Mileage Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|
| Carolyn Cardwell Main | 1 | 40.00 | | 15.60 | $55.60 |
| Isabel Flores Cherno | 1 | 40.00 | | 13.50 | $53.50 |
| Toni Trott | 1 | 40.00 | | 14.58 | $54.58 |
| Noslen Trujillo | 1 | 40.00 | | 17.28 | $57.28 |
| ECS Chart Retrieval | 1 | 40.00 | | 15.12 | $55.12 |
| Fresh 2 Def | 1 | 40.00 | | 21.06 | $61.06 |
| Apple One | 1 | 40.00 | | 21.06 | $61.06 |
| TLK Group | 1 | 40.00 | | 9.18 | $49.18 |
| Avalon School of Beauty | 1 | 40.00 | | 3.78 | $43.78 |
| RemX Specialty Staffing | 1 | 40.00 | | 7.56 | $47.56 |
| TOTAL | | | | | $538.72 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
　"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
　"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**
Costs Other than Attorneys' Fees.
　Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**
(d) Additional Time After Certain Kinds of Service.
　When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**
Cost or Fee Awards:
　　Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the attached document using ECF for filing and transmitted the document as follows:

By mail to:

Schaun Owens
16808 N. 20th Street
Phoenix, AZ  85022
Plaintiff

   /s/ Kimberly Kershner
Kimberly Kershner

4858076.1\109883-5\October 3, 2017