# EXHIBIT A

## FEES FOR SERVICE OF PROCESS

| Date of Service | Subpoena/Order | Process Server | Fees |
|---|---|---|---|
| 05/19/16 | Subpoena – Isabel Flores Cherno (excluding one day attendance $40 – mileage $13.50) | Liddy Legal | $88.95 |
| 06/01/16 | Subpoena – Carolyn Main (excluding one day attendance $40 – mileage $15.60) | Liddy Legal | $132.36 |
| 05/07/16 | Subpoena – Noslen Trujillo (excluding one day attendance $40 – mileage $17.28) | Liddy Legal | $163.73 |
| 05/11/16 | Subpoena – Toni Trott (excluding one day attendance $40 – mileage $14.58) | Liddy Legal | $79.46 |
| 04/04/16 | Subpoena – ECS Chart Retrieval (excluding one day attendance $40 – mileage $15.12) | Liddy Legal | $77.11 |
| 04/05/16 | Subpoena –Fresh 2 Def (excluding one day attendance $40 – mileage $21.06) | Liddy Legal | $94.51 |
| 04/04/16 | Subpoena –Apple One (excluding one day attendance $40 – mileage $21.06) | Liddy Legal | $108.91 |
| 04/04/16 | Subpoena –TLK Group (excluding one day attendance $40 – mileage $9.18) | Liddy Legal | $46.92 |
| 04/04/16 | Subpoena –Avalon School of Beauty (excluding one day attendance $40 – mileage $3.78) | Liddy Legal | $63.98 |
| 04/04/16 | Subpoena –RemX Special ty Staffing (excluding one day attendance $40 – mileage $7.56) | Liddy Legal | $52.36 |
| 04/04/16 | Subpoena –Tri-West Healthcare (one day attendance $40 – mileage $12.96) | Liddy Legal | $57.70 |
| TOTAL: | | | $965.99 |

## EXHIBIT B

## COURT REPORTER FEES FOR TRANSCRIPTS

| Date of Depo | Deponent | Court Reporter | Reporter's Fees |
|---|---|---|---|
| 05/23/16 | Schaun Owens | Griffin & Associates | $1,532.14 |
| 06/13/16 | Carolyn Main/ Isabel Flores Cherno | Griffin & Associates | $1,018.56 |
| 06/20/16 | Toni Trott/ | Griffin & Associates | $1,211.21 |
| TOTAL | | | $3,761.91 |

4691302.1

109883-4