## EXHIBIT A

### FEES FOR SERVICE OF PROCESS

| Date of Service | Subpoena/Order | Process Server | Fees |
|---|---|---|---|
| 05/19/16 | Subpoena – Isabel Flores Cherno (excluding one day attendance $40 – mileage $13.50) | Liddy Legal | $88.95 |
| 06/01/16 | Subpoena – Carolyn Main (excluding one day attendance $40 – mileage $15.60) | Liddy Legal | $132.36 |
| 05/07/16 | Subpoena – Noslen Trujillo (excluding one day attendance $40 – mileage $17.28) | Liddy Legal | $163.73 |
| 05/11/16 | Subpoena – Toni Trott (excluding one day attendance $40 – mileage $14.58) | Liddy Legal | $79.46 |
| 04/04/16 | Subpoena – ECS Chart Retrieval (excluding one day attendance $40 – mileage $15.12) | Liddy Legal | $77.11 |
| 04/05/16 | Subpoena –Fresh 2 Def (excluding one day attendance $40 – mileage $21.06) | Liddy Legal | $94.51 |
| 04/04/16 | Subpoena –Apple One (excluding one day attendance $40 – mileage $21.06) | Liddy Legal | $108.91 |
| 04/04/16 | Subpoena –TLK Group (excluding one day attendance $40 – mileage $9.18) | Liddy Legal | $46.92 |
| 04/04/16 | Subpoena –Avalon School of Beauty (excluding one day attendance $40 – mileage $3.78) | Liddy Legal | $63.98 |
| 04/04/16 | Subpoena –RemX Special ty Staffing (excluding one day attendance $40 – mileage $7.56) | Liddy Legal | $52.36 |
| 04/04/16 | Subpoena –Tri-West Healthcare (one day attendance $40 – mileage $12.96) | Liddy Legal | $57.70 |
| TOTAL: | | | $965.99 |

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File #  109883-5
Account    #  0365
Invoice     #  260802
Liddy      #  193874-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

                              **Plaintiff,**

vs                                               **CERTIFICATE OF SERVICE**
                                                 **BY PRIVATE PROCESS SERVER**
Maricopa County Community College, et al.,        Case No. CV-15-01769-PHX-SPL

                              **Defendants.**

**ENTITY/PERSON TO BE SERVED:** Isabel Flores Cherno

**PLACE OF SERVICE:**              7769 W. Bonitos Dr., Phoenix, AZ 85035

**DATE OF SERVICE:** On the ___19th___ day of ___May___ , 2016 at ___6:15___ PM    County _Maricopa_

[X] PERSONAL SERVICE  [ ] Left a copy with a person authorized to    [ ] At this usual place of abode, I left a copy
                              accept service.                              with a person of suitable age and discretion
                                                                           residing therein.

**Name of Person Served and Relationship/Title**   Personally served Isabel Flores Cherno, who is described as Hispanic, mid to late 20's, 5'5", 135 lbs, with Black-hair.

on ___5/5/2016___ we received the following documents for service:
Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition.
Date and Time of Appearance: June 13, 2016 at 9:00 a.m.
Tendering a witness/mileage fee of $53.50.

Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER: ___Lorenzo Aguilar #7994___

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____

                                                              Date: _5/20/2016_

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $28.80 |
| Mileage | $28.80 |
| Fee Advance | $53.50 |
| Fee Advance S/C | $5.35 |
| Doc. Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

                Total    $142.45

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account   # 0365
Invoice    # 261517
Liddy      # 194691-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

                              Plaintiff,              **CERTIFICATE OF SERVICE**
                                                      **BY PRIVATE PROCESS SERVER**
vs                                                    Case No. CV-15-01769-PHX-SPL

Maricopa County Community College, et al.,

                              Defendants.

**ENTITY/PERSON TO BE SERVED:** Carolyn Cardwell

**PLACE OF SERVICE:**          2311 E. Hartford Ave., #114, Phoenix, AZ 85022

**DATE OF SERVICE:** On the __1st__ day of __June__, 2016 at __7:38__ AM      County __Maricopa__

| [X] PERSONAL SERVICE | Left a copy with a person authorized to accept service. | At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |
|---|---|---|

**Name of Person Served and Relationship/Title**   Personally served Carolyn Cardwell.

on ____5/16/2016____ we received the following documents for service:

Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition.
Date and Time of Appearance: June 13, 2016 at 1:00 p.m.
Tendering a witness/mileage fee of $55.60.

**Received from** UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER:   Corey W. Davis #8362

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____   Date: 6/2/2016

| Item | Amount | |
|---|---|---|
| Service of Process | $16.00 | |
| Mileage | $50.40 | |
| Mileage | $50.40 | |
| Fee Advance | $55.60 | **Tax ID#** 90-0533870 |
| Fee Advance S/C | $5.56 | I declare under penalty of perjury that the foregoing is true and correct and was executed on this date. |
| Doc. Prep Fee | $10.00 | |

            Total      $187.96

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account  # 0365
Invoice   # 260066
Liddy    # 193873-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

Plaintiff,

vs

Maricopa County Community College, et al.,

Defendants.

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

**ENTITY/PERSON TO BE SERVED:** Noslen Trujillo

**PLACE OF SERVICE:**          7000 E. Mayo Blvd., Phoenix, AZ 85054

**DATE OF SERVICE:** On the ___7th___ day of ___May___, 2016 at ___1:33___ PM    County __Maricopa__

[x] PERSONAL SERVICE  [ ] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

Name of Person Served and Relationship/Title    Personally served Noslen Trujillo.

on _____5/5/2016_____ we received the following documents for service:
Subpoena to Testify at a Deposition in a Civil Action; Notice of Deposition.
Date and Time of Appearance: June 20, 2016 at 9:00 a.m.
Tendering a witness/mileage fee of $57.28.

Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER:   Peter D. Ganczewski #7396

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER:                                          Date: 5/8/2016

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $57.60 |
| Mileage | $74.40 |
| Fee Advance | $57.28 |
| Fee Advance S/C | $5.73 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $221.01

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account  # 0365
Invoice  # 260356
Liddy  # 194049-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

                                     Plaintiff,                    **CERTIFICATE OF SERVICE**
vs                                                                **BY PRIVATE PROCESS SERVER**
Maricopa County Community College, et al.,                        Case No. CV-15-01769-PHX-SPL

                                     Defendants.

**ENTITY/PERSON TO BE SERVED:** Toni Trott

**PLACE OF SERVICE:**          16808 N. 20th St., Phoenix, AZ 85022

**DATE OF SERVICE:** On the ___11th___ day of ___May___ , _2016_ at ___4:40___ PM        County _Maricopa_

| [X] PERSONAL SERVICE | [ ] Left a copy with a person authorized to accept service. | [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |
|---|---|---|

**Name of Person Served and Relationship/Title**      Personally served Tony Trott.
_____
_____

on ___5/9/2016___ we received the following documents for service:

Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition.
Date and Time of Appearance: June 20, 2016 at 1:00 p.m.
Tendering a witness/mileage fee of $54.58.

**Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )**

PROCESS SERVER: ___Corey W. Davis #8362___

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____        Date: _5/12/2016_

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $48.00 |
| Fee Advance | $54.58 |
| Fee Advance | $5.46 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

                  Total   $134.04

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account  # 0365
Invoice  # 257817
Liddy  # 190746-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

**Plaintiff,**

vs

Maricopa County Community College, et al.,

**Defendants.**

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** ECS Chart Retrieval Services

**PLACE OF SERVICE:**  15458 N. 28th Ave., Phoenix, AZ 85053

**DATE OF SERVICE:** On the ___4th___ day of ___April___ , 2016 at ___9:05___ AM     County _Maricopa_

| | PERSONAL SERVICE | ✗ | Left a copy with a person authorized to accept service. | | At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |

**Name of Person Served and Relationship/Title**

Served on Mike Murphy, Director of Human Resources, authorized to accept and
receive service of process on behalf of ECS Chart Retrieval Services.

on ___4/1/2016___ we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition; Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 12:00 p.m.
Tendering a witness/mileage fee of $55.12.

**Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )**

PROCESS SERVER:  Floyd R. Brown #8388

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _Floyd R. Brown_          Date: 4/5/2016

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $45.60 |
| Fee Advance | $55.12 |
| Fee Advance S/C | $5.51 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

| | Total | $132.23 |

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account    # 0365
Invoice    # 258073
Liddy     # 190740-1

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

Schaun Owens,

                              Plaintiff,

vs

Maricopa County Community College, et al.,

                              Defendants.

CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER
Case No. CV-15-01769-PHX-SPL

**ENTITY/PERSON TO BE SERVED:** Fresh 2 Def, LLC., c/o Marshall Knox, Statutory Agent

**PLACE OF SERVICE:**      19864 W. Sherman St., Buckeye, AZ 85326

**DATE OF SERVICE:** On the   5th   day of   April   , 2016   at   7:23   PM      County  Maricopa

[ ] PERSONAL SERVICE  [X]  Left a copy with a person authorized to accept service.      [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**      Served on Marshall Knox, Statutory Agent.

on   4/1/2016   we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition; Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 10:00 a.m.
Tendering a witness/mileage fee of $61.06.

**Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )**

PROCESS SERVER:   Peter D. Ganczewski #7396

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER:  _____     Date: 4/7/2016

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $62.40 |
| Fee Advance | $61.06 |
| Fee Advance S/C | $6.11 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

        Total    $155.57

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account  # 0365
Invoice   # 257877
Liddy     # 190747-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

Plaintiff,

vs

Maricopa County Community College, et al.,

Defendants.

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

**ENTITY/PERSON TO BE SERVED:** AppleOne, Inc.

**PLACE OF SERVICE:**        16150 N. Arrowhead Fountains Center Dr., Ste. #360, Peoria, AZ 85382

**DATE OF SERVICE:** On the ___4th___ day of ___April___ , 2016 at ___1:33___ PM        County  Maricopa

☐ PERSONAL SERVICE  ☒  Left a copy with a person authorized to accept service.        ☐  At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

Name of Person Served and Relationship/Title     Served on Welsey W., Accounting Executive, authorized to accept and receive

service of process on behalf of AppleOne, Inc.

on ___4/1/2016___ we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition; Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 12:30 p.m.
Tendering a witness/mileage fee of $61.06.

**Received from** UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER:   Peter D. Ganczewski #7396

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____        Date: 4/5/2016

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $76.80 |
| Fee Advance | $61.06 |
| Fee Advance S/C | $6.11 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total        $169.97

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account   # 0365
Invoice    # 257878
Liddy      # 190745-1

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

Schaun Owens,

                                  Plaintiff,

vs

Maricopa County Community College, et al.,

                                  Defendants.

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

---

**ENTITY/PERSON TO BE SERVED:** TLK Group, LLC., c/o CT Corporation System, Statutory Agent

**PLACE OF SERVICE:**          3800 N. Central Ave., Ste. #460, Phoenix, AZ 85012

**DATE OF SERVICE:** On the ___4th___ day of ___April___ , 2016 at ___2:50___ PM          County __Maricopa__

| | PERSONAL SERVICE | [X] | Left a copy with a person authorized to accept service. | | At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |

**Name of Person Served and Relationship/Title**   Served CT Corporation System, Statutory Agent, by serving Jolene Thomas, Associate

Corporate Operations Specialist, appointed and authorized to accept and receive

service of process, in the State of Arizona, by CT Corporation System.

on ____4/1/2016____ we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition;
Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 11:30 a.m.
Tendering a witness/mileage fee of $49.18.

**Received from** UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER: __Floyd R. Brown #8388__

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____   Date: _4/5/2016_

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Fee Advance | $49.18 |
| Fee Advance S/C | $4.92 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

Total        $96.10

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account # 0365
Invoice # 257882
Liddy # 190741-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

                                    Plaintiff,

vs

Maricopa County Community College, et al.,

                                    Defendants.

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

---

**ENTITY/PERSON TO BE SERVED:** Avalon School of Cosmetology

**PLACE OF SERVICE:**          3200 N. Hayden Rd., Ste. #140, Scottsdale, AZ 85255

**DATE OF SERVICE:** On the ___4th___ day of ___April___, 2016 at ___11:12___ AM      County ___Maricopa___

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to
                                    accept service.          ☐ At this usual place of abode, I left a copy
                                                               with a person of suitable age and discretion
                                                               residing therein.

**Name of Person Served and Relationship/Title**    Served on Susan Thomas, Accounting Manager, authorized to accept and receive

service of process on behalf of Avalon School of Cosmetology.

on _____4/1/2016_____ we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition;
Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 10:30 a.m.
Tendering a witness/mileage fee of $43.78.

**Received from** UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

**PROCESS SERVER:** ___Corey W. Davis #8362___

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____      Date: 4/5/2016

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $33.60 |
| Fee Advance | $43.78 |
| Fee Advance S/C | $4.38 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

Total     $107.76

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account  # 0365
Invoice   # 257880
Liddy    # 190742-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

                                    Plaintiff,

vs

Maricopa County Community College, et al.,

                                    Defendants.

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

**ENTITY/PERSON TO BE SERVED:** RemX Specialty Staffing

**PLACE OF SERVICE:**        2710 E. Camelback Rd., Ste. #190, Phoenix, AZ 85016

**DATE OF SERVICE:** On the ___4th___ day of ___April___ , 2016 at ___4:00___ PM     County _Maricopa_

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.     [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**     Served on Sheri Armitage, Manager / Staffing Operations, authorized to accept and receive service of process on behalf of RemX Specialty Staffing.

on _____4/1/2016_____ we received the following documents for service:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition; Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 11:00 a.m.
Tendering a witness/mileage fee of $47.56.

Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER: _Floyd R. Brown #8388_

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____  Date: _4/5/2016_

| Item | Amount |
| --- | --- |
| Service of Process | $16.00 |
| Mileage | $21.60 |
| Fee Advance | $47.56 |
| Fee Advance S/C | $4.76 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total     $99.92

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 109883-5
Account    # 0365
Invoice     # 257815
Liddy       # 190748-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Schaun Owens,

Plaintiff,

vs

Maricopa County Community College, et al.,

Defendants.

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
Case No. CV-15-01769-PHX-SPL

**ENTITY/PERSON TO BE SERVED:** TriWest Healthcare Alliance Corporation c/o Corporation Service Company, Statutory Agent

**PLACE OF SERVICE:**    2338 W. Royal Palm Rd., Ste. #J, Phoenix, AZ 85021

**DATE OF SERVICE:** On the ___4th___ day of ___April___, _2016_ at __8:35__ AM    County _Maricopa_

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.    [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

Name of Person Served and Relationship/Title    Served Corporation Service Company, Statutory Agent, by serving Melody Yoon, Service of Process Coordinator, appointed and authorized to accept and receive service of process, in the State of Arizona, by Corporation Service Company.

on _____4/1/2016_____ we received the following documents for service:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Deposition; Letter; and Affidavit of Custodian of Records.
Date and Time of Production: April 18, 2016 at 1:00 p.m.
Tendering a witness/mileage fee of $52.96.

Received from UDALL SHUMWAY, P.L.C., ( DAVID R. SCHWARTZ #099264 )

PROCESS SERVER:  __Floyd R. Brown #8388__

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____ Date: 4/5/2016

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $26.40 |
| Fee Advance | $52.96 |
| Fee Advance S/C | $5.30 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total

# EXHIBIT B

## COURT REPORTER FEES FOR TRANSCRIPTS

| Date of Depo | Deponent | Court Reporter | Reporter's Fees |
|---|---|---|---|
| 05/23/16 | Schaun Owens | Griffin & Associates | $1,532.14 |
| 06/13/16 | Carolyn Main/ Isabel Flores Cherno | Griffin & Associates | $1,018.56 |
| 06/20/16 | Toni Trott/ Noslen Trujillo | Griffin & Associates | $1,211.21 |
| TOTAL | | | $3,761.91 |

4691302.1

109883-4

# INVOICE

## GRIFFIN AND ASSOCIATES COURT REPORTERS

*2398 EAST CAMELBACK ROAD*
*SUITE 260*
*PHOENIX, AZ 85016*
*PHONE:  (602) 264-2230  FAX:  (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. DAVID R. SCHWARTZ                     June 13, 2016
UDALL SHUMWAY, PLC
1138 N. ALMA SCHOOL ROAD                  **Invoice#** 051282
SUITE 101
MESA, AZ 85201                            **Balance:**  $1,532.14

**Re:** OWENS VS. MARICOPA COUNTY COMMUNITY COLLEGE
     (SCHAUN OWENS)
       *on 05/23/16   Billed 06/13/16*
       *by MARISA L. MONTINI*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  SCHAUN OWENS | |
| ATTENDANCE FEE | 280.00 |
| TRANSCRIPT - 305 PAGES | 1,159.00 |
| ETRAN ONLY | 25.00 |
| EXHIBIT REPRODUCTION | 52.14 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 16.00 |

"ALL ASPECTS OF THIS INVOICE COMPLY
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

P l e a s e  R e m i t  - - - >  Total Due:  $1,532.14
**Please tear off stub and return with payment.**

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS  VISA/MC/AMERCIAN EXPRESS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS          Invoice# 051282
MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
2398 E. CAMELBACK ROAD, SUITE 260               Balance$   1,532.14
PHOENIX, AZ  85016

# INVOICE

## GRIFFIN AND ASSOCIATES COURT REPORTERS

*2398 EAST CAMELBACK ROAD*
*SUITE 260*
*PHOENIX, AZ 85016*
*PHONE:   (602) 264-2230   FAX:   (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. DAVID R. SCHWARTZ
UDALL SHUMWAY, PLC
1138 N. ALMA SCHOOL ROAD
SUITE 101
MESA, AZ 85201

July 8, 2016

**Invoice#** 051449

**Balance:** $1,018.56

**Re:** OWENS VS. MARICOPA COUNTY COMMUNITY COLLEGE
   (ISABEL FLORES CHERNO/CAROLYN CARDWELL)
   *on* 06/13/16   *Billed* 07/08/16
   *by* MARISA L. MONTINI

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  ISABEL FLORES CHENO, AND CAROLYN CARDWELL | |
| ATTENDANCE FEE | 200.00 |
| TRANSCRIPT - 197 PAGES | 748.60 |
| ETRAN ONLY  (2) | 50.00 |
| EXHIBIT REPRODUCTION | 3.96 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 16.00 |

"ALL ASPECTS OF THIS INVOICE COMPLY
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

- - P l e a s e   R e m i t - - - >   Total Due:   $1,018.56
**Please tear off stub and return with payment.**

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS- VISA/MC/AMERCIAN EXPRESS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS
MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
2398 E. CAMELBACK ROAD, SUITE 260
PHOENIX, AZ  85016

Invoice# 051449

Balance$   1,018.56

# INVOICE

## GRIFFIN AND ASSOCIATES COURT REPORTERS

*2398 EAST CAMELBACK ROAD*
*SUITE 260*
*PHOENIX, AZ 85016*
*PHONE:  (602) 264-2230  FAX:  (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. DAVID R. SCHWARTZ
UDALL SHUMWAY, PLC
1138 N. ALMA SCHOOL ROAD
SUITE 101
MESA, AZ 85201

July 13, 2016

**Invoice#** 051513

**Balance:**  $1,211.21

Re: OWENS VS. MARICOPA COUNTY COMMUNITY COLLEGE
    (NOSLEN TRUJILLO/TONI TROTT)
    *on* 06/20/16  *Billed* 07/13/16
    *by* MARISA L. MONTINI

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  NOSLEN TRUJILLO & TONI TROTT | |
| ATTENDANCE FEE | 220.00 |
| TRANSCRIPT - 242 PAGES | 919.60 |
| ETRAN ONLY  (2) | 50.00 |
| EXHIBIT REPRODUCTION | 5.61 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 16.00 |

"ALL ASPECTS OF THIS INVOICE COMPLY
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

**P l e a s e    R e m i t   - - ->**  Total Due: **$1,211.21**
**Please tear off stub and return with payment.**

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS- VISA/MC/AMERCIAN EXPRESS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS
MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
2398 E. CAMELBACK ROAD, SUITE 260
PHOENIX, AZ  85016

Invoice# 051513

Balance$    1,211.21