IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schaun Owens,<br>            Plaintiff<br>v.<br>Maricopa County Community College District, et al.,<br>            Defendant | No.  CV-15-1769-PHX-SPL<br><br>**JUDGMENT ON TAXATION OF COSTS** |

Final Judgment having been entered, defendant filed a Bill of Costs on October 3, 2017, seeking the taxation of $5,266.62.  No objection was filed. The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the defendant and against the plaintiff in the amount of $5,266.62.

DATED this 31st day of October, 2017
BRIAN D. KARTH, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk